UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITY08 et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL ELECTION COMMISSION )<br>)<br>Defendant. )<br>) | No. 1:07-cv-00053 (RWR) |

**NOTICE OF AMENDED ADDRESS FOR PLAINTIFF UNITY08**

Plaintiffs, Unity08 et al., by and through counsel, hereby give notice of the filing of an amended address for Plaintiff Unity08. The amended address for Plaintiff Unity08 is:

Unity08, 2600 Virginia Avenue, NW, Suite 514, Washington, DC 20037:

Respectfully submitted,

John J. Duffy (170936)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000 - phone
(202) 429-3902 – fax
jduffy@steptoe.com
Counsel for Plaintiffs

Dated: January 11, 2007