UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITY08 et al., )
)
Plaintiffs, )
)
v. )   No. 1:07-cv-00053-RWR
)
FEDERAL ELECTION COMMISSION )
)
Defendant. )

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs, Unity08, et al., hereby give notice of their filing of the proof of service of the complaint in this case, attached hereto as Exhibit A.

Respectfully submitted,

John J. Duffy (D.C. Bar No. 170936)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
jduffy@steptoe.com

*Counsel to Plaintiffs*

Dated: January 24, 2007

# **EXHIBIT A**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Unity08, Douglas Bailey, Roger Craver,
Hamilton Jordan, Angus King, Jerry
Rafshoon, Carolyn Tieger

**SUMMONS IN A CIVIL CASE**

V.

Federal Election Commission

CASE NUMBER  1:07CV00053

JUDGE: Richard W. Roberts

DECK TYPE: TRO/Preliminary Injunctio

DATE STAMP: 01/10/2007

TO: (Name and address of Defendant)

~~Federal Election Commission~~
United States Attorney's Office
Civil Process Clerk
United States Department of Justice
555 4th Street NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Jordan
John J. Duffy
Anthony A. Onorato
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 10 2007
CLERK                                       DATE

_signature_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Unity08, et al.

vs.

Federal Election Commission

No. 1:07CV00053 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint for Injuctive and Declaratory Relief; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:41 pm on January 11, 2007, I served United States Attorney at 501 3rd Street, NW, Suite 4500, Washington, DC 20001 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   30
 HEIGHT-   5'10"
   HAIR-   BLACK
 WEIGHT-   170
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-12-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 182323