CO-386-online
10/03

# United States District Court
# For the District of Columbia

Unity08, Douglas Bailey, Roger Craver, Hamilton )
Jordan, Angus King, Jerry Rafshoon, Carolyn Tieger )
)
)
)
               Plaintiff )   Civil Action No. __1:07CV00053__
vs )
)
Federal Election Commission )
)
)
              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Unity08__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Unity08__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

D.C. Bar No. 170936
BAR IDENTIFICATION NO.

John J. Duffy
Print Name

1330 Connecticut Ave NW
Address

Washington    DC    20036
City            State        Zip Code

202-429-3000
Phone Number