UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITY08 et al.,                     )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )   No.1:07-cv-00053 (RWR)
                                    )
FEDERAL ELECTION COMMISSION         )
                                    )
        Defendant.                  )
_____)

**JOINT PROPOSED SCHEDULE AND DISCOVERY PLAN**

The parties to this action have met and conferred to consider ways of expediting a decision in this matter.  To obviate the need to for a preliminary injunction, the parties have agreed, subject to the Court's approval, to the following schedule designed to complete discovery and briefing on cross-motions for summary judgment.  The parties ask the Court to adopt the schedule below, and further to establish a date, convenient to the Court and as promptly as possible following the completion of briefing, for oral argument.

The parties have also included below information customarily provided in a filing pursuant to Fed. R. Civ. P. 16 and L. Cv. R. 16.3:

    1.    The parties agree that initial disclosures called for by Fed. R. Civ. P. Rule 26(a)(1) should not be required.

    2.    This case is likely to be disposed of by dispositive motion.

    3.    If other parties are to be joined or pleadings filed to date are to be amended, such actions shall be taken by February 21, 2007.

    4.    The case should not be assigned to a magistrate judge.

- 2 -

5. The parties do not believe ADR is appropriate to resolve this dispute.

6. Staggered cross-motions for summary judgment should be scheduled so as to limit briefing to two rounds as follows: (a) Plaintiffs file their motion for summary judgment on March 21, 2007; (b) Defendant files its motion for summary judgment and its opposition to Plaintiffs' motion for summary judgment on April 11, 2007; (c) Plaintiffs file their opposition to Defendant's motion and any reply on April 26, 2007; and (d) Defendant files its reply on May 11, 2007.

7. Plaintiffs do not require discovery. Defendant has served its written discovery, to which Plaintiffs will respond by February 21, 2007. Defendant has stated it may conduct deposition(s), including Rule 30(b)(6) depositions. Depositions shall be completed by March 15, 2007.

8. No expert witnesses are anticipated.

A proposed order is attached.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Thomasenia P. Duncan
                                                 Acting General Counsel

                                                  _____/s/_____
                                                 David Kolker (D.C. Bar # 394558)
                                                 Assistant General Counsel

                                                 _____/s/_____
                                                 Vivien Clair
                                                 Attorney

- 3 -

          /s/
Steve N. Hajjar
Attorney

          /s/
Adav Noti (D.C. Bar # 490714)
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
(202) 694-1650

          /s/
Robert E. Jordan III (D.C. Bar No. 15784)
John J. Duffy (D.C. Bar No. 170936)
Anthony A. Onorato (D.C. Bar No. 482074)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC  20036
Tel:  (202) 429-3000
Fax:  (202) 429-3902
rjordan@steptoe.com
jduffy@steptoe.com
tonorato@steptoe.com

COUNSEL FOR PLAINTIFFS

February 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITY08 et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.1:07-cv-00053 (RWR) |
| | ) | |
| FEDERAL ELECTION COMMISSION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REGARDING BRIEFING SCHEDULE, DISCOVERY PLAN AND OTHER PREHEARING MATTERS

Having reviewed the Joint Proposed Schedule and Discovery Plan submitted by the parties, the court enters the following Order regarding briefing schedule, discovery plan, and other prehearing matters:

1. Initial disclosures pursuant to Rule 26(a)(1) are not required.

2. If any additional parties are to be added, or if amendments to pleadings filed to date are to be filed, those actions shall be taken no later than February 21, 2007.

3. This matter will not at this time be assigned to a magistrate judge, nor shall ADR procedures be utilized.

4. Defendant has submitted its written discovery. Plaintiffs shall respond by February 21, 2007. Defendant shall complete any depositions it desires to take no later than close of business March 15, 2007.

5. The parties shall brief this matter on cross-motions for summary judgment, on the following schedule:

- 2 -

    a.    Plaintiffs will file their summary judgment motion no later than March 21, 2007.

    b.    Defendant will file its motion for summary judgment and its opposition to Plaintiffs' motion for summary judgment by April 11, 2007.

    c.    Plaintiffs will file their opposition to Defendant's motion, and any reply to Defendant's opposition to their summary judgment motion by April 26, 2007.

    d.    Defendant will file any reply to Plaintiffs' opposition to their summary judgment motion by May 11, 2007.

Oral argument will be held at a time prescribed by further order of this court.

This Order may be modified for good cause shown.

So ordered:

                                                                         _____
                                                                         Richard W. Roberts
                                                                         United States District Judge

Dated: _____