AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Unity 08, et al.,

        Plaintiff(s)      )  
                                )    **APPEARANCE**  
                                )  
              vs.              )    CASE NUMBER   1:07cv00053 (RWR)  
Federal Election Commission,    )  
                                )  
        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David Kolker  as counsel in this
                                    (Attorney's Name)

case for:  Federal Election Commission
              (Name of party or parties)


March 5, 2007  
Date

DC Bar No. 394558  
BAR IDENTIFICATION

*[Signature]*  
Signature

David Kolker  
Print Name

999 E Street NW  
Address

Washington, DC 20463  
City    State    Zip Code

(202) 694-1650  
Phone Number