AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Unity 08, et al.,

        Plaintiff(s)    )   **APPEARANCE**

vs.    )   CASE NUMBER   1:07cv00053 (RWR)

Federal Election Commission,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Adav Noti__ as counsel in this
(Attorney's Name)

case for: __Federal Election Commission__
(Name of party or parties)

March 5, 2007
Date

*Adav Noti* (signature)
Signature

DC Bar No. 490714
BAR IDENTIFICATION

Adav Noti
Print Name

999 E Street NW
Address

Washington, DC 20463
City   State   Zip Code

(202) 694-1384
Phone Number