AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Unity 08, et al.,

        Plaintiff(s)     )    **APPEARANCE**

vs.     )    CASE NUMBER   1:07cv00053 (RWR)

Federal Election Commission,

        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Steve N. Hajjar** as counsel in this
(Attorney's Name)

case for: **Federal Election Commission**
(Name of party or parties)

March 5, 2007
Date

[Signature]
Signature

BAR IDENTIFICATION

Steve N. Hajjar
Print Name

999 E Street NW
Address

Washington, DC 20463
City    State    Zip Code

(202) 694-1650
Phone Number