AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Unity 08, et al.,

    Plaintiff(s)    )
             )  **APPEARANCE**
             )
     vs.       )  CASE NUMBER 1:07cv00053 (RWR)
Federal Election Commission, )
             )
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Vivien Clair__ as counsel in this
           (Attorney's Name)

case for: __Federal Election Commission__
      (Name of party or parties)


March 5, 2007            *Vivien Clair*
Date                 Signature

                 Vivien Clair
                 Print Name

_____
BAR IDENTIFICATION         999 E Street NW
                 Address

                 Washington, DC 20463
                 City   State   Zip Code

                 (202) 694-1650
                 Phone Number