UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITY08 et al., ) | |
|    Plaintiffs, ) | |
|    v. ) | No.1:07-cv-00053 (RWR) |
| FEDERAL ELECTION COMMISSION, ) | |
|    Defendant. ) | |

**NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), and by stipulation of the parties, Plaintiffs herein provide notice of the voluntary dismissal without prejudice of Plaintiff Carolyn Tieger.

Respectfully submitted,

_____/s/_____
Robert E. Jordan III (D.C. Bar No. 15784)
John J. Duffy (D.C. Bar No. 170936)
Rhonda M. Bolton (D.C. Bar No. 455005)
Anthony A. Onorato (D.C. Bar No. 482074)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
rjordan@steptoe.com
jduffy@steptoe.com
rbolton@steptoe.com
tonorato@steptoe.com

COUNSEL FOR PLAINTIFFS

- 2 -

          /s/
Thomasenia P. Duncan
Acting General Counsel

          /s/
David Kolker (D.C. Bar # 394558)
Assistant General Counsel

          /s/
Vivien Clair
Attorney

          /s/
Steve N. Hajjar
Attorney

          /s/
Adav Noti (D.C. Bar # 490714)
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
(202) 694-1650

April 3, 2007