# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITY08, et al.,                          )
                                          )
                    Plaintiffs,           )
                                          )    Civil Action No. 07-00053 (RWR)
          v.                              )
                                          )
FEDERAL ELECTION COMMISSION,              )    FEC MEMORANDUM
                                          )
                    Defendant.            )
                                          )

_____

## DEFENDANT FEDERAL ELECTION COMMISSION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

_____

Thomasenia P. Duncan
Acting General Counsel

David Kolker
Assistant General Counsel

Vivien Clair
Attorney

Steve N. Hajjar
Attorney

Adav Noti
Attorney

FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650

April 11, 2007

# TABLE OF CONTENTS

**Page**

BACKGROUND ....................................................................................................2

    A.    The Parties ...........................................................................................2

    B.    Statutory and Regulatory Background.........................................................2

    C.    Statement of Facts....................................................................................4

ARGUMENT .......................................................................................................7

I.     THE COURT LACKS SUBJECT-MATTER JURISDICTION
     OVER THIS SUIT .........................................................................................7

    A.    The Legal Requirements to Demonstrate Article III Standing ....................7

    B.    Unity08 Cannot Satisfy Article III's Requirements for Standing...............8

II.    UNITY08'S CHALLENGE TO ADVISORY OPINION 2006-20 FAILS TO
     STATE A CAUSE OF ACTION ........................................................................11

    A.    Because AO 2006-20 Is Not "Final Agency Action," It Is
        Not Directly Reviewable Under the APA..................................................12

    B.    The Act Does Not Allow for Direct Judicial Review of
        AO 2006-20 ..........................................................................................15

III.   EVEN IF THE COMMISSION'S DECISION IN ADVISORY OPINION
     2006-20 IS REVIEWABLE, THAT DECISION IS A REASONABLE
     CONSTRUCTION OF THE ACT .......................................................................18

    A.    Standard of Review.................................................................................18

    B.    The Commission Reasonably Determined that Unity08's
        Purpose and Planned Expenditures Would Require It to
        Register and Report as a Political Committee ...........................................19

    C.    Contrary to Unity08's Arguments, Political Committee Status
        Does Not Depend upon an Organization's Having Already
        Selected Specific Candidates to Support or Nominate .............................26

        1.    Unity08 Conflates the "Major Purpose" Test with the
            "Express Advocacy" Test ............................................................26

2.      Unity08's Statutory Interpretation and Concept of
        Corruption Are Contrary to the Plain Language of
        the Act and Supreme Court Precedent ..........................................30

3.      Unity08 Is Not an Organization Seeking Only to Convince
        a Person to Become a Candidate for Federal Office......................35

IV.     THE ACT'S LIMITATIONS ON CONTRIBUTIONS ARE
        CONSTITUTIONAL AS APPLIED TO UNITY08..............................................37

CONCLUSION....................................................................................................................43

# TABLE OF AUTHORITIES

**Page**

## CASES

AdHoc Metals Coal. v. Whitman, 227 F.Supp.2d 134 (D.D.C. 2002) .............................40

Barnhart v. Walton, 535 U.S. 212 (2002) ..........................................................22

Bennett v. Spear, 520 U.S. 154 (1997) .............................................................12

Block v. Community Nutrition Inst., 467 U.S. 340 (1984) ........................................ 16-17

Boy Scouts of Am. v. Dale, 530 U.S. 640 (2000)...................................................39

Buckley v. Valeo, 424 U.S. 1 (1976).................................... 11, 20-21, 26-32, 35-36, 38-42

California Medical Ass'n v. FEC, 453 U.S. 182 (1981)........................................ 14, 31-34

Center for Auto Safety v. National Highway Traffic Safety Admin.,
    452 F.3d 798 (D.C. Cir.2006) ...............................................................12

Chevron U.S.A., Inc. v. NRDC, 467 U.S. 837 (1984)......................................... 18-19, 26

Citizens Against Rent Control v. Berkeley, 454 U.S. 290 (1981) ....................................25

City of Orrville, Ohio v. FERC, 147 F.3d 979 (D.C. Cir. 1998) (same) .............................7

Common Cause v. FEC, 676 F. Supp. 286 (D.D.C. 1986) .................................................40

DaimlerChrysler Corp. v. Cuno, 126 S. Ct. 1854 (2006) .............................................7

FEC v. Beaumont, 539 U.S. 146 (2003) .....................................................31, 38

FEC v. Colorado Republican Federal Campaign Comm.,
    533 U.S. 431 (2001)............................................................ 31, 38, 41-42

FEC v. Democratic Senatorial Campaign Comm., 454 U.S. 27 (1981) ...........................19

FEC v. GOPAC, Inc., 917 F. Supp. 851 (D.D.C. 1996)..............................................20, 36

FEC v. Machinists Non-Partisan Political League, 655 F.2d 380 (D.C. Cir. 1981).... 35-36

FEC v. Malenick, 310 F. Supp. 230 (D.D.C. 2004).....................................................20, 34

FEC v. Malenick, 2005 WL 588222, at *1 (D.D.C. Mar. 7, 2005) ...................................34

FEC v. Massachusetts Citizens for Life, Inc., 479 U.S. 238 (1986).... 14, 20, 28-29, 33, 42

FEC v. National Conservative Political Action Comm., 470 U.S. 480 (1985) ................37

FEC v. National Conservative PAC, 647 F.Supp. 987 (S.D.N.Y. 1986)...........................13

FEC v. National Rifle Ass'n of America, 254 F.3d 173 (D.C. Cir. 2001) ................. 18-19

FEC v. National Right to Work Comm., 459 U.S. 197 (1982)............................. 14, 30-31

FEC v. Ted Haley Congressional Comm., 852 F.2d 1111 (9th Cir. 1988)........................33

First Nat'l Bank of Boston v. Bellotti, 435 U.S. 765 (1978).............................................25

Fund Democracy, LLC v. SEC, 278 F.3d 21 (D.C. Cir. 2002) ...........................................7

FW/PBS, Inc. v. City of Dallas, 493 U.S. 215 (1990) ........................................................8

Galliano v. U.S. Postal Service, 836 F.2d 1362 (D.C. Cir. 1988) ............................... 17-18

Gettman v. Drug Enforcement Admin., 290 F.3d 430 (D.C. Cir. 2002) ................. 7, 9-10

Heckler v. Chaney, 470 U.S. 821 (1985) .................................................................... 15-16

In re Carter-Mondale Reelection Comm., 642 F.2d 538 (D.C. Cir. 1980)........................17

In re Sealed Case, 223 F.3d 775 (D.C. Cir. 2000) .............................................................18

ITT v. Local 134, Int'l Bhd. of Elec. Workers, 419 U.S. 428 (1975)................................15

Kansas State Network, Inc. v. FCC, 720 F.2d 185 (D.C. Cir. 1983)................................40

Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992) .....................................................7-9

Lujan v. National Wildlife Fed'n, 497 U.S. 871 (1990) ....................................................12

McConnell v. FEC, 540 U.S. 93 (2003) ...................................... 7, 9, 27, 31, 38-42

National Black Police Ass'n v. District of Columbia, 108 F.3d 346 (D.C. Cir. 1997) .....11

Nevada v. Department of Energy, 457 F.3d 78 (D.C. Cir. 2006) ......................................12

Nixon v. Shrink Missouri Government PAC, 528 U.S. 377 (2000) ...................................38

Noramco of Del. v. DEA, 375 F.3d 1148 (D.C. Cir. 2004)........................................ 18-19

Pinar v. Dole, 747 F.2d 899 (4th Cir. 1984) .....................................................................17

PLMRS Narrowband Corp. v. FCC, 182 F.3d 995 (D.C. Cir. 1999) ...............................40

Rhinelander Paper Co. v. FERC, 405 F.3d 1 (D.C. Cir. 2005)..........................................18

Secretary of Labor v. Excel Mining, LLC, 334 F.3d 1 (D.C. Cir. 2003)...........................22

Serono Labs, Inc. v. Shalala, 158 F.3d 1313 (D.C. Cir. 1998)...........................................19

Simon v. Eastern Ky. Welfare Rights Org., 426 U.S. 26 (1976).......................................10

Sturm, Ruger & Co. v. Chao, 300 F.3d 867 (D.C. Cir. 2002) .............................................9

Thomas v. Collins, 323 U.S. 516 (1945) ...........................................................................28

Trudeau v. Federal Trade Comm'n, 456 F.3d 178 (D.C. Cir. 2006) .................................12

United States Defense Comm. v. FEC, 861 F.2d 765 (2d Cir. 1988)....................13, 15, 18

United States v. Goland, 959 F.2d 1449 (9th Cir. 1992) ............................................. 33-34

United States v. Kanchanalak, 192 F.3d 1037 (D.C. Cir. 1999)........................................19

W.E.B. DuBois Clubs v. Clark, 389 U.S. 309 (1967) .......................................................14

Whitmore v. Arkansas, 495 U.S. 149 (1990)......................................................................7

## STATUTES AND REGULATIONS

Administrative Procedure Act, 5 U.S.C. 701-706 ...........................................11-12, 14-15

Bipartisan Campaign Reform Act of 2002, Pub. L. No. 107-155, 116 Stat. 81 (2002).....39

Federal Election Campaign Act of 1971, as amended, 2 U.S.C. 431-455................. *passim*

Presidential Election Campaign Fund Act, 26 U.S.C. 9001-9013....................................16

Presidential Primary Matching Payment Act, 26 U.S.C. 9031-9042...........................16, 23

2 U.S.C. 431(4) ...............................................................................10, 11, 20, 34

2 U.S.C. 431(4)(A)..........................................................................................2, 19

2 U.S.C. 431(4)(C)...............................................................................................27

2 U.S.C. 431(8)...............................................................................................6, 30

2 U.S.C. 431(8)(A)(i)...............................................................................2, 11, 19, 34

2 U.S.C. 431(9)....................................................................................................28

2 U.S.C. 431(9)(A)(i).......................................................................................3, 20

2 U.S.C. 431(16)..................................................................................................27

2 U.S.C. 433 ................................................................................................................3

2 U.S.C. 433(b)(2) ........................................................................................................3

2 U.S.C. 434 ................................................................................................................3

2 U.S.C. 437c(b)(1) ......................................................................................................2

2 U.S.C. 437c(c) ..........................................................................................................40

2 U.S.C. 437d(a)(7) ...................................................................................................2-3

2 U.S.C. 437d(a)(8) ......................................................................................................2

2 U.S.C. 437d(b) ........................................................................................................16

2 U.S.C. 437f ...........................................................................................2-3, 13, 16, 18

2 U.S.C. 437f(b) .........................................................................................................13

2 U.S.C. 437f(c) ...........................................................................................................3

2 U.S.C. 437f(c)(1)(B) ...............................................................................................13

2 U.S.C. 437f(c)(2) .....................................................................................................13

2 U.S.C. 437g(a)(1)-(5) ..............................................................................................14

2 U.S.C. 437g(a) .........................................................................................................17

2 U.S.C. 437g(a)(4) .....................................................................................................14

2 U.S.C. 437g(a)(4)(C)(iii) .........................................................................................16

2 U.S.C. 437g(a)(6) ...............................................................................................14, 16

2 U.S.C. 437g(a)(6)(A) ...............................................................................................17

2 U.S.C. 437g(a)(8) .....................................................................................................16

2 U.S.C. 437g(a)(11) ...................................................................................................16

2 U.S.C. 437h ..............................................................................................................16

2 U.S.C. 438(a)(8) ........................................................................................................2

2 U.S.C. 438(d) .............................................................................................................2

2 U.S.C. 441a(a)(1) .......................................................................................................6

2 U.S.C. 441a(a)(1)(B)................................................................................................3

2 U.S.C. 441a(a)(1)(C)..................................................................................3, 32, 37

2 U.S.C. 441a(a)(1)(D) ...............................................................................................3

2 U.S.C. 441a(a)(7).................................................................................................38

2 U.S.C. 441a(f)....................................................................................................3, 37

2 U.S.C. 441b...........................................................................................................29

2 U.S.C. 441b(a)..................................................................................................3, 37

5 U.S.C. 701-06........................................................................................................11

5 U.S.C. 701(a)(1)..............................................................................................12, 15

5 U.S.C. 702..............................................................................................................15

5 U.S.C. 704........................................................................................................12, 14

26 U.S.C. 9011(a).....................................................................................................16

26 U.S.C. 9041(a).....................................................................................................16

11 C.F.R. 2.3(c).........................................................................................................40

11 C.F.R. 100.5(e)(4)................................................................................................27

11 C.F.R. 100.7(a)(1)(iii)..........................................................................................20

11 C.F.R. 100.8(a)(1)(iv)(A).....................................................................................20

11 C.F.R. 100.131.....................................................................................................24

11 C.F.R. 100.131(b).................................................................................................24

11 C.F.R. 100.131(b)(5)............................................................................................24

11 C.F.R. Part 104......................................................................................................3

11 C.F.R. 110.6(b)(1)................................................................................................32

11 C.F.R. 112.4...........................................................................................................3

**LEGISLATIVE HISTORY**

FEC, <u>Legislative History of the Federal Election Campaign Act Amendments
of 1976</u> (1977).................................................................................................17

H.R. Rep. No. 1057, 94th Cong., 2d Sess. (1976) ................................................................17

**MISCELLANEOUS**

FEC Advisory Opinion 1984-11 ...................................................................... 22-23

FEC Advisory Opinion 1994-05 ...................................................................... 22-23

FEC Advisory Opinion 2003-23 ...........................................................................32

FEC Advisory Opinion 2006-20 ................................................................... *passim*

U.S. Const. art. III ...................................................................................... 7-8, 11

Plaintiffs Unity08 and individual members of its Board of Directors (collectively "Unity08") intend to nominate and elect the next President and Vice President of the United States.  Towards that end, Unity08 has disbursed thousands of dollars to achieve ballot access in numerous states and in preparation for an online nominating convention, and plans to continue to do so.  Nonetheless, on May 30, 2006, Unity08 requested an advisory opinion from the Federal Election Commission ("FEC" or "Commission") seeking a ruling that its planned disbursements were not for the purpose of influencing a federal election and that it therefore did not have to register as a political committee under the Federal Election Campaign Act of 1971, as amended ("the Act" or "FECA"), 2 U.S.C. 431-455.  In Advisory Opinion 2006-20, the Commission found to the contrary.  As we explain below, Unity08 has neither standing to invoke the Court's jurisdiction nor a valid cause of action.  Even if jurisdiction were proper and Unity08 had a valid cause of action, Advisory Opinion 2006-20 rests on a permissible construction of the Act that comfortably warrants the substantial deference it is due, and there is no basis for disturbing that opinion.  Summary judgment should therefore be granted for the Commission and denied to the plaintiffs.

Consistent with its own and Supreme Court precedent, the Commission reasonably concluded that payments by Unity08 to obtain ballot access are expenditures for the purpose of influencing a federal election that would require Unity08 to register and report as a federal political committee.  Unity08 conflates distinct Supreme Court doctrines in arguing that, despite its avowed electoral objectives and activities, it cannot be regulated under the FECA as a political committee until after it actually selects its nominees.  Unity08 is not exempt from the Act's legitimate regulation of political committees, including the applicable contribution limits, which have been repeatedly upheld by the Supreme Court.

## BACKGROUND

### A.    The Parties

Plaintiff Unity08 is a District of Columbia corporation organized under Section 527 of the Internal Revenue Code.  FEC's Statement of Facts As To Which There Is No Genuine Dispute ("FEC Facts") ¶ 2.  Its office is located in the District of Columbia.  Bailey Dep. at 125 (Exh. 4).  Plaintiffs Douglas Bailey, Roger Craver, Hamilton Jordan, Angus King, and Jerry Rafshoon are or were members of Unity08's Board of Directors; all but Mr. King are among Unity08's founders.  Compl. ¶¶ 3-8.

The Commission is the independent agency of the United States government with exclusive jurisdiction over the administration, interpretation, and civil enforcement of the Act. The Commission is empowered to "formulate policy" with respect to the Act, 2 U.S.C. 437c(b)(1); "to make, amend, and repeal such rules … as are necessary to carry out the provisions of [the] Act," 2 U.S.C. 437d(a)(8), 438(a)(8) and 438(d); and to issue written advisory opinions concerning the application of the Act and Commission regulations to any specific proposed transaction or activity, 2 U.S.C. 437d(a)(7) and 437f.

### B.    Statutory and Regulatory Background

The Act defines a political committee as "any committee, club, association, or other group of persons which receives contributions or which makes expenditures aggregating in excess of $1,000 during a calendar year."  2 U.S.C. 431(4)(A).  A "contribution" includes "any gift, subscription, loan, advance, or deposit of money or anything of value made by any person for the purpose of influencing any election for Federal office," 2 U.S.C. 431(8)(A)(i), and an "expenditure" includes "any purchase, payment, distribution, loan, advance, deposit, or gift of

money or anything of value, made by any person for the purpose of influencing any election for Federal office." 2 U.S.C. 431(9)(A)(i).

Within ten days of qualifying as a political committee, an organization must register with the Commission and file periodic reports of all its receipts and disbursements for disclosure to the public, including its independent expenditures and in-kind contributions to candidates for federal office. 2 U.S.C. 433, 434; 11 C.F.R. Part 104. When registering with the Commission, a political committee must include in its statement of organization "the name, address, relationship and type of any connected organization or affiliated committee." 2 U.S.C. 433(b)(2).

The Act provides that no person may contribute more than $5,000 per calendar year to any political committee (except a political committee established by a state or national political party, 2 U.S.C. 441a(a)(1)(B), (C), (D)), and no "political committee shall knowingly accept any contribution" in violation of those limits, 2 U.S.C. 441a(f). Furthermore, corporations are prohibited from using their general treasury funds to make contributions or expenditures in connection with any federal election, and no political committee may "knowingly accept or receive" such corporate contributions. 2 U.S.C. 441b(a).

The Act authorizes the Commission to issue written advisory opinions within 60 days of receiving a request concerning the application of the Act and Commission regulations to any specific proposed transaction or activity, 2 U.S.C. 437d(a)(7), 437f; 11 C.F.R. 112.4. An advisory opinion is issued when it has been approved by at least four Commissioners. 11 C.F.R. 112.4. Any person involved in a specific activity "indistinguishable in all its material aspects" from the activity described in the advisory opinion who acts in good faith in accordance with the opinion is not subject to sanction under the Act. 2 U.S.C. 437f(c).

### C.    Statement of Facts

On May 30, 2006, Unity08 filed with the Commission a request for an advisory opinion ("AOR") as to whether Unity08 is required to register as a "political committee" under FECA. FEC Facts ¶ 5.  In its advisory opinion request and supplemental administrative filings, Unity08 stated that its primary purpose is to achieve the election in 2008 of a "Unity Ticket for President and Vice President of the United States" (i.e., a ticket in which the presidential and vice-presidential candidates have different party affiliations).  Id. ¶ 7.  To attain this goal, Unity08 explained, it intends to (1) nominate a unity ticket at an online political convention, and (2) obtain a line on the 2008 general election ballot in all fifty states for its nominees.  Id.  Unity08 specifically disclaimed (and continues to disclaim) any intention to become a permanent political party or to nominate, support, or oppose any candidates in any election other than the 2008 presidential election.  Id. ¶¶ 7(d), 39, 31.

Before the advisory opinion was issued (and continuing to the present), Unity08 began making disbursements to further its goal of electing the next president and vice president of the United States.  See FEC Facts ¶¶ 19-26.  Specifically, Unity08 has disbursed tens of thousands of dollars to create, enhance, and promote its online nomination facility.  Id. ¶¶ 22-23.  Unity08 also has disbursed tens of thousands of dollars to recruit "delegates" (id. ¶¶ 24-26), whom Unity08 will use to meet the signature-gathering requirements for achieving ballot access on behalf of Unity08's nominees.  Id. ¶ 24.  Specifically, Unity08's delegates "will be the army of workers who get the petitions signed to be on the ballot in all 50 states."  Id.  Unity08 also intends to give or sell the delegates' contact information to its nominees to help those nominees raise additional campaign funds.  Id. ¶ 30.

Although its efforts to elect the next president and vice president require significant funds, Unity08 wishes to avoid the "mistakes" and the appearance of "big money ownership" that Unity08 believes would arise if it accepts individual donations larger than the $5,000 limit that applies to political committees.  FEC Facts ¶¶ 12-13.  Thus, before AO 2006-20 was issued, Unity08 voluntarily instituted a $5,000 limit on donations it would accept.  Id. ¶¶ 12-14.  Unity08 instituted this limit even though it believed at the time that, as a Section 527 organization, Unity08 was permitted to accept donations of unlimited amounts.  Id. ¶ 14.  To fund its efforts within the $5,000 limit, Unity08 decided that it would create a $1 million operational fund by seeking 200 donations of $5,000 each.  Id. ¶ 15.  Unity08 determined that this fund would be sufficient to support Unity08's operations until smaller contributions from delegates rendered the organization self-supporting.  Id.

On October 10, 2006, after holding two public meetings and deliberating over Unity08's filings and comments filed by third parties, the Commission issued its advisory opinion.  FEC Advisory Opinion 2006-20 (Oct. 10, 2006) (Exh. 3).  The Commission concluded, inter alia, that Unity08's intention to gain ballot access for its nominees would render Unity08 a "placeholder" for its nominees on the general election ballot, so that Unity08's disbursements to gain this ballot access would directly benefit Unity08's presidential and vice-presidential candidates in 2008.  Id. at 3-4.  These disbursements, therefore, would be "for the purpose of influencing [an] election for federal office," and thus would be "expenditures" under FECA.  Id.  Because any organization whose "major purpose" is the nomination or election of a candidate, see infra pp. 19-20, and that makes expenditures in excess of $1,000 is a political committee under the Act, the Commission found that "Unity08 will have to register as a political committee once it makes

expenditures in excess of $1,000, and therefore will be subject to the amount limitations ... and reporting requirements of [FECA]." Id. at 1.

As a result of registering as a political committee, Unity08 would be prohibited from receiving more than $5,000 in contributions from any individual in a single year. 2 U.S.C. 441a(a)(1). Because of its self-imposed $5,000 donation limit, however, Unity08 has conceded that AO 2006-20 did not affect Unity08's fundraising or operations in any way. FEC Facts ¶ 17. Unity08 continues to adhere to its donation limit, not because of the advisory opinion, but "[b]ecause it's the right thing to do." Id. ¶ 16. Furthermore, as of March 12, 2007, two months after the complaint in this case was filed, Unity08 had not identified any person who wished to "lend" Unity08 more than $5,000. Id. ¶ 18.

After plaintiffs had filed their complaint, the Commission became aware that, in addition to having made the expenditures described above, Unity08 also has received contributions under the FECA, 2 U.S.C. 431(8). See FEC Facts ¶¶ 32-39. Specifically, beginning prior to the advisory opinion and continuing to the present, Unity08 has received donations in response to solicitations that informed potential donors that their donations would be used to support Unity08's presidential and vice-presidential nominees in the 2008 general election. Id. For example, Unity08 has raised approximately $375,000 through personal solicitations that generally inform potential donors that Unity08's "Goal One" is to "[e]lect bipartisan Unity Ticket for President & Vice-President in 2008," and that "[y]our financial contribution ... helps give us a good chance to win the White House in November 2008 with a Unity Ticket." Id. ¶¶ 32-34. Unity08 has also raised approximately $100,000 through its website, whose solicitation page states that contributions to the organization will be used to fund Unity08's "goal of electing a bi-partisan Unity Ticket in the 2008 presidential election." Id. ¶¶ 35-36.

## ARGUMENT

## I.     THE COURT LACKS SUBJECT-MATTER JURISDICTION OVER THIS SUIT

This Court lacks jurisdiction over this suit because Unity08 lacks standing under Article III of the Constitution.  The federal courts "presume that … [they] lack jurisdiction unless the contrary appears affirmatively from the record," DaimlerChrysler Corp. v. Cuno, 126 S. Ct. 1854, 1861 n.3 (2006), and the party invoking federal jurisdiction bears the burden of establishing "the requisite standing to sue," Whitmore v. Arkansas, 495 U.S. 149, 154 (1990). Unity08 did not even mention this threshold jurisdictional issue in its opening summary judgment brief.

### A.     The Legal Requirements to Demonstrate Article III Standing

Unity08 bears the burden of establishing that it satisfies the three elements constituting the "irreducible constitutional minimum" of standing: an injury-in-fact that is (1) "concrete," "distinct and palpable," and "actual or imminent"; (2) fairly traceable to the Commission's AO 2006-20 and not to the actions of plaintiffs themselves or a third party; and (3) "substantial[ly] likel[y]" to be redressed by the requested relief.  Lujan v. Defenders of Wildlife, 504 U.S. 555, 560-66 (1992); McConnell v. FEC, 540 U.S. 93, 225-26 (2003).  "'Participation in agency proceedings is alone insufficient to satisfy [these] judicial standing requirements.'"  Gettman v. Drug Enforcement Admin., 290 F.3d 430, 434 (D.C. Cir. 2002) (quoting Fund Democracy, LLC v. SEC, 278 F.3d 21, 27 (D.C. Cir. 2002)).  See also, e.g., City of Orrville, Ohio v. FERC, 147 F.3d 979, 985 (D.C. Cir. 1998) (same).

These elements of standing are not "mere pleading requirements but rather an indispensable part of … the plaintiff's case" that must be supported with the same manner and degree of evidence required to prove the merits of the plaintiff's claims at each successive stage

of litigation.  Lujan, 504 U.S. at 561.  Because the parties have moved for summary judgment,

Unity08 cannot rely simply on "general factual allegations of injury."  Id.  Nor can it establish its

standing by relying on alleged facts presented only in its briefs and argument.  FW/PBS, Inc. v.

City of Dallas, 493 U.S. 215, 235 (1990).  Instead, to support its jurisdictional allegations,

Unity08 must produce evidence of "specific facts" demonstrating that it indeed satisfies the

requirements for Article III standing.  Lujan, 504 U.S. at 561.

### B.    Unity08 Cannot Satisfy Article III's Requirements for Standing

Unity08 cannot satisfy the minimum constitutional requirements for standing.  Its own

documents and statements by its own board members and employees show that its alleged injury

— fundraising limitations — is either self-imposed or speculative and would not be redressed by

a favorable judicial opinion here.

Shortly after its inception and months before the Commission issued AO 2006-20,

Unity08 voluntarily placed a $5,000 limit on the donations it would accept.  Pls.' Statement of

Material Facts As To Which There Is No Genuine Issue in Dispute ("Unity08 Facts") ¶ 66; FEC

Facts ¶ 12; Memorandum in Support of Plaintiffs' Motion for Summary Judgment ("Unity08

Mem.") at 5.  It did so for ideological and practical political reasons (FEC Facts ¶¶ 12-14; supra

p. 5), even though plaintiffs believed that Unity08 was not governed by the FECA's contribution

restrictions.  FEC Facts ¶ 14.[1]  Unity08 continued the policy after the Commission issued AO

2006-20, not because of that advisory opinion, but, as board member and chief executive officer

Doug Bailey explained, "[b]ecause it's the right thing to do."  Exh. 4, at 44:21-45:3; see also

---

[1]    Unity08 has similarly "voluntarily refused to accept contributions from corporations,
labor unions, foreign nationals or government contractors."  Unity08 Facts ¶ 65.

FEC Facts ¶ 16.[2]  Thus, any problems Unity08 has encountered in its fundraising are not "fairly

… trace[able]" to the Commission's issuance of AO 2006-20 nor redressable by this Court.

Lujan, 504 U.S. at 560; McConnell, 540 U.S. at 228 (alleged inability to compete stems not from

the operation of the statute but from plaintiffs' "personal choice"); Sturm, Ruger & Co. v. Chao,

300 F.3d 867, 875 n.7 (D.C. Cir. 2002) ("[I]f … the court conclude[s] that the company did

voluntarily answer the survey, then its injury will have been due to its own voluntary action, and

it will lack standing to complain.").  See also UNI 032 ("[N]othing about our operations will

change."); FEC Facts ¶ 17.

        In its opening brief and statement of facts, Unity08 focuses on its claim that AO 2006-20

supposedly forecloses Unity08's receiving and spending "loans" greater than $5,000, the amount

the Act imposes as a cap on contributions to political committees.  See, e.g., Unity08 Mem. at 1,

8; Unity08 Facts ¶¶ 27, 28, 49; 2 U.S.C. 431(8) ("The term 'contribution' includes … any gift,

subscription, loan …").  However, "the purely speculative nature of the harm [alleged] and its

remediability" precludes standing here.  Gettman, 290 F.3d at 434.

        Although this case is at the summary judgment stage, Unity08 has produced no evidence

that, when it filed its complaint, anyone was willing to lend the organization more than $5,000.

See Lujan, 504 U.S. at 569 n.4 ("The existence of federal jurisdiction ordinarily depends on the

facts as they exist when the complaint is filed.") (internal quotation marks and citation omitted;

emphasis by Lujan Court).  Indeed, as of March 12, 2007, Unity08 had not identified any person

who wished to lend more than $5,000 to the organization.  FEC Facts ¶ 18.  Furthermore, there

was "no way to know [at that time] whether anyone would beat a path to … [Unity08's] door,"

---

[2]        This evidence completely refutes the unsupported allegation in plaintiffs' complaint
(¶ 18) that Unity08 "voluntarily restricted donations from individuals to $5,000 per year"
because of a supposed "threat of prosecution by the FEC."

Gettman, 290 F.3d at 434, were the Court to overturn the advisory opinion and open the door to

Unity08's seeking sizable loans.  "These sort[s] of speculative claim[s] fall[ ] far short of

establishing the 'core constitutional component that a plaintiff must allege.'"  Id. (internal

citation omitted).  See also id. at 435 ("Not only is it sheer speculation and conjecture to claim

that the DEA could have generated business … for Gettman by … [taking the administrative

action sought], the remedy of that supposed injury depends entirely upon 'the independent action

of some third party not before the court.'") (quoting Simon v. Eastern Ky. Welfare Rights Org.,

426 U.S. 26, 42 (1976)).[3]

       Unity08 also lacks standing for another, independent reason:  its acceptance of more than

$1,000 in contributions.  Because these contributions provide an alternative basis for finding that

Unity08 is a political committee, a decision by this Court overturning the advisory opinion

would not alter Unity08's status as a political committee, and thus would not redress Unity08's

alleged injury.  As explained supra pp. 5-6, in AO 2006-20 the Commission advised Unity08 that

once its planned expenditures were greater than $1,000, it would become a political committee.

Under 2 U.S.C. 431(4), however, an organization can become a political committee either by

making more than $1,000 in expenditures or by accepting more than $1,000 in contributions.

Evidence obtained in discovery, along with evidence previously obtained, shows that by January

10, 2007, when Unity08 filed this action, it had received much more than $1,000 in

"contributions" within the meaning of the Act.  See FEC Facts ¶¶ 32-39.  Unity08 raised most of

these funds through personal contacts with potential contributors and from Unity08's

solicitations on its website.  See supra p. 6; FEC Facts ¶¶ 35-37.  Unity08's standard solicitations

explicitly state that Unity08 will use the solicited funds to help the organization attain its goal of

---

[3]    The individual plaintiffs have not demonstrated any injury to themselves but instead
appear to rest any claim of standing on their association with Unity08.

nominating and electing a Unity presidential and vice-presidential ticket in 2008.  Id.  The

donations were thus made "for the purpose of influencing [an] election for Federal office,"

2 U.S.C. 431(8)(A)(i), and "earmarked for political purposes," Buckley v. Valeo, 424 U.S. 1, 78

(1976).

Unity08 has therefore met the statutory criteria for political committee status in two

ways:  by making expenditures greater than $1,000 and by accepting more than $1,000 in

contributions.[4]  Because the advisory opinion was based on the former but not the latter, even if

this Court were to overturn the Commission's determination that Unity08's planned

disbursements would be "expenditures" under the Act, Unity08 would still be a political

committee because of the contributions it has accepted.  Thus, a decision overturning the

Commission's advisory opinion would not remedy Unity08's alleged harm of having to abide by

the Act's regulation of political committees.  As a result, Unity08 cannot satisfy the

redressability requirement of Article III standing, and a decision overturning the advisory

opinion would be a judicial advisory opinion not permitted by Article III.[5]

## II.    UNITY08'S CHALLENGE TO ADVISORY OPINION 2006-20 FAILS TO STATE A CAUSE OF ACTION

Even if Unity08 had standing, it has failed to state a cause of action under the statute it

invokes, the Administrative Procedure Act ("APA").  See 5 U.S.C. 701-06; Compl. ¶ 1 and

---

[4]     As discussed infra pp. 20-21, the Supreme Court in Buckley, 424 U.S. at 79, construed "political committee" to reach only those organizations that are "under the control of a candidate" or that have as their "major purpose … the nomination or election of a candidate." Unity08 does not dispute that its "major purpose" since its inception has been to influence the 2008 election for president and vice president of the United States.  Unity08 therefore meets the "major purpose" criterion regardless of how it meets the statutory criteria in 2 U.S.C. 431(4).

[5]     If Unity08 received more than $1,000 in contributions only after it filed its complaint on January 10, 2007, then this Court would still lack jurisdiction, but on the basis of mootness, because no relief could be provided from the Act's regulation of political committees.  See FEC Facts ¶¶ 32-39; National Black Police Ass'n v. District of Columbia, 108 F.3d 346, 349 (D.C. Cir. 1997).

Prayer for Relief, p.11; <u>Trudeau v. Fed. Trade Comm'n</u>, 456 F.3d 178, 185 (D.C. Cir. 2006) ("Although the APA does not confer jurisdiction, what its judicial review provisions … do provide is a <u>limited</u> cause of action for parties adversely affected by agency action.") (emphasis added).  The APA supplies no cause of action here for two independent reasons:  First, a Commission advisory opinion that, like AO 2006-20, gives a negative answer to a requester is not "final agency action," a prerequisite under the APA, <u>see</u> 5 U.S.C. 704,[6] and, second, the FECA does not allow for direct judicial review of Commission advisory opinions.  <u>See</u> 5 U.S.C. 701(a)(1).

> ## A.    Because AO 2006-20 Is Not "Final Agency Action," It Is Not Directly Reviewable Under the APA

"When … review is sought … only under the general review provisions of the APA, the 'agency action' in question must be 'final agency action.'  See 5 U.S.C. § 704."  <u>Lujan v. National Wildlife Fed'n</u>, 497 U.S. 871, 882 (1990).  <u>See also</u> <u>Nevada v. Dep't of Energy</u>, 457 F.3d 78, 85 (D.C. Cir. 2006) ("Final agency action pursuant to the Administrative Procedure Act is a crucial prerequisit[e] to ripeness.") (internal quotation marks and citation omitted).  For agency action to be "final" and reviewable under the APA, it must "'mark the consummation of the agency's decisionmaking process' <u>and</u> either determine 'rights or obligations' or result in 'legal consequences.'"  <u>Ctr. for Auto Safety v. Nat'l Highway Traffic Safety Admin.</u>, 452 F.3d 798, 806 (D.C. Cir. 2006) (emphasis in original; quoting <u>Bennett v. Spear</u>, 520 U.S. 154, 178 (1997)).

---

[6]    Section 704 provides, <u>inter</u> <u>alia</u>, that "[a]gency action made reviewable by statute and final agency action for which there is no other adequate remedy in a court are subject to judicial review."

Although the issuance of an advisory opinion marks the conclusion of the FECA's advisory opinion process, a negative opinion — that is, one that opines that the proposed behavior is unlawful or must conform to unwanted restrictions — neither determines "rights or obligations" nor results in "legal consequences." Under 2 U.S.C. 437f, an advisory opinion is binding only in the sense that it may be relied on affirmatively by any person involved in the specific transaction or activity discussed in the opinion or in any materially indistinguishable transaction or activity. 2 U.S.C. 437f(c)(1)(B), (2). Thus, if the opinion advises a requester that his proposed actions satisfy the Act's requirements and the requester relies in good faith on that advice in proceeding with his plans, his reliance protects him from sanctions for his actions.[7] In contrast, if the opinion advises that the proposed actions would run afoul of the Act, the opinion does not bind the Commission or the requester. See 2 U.S.C. 437f(c)(2); United States Defense Comm. v. FEC ("USDC"), 861 F.2d 765, 771 (2d Cir. 1988) ("[T]o the extent that the advisory opinion does not affirmatively approve a proposed transaction or activity, it is binding on no one — not the [Federal Election] Commission, the requesting party, or third parties.").[8]

Because it is not binding, a negative advisory opinion makes no final determination of any "rights or obligations" nor changes any legal relationships. See 2 U.S.C. 437f(b) (Commission may initially propose a "rule of law" "only as a rule or regulation"). When the Commission issues such an opinion, it does not bind itself to investigate the requester's actions in the future or to bring an enforcement action against that person. Rather, the Commission

---

[7]    If material facts are different, however, the advisory opinion provides no protection from sanctions. See FEC v. National Conservative PAC, 647 F. Supp. 987, 992, 995 (S.D.N.Y. 1986) (reliance on advisory opinion unwarranted where facts different).

[8]    The lack of binding effect makes particular sense in this context because an advisory opinion, although highly fact-dependent, rests on the "facts" presented by the requester in his request; the Commission undertakes no independent investigation of those purported facts, which usually concern proposed future activity.

retains the discretion to review the activity later, change its view, and find no violation or

exercise its prosecutorial discretion.  Moreover, if the Commission adheres to its advisory

opinion decision in an enforcement proceeding, it can seek voluntary compliance with the FECA

and resolve alleged violations of the law through conciliation; it has no authority, with one

exception inapplicable here, to make binding adjudications of liability for violations of the

statute.[9]  Instead, if the Commission cannot successfully conciliate with an alleged violator of the

Act, its enforcement authority is limited to filing a federal court complaint alleging a violation

and litigating de novo the allegation that the defendant violated the Act.  Only a federal court can

issue a final, legally binding decision that determines liability under the Act.  See 2 U.S.C.

437g(a)(6).  And if the requester's activity becomes the subject of a Commission investigation,

the requester retains his full range of rights to defend himself before the Commission during any

administrative proceedings, see 2 U.S.C. 437g(a)(1)-(5), and if an enforcement suit is filed, in

federal court, see 2 U.S.C. 437g(a)(6).[10]

---

[9]      The one exception concerns the Commission's administrative fines program, 2 U.S.C. 437g(a)(4), under which the Commission informally adjudicates fines for certain reporting violations, e.g., failure to report and tardy reporting.

[10]     Unity08 refers to a supposed "threat of prosecution."  See, e.g., Compl. ¶ 18; Unity08 Mem. at 1, 8.  As explained above, however, the issuance of AO 2006-20 mandates no enforcement action by the Commission.  If the Commission one day exercises its prosecutorial discretion and files an enforcement suit, Unity08 could defend itself by presenting to the court the same arguments it now presents to this Court.  In California Medical Ass'n v. FEC, 453 U.S. 182, 187 (1981), for example, the Supreme Court found that constitutional claims could be raised as defenses to section 437g enforcement cases.  A number of other cases raising constitutional claims have come to court only at the conclusion of the FECA's administrative enforcement process.  See, e.g., FEC v. Massachusetts Citizens for Life, Inc., 479 U.S. 238, 244-45 (1986); FEC v. National Right to Work Comm., 459 U.S. 197 (1982).  See also, e.g., W.E.B. DuBois Clubs v. Clark, 389 U.S. 309, 311-13 (1967) ("It is evident that Congress has provided a way for appellants to raise their constitutional claims.").  Thus, in terms of the APA, this is not an "agency action for which there is no other adequate remedy in court."  5 U.S.C. 704.

14

AO 2006-20 is a negative advisory opinion.  As the Second Circuit explained in describing such an opinion, it is

> final only in a "tautological sense."  Indeed, if a person proceeded to act contrary to an FEC advisory opinion, she would be entitled to all of the enforcement protections, including conciliation, conference, persuasion and the like, provided under 2 U.S.C. § 437g.  How may we call an advisory opinion "final" if the FEC might later be convinced to change its mind and agree to a compromise?

USDC, 861 F.2d at 772 (quoting ITT v. Local 134, Int'l Bhd. of Elec. Workers, 419 U.S. 428, 443-44 (1975)).  Unity08 sought a Commission opinion that Unity08 would not become a "political committee" under the Act so that it could take proposed actions that political committees cannot.  Relying on the facts supplied by Unity08, the Commission opined that the organization would become a political committee, subject to the regulations for such an entity, if it made expenditures of more than $1,000, and that its proposed disbursements to gain ballot access would be expenditures under the Act.  Because Unity08 would not be legally bound in any future enforcement proceeding by the opinion that its proposed activities would be unlawful, the AO does not conclusively determine Unity08's legal rights or obligations and it is not "final agency action" subject to judicial review under the APA.

## B. The Act Does Not Allow for Direct Judicial Review of AO 2006-20

Although any person "adversely affected or aggrieved by agency action," 5 U.S.C. 702, is entitled under the APA to judicial review, "before any review at all may be had, a party must … clear the hurdle of § 701(a)."  Heckler v. Chaney, 470 U.S. 821, 828 (1985).  That section states in relevant part that the judicial review provisions apply "except to the extent that" the relevant statutes "preclude judicial review."  5 U.S.C. 701(a)(1).  The FECA includes no provision for direct review of Commission advisory opinions, and the statute precludes judicial review of plaintiffs' challenge to AO 2006-20.

"[W]hether … a particular statute precludes judicial review is determined not only from its express language, but also from the structure of the statutory scheme, its objectives, its legislative history, and the nature of the administrative action involved."  Block v. Community Nutrition Inst., 467 U.S. 340, 345 (1984).  See also id. at 349 (referring to "specific language or specific legislative history that is a reliable indicator of congressional intent ... [or] … inferences drawn from the statutory scheme as a whole"); Chaney, 470 U.S. at 828.  The language, structure, and legislative history of the FECA show that Congress did not intend to permit direct review of FEC advisory opinions.

The FECA establishes detailed administrative schemes, and Congress narrowly provided for judicial consideration only of two specified Commission actions under the statute:  (1) the Commission's dismissal of, or arbitrary failure to proceed with consideration of, an administrative complaint, 2 U.S.C. 437g(a)(8) (suit by the administrative complainant), and (2) Commission adjudications under the administrative fines program, 2 U.S.C. 437g(a)(4)(C)(iii).[11] Neither of these provisions authorizes direct review of Commission advisory opinions.[12] Congress's decision not to include in the detailed procedural structure of the FECA any

---

[11]     In addition, the Commission itself may seek judicial resolution of some matters:  e.g., subpoena enforcement petitions, 2 U.S.C. 437d(b); enforcement suits it files against alleged violators of the Act (after attempted conciliation fails), 2 U.S.C. 437g(a)(6); petitions for civil contempt for violation of a court order entered in an enforcement action, 2 U.S.C. 437g(a)(11); and suits brought by the Commission (or certain private parties) under 2 U.S.C. 437h to seek a declaratory judgment construing the constitutionality of a provision of the FECA.

[12]     Congress provided for broad judicial review of Commission determinations under the Presidential Election Campaign Fund Act, 26 U.S.C. 9001, 9011(a), and the Presidential Primary Matching Payment Act, 26 U.S.C. 9031, 9041(a).  In sharp contrast, the judicial review provisions of the FECA are very limited.  When Congress empowered the Commission to issue advisory opinions regarding these public financing statutes, it chose not to place that authority in the financing statutes themselves and instead granted the Commission authority to issue advisory opinions about the Title 26 statutes as part of the FECA.  See 2 U.S.C. 437f.  Congress thereby indicated that it was treating advisory opinions as a special category of Commission actions not subject to the broad judicial review authorized in the public funding statutes.

provision authorizing judicial review of advisory opinions evidences a congressional intent to preclude direct judicial review of those opinions. See, e.g., Block, 467 U.S. at 346-47; Pinar v. Dole, 747 F.2d 899, 910 (4th Cir. 1984) ("The absence of a provision for direct judicial review of prohibited personnel actions among the carefully structured remedial provisions of the CSRA is evidence of Congress' intent that no judicial review in district court be available for the actions involved in this case."). Indeed, legislative history shows that, although Congress debated whether to provide for congressional review of some advisory opinions, no one even advocated judicial review of advisory opinions. See H.R. Rep. No. 1057, 94th Cong., 2d Sess. 44-45 (1976), reprinted in FEC, Legislative History of the Federal Election Campaign Act Amendments of 1976, at 1038-39 (1977).

Congress set out an unusually elaborate framework for the Commission's administrative enforcement of the Act. The framework gives respondents multiple opportunities to respond to allegations against them and requires the Commission to attempt conciliation if it nonetheless concludes that a violation has occurred. See generally 2 U.S.C. 437g(a). The Commission may bring the matter to court only if conciliation fails and a Commission majority chooses to exercise its prosecutorial discretion to bring a civil enforcement suit in district court. 2 U.S.C. 437g(a)(6)(A). Thus, Congress not only charged the Commission with enforcement of the Act, but also set out special procedures tailored to the delicate area in which it regulates. See Galliano v. U.S. Postal Service, 836 F.2d 1362, 1370 (D.C. Cir. 1988); In re Carter-Mondale Reelection Comm., 642 F.2d 538, 542-43, 545 (D.C. Cir. 1980).

Permitting judicial review of negative advisory opinions would create an end run around Congress's carefully designed enforcement scheme and would bring issues to court unnecessarily and prematurely. Unity08 has presented nothing to suggest that Congress

intended, without any mention in the Act or legislative history, to permit organizations to bypass the "first-amendment-prompted arrangements Congress devised for FECA enforcement actions," Galliano, 836 F.2d at 1370, by the simple expedient of seeking an advisory opinion and then requesting judicial resolution if the answer is negative. As the court in USDC found, "[n]othing in the legislative history of section 437f indicates that Congress thought advisory opinions would be reviewable." 861 F.2d at 771. This Court should therefore reject Unity08's attempt to obtain direct judicial review of AO 2006-20.

## III. EVEN IF THE COMMISSION'S DECISION IN ADVISORY OPINION 2006-20 IS REVIEWABLE, THAT DECISION IS A REASONABLE CONSTRUCTION OF THE ACT

### A. Standard of Review

The Commission's advisory opinions are entitled to substantial deference under Chevron U.S.A., Inc. v. NRDC, 467 U.S. 837, 842 (1984). "FEC advisory opinions … reflect the Commission's considered judgment made pursuant to congressionally delegated lawmaking power…." FEC v. National Rifle Ass'n of America ("NRA"), 254 F.3d 173, 184-86 (D.C. Cir. 2001). Cf. In re Sealed Case, 223 F.3d 775, 779 (D.C. Cir. 2000) (holding that Commission's probable cause determination and underlying statutory interpretation warrant Chevron deference).

Under the "familiar two-step Chevron framework," a court "first ask[s] 'whether Congress has directly spoken to the precise question at issue,' in which case [the court] 'must give effect to the unambiguously expressed intent of Congress.' If the 'statute is silent or ambiguous with respect to the specific issue,' however, [the court] move[s] to the second step and defer[s] to the agency's interpretation as long as it is 'based on a permissible construction of the statute.'" Rhinelander Paper Co. v. FERC, 405 F.3d 1, 6 (D.C. Cir. 2005) (quoting Noramco

of Del. v. DEA, 375 F.3d 1148, 1152 (D.C. Cir. 2004) (other citations omitted)).  Whether a

competing interpretation of the statute might also be reasonable is irrelevant.  "[U]nder Chevron,

courts are bound to uphold an agency interpretation as long as it is reasonable — regardless

whether there may be other reasonable, or even more reasonable, views."  NRA, 254 F.3d at 187

(quoting Serono Labs, Inc. v. Shalala, 158 F.3d 1313, 1321 (D.C. Cir. 1998)).

Moreover, the Supreme Court has held that the Commission "is precisely the type of

agency to which deference should presumptively be afforded."  FEC v. Democratic Senatorial

Campaign Comm., 454 U.S. 27, 37 (1981).  Accord, United States v. Kanchanalak, 192 F.3d

1037, 1049 (D.C. Cir. 1999) ("[T]he FEC's express authorization to elucidate statutory policy in

administering FECA 'implies that Congress intended the FEC … to resolve any ambiguities in

statutory language.  For these reasons, the FEC's interpretation of the Act should be accorded

considerable deference.'") (citation omitted).

**B.    The Commission Reasonably Determined that Unity08's Purpose and Planned Expenditures Would Require It to Register and Report as a Political Committee**

The ultimate issue in AO 2006-20 is whether Unity08's purpose and planned activities

require the organization to register and report as a political committee, and the Commission

reasonably concluded that they do.  The Act defines "political committee" as "any committee,

club, association, or other group of persons which receives contributions … or which makes

expenditures aggregating in excess of $1,000 during a calendar year."  2 U.S.C. 431(4)(A).  In

turn, a "contribution" includes "any gift, subscription, loan, advance, or deposit of money or

anything of value made by any person for the purpose of influencing any election for Federal

office," 2 U.S.C. 431(8)(A)(i), and an "expenditure" includes "any purchase, payment,

distribution, loan, advance, deposit, or gift of money or anything of value, made by any person

for the purpose of influencing any election for Federal office." 2 U.S.C. 431(9)(A)(i).[13]

When the Supreme Court construed these statutory criteria, however, it found that they

"could be interpreted to reach groups engaged purely in issue discussion" because "'political

committee' is defined [in the Act] only in terms of amounts of annual 'contributions' and

'expenditures.'" Buckley v. Valeo, 424 U.S. 1, 79 (1976). Thus, to avoid "vagueness

problems," the Court concluded that "[t]o fulfill the purposes of the Act [the term "political

committee"] need only encompass organizations that are under the control of a candidate or the

major purpose of which is the nomination or election of a candidate." Id. at 79 (emphasis

added). See also FEC v. Massachusetts Citizens For Life ("MCFL"), 479 U.S. 238, 252 n.6

(1986) ("[T]his Court said [in Buckley] that an entity subject to regulation as a 'political

committee' under the Act is one that is either 'under the control of a candidate or the major

purpose of which is the nomination or election of a candidate.'") (quoting Buckley, 424 U.S.

at 79). Accordingly, under the Act, Unity08 must register and report as a political committee if

its "major purpose" is the nomination or election of federal candidates and it meets the $1,000

threshold level of contributions or expenditures in 2 U.S.C. 431(4).

An organization's major purpose may be established by, inter alia, its public statements

of purpose. FEC v. Malenick, 310 F. Supp. 230, 234 (D.D.C. 2004); FEC v. GOPAC, Inc.,

917 F.Supp. 851, 859 (D.D.C. 1996).[14] It is undisputed that when Unity08 requested an advisory

---

[13]     The Commission's regulations define "anything of value" to include, among other things, all in-kind contributions; that is, "the provision of any goods or services without charge or at a charge which is less than the usual and normal charge for such goods or services" is a contribution, 11 C.F.R. 100.7(a)(1)(iii), and/or an expenditure, 11 C.F.R. 100.8(a)(1)(iv)(A).

[14]     Unity08 mischaracterizes (Unity08 Mem. at 20 n.11) Malenick. Contrary to Unity08's claims, the court did rely in part upon the defendant's public statements of its purpose.

opinion, it informed the Commission that its "Goal One is to elect a Unity Ticket for President and Vice President of the United States in 2008."  FEC Facts ¶ 7 (quoting Exh. 2 at 2) (emphasis in original).  See also Compl. ¶ 11 ("Unity08's website defines its goal as 'getting our country back on track by nominating and electing a Unity Ticket in the '08 presidential election.'").  Unity08 further explained to the Commission that to accomplish its goal, it "intends to qualify for ballot positions in certain key states for the offices of the President and Vice President of the United States" and intends "to select, using a 'virtual' convention conducted over the Internet, candidates for the office of President and Vice President of the United States to run in those ballot positions."  FEC Facts ¶ 7.  It is hard to imagine a more clear articulation of a stated purpose to nominate and elect federal candidates, and Unity08 has never claimed or implied that it is a group "engaged purely in issue discussion."  Buckley, 424 U.S. at 79.  Thus, the Commission correctly concluded that Unity08's "self-proclaimed major purpose is the nomination and the election of a presidential candidate and a vice-presidential candidate" (Exh. 3 at 5 (AO 2006-20)), and the vagueness concerns the Court raised in Buckley concerning pure issue advocacy groups are simply inapplicable here.

    The Commission also properly concluded that "[m]onies spent by Unity08 to obtain ballot access through petition drives will be expenditures," and that once it spends more than $1,000 on those efforts it will become a political committee.  Id. at 3.  Because the Act is silent with respect to whether ballot access expenses are expenditures, under Chevron step two the question before the Court is whether the Commission's interpretation of the term "expenditure" to include such expenses is reasonable.  It is.

_____

Furthermore, the court did not, as Unity08 suggests, find that the defendant had paid money directly to any candidate.

In its advisory opinion request, Unity08 stated its plans to qualify for ballot access in certain key states through petitions and, if necessary, litigation.  Exh. 2 at 3.  In concluding that Unity08's expenses to qualify for ballot access would be payments for the purpose of influencing a federal election, and hence expenditures within the meaning of the Act, the Commission reasonably relied upon two previous advisory opinions.  In Advisory Opinion 1994-05, the Commission had noted that amounts spent seeking signatures on nomination petitions were "expenditures."  Exh. 28.  In Advisory Opinion 1984-11, the Commission had similarly observed that the requestor's expenses included "expenditures" to obtain signatures for nomination petitions to achieve ballot access in several states as a presidential candidate.  Exh. 29.  Thus, the Commission adhered to the reasonable view it has held for more than two decades that expenses for ballot access are "expenditures" under the Act, and Congress, despite opportunities to overrule that interpretation when amending the Act, has not done so.  This longstanding interpretation is therefore entitled to "particular deference."  Barnhart v. Walton, 535 U.S. 212, 220 (2002) (courts "will normally accord particular deference to an agency interpretation of longstanding duration"); Secretary of Labor v. Excel Mining, LLC, 334 F.3d 1, 7-8 (D.C. Cir. 2003) (same).

Although Unity08 does not deny as a general matter that gaining a place on the ballot is an action whose purpose is to influence an election, it nevertheless contends (Unity08 Mem. at 18-19) that the Commission improperly relied upon its prior advisory opinions because they purportedly turned on the status of the requestors as "candidates."  But Unity08's argument is based on a false premise and, in any event, irrelevant.  In AO 1994-05, the requestor had not yet become a Senate "candidate" within the meaning of the Act, and the Commission addressed one

22

of the same questions presented in this case: whether disbursements for ballot access count as "expenditures" for purposes of meeting one of the Act's statutory thresholds.

> The question of whether you are a candidate under the Act and Commission regulations depends upon the amount of financial activity by you…. When financial activity to influence your election exceeds $5,000 in either contributions received or expenditures made, you are required to file as a Senate candidate.

Exh. 28 at 2. In a footnote immediately following this text, the Commission further explained that "expenditures to influence your election would include amounts you spend … to promote yourself for the general election ballot by seeking signatures on nomination petitions." Id. at 4 n.1 (emphases added). Similarly, in AO 1984-11, the Commission observed that the requestor's expenses included "campaign expenditures" to obtain signatures for nomination petitions that would qualify as "qualified campaign expenses" under the Presidential Primary Matching Payment Account Act. Exh. 29 at 3.

Neither of these prior advisory opinions suggested that the Commission's determination that expenses to achieve ballot access were "expenditures" turned on whether the spending was done by someone who was already a candidate. To the contrary, AO 1994-05 explicitly found the opposite: that such disbursements would be treated as "expenditures" before someone has become a "candidate" and would count towards the statutory requirement to reach that very status. For the same reason, the Commission found in AO 2006-20 that Unity08's ballot access expenses would count as "expenditures" towards the $1,000 threshold necessary for political committee status. What matters is the nature of the ballot access activity, not who is doing it. Obtaining a place on the ballot as a choice for voters in a particular election is unambiguously an act whose purpose is to influence that election, regardless of whether the actor has already achieved status as a "candidate" or a "political committee."

Moreover, "unlike organizations that secure ballot access for themselves in order to field a slate of federal and non-federal candidates" (Exh. 3 at 4 (AO 2006-20)), Unity08 has stated that its goal is limited to nominating and electing the president and vice president in 2008, so it has already declared exactly which federal offices and which election cycle it seeks to influence. Thus, the Commission reasonably concluded that even though Unity08 plans to qualify for ballot access as an organization rather than in the name of identified candidates, it "is, in effect, using its name as a placeholder for its candidates' names on the ballot," and that payments by Unity08 to obtain ballot access for its two candidates will therefore be expenditures. Id. In other words, "in promoting itself though petition drives to obtain ballot access, Unity08 is promoting its presidential and vice-presidential candidates." Id.[15]

The Commission's conclusion in AO 2006-20 is also consistent with its "testing the waters" regulation, which creates a limited exemption from the Act's definition of "expenditure": "Payments made solely for the purpose of determining whether an individual should become a candidate are not expenditures." 11 C.F.R. 100.131. The regulation specifically provides, however, that expenses for activities that indicate that an individual has decided to become a candidate are not covered by this limited exemption. 11 C.F.R. 100.131(b). The regulation then specifically provides that "tak[ing] action to qualify for the ballot under State law" is not exempt activity. 11 C.F.R. 100.131(b)(5). Thus, under this regulation, disbursements for such ballot access activity are expenditures.

---

[15] The Commission's conclusion that payments by Unity08 for its petition drives will be expenditures for the purpose of influencing a federal election is buttressed by the fact that Unity08 hopes to attract electable candidates through a successful ballot access campaign. Unity08 itself has argued that that the two are inextricably linked: It concedes (Unity08 Facts ¶¶ 30, 79) that its ability to entice qualified candidates to seek the Unity08 nomination will depend on the success of its ballot access efforts, so it wants to gain ballot access both as a prerequisite for having its candidates elected and to increase its chances of being able to attract a candidate to run on its ticket who has a credible chance of winning.

Nevertheless, Unity08 conclusorily asserts (Mem. at 23) that its present efforts are somehow not truly electoral, but rather "more akin to those activities having to do with ballot initiatives and other activities in which there are substantial efforts to communicate directly with members of the public on matters relating to governance and political philosophy." The facts demonstrate otherwise. Unity08 has provided no evidence to the Commission or this Court that it has spent or plans to spend any time or money creating or supporting ballot <u>initiatives</u> or communicating with the public about specific issues — other than to explain, as a reason to support its ticket, that the two-party system is broken. Its expenditures are directed towards developing an online system to nominate its choices for president and vice president, gaining ballot access to elect those nominees, and raising money to further those efforts.[16] FEC Facts ¶¶ 20-25. Moreover, although Unity08 has at times described itself as a "nascent political party" (<u>id</u>. ¶ 4), it has expressly disavowed any interest at this time in creating a permanent political party, nominating state and local candidates, and nominating or supporting any federal candidates other than for the offices of president and vice president in 2008. Unity08 Facts ¶¶ 28, 30.[17]

In sum, having found that Unity08's major purpose was campaign activity and that Unity08 would make expenditures conducting petition drives to obtain ballot access, the Commission concluded that once Unity08 has made more that $1,000 in expenditures, it would

---

[16]    A group whose primary objective is to nominate and elect the next president and vice-president (FEC Facts ¶¶ 7(a), 29; Compl. ¶ 11) cannot, by definition, be a ballot initiative group. "Referenda are held on issues, not candidates for public office." <u>First Nat'l Bank of Boston v. Bellotti</u>, 435 U.S. 765, 791 (1978). Because Unity08 is not a ballot initiative group, its reliance (Unity08 Mem. at 24) on <u>Citizens Against Rent Control v. Berkeley</u>, 454 U.S. 290, 297 (1981), where the Court struck down an ordinance placing a $250 limit on contributions to committees formed to support or oppose ballot measures, is misplaced.

[17]    Even if Unity08 could be considered a political party, it would not change the conclusion that its ballot access expenses are "expenditures" under the Act. Political parties are one type of political committee. <u>See</u> <u>infra</u> p. 27.

be required to register and report to the Commission pursuant to the Act as a political committee. This reasonable conclusion, consistent with the statute and applicable precedent, is entitled to deference under Chevron and should be upheld.

>    **C.    Contrary To Unity08's Arguments, Political Committee Status Does Not Depend Upon An Organization's Having Already Selected Specific Candidates To Support Or Nominate**

Unity08's arguments suffer from a repeated, fatal flaw:  the assumption that an organization like itself cannot become a political committee until after it has identified a specific candidate whom it will support or nominate for a federal office.

>    **1.    Unity08 Conflates the "Major Purpose" Test with the "Express Advocacy" Test**

As explained above, the Supreme Court in Buckley adopted the major purpose test to limit the scope of the Act's definition of "political committee" to avoid improper regulation of "groups engaged purely in issue discussion."  424 U.S. at 79.  According to that test, "'political committee' … need only encompass organizations that are under the control of a candidate or the major purpose of which is the nomination or election of a candidate."  Id. (emphasis added).  The Court did not state or suggest, however, that the "major purpose" of an organization needs to be the nomination or election of a "specific" or "already identified" candidate.

Despite the plain language of Buckley, Unity08 erroneously argues (Mem. at 13; emphasis added) that "[b]ecause Unity08 does not have as its purpose the nomination or election of any specific individual it is not a 'political committee' as Buckley has defined that term."  But the whole point of a nomination process is to identify which candidate the organization will support.  Thus, Unity08's interpretation is nonsensical:  No organization that undertakes a competitive nomination process could meet the major purpose test if that test required the

organization to have already selected the "specific individual" it will nominate.[18]  Indeed, if Unity08's view of the law were applied to political parties — which are one type of political committee, see 2 U.S.C. 431(4)(C), 431(16); 11 C.F.R. 100.5(e)(4) — it would create a vast hole in the Act's regulatory framework.  Under Unity08's reasoning, no political parties, including the Democratic and Republican parties, would qualify as political committees in each election cycle until they had nominated their candidates for federal office.  Under such an interpretation, the parties would be free to solicit donations unlimited in amount for most of each election cycle, and become subject to the statutory contribution limits only for the relatively short period between the primary and general elections.  Besides being illogical and contrary to the plain language of Buckley, Unity08's interpretation in effect reads the term "nomination" out of the major purpose test and would deregulate huge amounts of political party activity.

Unity08's error seems to derive from its conflation of the "major purpose" test with the "express advocacy" test.  The two tests are distinct, and the express advocacy test is irrelevant to the Commission's decision in AO 2006-20.  The "express advocacy" test arose out of the Supreme Court's concern that because of vagueness in the statutory definition of "expenditure," certain statutory regulation of expenditures might impermissibly burden communications dedicated solely to addressing issues of public concern.  Buckley, 424 U.S. at 40-42, 79-80.  See also McConnell, 540 U.S. at 190-91.  The Court held that when "expenditures" are made by candidates or political committees, the term "can be assumed to fall within the core area sought to be addressed by Congress.  They are, by definition, campaign related."  Buckley, 424 U.S. at 79.  The Court explained, however, that when the maker of the expenditure is not under the

---

[18]     Unity08's argument cannot be that it lacks identified candidates to compete for its nomination, because at least one person has already identified himself as a candidate for the Unity08 ticket and a few dozen potential candidates have been identified by Unity08 itself. See FEC Facts ¶ 27.

control of a candidate, or its major purpose is not the nomination or election of a candidate, "the relation of the information sought to the purposes of the act may be too remote." Id. at 79-80. For such organizations, the Court construed the term "expenditure" as used in the Act's disclosure provisions to "reach only funds used for communications that expressly advocate the election or defeat of a clearly identified candidate." Id. at 80 (emphasis added). This "clearly identified" criterion, however, is not part of, or relevant to, the Court's "major purpose" test.[19]

Unity08's reliance upon MCFL is similarly flawed. Unity08 erroneously argues (Mem. at 19-20) that MCFL stands for the proposition that unless an organization's major purpose is the election of a particular candidate, it cannot be a "political committee" under the Act. In MCFL, however, neither party contended that MCFL was a political committee, and the Court simply noted that MCFL was not. See 479 U.S. at 252 n.6 (plurality) (citing two ways organization could meet Buckley's major purpose test, Court explained that "[i]t is undisputed on this record that MCFL fits neither of these descriptions. Its central organizational purpose is issue advocacy."). The Court also noted that "should MCFL's independent spending become so extensive that the organization's major purpose may be regarded as campaign activity, the corporation would be classified as a political committee." Id. at 262 (emphasis added). The Court's general reference in dicta to "campaign activity" did not remotely suggest that an

---

[19]    Unity08's argument is also mistaken to the extent it appears to import the express advocacy concept of a clearly identified candidate into the issue of whether the Commission reasonably concluded that Unity08's expenses for ballot access are expenditures. The express advocacy test makes no sense in relation to spending for campaign activities that do not involve public advocacy. In Buckley, the Court established the express advocacy test to avoid vagueness that could "compel[] the speaker to hedge and trim."  424 U.S. at 42-43 (quoting Thomas v. Collins, 323 U.S. 516, 535 (1945)).  So long as they are made for the purpose of influencing a federal election, disbursements that qualify as "expenditures" under the Act, 2 U.S.C. 431(9), include purchases, payments, distributions, loans, advances, and gifts, which like payments for ballot access, do not implicate the concerns about chilling issue speech that led the Court to articulate the express advocacy test.

organization's major purpose had to focus on specific, already identified candidates in order for the organization to become a political committee.

In any event, the contested issues in <u>MCFL</u> concerned whether the corporation's newsletters were prohibited corporate expenditures under 2 U.S.C. 441b, and if so, whether that provision could be constitutionally applied to MCFL. To resolve those issues, the Court construed the term "expenditure" as it regulates independent spending under 2 U.S.C. 441b and concluded, as the <u>Buckley</u> Court had, that the term must be limited to "communications that expressly advocate the election or defeat of a clearly identified candidate." <u>Buckley</u>, 424 U.S. at 248-49. The Court never suggested, however, that the express advocacy test was to be applied in determining the nature of MCFL's major purpose. To the contrary, the Court noted that MCFL was <u>not</u> a political committee because its central purpose was issue advocacy; MCFL's newsletters had indeed clearly identified candidates, but that fact was irrelevant to the Court's analysis. <u>See</u> <u>id</u>. (finding MCFL's communications expressly advocated the election of clearly identified candidates).

Thus, <u>MCFL's</u> relevance to this case rests upon the Court's reaffirmation of the major purpose test as articulated in <u>Buckley</u> and the dichotomy it describes between whether an "organization's major purpose may be regarded as campaign activity," <u>MCFL</u>, 479 U.S. at 262, or "issue advocacy," <u>id</u>. at 252 n.6 — without defining "campaign activity" as requiring specifically identified candidates. As explained above, Unity08 is not an issue advocacy organization. Rather, it has repeatedly affirmed that its principal objective is to nominate and elect the next president and vice president of the United States.

2.    **Unity08's Statutory Interpretation and Concept of Corruption Are Contrary to the Plain Language of the Act and Supreme Court Precedent**

As part of its argument that it is not a political committee, Unity08 makes the extraordinarily claim (Mem. at 12) that even donations to political committees cannot be "contributions" under the Act unless the committee already knows which specific candidates will be supported with the donations. There is no support for this view in either the plain language of the Act or Supreme Court precedent. Nowhere in the Act's definition of "contribution," 2 U.S.C. 431(8), is there any limiting language stating that candidates must be specified or clearly identified in order for "anything of value" to be given for the "purpose of influencing any election for Federal office," and Unity08 has not cited a single case that supports its novel construction of section 431(8). As explained below, Unity08's argument ignores the Act's broad definition of the term "contribution," Supreme Court cases interpreting that term, and the Court's longstanding concept of corruption.

Unity08 asserts (Mem. at 9) that "[s]ince corruption, actual or potential, has been deemed to be related to the existence of actual candidates who have declared themselves as running for elected office, regulation of donations or expenditures is not constitutionally permissible in the absence of such actual candidates." In <u>Buckley</u>, however, the Supreme Court rejected that kind of narrow construction and explained that it construed the term "contribution" broadly

> to include not only contributions made directly or indirectly to a candidate, political party, or campaign committee, <u>and contributions made to other organizations or individuals but earmarked for political purposes</u>, but also all expenditures placed in cooperation with or with the consent of a candidate, his agents, or an authorized committee of the candidate.

424 U.S. at 78 (emphasis added). More generally, the Court has deferred to Congress "as to the need for prophylactic measures where corruption is the evil feared." <u>FEC v. National Right to</u>

Work Comm., 459 U.S. 197, 210 (1982). The Court has repeatedly upheld the Act's contribution restrictions and measures to foreclose circumvention of them because they serve compelling governmental interests in preventing corruption and the appearance of corruption. See Buckley, 424 U.S. at 26-28, 46-47; McConnell, 540 U.S. at 143-45; FEC v. Colorado Republican Federal Campaign Comm., 533 U.S. 431, 456 (2001) ("[A]ll Members of the Court agree that circumvention is a valid theory of corruption."); FEC v. Beaumont, 539 U.S. 146, 160 (2003); California Medical Ass'n v. FEC ("CMA"), 453 U.S. 182, 197-98 (1981) (upholding contribution limits applied to independent political committees). In particular, the Court has upheld limits on the amount of money that individuals and groups may contribute to intermediaries, such as political parties and other political committees, in order to prevent circumvention of the Act's limits on contributions to candidates. In those circumstances, the Court has upheld these contribution limits even though the money did not flow directly or indirectly to identified candidates.

In Buckley, the Court upheld the $25,000 limitation on total contributions by an individual in any calendar year because the restriction "serves to prevent evasion of the $1,000 contribution limitation by a person who might otherwise contribute massive amounts of money to a particular candidate through the use of unearmarked contributions to political committees likely to contribute to that candidate, or huge contributions to the candidate's political party." 424 U.S. at 38. The Court's focus on "unearmarked contributions" clearly forecloses Unity08's argument that money donated to a political committee cannot be considered a contribution unless a committee and donor already know which specific candidate will be supported by that

contribution at the time it is given.  See Unity08 Mem. at 15 ("[A] donation is not a contribution unless it is used in support or opposition of a specific candidate.").[20]

Similarly, in CMA, the Court upheld the Act's $5,000 limit on contributions to multicandidate political committees as a means of preventing the circumvention of the contribution limitation upheld in Buckley, which otherwise "could be easily evaded."  CMA, 453 U.S. at 198 (plurality).  But CMA went even further in demonstrating that the Court's broad concept of corruption has nothing to do with whether a donation is made for the purpose of supporting or opposing a particular candidate.  In that case, the appellant organization argued, inter alia, that donations earmarked for "administrative support" lacked any potential to corrupt the political process and that the Act's $5,000 contribution limitation to multicandidate political committees, 2 U.S.C. 441a(a)(1)(C), was unconstitutional as applied to this type of non-candidate specific donation.  CMA, 453 U.S. at 198 n.19.  The Court rejected that argument, holding that donations for administrative support were indeed contributions under that Act.  Id. at 198 n.19, 201.  The Court explained at length that due to the fungibility of money, it did not matter that a donation was not made to support a specific candidate; it could still be converted into a form with corruptive potential:

> If unlimited contributions for administrative support are permissible, individuals
> and groups like CMA could completely dominate the operations and contribution

---

[20]    Even if Unity08 were correct that a donation cannot be a "contribution" unless it is tied to the support of a specific or clearly identified candidate, it would still be the case that Unity08 has accepted contributions.  Unity08 has accepted funds to support two specific candidates:  its choices for president and vice-president in the 2008 election.  As the Commission explained in AO 2006-20, Unity08 "is, in effect using its name as placeholder for its candidates."  Exh. 3 at 4. In Advisory Opinion 2003-23 (Exh. 30), the Commission had similarly concluded that candidates identifiable as to specific office, party affiliation, and election cycle were "clearly identified" within the meaning of the Commission's earmarking regulations, 11 C.F.R. 110.6(b)(1).  In Buckley, 424 U.S. at 43-44 n.51, the Court found that phrases such as the "Democratic Presidential nominee" meet the statutory definition of "clearly identified" — so, too, would a reference to the "Unity08 Presidential and Vice-Presidential Candidates."

> policies of independent political committees such as CALPAC.  Moreover, if an
> individual or association was permitted to fund the entire operation of a political
> committee, all moneys solicited by that committee could be converted into
> contributions, the use of which might well be dictated by the committee's main
> supporter.  In this manner, political committees would be able to influence the
> electoral process to an extent disproportionate to their public support and far
> greater than the individual or group that finances the committee's operations
> would be able to do acting alone.  In so doing, they could corrupt the political
> process in a manner that Congress, through its contribution restrictions, has
> sought to prohibit.

Id. at 198 n.19.[21]  Likewise, in MCFL the Court acknowledged that many contributions are made

without knowledge of what the money will be used for, including whether a specific candidate

will be the beneficiary of the donation.

> It is true that a contributor may not be aware of the exact use to which his or her
> money ultimately may be put, or the specific candidate that it may be used to
> support.…  Any contribution therefore necessarily involves at least some degree
> of delegation of authority to use such funds in a manner that best serves the
> shared political purposes of the organization and contributor.

MCFL, 479 U.S. at 261.

The lower courts have also consistently applied the Act's definition of "contribution" in

circumstances that did not involve the specific threat of corruption vis-à-vis an identified

candidate as posited by Unity08.  In FEC v. Ted Haley Congressional Comm., 852 F.2d 1111

(9th Cir. 1988), the Ninth Circuit held that a donation to a candidate was, in fact, a contribution

even though made after the election, which the candidate had already lost.  Although the

candidate was no longer running for office and indicated that he would not be a candidate for

public office again, id. at 1112, the court held that post-election loan guarantees made for him

were contributions, despite the candidate's protestations that the timing of the guarantees

established that their purpose was not to influence an election.  Similarly, in United States v.

---

[21]     Justice Blackmun's concurrence also concluded that contributions to political committees
could be limited to prevent evasion of the limitations on contributions to a candidate or his
authorized committee.  CMA, 453 U.S. at 203.

Goland, 959 F.2d 1449, 1453 (9th Cir. 1992), the court found that the defendant made excessive

campaign contributions to an independent candidate for Senate even though the candidate did not

know the source of the contribution and the contributor was actually trying to elect a different

candidate. And in Malenick, the court held that the defendant had accepted excessive

contributions, although the court did not make any findings that the contributor knew that his

donations would support or oppose any particular candidates. 310 F. Supp. 2d at 236; 2005 WL

588222, at *1 (D.D.C. Mar. 7, 2005) (granting FEC's motion for reconsideration) (citing CMA).

Finally, Unity08's statutory interpretation and theory of corruption would eviscerate the

Act's contribution limits. Thousands of political committees (commonly known as PACs)

collectively raise hundreds of millions of dollars in contributions each election cycle. Very few

of these committees ever seek ballot access for any candidates but instead make contributions or

expenditures to support or oppose candidates. Today, more than a year and a half from the 2008

elections, it is likely that most of these political committees have not yet identified which

candidates they will support and may not do so for many months. Under Unity08's

interpretation of "contribution," determining whether political committees' receipts are

contributions requires tracing the use of those funds to determine if they are actually used to

support or oppose specific candidates. So, under this theory, money received today might not

become a "contribution" for a year or more, and tracing such receipts and disbursements would

at best be an accounting nightmare.[22] Even if such an accounting task were feasible, however,

because money is fungible (as the CMA decision explains), the end result of such a system

---

[22]     Moreover, under 2 U.S.C. 431(4), an organization becomes a political committee if it
either receives contributions or makes expenditures in excess of $1,000 per year, so it could
satisfy the statutory criteria without ever spending a dime to support a specific candidate, as long
as it receives more than $1,000 "for the purpose of influencing an election for Federal office."
2 U.S.C. 431(8)(A)(i).

would be an invitation to widespread evasion of the Act's contribution limits.  In short, Unity08's interpretation of "contribution" and narrow view of corruption has been rejected by the Supreme Court and cannot undermine the reasonableness of the Commission's decision in AO 2006-20.

### 3. Unity08 Is Not an Organization Seeking Only to Convince a Person to Become a Candidate for Federal Office

Unity08 relies (Mem. at 15-23) upon FEC v. Machinists Non-Partisan Political League ("Machinists"), 655 F.2d 380 (D.C. Cir. 1981), to argue again that the organization cannot become a political committee until it first identifies a specific candidate to support, but that case actually bolsters the Commission's position, not Unity08's.  In Machinists, the D.C. Circuit held that the Commission lacked subject-matter jurisdiction to investigate several organizations seeking to "draft" Senator Kennedy to become a candidate for president.  Id. at 396.  The court determined that the draft groups were not political committees and, therefore, not within the Commission's statutory jurisdiction.  But the court's analysis relied directly upon the language from Buckley discussed above and examined whether the draft groups' "major purpose … [wa]s the nomination or election of a candidate."  Id. at 392 (quoting Buckley, 424 U.S. at 79).  The court determined that the draft groups were not organized to nominate or elect Mr. Kennedy, but for the limited purpose of "attempt[ing] to convince the voters — or Mr. Kennedy himself — that he would make a good 'candidate,' or should become a 'candidate.' "  Id. at 396.  Relying on this distinction, the D.C. Circuit concluded that the draft organizations did not fall within the Buckley Court's limited definition of "political committee."  Id. at 396.

The same analysis applied here leads to a contrary result because the facts are completely different.  Unity08 has presented uncontroverted evidence that "as an organization [it] has no plans to draft any candidate."  Unity08 Facts ¶ 56.  Thus, by its own proof, it is not a draft group.

Instead, as discussed above, its goal is to nominate and elect the next president and vice president of the United States.  Once a true draft group succeeds or fails to convince its favored candidate to run, it has exhausted its only purpose.  Unity08 not only disavows any interest in drafting any particular candidate to seek its nomination, but it is also already engaged in work to support activities beyond the precise point where a true draft group's activities end.  Unity08 is trying to gain ballot access for its eventual nominees and to hold a convention to nominate and then elect presidential and vice-presidential candidates for the November 2008 election.  Under the reasoning of Machinists, Unity08's activities to influence the outcome of the presidential election satisfy the major purpose test.[23]

In sum, the Commission concluded in Advisory Opinion 2006-20 that Unity08's planned efforts to achieve ballot access would result in expenditures that will require Unity08 to register and report as a political committee.  The Commission's conclusions were consistent with its own precedent, as well as with the Supreme Court's major purpose test.  Because Unity08 concedes that its principal goal is to nominate and elect candidates for president and vice president in 2008 and because the Commission reasonably found that Unity08's ballot access disbursements would be "expenditures" under the Act, Advisory Opinion 2006-20 is a permissible construction of the FECA.

---

[23]    Unity08's reliance on FEC v. GOPAC, 917 F. Supp. 851 (D.D.C. 1996), is similarly misplaced.  In that case, the court held that an organization that limited its direct support to state and local candidates was not a political committee under the Act.  Although GOPAC ultimately hoped to increase the number of Republicans in Congress by building a "farm team" at the state and local level, the Court emphasized that GOPAC "avoided directly supporting federal candidates."  Id. at 857 (emphasis in original).  Unity08's methods and goals have nothing in common with GOPAC's.  GOPAC supported candidates only at the state and local level. Unity08, on the other hand, seeks to nominate and elect the next president and vice president and disavows any interest in influencing state and local elections.  Exh. 4 at 12 (Bailey Dep.); Unity08 Facts ¶16.  In any event, to the extent the district court in GOPAC interpreted the major purpose test to require support for a particular federal candidate, such dicta cannot be reconciled with the language and logic of Buckley.  See supra pp. 26-29.

## IV.    THE ACT'S LIMITATIONS ON CONTRIBUTIONS ARE CONSTITUTIONAL AS APPLIED TO UNITY08

The primary consequence of Unity08's becoming a political committee is its having to abide by the Act's $5,000 annual limit on contributions it can receive from any one person. 2 U.S.C. 441a(a)(1)(C).  Specifically, the Act provides that no person may contribute more than $5,000 per calendar year to any political committee, and no "political committee shall knowingly accept any contribution … in violation" of those limits.  2 U.S.C. 441a(f).  Furthermore, corporations and unions are prohibited from using their general treasury funds to make contributions or expenditures in connection with any federal election, and no political committee may "knowingly … accept or receive" such a corporate or union contribution. 2 U.S.C. 441b(a).[24]  Thus, the obligations that Unity08 would be subject to as a political committee, other than the reporting requirements that Unity08 does not appear to challenge, limit the source and amount of contributions to Unity08, not its expenditures.

By concluding that Unity08 will have to register and report as a political committee, the Commission has not, as plaintiffs suggest, placed any restrictions on Unity08's spending.  The Act simply does not limit the timing or amount of Unity08's expenditures (or those of any other political committee).  Nor does the Act dictate when or where Unity08 may pursue its ballot access efforts or limit the total amount that Unity08 can spend on these activities.  Thus, there is no expenditure limit at issue in this case.  Indeed, since the Supreme Court's decision in <u>FEC v. National Conservative Political Action Comm.</u>, 470 U.S. 480, 497-98 (1985), it has been

---

[24]    Unity08 claims that it has not accepted contributions from corporations (Unity08 Facts ¶ 65), and nowhere indicates that it wishes to do so.

established that Congress may not place limits on political committees' independent expenditures.[25]

Nevertheless, Unity08 repeatedly suggests that it cannot constitutionally be treated as a political committee because that status would unduly infringe upon its right to engage in "core political speech." Unity08 Mem. at 14. See also id. at 18 (arguing that courts should "avoid permitting regulation … [that] would unconstitutionally limit political speech of the group or party."). Indeed, Unity08 even goes so far as to argue that the regulation at issue here is not a contribution limit but rather an expenditure limit subject to strict scrutiny. Id. at 24 ("Regulation of the sort imposed here burdens Unity08's ability to organize and compete in the political arena and should therefore be subject to strict scrutiny as it burdens core rights beyond contribution limits …."). These arguments confuse the difference between contribution and expenditure limits, and the appropriate level of scrutiny the Supreme Court applies to each.

The Court has explained that, unlike a "limitation upon expenditures for political expression, a limitation upon the amount that any one person or group may contribute to a candidate or political committee entails only a marginal restriction upon the contributor's ability to engage in free communication." Buckley, 424 U.S. at 20-21. Beginning with Buckley and continuing in Nixon v. Shrink Missouri Government PAC, 528 U.S. 377, 387-88 (2000), FEC v. Colorado Republican Federal Campaign Comm. ("Colorado II"), 533 U.S. 431, 440-41 (2001), and FEC v. Beaumont, 539 U.S. 146, 161 (2003), the Court has consistently held that limits on contributions are subject to a "less rigorous degree of scrutiny" than limits on expenditures. McConnell, 540 U.S. at 137. "[A] contribution limit involving even significant interference with

_____

[25]    Expenditures made in coordination with a candidate or political party are considered contributions to such candidates or parties under the Act. 2 U.S.C. 44la(a)(7). See also Buckley, 424 U.S. at 46-47 & n.53.

associational rights is nevertheless valid if it satisfies the lesser demand of being closely drawn to match a sufficiently important interest." Id. at 136 (citations and internal quotation marks omitted).

Unity08 cannot transform a contribution limit into an expenditure limit by arguing that limits on the money it receives may reduce the funds it has available to spend. Consistent with its prior decisions, the Court in McConnell clearly rejected that kind of argument. When it addressed the Bipartisan Campaign Reform Act's new prohibitions on national political parties' receiving or spending nonfederal money (and its limits on state party committees' spending nonfederal money on certain federal election activity), the Court analyzed these provisions solely as contribution limits.[26] The Court observed that "neither provision in any way limits the total amount of money parties can raise. Rather, they simply limit the source and individual amount of donations." 540 U.S. at 139 (internal citation omitted).

> [F]or the purposes of determining the level of scrutiny, it is irrelevant that Congress chose … to regulate contributions on the demand rather than the supply side. See, e.g., FEC v. National Right to Work, [459 U.S.] at 206-11 (upholding a provision restricting PACs' ability to solicit funds). The relevant inquiry is whether the mechanism adopted to implement the contribution limits, or to prevent circumvention of that limit, burdens speech in a way that a direct restriction on the contribution itself would not. That is not the case here.

540 U.S. at 138-39. Thus, Unity08 has no basis for suggesting (Unity08 Mem. at 24) that strict scrutiny is applicable here.[27]

---

[26]    The Bipartisan Campaign Reform Act of 2002, Pub. L. No. 107-155, 116 Stat. 81 (2002), amends the FECA.

[27]    Unity08 also cites (Mem. at 12 n.7) Boy Scouts of Am. v. Dale, 530 U.S. 640, 657-59 (2000), to argue that strict scrutiny is applicable here. In Dale, the Supreme Court upheld the Boy Scouts' right not to associate with individuals whose participation would impair the group's ability to express its message. The instant matter, however, clearly does not involve any forced association or speech.

The Supreme Court has repeatedly upheld limitations on contributions to all manner of entities that fall within the Act's regulatory ambit (see supra pp. 30-33), and Unity08 has provided no basis for finding that the Act would be unconstitutional as applied to its circumstances. Unity08 variously claims that it is akin to a nascent political party (FEC Facts ¶ 5) or, perhaps, an independent candidate (Unity08 Mem. at 19 ("Unity08 disagrees that expenses incurred by candidates to obtain ballot access for themselves as independent candidates constitute an expenditure.")).[28] Regardless of whatever analogy Unity08 wishes to draw, the Supreme Court has already addressed entities like Unity08. In Buckley, 424 U.S. at 33-35, the Court upheld the Act's limits on contributions to minor parties and independent candidates, concluding that "the impact of the Act's $1,000 contribution limitation on major-party challengers and on minor-party candidates does not render the provision unconstitutional on its face." The Court explained that "any attempt to exclude minor parties and independents en masse from the Act's contribution limitations overlooks the fact that minor-party candidates may win elective office or have a substantial impact on the outcome of an election." Id. at 34-35. More recently in McConnell, the Court again recognized that

---

[28]    To support its argument that it is somehow unique, Unity08 relies upon (Unity08 Mem. at 6 n.6) remarks that a single FEC Commissioner allegedly made during the July 20, 2006, meeting on Draft Advisory Opinion 2006-20. Under this Circuit's precedents and Commission regulations, however, pre-decisional, staff-drafted documents and pre-decisional views expressed by any Commissioner provide no basis for inferring the intent or views of the Commission as an agency or even the final views of the Commissioner. See, e.g., PLMRS Narrowband Corp. v. FCC, 182 F.3d 995, 1001 (D.C. Cir. 1999); Kansas State Network, Inc. v. FCC, 720 F.2d 185, 191 (D.C. Cir. 1983) (granting motion to strike transcript of agency deliberation at Sunshine Act meeting); AdHoc Metals Coal. v. Whitman, 227 F.Supp.2d 134, 143 (D.D.C. 2002) ("Judicial review of agency action should be based on an agency's stated justifications, not the predecisional process that led up to the final, articulated decision."); Common Cause v. FEC, 676 F.Supp. 286, 289 n.3 (D.D.C. 1986). See also 11 C.F.R. 2.3(c) (Commission meeting "is not part of the formal or informal record of decision of the matter discussed therein ...," and "[s]tatements ... made by Commissioners ... at meetings are not intended to represent final ... beliefs."); 2 U.S.C. 437c(c) (affirmative votes of four Commissioners necessary for agency action).

> the relevance of the interest in avoiding actual or apparent corruption is not a function of the number of legislators a given party manages to elect. It applies as much to a minor party that manages to elect only one of its members to federal office as it does to a major party whose members make up a majority of Congress. It is therefore reasonable to require that all parties and all candidates follow the same set of rules designed to protect the integrity of the electoral process.

540 U.S. at 159.[29]

Unlimited contributions to Unity08 and organizations like it would clearly pose a threat of corruption. If the limits on contributions to political committees did not apply to Unity08, one wealthy individual could finance the entirety of its operations, including its ballot access efforts. Unity08's eventual presidential and vice-presidential nominees would doubtless know the identity of the benefactor who made their appearance on the ballot possible. "It is not only plausible, but likely, that candidates would feel grateful for such donations and that donors would seek to exploit that gratitude." McConnell, 540 U.S. at 145.[30]

The alleged purity of Unity08's intentions is irrelevant. In Colorado II, the Court explained how large donors could use intermediaries like political parties to exert improper influence on an election and on elected officials:

---

[29] The speculative impact of the Act's contribution limits on Unity08's efforts to jumpstart its mission, and the possibility that Unity08 may fail to do so, do not make those limits unconstitutional. In Buckley, the Court addressed the claim that the limitations on contributions to candidates "will prevent the acquisition of seed money necessary to launch campaigns." 424 U.S. at 34 n.40. The Court explained that it had no record to evaluate the claim as it related to the new contribution restrictions. Since Buckley, however, third party candidacies, including those of John Anderson, Pat Buchanan, and Ralph Nader, have meaningfully influenced presidential elections. Unity08 has not argued, or presented any evidence to suggest, that its situation is constitutionally distinguishable from other third-party candidacies or new or minor political parties.

[30] Unity08's ballot access efforts would be particularly valuable to its eventual nominees if they might otherwise have run for the presidency and vice-presidency as independents. Unity08 alleges (Compl. ¶ 13) that it plans to achieve ballot access in the 37 states that allow political organizations to qualify for the ballot as an organization, prior to nominating any candidate. To the extent Unity08 successfully achieves ballot access in these 37 states, it would spare the candidates from having to expend their own campaign funds to do that work themselves.

> Parties are thus necessarily the instruments of some contributors whose object is not to support the party's message or to elect party candidates across the board, but rather to support a specific candidate for the sake of a position on one narrow issue, or even to support any candidate who will be obliged to the contributors.... Parties thus perform functions more complex than simply electing candidates; whether they like it or not, they act as agents for spending on behalf of those who seek to produce obligated officeholders.

533 U.S. at 451-52.  If anything, the threat of corruption identified in Colorado II is more pronounced here; unlike political parties, which nominate and attempt to elect a slate of candidates at multiple levels of government and thus, at least theoretically, spread donor largesse among numerous candidates, Unity08 seeks to nominate and elect only two candidates.  Thus, large contributors to Unity08 could more severely circumvent the Act's limits on contributions by individuals to candidates, as well as create an appearance of corruption.

In sum, Unity08's challenges are not unique.  Although the costs of ballot access vary by state, the requirements for ballot access apply the same to Unity08 as they do to any other organization.  The "overall effect of the Act's contribution ceilings is merely to require candidates and political committees to raise funds from a greater number of persons and to compel people who would have otherwise contribute amounts greater than the statutory limits to expend such funds on direct political expression."  Buckley, 424 U.S. at 21-22.  If Unity08 is unable to motivate a sufficient number of persons to underwrite its ballot access efforts adequately, that is not a burden created by the Commission's advisory opinion or the FECA.  "Political free trade does not necessarily require that all who participate in the political marketplace do so with exactly equal resources."  McConnell 540 U.S. at 227 (quoting MCFL, 479 U.S. at 257) (internal quotation marks omitted).

**CONCLUSION**

For the foregoing reasons, the Court should grant the Commission's motion for summary

judgment and deny Unity08's motion for summary judgment.

Respectfully submitted,

_____/s/_____
Thomasenia P. Duncan
Acting General Counsel

_____/s/_____
David Kolker (D.C. Bar No. 394558)
Assistant General Counsel

_____/s/_____
Vivien Clair
Attorney

_____/s/_____
Steve N. Hajjar
Attorney

_____/s/_____
Adav Noti (D.C. Bar No. 490714)
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
(202) 694-1650

Dated:  April 11, 2007

43

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| UNITY08, <u>et</u> <u>al</u>., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 07-00053 (RWR) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | STATEMENT OF MATERIAL FACTS |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT FEDERAL ELECTION COMMISION'S STATEMENT OF**
**<u>MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE</u>**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 7(h) and 56.1,

Defendant Federal Election Commission ("the Commission") submits the following statement of

material facts as to which there is no genuine dispute.

**BACKGROUND**

1.    The Commission is an independent agency of the United States responsible for

the administration, interpretation, and civil enforcement of the Federal Election Campaign Act

("FECA").  <u>See</u> 2 U.S.C. 437c(b)(1), 437d(a),(e).

2.    Plaintiff Unity08 is a District of Columbia corporation organized under Section

527 of the Internal Revenue Code.  Pls.' Statement of Material Facts As To Which There Is No

Genuine Issue in Dispute ¶ 59 ("Unity08 Facts").

3.    As a Section 527 organization, Unity08 is required to file with the Internal

Revenue Service quarterly statements listing Unity08's donations received and disbursements

made; Unity08 has made three such filings to date.  UNI 231-59 (Exh. 1).[1]  Unity08 also lists on

its website each donation it receives of $200 or more.  Unity08 Donors 2007,

http://www.unity08.com/donors (last visited Apr. 9, 2007) (Exh. 10).

4.    Plaintiffs Douglas Bailey, Roger Craver, Hamilton Jordan, Angus King, and Jerry

Rafshoon are or were members of Unity08's Board of Directors.[2]  Compl. ¶¶ 4-8.

5.    On May 30, 2006, Unity08 filed with the Commission a "request for an advisory

opinion on the obligation of a nascent political party to register as a political committee."  Letter

from John J. Duffy to Lawrence Norton, Request for an Advisory Opinion on the Obligation of a

Nascent Political Party to Register as a Political Committee, at 1 (May 30, 2006) (hereinafter

"advisory opinion request") (Exh. 2).

6.    The FECA defines political committee as "any committee, club, association, or

other group of persons which receives contributions aggregating in excess of $1,000 during a

calendar year or which makes expenditures aggregating in excess of $1,000 during a calendar

year."  2 U.S.C. 431(4).

7.    In its advisory opinion request, Unity08 presented the following facts to the

Commission:[3]

a.    Unity08's "Goal One is to elect a Unity Ticket for President and Vice

President of the United States in 2008."  Exh. 2 at 2 (emphasis in original).

---

[1]    All exhibits cited herein are appended to the Commission's Memorandum of Law. Documents identified by the "UNI" prefix were produced by plaintiffs to the Commission during discovery.

[2]    Subsequent to the filing of Plaintiffs' Motion for Summary Judgment, the parties stipulated to the voluntary dismissal of Plaintiff Carolyn Tieger from this action.

[3]    The full administrative record of the proceedings before the Commission is available online by entering advisory opinion number 2006-20 into the Commission's advisory opinion database at http://saos.nictusa.com/saos/searchao.  The key documents from this record have been submitted as exhibits to the parties' summary judgment motions.

b.      "Unity08 intends to qualify for ballot positions in certain key states for the offices of President and Vice President of the United States …." <u>Id</u>. at 3.

c.      Unity08 intends "to select, using a 'virtual' convention conducted over the Internet, candidates for the office of President and Vice President of the United States to run in those ballot positions." <u>Id</u>. at 4.

d.      Unity08 "does not intend to support or oppose candidates for Congress or State and local elections at any time." <u>Id</u>.

8.      On October 10, 2006, the Commission issued an advisory opinion finding, <u>inter alia</u>, that "Unity08 will have to register as a political committee once it makes expenditures in excess of $1,000, and therefore will be subject to the amount limitations . . . and reporting requirements of [the FECA]."  FEC Advisory Opinion 2006-20, at 1 (Oct. 10, 2006) (Exh. 3).

9.      The Commission based its finding on the facts submitted by Unity08 in its advisory opinion request (<u>see</u> <u>supra</u> ¶ 7), as well as in Unity08's supplemental submissions to the Commission and Unity08's website.  Exh. 3 at 1.

10.      On January 10, 2007, Unity08 filed this action seeking direct judicial review of Advisory Opinion 2006-20 under the Declaratory Judgment Act and the Administrative Procedure Act.  Compl. at 11 (Prayer for Relief).

**THE ABSENCE OF INJURY TO UNITY08**

11.      Political committees (other than federal candidate and political party committees) may accept contributions from individuals in amounts up to $5,000 per individual per year.  2 U.S.C. 441a(a)(1).

12.      Shortly after its inception, and before it filed this action, Unity08 voluntarily instituted a $5,000 limit on donations it would accept because, in its view, "[w]hile … we are

doing things that haven't been done before … [t]hat didn't seem to us to be any excuse for making the mistakes that others have made before, and so we thought that a $5,000 contribution limit was appropriate, and we established it voluntarily."  Bailey Dep. at 40:3-11 (Exh. 4); see Unity08 Facts ¶ 66.

13.    Unity08 also instituted a self-imposed contribution limit "to avoid the appearance of big money ownership of the process or the party" (UNI 406-17 at 417 (Exh. 5)), and because plaintiffs "want Unity08 to be funded by the people and not by special interests.  Establishing that limit helps ensure that goal."  Transcript of Live Chat with Tom Collier on January 29, 2007, http://www.unity08.com/livechat/tc_transcript (Exh. 6).

14.    Unity08 instituted the self-imposed contribution limit before Advisory Opinion 2006-20 was issued, even though plaintiffs believed at that time that Unity08 was not subject to FECA's contribution restrictions.  See UNI 378-81 at 381 ("[A] 527 may receive any donation in any amount.  However, we have voluntarily put a limit of $5,000 on any individual contribution.") (Exh. 7); UNI 553-54 at 553 ("[U]nder the law we can ask for and receive contributions of unlimited amount, but frankly we don't want to slip into the mistakes that the rest of politics has embraced.  So we are sticking to the $5000 per person limit ….") (Exh. 8).

15.    From its inception, Unity08 intended to finance its initial activities by soliciting 200 donations of $5,000 each, thereby creating a fund sufficient to support Unity08's operations until smaller contributions from delegates rendered the organization self-supporting.  UNI 432-33 at 432 ("We need to raise a one million dollar bridge fund (in contributions of $5000) to finance operations until … small online contributions from the delegates mak[e] it self-financing.") (Exh. 9); see also Unity08 Facts ¶ 72.

16.     After the Commission issued Advisory Opinion 2006-20, Unity08 continued to impose the $5,000 limit, not because of the advisory opinion, but "[b]ecause it's the right thing to do."  Exh. 4 at 44:21-45:3; see also Exh. 10 ("[C]ontributions from individuals are voluntarily capped at $5,000."); Our Beliefs, Our Goals, & Why We'll Succeed, http://www.unity08.com/believe (last visited Apr. 9, 2007) ("Unity08 intends to … elect[ ] a bipartisan 'Unity Ticket' … *funded solely by small-dollar donations* from everyday Americans.") (emphasis added) (Exh. 11); Press Release, Unity08 Forms Advisory Council of Respected Leaders, http://www.unity08.com/news/pr20070327 (Mar. 27, 2007) (noting plan to "fund [Unity08] campaign through small-dollar gifts") (Exh. 12).

17.     Because of Unity08's self-imposed limit on contributions it accepts, Advisory Opinion 2006-20 has not affected Unity08's fundraising or operations in any way.  UNI 030-33 at 032 ("[T]he FEC put in place a strict $5,000 limit on any contribution to Unity08 ….  Of course, Unity08 had long ago voluntarily instituted a $5,000 cap as part of our promise to reduce the influence of money on politics.  And as you know, Unity08 refuses to take money from corporations or special interests.  *So nothing about our operations will change*.") (emphasis added) (Exh. 13).

18.     As of March 12, 2007, Unity08 had not identified any person who wished to loan Unity08 more than $5,000.  Exh. 4 at 44:3-5 ("Q. Are you aware of anyone who right now wants to loan Unity08 more than $5,000?  A. No."); see also Radek Dep. at 19:4-8 (Exh. 14).

## UNITY08'S EXPENDITURES

19.     Unity08's primary goal is "the election of a Unity Ticket for President and Vice-President of the United States in 2008."  UNI 217-18 at 217 (Exh. 15); Exh. 11; Exh. 2 at 2; Select & Elect a Unity Ticket in the 2008 Presidential Race, http://www.unity08.com/ (last

visited Apr. 9, 2007) ("Our Three Goals[:]  1. Elect a truly bipartisan Unity Ticket to the White

House team in 2008.") (Exh. 16); UNI 145-47 at 145 ("Unity08 has three specific goals:  1. Elect

a Unity Ticket to the White House in 2008 ….") (Exh. 17); We Need Your Support To Keep

This Movement Growing, https://secure.ga6.org/08/unity08donate (last visited Apr. 9, 2007)

(noting Unity08's "goal of electing a bi-partisan Unity Ticket in the 2008 presidential election")

(Exh. 18).

20.     To achieve its goal of electing the next President and Vice President of the United

States, Unity08 plans to (a) hold an online nominating convention; and (b) achieve ballot access

for Unity08's nominee.  Exh. 4 at 11:5-13 ("Q. How does [Unity08] plan on going about

accomplishing [its] principal objective?  A. The principal vehicle is a on-line convention …

[and] taking whatever steps necessary to … achieve ballot access for that ticket.").

21.     Unity08 intends to hold its nominating convention in or around June 2008—after

the major parties' nominees are known—so that "other potential candidates [can] survey the field

and … make a decision as to whether they wish to seek this [Unity08] nomination."  Id. at

87:9-18.

22.     Unity08 has made and will continue to make disbursements for website

technology and other online activities in preparation for the convention at which Unity08's

candidates for President and Vice President of the United States will be nominated.  See id. at

96:22-97:2 ("[I]n one sense, everything we do is preparing for the on-line convention.  It is the

center piece of what we are doing."); Unity08 Facts ¶ 50 ("Contributions are expended for …

systems to hold the online nominating convention ….").

23.     Specifically, as of December 31, 2006 (the last date covered by Unity08's IRS

filings), Unity08 had made the following disbursements in preparation for its convention:

      a.        Approximately $30,000 to Peak Creative Media for "website technology." Exh. 1 at UNI 249, 251, 258.  Peak Creative Media was "instrumental in helping to set up the website" and maintaining it.  Exh. 14 at 39:21-40:14, 60:2-3.

      b.        Approximately $45,000 to Beaconfire for "website technology."  Exh. 1 at UNI 250-252.  Beaconfire maintains and updates Unity08's website and provides advice regarding the content of that site.  Exh. 14 at 42:6-17, 60:10-13.

      c.        Approximately $10,000 to Ms. Kate Farrar for "website technology." Exh.1 at UNI 248, 250, 252, 258-59.  Ms. Farrar maintains and updates Unity08's website.  Exh. 14 at 60:2-8.

24.      Unity08 also has made and will continue to make disbursements to achieve ballot access on behalf of its nominees.  Specifically, Unity08 is recruiting delegates to serve as an "army" to achieve ballot access for Unity08's nominees.  Exh. 4 at 66:14-67:5 ("[W]e equate in our own mind the recruitment of delegates as the same as building a potential army.  It's from those delegates on the web site, as well as the college students who are gathering in Unity08 chapters, if you will, that's a potential drawing pool for recruiting petition passers or whatever the right term is.  So you build an army of delegates, you are building at the same time what amounts to an army on the ground.")); The Governance of Unity08, http://www.unity08.com/about/governance (last visited Apr. 9, 2007) ("[T]he delegates … will pick the nominees, and will get them on the ballot in all 50 states … The army of delegates who pick the ticket will be the army of workers who get the petitions signed to be on the ballot in all 50 states.") (Exh. 19); Questions and Answers About Unity08, http://www.unity08.com/faq (last

visited Apr. 9, 2007) ("[Q:] How would the ticket get on the ballot?  [A:] The millions of

Unity08 convention delegates would be organized to get that job done, state by state.") (Exh.

20); What's Next, http://www.unity08.com/about/whatsnext_ballot_access (last visited Apr. 9,

2007) ("[A]s we build the army of Unity08 Delegates we will be building as well a team of

volunteers in each state who will help us collect signatures [for ballot access petitions].") (Exh.

21).

     25.    To help recruit delegates to place Unity08's nominees for President and Vice

President of the United States on the general election ballot in every state (see Exh. 21), Unity08

has made the following disbursements:

     a.    Approximately $85,000 to the contractors and vendors who maintain and
update the content of Unity08's website.  See supra ¶ 23.

     b.    Approximately $18,000 to Democracy in Action and GetActive for
maintaining Unity08's delegate list and sending communications to those
members.  Exh. 1 at UNI 248, 258; Ex. 14 at 31:3-32:20.

     c.    Approximately $6,000 to Mr. Dane Anderson for "college website
technology."  Exh. 1 at UNI 236, 251, 258.  Unity08's college website is
used to organize college students who, along with Unity08's delegates,
will help achieve ballot access on behalf of Unity08's nominees.  Exh. 4 at
66:20-67:2.

     26.    The purpose of the disbursements described in Paragraph 25, supra, is also to gain

sufficient ballot access to entice candidates to seek Unity08's nomination.  Exh. 4. at 37:9-17

("[T]o the degree that … the process of ballot access would in turn cause candidates to want to

seek the nomination, that's an important part of this process.")); UNI 753-83 at 773 (listing, as reason for candidates to seek Unity08 nomination, "Ballot Access in all 50 states") (Exh. 22).

27.    At least one person has already declared his candidacy for Unity08's nomination (Exh. 4 at 83:16-21), and Unity08 has compiled lists of other potential candidates and briefed some of these potential candidates regarding the nomination process.  Id. at 73:11-20; Exh. 22 at UNI 762-72 (listing "candidates recommended" to Unity08)); see also Chat Transcript:  Doug Bailey and Jerry Rafshoon, http://www.unity08.com/livechat/trans_021607 (Feb. 16, 2007) ("We have made great strides in presenting our case to potential candidates ….") (Exh. 23).

28.    Among the potential candidates whom Unity08 has briefed are individuals "who are currently candidates for President of the United States."  Exh. 4 at 75:22-76:4.  Unity08 has briefed two such candidates directly and has briefed staff members of approximately seven additional current candidates.  Id. at 83:6-15.

29.    The only candidates for whom Unity08 is establishing a delegate pool and achieving ballot access are Unity08's nominees for President and Vice President of the United States in 2008; Unity08 does not intend to nominate or support any candidate for any Congressional, state, or local election at any time.  Unity08 Facts ¶ 16.

30.    Unity08's nominees will receive things of significant value from Unity08, including ballot access in the general election (Unity08 Facts ¶¶ 24, 32; Exh. 22 at UNI 773), and Unity08's delegate list.  Exh. 4 at 113:13-16 ("[U]pon the advice of counsel we would be willing to sell the delegate list to [the Unity08] ticket so that it can solicit from that list of delegates contributions.").  Unity08 also intends to provide the candidates for its nomination with additional things of significant value, including e-mail access to its delegates.  Unity08 Facts ¶ 58.

31.     Unity08 has no current plan or intention to become a permanent political party. Exh. 4 at 12:3-5 ("Q. Does Unity08 have any plans to become a permanent political party?  A. No."); Exh. 19 ("It is not our intention to become a permanent third party.").

## UNITY08'S CONTRIBUTIONS

32.     Unity08 has raised approximately $375,000 through personal contacts.  Exh. 14 at 12:12-19.

33.     As part of its effort to raise funds through personal contacts, Unity08 generally shows a PowerPoint presentation to its individual solicitees.  See Exh. 4 at 108:20-109:1; Exh. 22.  This presentation states that "Goal One" of Unity08 is to "[e]lect bipartisan Unity Ticket for President & Vice-President in 2008."  Exh. 22 at UNI 758.

34.     The follow-up letter that Unity08 sends to individuals who have committed to contributing $5,000 but have not yet submitted their contributions (Exh. 4 at 36:2-4), states that "[y]our financial contribution … helps give us a good chance to win the White House in November 2008 with a Unity Ticket."  UNI 596 (Exh. 24).

35.     Unity08 has raised approximately $100,000 through its website.  Exh. 14 at 15:15-21.

36.     Unity08's online solicitation page states that contributions to the organization will be used to fund Unity08's "goal of electing a bi-partisan Unity Ticket in the 2008 presidential election."  See Exh. 18.

37.     The e-mail that Unity08 sends to individuals after they make contributions through the website states:  "Your donation will go directly to support our … efforts to make our shared vision of a bi-partisan Unity Ticket in the 2008 presidential election a reality."  UNI 214 (Exh. 25).

38.    Unity08 has raised at least $10,000 through telephone solicitations.  Exh. 14 at 10:13-11:12.

39.    Unity08's telephone solicitation script asks solicitees to donate "for the 2008 presidential election."  UNI 020-23 at 022 (Exh. 26).

Respectfully submitted,


_____/s/_____
Thomasenia P. Duncan
Acting General Counsel


_____/s/_____
David Kolker (D.C. Bar No. 394558)
Assistant General Counsel


_____/s/_____
Vivien Clair
Attorney


_____/s/_____
Steve N. Hajjar
Attorney


_____/s/_____
Adav Noti (D.C. Bar No. 490714)
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
(202) 694-1650


Dated:  April 11, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| UNITY08, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-00053 (RWR) |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | STATEMENT OF GENUINE ISSUES |
| Defendant. | ) | |
| | ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S**
**STATEMENT OF GENUINE ISSUES**

Pursuant to Local Civil Rules 7(h) and 56.1, Defendant Federal Election Commission ("FEC" or "Commission") submits the following Statement of Genuine Issues in opposition to Plaintiffs' Statement of Material Facts As To Which There Is No Genuine Issue in Dispute ("Unity08 Facts"). The Commission's statements below are presented in numbered paragraphs that track the paragraph numbers in Plaintiffs' Statement.

1.      The political beliefs of Unity08's members are irrelevant and immaterial to these proceedings. Nonetheless, in contrast to how plaintiffs characterize Unity08 in Paragraph 1, Unity08 described itself during the administrative proceedings before the Commission as a "nascent political party." See Letter from John J. Duffy to Lawrence Norton, Request for an Advisory Opinion on the Obligation of a Nascent Political Party to Register as a Political Committee, at 1 (May 30, 2006) (hereinafter "advisory opinion request") (Exh. 2).

2.      Although Paragraph 2 accurately reflects two of Unity08's three objectives, it is misleading in that it omits Unity08's primary goal: "[T]he election of a Unity Ticket for President and Vice-President of the United States in 2008." UNI 217-18 at 217 (Exh. 15); Exh.

1

11; Exh. 2 at 2; Select & Elect a Unity Ticket in the 2008 Presidential Race,

http://www.unity08.com/ (last visited Apr. 9, 2007) ("Our Three Goals[:]  1. Elect a truly

bipartisan Unity Ticket to the White House team in 2008.") (Exh. 16); UNI 145-47 at 145

("Unity08 has three specific goals:  1. Elect a Unity Ticket to the White House in 2008 ….")

(Exh. 17); We Need Your Support To Keep This Movement Growing,

https://secure.ga6.org/08/unity08donate (last visited Apr. 9, 2007) (noting Unity08's "goal of

electing a bi-partisan Unity Ticket in the 2008 presidential election") (Exh. 18).

      3.      No response.

      4.      To the extent that plaintiffs seek to summarize or characterize the advisory

opinion request, that document speaks for itself.

      5-6.      As pre-decisional, deliberative portions of the administrative record, the draft

advisory opinion and recording and minutes of the July 20, 2006 meeting are irrelevant and

immaterial to these proceedings.  See FEC's Mem. of L. at 40 n.28 & cases cited therein.

Furthermore, to the extent that plaintiffs seek to summarize or characterize these records, they

speak for themselves.

      7.      The time extension is irrelevant and immaterial to these proceedings.

      8.      To the extent that plaintiffs seek to summarize or characterize Unity08's

supplemental submissions, these documents speak for themselves.  Furthermore, to the extent

that the second sentence of the statement implies that contributions to Unity08 are not used to

support the election of Unity08's candidates, that implication is contradicted by the record.  See

infra ¶ 18.

      9.      The time extension is irrelevant and immaterial to these proceedings.

      10.      See supra ¶¶ 5-6.

11.     No response to the first sentence.  As to the second sentence, see supra ¶¶ 5-6.  In addition, the second sentence is contradicted by the record:  The Commission did not "reject" any portion of the draft advisory opinion or make any findings as to the interpretation of 11 C.F.R. 100.57, but rather directed the General Counsel to delete a portion of the draft advisory opinion that was "unnecessary to the result."  Audio recording: Advisory Opinion 2006-20, http://www.fec.gov/agenda/2006/agenda20061004.shtml (Oct. 4, 2006).

12.     No response.

13.     To the extent that plaintiffs seek to summarize or characterize Advisory Opinion 2006-20, that document speaks for itself.  FEC Advisory Opinion 2006-20 (Oct. 10, 2006) (Exh. 3).

14.     See supra ¶ 13.  In addition, Advisory Opinion 2006-20 did not find that Unity08's major purpose is "campaign activity," but rather "the nomination and election of a presidential candidate and a vice-presidential candidate."  Exh. 3 at 5.

15-16.  No response.

17.     It is unclear what the phrase "has no candidates" means in the context of Paragraph 17.  Unity08 is currently preparing to nominate its candidates for President and Vice President of the United States.  See Bailey Dep. at 96:22-97:2 ("[I]n one sense, everything we do is preparing for the on-line convention.  It is the center piece of what we are doing."), 119:7-120:5 (noting "effective progress" on eleven of twelve goals leading to nomination) (Exh. 4); Unity08 Facts ¶ 50 ("Contributions are expended for … systems to hold the online nominating convention …").  At least one person has already declared his candidacy for Unity08's nomination (Exh. 4 at 83:16-21), and Unity08 has compiled lists of other potential candidates and briefed some of these candidates regarding the nomination process.  Id. at 73:11-20; UNI

753-83 at 762-772 (listing "candidates recommended" to Unity08) (Exh. 22); see also Chat

Transcript:  Doug Bailey and Jerry Rafshoon, http://www.unity08.com/livechat/trans_021607

(Feb. 16, 2007) ("We have made great strides in presenting our case to potential candidates ….")

(Exh. 23).

18-21.  Plaintiffs' statements are contradicted by the record.  The funds Unity08 has

received have been and will be used to support Unity08's nominees, who have already been

clearly identified by party affiliation (i.e., Unity08), office sought (i.e., President and Vice

President of the United States), and election cycle (i.e., 2008).  See supra ¶ 2.  In fact, Unity08's

solicitations explicitly state that contributions to the organization will be used to fund Unity08's

"goal of electing a bi-partisan Unity Ticket in the 2008 presidential election."  We Need Your

Support To Keep This Movement Growing, https://secure.ga6.org/08/unity08donate (last visited

Apr. 9, 2007) (Exh. 18); see also UNI 020-23 at 022 (soliciting funds "for the 2008 presidential

election") (Exh. 26); UNI 214 ("Your donation will go directly to support our . . . efforts to make

our shared vision of a bi-partisan Unity Ticket in the 2008 presidential election a reality.") (Exh.

25).  Furthermore, Unity08's nominees will receive things of significant value from Unity08,

including ballot access in the general election (Unity08 Facts ¶¶ 24, 32; Exh. 22 at UNI 773),

and Unity08's delegate list.  Exh. 4 at 113:13-16.  Unity08 also intends to support the candidates

for its nomination with things of significant value, including e-mail access to its delegates.

Unity08 Facts ¶ 58.

22.    Whether or not Unity08 will make monetary contributions to its nominees after its

convention is immaterial to these proceedings.

23.    Although it is immaterial to these proceedings whether Unity08 will "become

involved" in candidate solicitations, Paragraph 23 is contradicted by the record:  Unity08 intends

to solicit its delegates to contribute to its presidential nominee.  Questions and Answers About

Unity08's Clean Money Pledge, http://www.unity08.com/takeaction/cleanmoney_FAQ (last

visited Apr. 9, 2007) ("[W]e do plan to ask all Unity08 delegates after they nominate their ticket

to contribute $100 to the ticket. If we have ten million delegates and if 25% give, that will mean

a campaign fund of $250,000,000 for the Unity08 ticket ….") (Exh. 27); <u>see</u> <u>also</u> Exh. 22 at UNI

773 (referring to $200,000,000 campaign fund).

      24-25.  No response.

      26.    Paragraph 26 is contradicted by the record.  Shortly after its inception, Unity08

unilaterally decided that it would not accept contributions in excess of $5,000 because

"[Unity08] thought that a $5,000 contribution limit was appropriate, and [Unity08] established it

voluntarily."  Exh. 4 at 40:3-11; <u>see</u> Unity08 Facts ¶ 66; <u>see</u> <u>also</u> UNI 378-81 at 381 ("[A] 527

may receive any donation in any amount.  However, we have voluntarily put a limit of $5,000 on

any individual contribution.") (Exh. 7); UNI 406-417 at 417 ("'Founder' investments are limited

to $5000 . . . to avoid the appearance of big money ownership of the process or the party.") (Exh.

5); UNI 553-54 at 553 ("[U]nder the law we can ask for and receive contributions of unlimited

amount, but frankly we don't want to slip into the mistakes that the rest of politics has embraced.

So we are sticking to the $5000 per person limit . . . .") (Exh. 8).  Unity08 continues to impose

this $5,000 limit, not because of the Advisory Opinion, but "[b]ecause it's the right thing to do."

Exh. 4 at 44-45; <u>see also</u> Our Beliefs, Our Goals, & Why We'll Succeed,

http://www.unity08.com/believe (last visited Apr. 9, 2007) ("Unity08 intends to fix this broken

system by electing a bipartisan 'Unity Ticket' . . . *funded solely by small-dollar donations* from

everyday Americans.") (emphasis added) (Exh. 11).  Instead of exceeding the $5,000 limit,

Unity08 has intended since its inception to finance its activities by soliciting 200 donors of

$5,000 each, which would create a fund sufficient to support Unity08's operations until smaller contributions from delegates rendered the organization self-supporting.  UNI 432-33 at 432 ("We need to raise a one million dollar bridge fund (in contributions of $5000) to finance operations until . . . small online contributions from the delegates mak[e] it self-financing.") (Exh. 9); see also Unity08 Facts ¶ 72.  Because of this self-imposed limit, the issuance of the Advisory Opinion did not affect Unity08's fundraising or operations in any way.  UNI 030-33 at 032 ("Of course, Unity08 had long ago voluntarily instituted a $5,000 cap as part of our promise to reduce the influence of money on politics. . . .  So nothing about our operations will change.") (Exh. 13). Furthermore, as of March 12, 2007, Unity08 had not identified any individual who wished to loan Unity08 more than $5,000.  Exh. 4 at 44:3-5; see also Radek Dep. at 19:4-8 (Exh. 14).

27.     Unity08's beliefs are entirely speculative and irrelevant to these proceedings.

28-29.  See supra ¶ 26.

30-33.  No response.

34.     Whether or not Unity08 has already gained ballot access for its candidates is irrelevant and immaterial to these proceedings.

35.     No response, except that to the extent plaintiffs seek to summarize or characterize state ballot-access laws, those laws speak for themselves.

36.     Unity08's estimates regarding the cost of ballot access for major parties and Unity08 are irrelevant and immaterial to these proceedings.

37-39.  See supra ¶ 26.

40.     No response, except that plaintiffs' statement regarding "adequate funding" is entirely speculative and vague.

41.     See supra ¶ 26.

42.    See supra ¶ 26.  In addition, there is no support in the record for the assertion that Unity08's volunteer activities have been hampered by funding restrictions, and the specific evidence cited by Plaintiffs does not relate to that proposition.  See Exh. 4 at 107:11-16 ("Q. . . [I]s Unity08 recruiting delegates outside of the internet, for example, face-to-face or through phone calls or direct mail or any other means that doesn't use the internet?  A.  It has not been doing that, but it will be increasingly doing that.").

43.    Unity08's "funds requirements" are immaterial to these proceedings.  In addition, plaintiffs' characterization of certain costs as "significant" is vague and ambiguous.  Finally, plaintiffs' statements regarding challenges to Unity08's ballot access are irrelevant, immaterial, and speculative.

44-45.  The "factor and expense" of ballot access is immaterial to these proceedings.  In addition, plaintiffs' characterization of certain expenses as "significant" is vague and ambiguous.  Finally, plaintiffs' statements regarding primary election dates are entirely speculative.

46.    The means by which Unity08 may choose to seek ballot access are immaterial to these proceedings, and plaintiffs' statements regarding these means are entirely speculative.  In addition, aside from plaintiffs' own conclusory assertions, there is no support in the record for the proposition that Unity08 "must" follow the procedures listed in Paragraph 46.

47.    See supra ¶ 26.  In addition, Unity08's ability to defray its expenses is immaterial to these proceedings.  Furthermore, aside from plaintiffs' own conclusory assertions, there is no support in the record for plaintiffs' speculative statement regarding the "impossib[ility]" of raising funds.

48.    See supra ¶ 26.  In addition, the portion of the record cited by plaintiffs does not support the assertion that "[l]oans to be repaid by contributions are essential to raising the needed

money." <u>See</u> Exh. 4 at 42:1-4 ("I think realistically the capacity to secure funding . . . in the way of loans subsequently repaid by contributions of $5,000 or less is -- would be if not essential, desirable."). Furthermore, plaintiffs' assertion that loans are "essential" is entirely speculative.

49.     Plaintiffs' statement regarding what Unity08 "could" do is entirely speculative. That statement is also contradicted by the record:  As of March 12, 2007, Unity08 had not identified any individual who wished to loan Unity08 more than $5,000.  Exh. 4 at 44:3-5.

50.     No response, except that, to the extent plaintiffs' statement implies that contributions to Unity08 are not used to support the election of Unity08's candidates, that implication is contradicted by the record.  <u>See</u> <u>supra</u> ¶ 18.

51.     <u>See</u> <u>supra</u> ¶ 18.

52.     <u>See</u> <u>supra</u> ¶ 26.  In addition, to the extent that plaintiffs seek to summarize or characterize Advisory Opinion 2006-20, that document speaks for itself.

53-56.  No response.

57.     <u>See</u> <u>supra</u> ¶ 18.

58-59.  No response.

60.     Unity08's Articles of Incorporation list the following founders of Unity08: Douglas Bailey, Gerald Rafshoon, Zachary Clayton, and Lindsay Ullman.  Exh. 2 App. at 3.

61-66.  No response.

67.     Unity08 has also raised at least $10,000 from paid telephone solicitations (Exh. 14 at 10:13-11:2), and an undetermined amount from direct mail solicitations.  <u>Id</u>. at 9:21-10:8.  The primary website through which Unity08 has raised funds is http://www.unity08.com.

68.     See supra ¶ 26.  Furthermore, the phrase "fundraising limitations" (which differs from contribution limits) is vague, and, in any event, plaintiffs have not alleged any legal limits on their ability to engage in fundraising activities.

69.     No response.

70.     The statements in Paragraph 70 are entirely speculative, irrelevant and immaterial to these proceedings, and, aside from plaintiffs' conclusory assertions, without support in the record.

71-79.  No response.

Respectfully submitted,


_____/s/_____
Thomasenia P. Duncan
Acting General Counsel

_____/s/_____
David Kolker (D.C. Bar No. 394558)
Assistant General Counsel

_____/s/_____
Vivien Clair
Attorney

_____/s/_____
Steve N. Hajjar
Attorney

_____/s/_____
Adav Noti (D.C. Bar No. 490714)
Attorney

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
(202) 694-1650


Dated:  April 11, 2007

**EXHIBIT 1**

| Form **8872** (November 2002) Department of the Treasury Internal Revenue Service | **Political Organization Report of Contributions and Expenditures** ▶ See Seperate instructions. | OMB No 1545-1696 |
| --- | --- | --- |

**A**  For the period beginning    **April 01**    , 20 06    and ending    **June 30**    , 20 06

**B**  Check applicable boxes    ☐ Initial report    ☐ Change of address    ☑ Amended report    ☐ Final report

**1**  Name of organization    **Unity08**

Employer identification number    **20:4931560**

**2**  Mailing address (P O Box or number, street, and room or suite number)
**P.O. Box 13331**

City or town, state, and ZIP code
**Denver, CO 80201-3331**

**3**  E-mail address of organization    **info@unity08.com**

**4**  Date organization was formed    **05/24/06**

**5a**  Name of custodian of records    **Daniel J. Radek**

**5b**  Custodian's address
**P.O. Box 13331**
**Denver, CO 80201-3331**

**6a**  Name of contact person    **Daniel J. Radek**

**6b**  Contact person's address
**P.O. Box 13331**
**Denver, CO 80201-3331**

**7**  Business address of organization (if different from mailing address shown above) Number, street, and room or suite number
**2600 Virginia Avenue, NW, Suite 514**

City or town, state, and ZIP code
**Washington, DC 20037**

**8**  Type of report (check only one box)

**a**  ☐ First quarterly report (due by April 15)

**b**  ☑ Second quarterly report (due by July 15)

**c**  ☐ Third quarterly report (due by October 15)

**d**  ☐ Year-end report (due by January 31)

**e**  ☐ Mid-year report (Non-election year only-due by July 31)

**f**  ☐ Monthly report for the month of _____
(due by the 20th day following the month shown above, except the December report, which is due by January 31)

**g**  ☐ Pre-election report (due by the 12th or 15th day before the election)
   **(1)** Type of election _____
   **(2)** Date of election _____
   **(3)** For the state of _____

**h**  ☐ Post-general election report (due by the 30th day after general election)
   **(1)** Date of election _____
   **(2)** For the state of _____

| | | |
| --- | --- | --- |
| **9**  Total amount of reported contributions (total from all attached **Schedules A**) | **9** | **$72,745** |
| **10**  Total amount of reported expenditures (total from all attached **Schedules B**) | **10** | **$20,477** |

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete

**Sign Here** ▶ ___Daniel J. Radek___    ▶ ___January 2, 2007___
Signature of authorized official    Date

For Paperwork Reduction Act Notice, see separate instructions.    Cat No 30406G    Form **8872** (11-2002)

RECEIVED IN CORRES
IRS  OSC 532

JAN 0 9 2007

OGDEN Wugawy

8 A



UNI : 00231

Form 8872 (11-2002)

| Schedule A    Itemized Contributions | | Schedule A page ____ of ____ |
|---|---|---|
| Name of organization<br>Unity08 | | Employer identification number<br>20:4931560 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| **See attached schedule** | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  .  ▶  $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions<br>year-to-date  .  .  ▶  $ | Date of contribution |

Subtotal of contributions reported on this page only  Enter here and also include this amount in the total on line 9 of Form 8872  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶  $

Form **8872** (11-2002)

UNI : 00232

Form 8872 (11-2002)

| Schedule B | Itemized Expenditures | Schedule B page | of |
|---|---|---|---|

| Name of organization | Employer identification number |
|---|---|
| Unity08 | 20 : 4931560 |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **See attached schedule** | | $ |
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

**Subtotal** of expenditures reported on this page only  Enter here and also include this amount in the total on
line 10 of Form 8872 .  . . . . . . . . . . . . . . . . . . . . ▶  $

Form **8872** (11-2002)

UNI : 00233

Uny08   20-4931560
Form 8872 Schedule A

# Unity08
## Second Quarter Donations Summary
### Schedule A

| Ref Num | Date of Contribution | Last Name | First Name | Mailing Address | City | State | Zip | Amount of Contribution | Cummulative Contributions |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/25/2005 | Jordan | Hamilton | 1371 Wesley Parkway | Atlanta | GA | 30327 | $5,000 | $5,000 |
| 2 | 5/25/2005 | Jordan | Dorothy | 1371 Wesley Parkway | Atlanta | GA | 30327 | 5,000 | 5,000 |
| 3 | 5/25/2005 | Jonas | James | 8020 E Cedar Avenue | Denver | CO | 80230 | 250 | 264 |
| 4 | 5/30/2006 | Maney | David and Lisa | 1535 Tamarac Drive | Golden | CO | 80401 | 5,000 | 5,000 |
| 5 | 5/30/2006 | Champlin | Anne | 41272 Stone School Lane | Leesburg | VA | 20175 | 500 | 500 |
| 6 | 5/30/2006 | Bradley | Katherine | 2211 30th St NW | Washington | DC | 20008 | 2,000 | 2,000 |
| 7 | 5/30/2006 | Wineberg | William | 496 Hazelwood Ave | San Francisco | CA | 94127 | 1,000 | 1,000 |
| 8 | 5/30/2006 | Reynolds | Michael | 203 Park Bluff Drive North | Chapel Hill | NC | 27517 | 200 | 200 |
| 9 | 5/31/2006 | Majure-Rhett | Anne Connie | 1710 Chestnut Street | Wilmington | NC | 28405 | 250 | 250 |
| 10 | 5/31/2006 | Dearman | Nancy | 975 Memorial Drive #207 | Cambridge | MA | 2138 | 250 | 250 |
| 11 | 5/31/2006 | McCall Jr. | Jack H | 8253 Elm Hill Circle | Knoxville | TN | 37919 | 500 | 500 |
| 12 | 5/31/2006 | Burandt | Harriet | 1649 Lump Gulch Road | Rollinsville | CO | 80474 | 500 | 500 |
| 13 | 5/31/2006 | Williams | Ronald | 1180 Denise Way | San Jose | CA | 95125 | 200 | 200 |
| 14 | 5/31/2006 | Mordy | Paul | 5696 Blythe Ave | Highland | CA | 92346 | 500 | 500 |
| 15 | 5/31/2006 | Jurewitz | William | 6600 Beachview Drive #230 | Rancho Palos Ve | CA | 90275 | 500 | 500 |
| 16 | 5/31/2006 | McAlister | Richard | 2126 Log Cabin Rd SE | Olympia | WA | 98501 | 1,000 | 1,000 |
| 17 | 6/1/2006 | Halla | Kent | P O Box 225 | Chamberino | NM | 88027 | 1,000 | 1,000 |
| 18 | 6/1/2006 | Purser | Fred | 527 Paul Place | Los Alamos | NM | 87544 | 200 | 200 |
| 19 | 6/1/2006 | Goddard | Ben | 701 8th St NW | Washington | DC | 20001 | 1,000 | 1,000 |
| 20 | 6/1/2006 | Beard | Thomas | 3301 West Andrews Dr | Atlanta | GA | 30305 | 1,000 | 1,000 |
| 21 | 6/2/2006 | Vielbig | Leslie | 61 San Benito Ave | Ventura | CA | 93004 | 200 | 200 |
| 22 | 6/2/2006 | Lee | Derek | 41 Northwood Commons Place | Chico | CA | 95973 | 1,000 | 1,000 |
| 23 | 6/2/2006 | Gleischman | Mark | Milwaukee | Milwaukee | WI | 53201 | 1,000 | 1,000 |
| 24 | 6/3/2006 | Pantages | Johnny | 2429 Streamview Dr | Waldorf | MD | 20603 | 201 | 201 |
| 25 | 6/3/2006 | Schupak | Eugene | 9440 E Mariposa Grande | Scottsdale | AZ | 85255 | 1,000 | 1,000 |
| 26 | 6/4/2006 | O'Hara | Timothy | 418 S Fayette St | Alexandria | VA | 22314 | 200 | 200 |
| 27 | 6/4/2006 | Hart | Timothy | 1720 East Lake Bluff Blvd | Shorewood | WI | 53211 | 500 | 500 |
| 28 | 6/6/2006 | Swab Jr | William K | 11579 Southington Lane | Herndon | VA | 20170 | 500 | 500 |
| 29 | 6/6/2006 | Rehfeldt | Edward J III | 131 Min Sheng E Rd Sec | Taipie | OT | 10596 | 1,000 | 1,000 |
| 30 | 6/7/2006 | Ackerman | Peter | 1919 Pennsylvania Ave NW Suit | Washington | DC | 20006 | 5,000 | 5,000 |
| 31 | 6/7/2006 | Bailey | Douglas L | 1200 N Nash St Apt 114 | Arlington | VA | 22209 | 5,000 | 5,000 |
| 32 | 6/7/2006 | Sargent Jr. | Mr & Mrs James Manlius | 934 Middle Street | Bath | ME | 4530 | 200 | 200 |
| 33 | 6/7/2006 | Bush | William and Sara Jr | 1624 Casey Key Road | Nokomis | FL | 34275 | 500 | 500 |
| 34 | 6/11/2006 | Thomas | John | 681 Parkside Trail | Marietta | GA | 30064 | 500 | 500 |
| 35 | 6/12/2006 | McCloskey | Wallace J | 1534 Vivaldi St | Cardiff | CA | 92007 | 1,000 | 1,000 |
| 36 | 6/13/2006 | Geocaris | John | 2202 Elmwood | Wilmette | IL | 60091 | 200 | 200 |
| 37 | 6/13/2006 | Borer | Douglas | 425 Watson | Monterey | CA | 93940 | 200 | 200 |
| 38 | 6/13/2006 | Kambhu | Chayapat | 2949 Albemarle St NW | Washington | DC | 20008 | 225 | 225 |
| 39 | 6/14/2006 | Straus | Donald | Main | Mount Desert | ME | 4660 | 200 | 200 |
| 40 | 6/16/2006 | Merchant | Glenn | 2728 Glen Arbor Dr | Colorado Spring | CO | 80920 | 250 | 250 |
| 41 | 6/20/2006 | Hale | Sheffield | 1599 Clifton Rd | Atlanta | GA | 30329 | 500 | 500 |
| 42 | 6/21/2006 | Lind | Ruth | 64 Kelley Drive | Stockton Springs | ME | 4981 | 1,000 | 1,000 |

UNI : 00234

Uniy08  20-4931560
Form 8872 Schedule A

Page 2 of 2

# Unity08
## Second Quarter Donations Summary
### Schedule A

| Ref Num | Date of Contribution | Last Name | First Name | Mailing Address | City | State | Zip | Amount of Contribution | Cummulative Contributions |
|---------|---------------------|-----------|------------|-----------------|------|-------|-----|------------------------|---------------------------|
| 43 | 6/22/2006 | Case | Steve | 1717 Rhode Island Ave NW | Washington | DC | 20036 | 5,000 | 5,000 |
| 44 | 6/23/2006 | Wright | Julie | 5228 Renaissance | San Diego | CA | 92122 | 500 | 500 |
| 45 | 6/29/2006 | Cave | Mark | 2575 Milton Hills Drive | Charlottesville | VA | 22903 | 200 | 200 |
| 46 | 6/29/2006 | Nolan | Dennis | 2040 Muldoon R D #109 | Anchorage | AK | 99504 | 100 | 200 |
| 47 | | Withheld | | | | | | 20,469 | |

Unity08    20-4931560
Form 8872 Schedule A

Page 1 of 1

# Unity08
## Second Quarter Expenditures Summary
### Schedule B

| Ref Num | Date of Expenditure | Recipients Name | Purpose | Amount |
|---|---|---|---|---|
| 1 | 6/20/2006 | Chris Nulty | Office Administrative Assistance | $1,750 |
| 2 | 6/20/2006 | Lindsay Ullman | College Outreach Programs | 3,000 |
| 3 | 6/20/2006 | Kinkennon Communications | PR / Communications Consulting | 3,669 |
| 4 | 6/20/2006 | Direct Mail Processors | Mail Processing Services | 1,104 |
| 5 | 6/20/2006 | Dane Anderson | College Website Technology Consulting | 875 |
| 6 | 6/27/2006 | IFMS | Direct Outreach | 10,000 |
| | | Withheld | | 79 |

Form **8872**
(November 2002)

Department of the Treasury
Internal Revenue Service

# Political Organization
# Report of Contributions and Expenditures

▶ See separate instructions.

OMB No. 1545-1696

**A** For the period beginning  10/01/2006          and ending  12/31/2006

**B** Check applicable box:        ✓ Initial report        — Change of address        — Amended report        — Final report

**1** Name of organization
Unity 08

**Employer identification number**
20 - 4931560

**2** Mailing address (P.O. box or number, street, and room or suite number)
P O Box 12545

City or town, state, and ZIP code
Arlington, VA 22219

**3** E-mail address of organization:
info@unity08.com

**4** Date organization was formed:
05/24/2006

**5a** Name of custodian of records
Daniel J. Radek

**5b** Custodian's address
P O Box 12545
Arlington, VA 22219

**6a** Name of contact person
Daniel J. Radek

**6b** Contact person's address
P O Box 12545
Arlington, VA 22219

**7** Business address of organization (if different from mailing address shown above). Number, street, and room or suite number
2600 Virginia Avenue, NW Suite 514

City or town, state, and ZIP code
Washington, DC 20037

**8** Type of report (check only one box)

— First quarterly report
  (due by April 15)
— Second quarterly report
  (due by July 15)
— Third quarterly report
  (due by October 15)
✓ Year-end report
  (due by January 31)
— Mid-year report (Non-election
  year only-due by July 31)

— Monthly report for the month of:
  (due by the 20th day following the month shown above, except the
  December report, which is due by January 31)
— Pre-election report (due by the 12th or 15th day before the election)
  (1) Type of election:
  (2) Date of election:
  (3) For the state of:
— Post-general election report (due by the 30th day after general election)
  (1) Date of election:
  (2) For the state of:

**9** Total amount of reported contributions (total from all attached Schedules A)..............................................................**9.** $ 306920

**10** Total amount of reported expenditures (total from all attached Schedules B)..............................................................**10.** $ 297548

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge
and belief, it is true, correct, and complete.

Daniel J. Radek                                                                01/31/2007

**Sign
Here**
▶ _____                    ▶ _____
Signature of authorized official                                          Date

UNI : 00237

Form 8872 (11-2002)

| Schedule A | Itemized Contributions | Schedule A |
|---|---|---|

**Contributor's name, mailing address and ZIP code**
Peter G Peterson
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
The Blackstone Group, Inc.
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
10/06/2006

---

**Contributor's name, mailing address and ZIP code**
Leon M Wagner
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
Goldentree Asset Management
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
10/06/2006

---

**Contributor's name, mailing address and ZIP code**
Glenn Dubin
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
Highbridge Capital
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
10/23/2006

---

**Contributor's name, mailing address and ZIP code**
Alison Mass Bommarito
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
Goldman Sachs
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
10/25/2006

---

**Contributor's name, mailing address and ZIP code**
Salvatore Bommarito
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
Twin Capital Inc.
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
10/25/2006

---

**Contributor's name, mailing address and ZIP code**
Rafael & Yvette Mayer
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
N/A
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
11/01/2006

---

**Contributor's name, mailing address and ZIP code**
Fong Tat Chong
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
Aig Global Investment Gp
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
11/07/2006

---

**Contributor's name, mailing address and ZIP code**
James Stern
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
The Cypress Gp Llc
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
12/07/2006

---

**Contributor's name, mailing address and ZIP code**
Withheld
P O Box 12545
Arlington, VA 22219

**Name of contributor's employer**
N/A
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 23545

**Amount of contribution**
$ 23545
**Date of contribution**
12/31/2006

---

**Contributor's name, mailing address and ZIP code**
Frank A Bonsal
1119 Saint Paul St.
Baltimore, MD 21202

**Name of contributor's employer**
NEA
**Contributor's occupation**
N/A
**Aggregate contributions year-to-date**
$ 5000

**Amount of contribution**
$ 5000
**Date of contribution**
10/03/2006

UNI : 00238

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Angus S King | Bowden College | |
| 15 Potter Street | **Contributor's occupation** | **Amount of contribution** |
| Brunswick, ME 04011 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/03/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Dale P Lenzner | N/A | |
| 2806 Q St. NW | **Contributor's occupation** | **Amount of contribution** |
| Washington, DC 20007 - 3072 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/03/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Edward J Mathias | The Carlyle Group | |
| 1001 Pennsylvania Ave. NW | **Contributor's occupation** | **Amount of contribution** |
| Washington, DC 20004 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/03/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Gerald Rafshoon | Gerald Rafshoon Productions | |
| 3060 Peachtree Rd. Suite 920 | **Contributor's occupation** | **Amount of contribution** |
| Atlanta, GA 30305 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/03/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| William Lanham Walton | Allied Capital | |
| 84 Kalorama Circle NW | **Contributor's occupation** | **Amount of contribution** |
| Washington, DC 20008 - 1616 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/03/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| W Bowman Cutter | Warburg Pincus | |
| 466 Lexington Avenue, 10th Floor | **Contributor's occupation** | **Amount of contribution** |
| New York, NY 10017 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/06/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Josh S Weston | Automatic Data Processing, Inc. | |
| 217 Christopher St. | **Contributor's occupation** | **Amount of contribution** |
| Montclair, NJ 07042 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/06/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Jacqueline Adams | J. Adams Strategic Communications | |
| 520 East 90th Street Apt 1C | **Contributor's occupation** | **Amount of contribution** |
| New York, NY 10028 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/16/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Marco Battaglia | Thales Financial Group | |
| 1 Morton Sq Apt 6FW | **Contributor's occupation** | **Amount of contribution** |
| New York, NY 10014 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/16/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Mark Fludzinski | Thales Financial Group | |
| 140 Broadway Fl 45 | **Contributor's occupation** | **Amount of contribution** |
| New York, NY 10005 - 1101 | N/A | $ 5000 |
| | **Aggregate contributions year-to-date** | **Date of contribution** |
| | $ 5000 | 10/16/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Heide Lankeit<br>2109 Broadway<br>New York, NY 10023 | Harbourton Group Enterprises<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>10/16/2006 |
| Contributor's name, mailing address and ZIP code<br>Mark Palmer<br>4437 Reservoir Rd NW<br>Washington, DC 20007 - 2021 | Name of contributor's employer<br>N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>10/20/2006 |
| Contributor's name, mailing address and ZIP code<br>Henry Nichols<br>246 NE Edgewater Dr.<br>Stuart, FL 34996 | Name of contributor's employer<br>Retired<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 1000 | **Amount of contribution**<br>$ 1000<br>**Date of contribution**<br>10/23/2006 |
| Contributor's name, mailing address and ZIP code<br>Joseph Parlante<br>7917 Kentbury Drive<br>Bethesda, MD 20814 | Name of contributor's employer<br>Retired<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 400 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>10/23/2006 |
| Contributor's name, mailing address and ZIP code<br>Leslie Reed<br>40 Sloans Court<br>Lafayette, IN 47905 | Name of contributor's employer<br>N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 225 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>10/23/2006 |
| Contributor's name, mailing address and ZIP code<br>Jay Tullis<br>201 Lincoln Rd.<br>Tyrone, GA 30290 | Name of contributor's employer<br>N/A<br>**Contributor's occupation**<br>Writer<br>**Aggregate contributions year-to-date**<br>$ 275 | **Amount of contribution**<br>$ 75<br>**Date of contribution**<br>10/23/2006 |
| Contributor's name, mailing address and ZIP code<br>Leonard Brown<br>3030 Park Avenue Apt. 6W2<br>Bridgeport, CT 06604 | Name of contributor's employer<br>N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 230 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>10/24/2006 |
| Contributor's name, mailing address and ZIP code<br>Mary Hertweck<br>4164 Irving Place<br>Culver City, CA 90232 | Name of contributor's employer<br>Retired<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 1000 | **Amount of contribution**<br>$ 1000<br>**Date of contribution**<br>10/25/2006 |
| Contributor's name, mailing address and ZIP code<br>James Regan<br>189 Woosamonsa Rd.<br>Pennington, NJ 08534 | Name of contributor's employer<br>Harbourton Group Enterprises<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>10/25/2006 |
| Contributor's name, mailing address and ZIP code<br>Frank E Richardson<br>19 E 72nd Street<br>New York, NY 10021 | Name of contributor's employer<br>Enterprise News Media, Inc.<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>10/25/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Leo Zickler<br>7200 Wisconsin Ave. Ste. 1100<br>Bethesda, MD 20814 | Oxford Development Corp.<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>10/25/2006 |
| Contributor's name, mailing address and ZIP code<br>Richard C Bailey<br>8787 Woodway Dr. Apt. 1203<br>Houston, TX 77063 - 2424 | Name of contributor's employer<br>Catapiller<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>10/27/2006 |
| Contributor's name, mailing address and ZIP code<br>Whitney and Susan Tilson<br>1165 Fifth Avenue Apt. 4C<br>New York, NY 10029 | Name of contributor's employer<br>T2 Partners, Llc<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/01/2006 |
| Contributor's name, mailing address and ZIP code<br>Andrew R Kassoy<br>105 Hudson Apt. 6N<br>New York, NY 10013 | Name of contributor's employer<br>Msd Real Estate Capital<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/02/2006 |
| Contributor's name, mailing address and ZIP code<br>John R Dwyer<br>8904 Harness Trl<br>Potomac, MD 20854 - 2500 | Name of contributor's employer<br>Arent Fox<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/03/2006 |
| Contributor's name, mailing address and ZIP code<br>Mary M Zients<br>4500 Garfield St. NW<br>Washington, DC 20007 - 1131 | Name of contributor's employer<br>Women for Women<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/03/2006 |
| Contributor's name, mailing address and ZIP code<br>Don Ackermam<br>19649 Oakbrook Court<br>Boca Raton, FL 33434 | Name of contributor's employer<br>Retired<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/07/2006 |
| Contributor's name, mailing address and ZIP code<br>Marc E Leland<br>1001 19th Street N Suite 1700<br>Arlington, VA 22209 | Name of contributor's employer<br>Marc E Lelnd & Assoc<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/07/2006 |
| Contributor's name, mailing address and ZIP code<br>David G Powell<br>109 Edmunds Road<br>Wellesley Hills, MA 02481 | Name of contributor's employer<br>N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 300 | **Amount of contribution**<br>$ 300<br>**Date of contribution**<br>11/07/2006 |
| Contributor's name, mailing address and ZIP code<br>Charles Davidson<br>17 Hemlock Drive<br>Greenwich, CT 06831 | Name of contributor's employer<br>N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/10/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Jeffrey S Deutschman<br>6884 E Appleton Cir.<br>Centennial, CO 80112 | N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/10/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| James M Dworkin<br>44 Spring Hollow Road<br>Far Hills, NJ 07931 | Gb Palladin Capital, Llc<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/10/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| Joel Mandel<br>9100 Wilshire Blvd. Suite 400W<br>Beverly Hills, CA 90212 | The Maragenet Group<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/10/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| Timothy J Waters<br>5833 Upton Street<br>McLean, VA 22101 - 3338 | Mcdermott, Will & Emery<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/10/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| James Brandt<br>14 Hampton Road<br>Scarsdale, NY 10583 | Lathan & Watkins, Llp<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/20/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| Roderick M Hills<br>3125 Chain Bridge Road NW<br>Washington, DC 20016 | Hills & Company<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>11/20/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| Ronald Williams<br>1180 Denise Way<br>San Jose, CA 95125 | Retired<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 400 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>11/27/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| Yvonne Ackerman<br>46 Deer Run<br>Northampton, MA 01060 | Retired<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>12/01/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| John Hoey<br>3801 Canterbury Rd. #1004<br>Baltimore, MD 21218 - 2379 | N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>12/04/2006 |

| **Contributor's name, mailing address and ZIP code** | **Name of contributor's employer** | |
|---|---|---|
| Jack Valenti<br>888 16th St. NW 7th Fl<br>Washington, DC 20006 | N/A<br>**Contributor's occupation**<br>N/A<br>**Aggregate contributions year-to-date**<br>$ 5000 | **Amount of contribution**<br>$ 5000<br>**Date of contribution**<br>12/04/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| James Barksdale<br>800 Woodlands Pkwy., Suite 118<br>Ridgeland, MS 39157 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/05/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Perry A Lerner<br>813 Norristown Rd.<br>Ambler, PA 19002 - 2105 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/05/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Grant Reeder<br>2074 San Diego Ave<br>San Diego, CA 92110 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 100 |
| | **Aggregate contributions year-to-date**<br>$ 400 | **Date of contribution**<br>12/05/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Carolyn Tieger<br>4116 Garrison St. NW<br>Washington, DC 20016 - 4224 | Porter Novelli | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/07/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Arturo Brillembourg<br>6613 Hopkins Neck Rd<br>Easton, MD 21601 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/11/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Janice Christensen<br>3 Bens Way<br>Chilmark, MA 02535 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/11/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Roger Craver<br>3 Bens Way<br>Chilmark, MA 02535 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/11/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Joanne Leedom-Ackerman<br>3229 R St. NW<br>Washington, DC 20007 | Rockport Capital | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/12/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| David Mills<br>1205 Pacific Avenue, Suite 203<br>Santa Cruz, CA 95060 - 3936 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/12/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Hilda Ochoa-Brillembourg<br>6613 Hopkins Neck Road<br>Easton, MD 21601 | Strategic Investment Group | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/12/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Scott Smallwood<br>4614 N Dittmar Rd.<br>Arlington, VA 22207 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/12/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| William C Eacho<br>4733 Bethesda Ave. Suite 400<br>Bethesda, MD 20814 | Carlton Capital Gp Llc | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/14/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| James V Kimsey<br>170 Penna Ave. Mw Suite 900<br>Washington, DC 20006 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/14/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Howard S. and Andrea M. Rich<br>73 Spring St., Room 408<br>New York, NY 10012 - 5802 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/17/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Andrew Tsai<br>50 Murray Street, Apt 1110<br>New York, NY 10007 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/22/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Malcolm Peabody<br>2811 Dumbarton St. NW<br>Washington, DC 20007 | Peabody Corp. | |
| | **Contributor's occupation**<br>Real Estate Developer | **Amount of contribution**<br>$ 100 |
| | **Aggregate contributions year-to-date**<br>$ 350 | **Date of contribution**<br>12/26/2006 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Peter Muller<br>One Pierrepont Plaza<br>Brooklyn, NY 11201 | N/A | |
| | **Contributor's occupation**<br>N/A | **Amount of contribution**<br>$ 5000 |
| | **Aggregate contributions year-to-date**<br>$ 5000 | **Date of contribution**<br>12/27/2006 |

Form 8872 (11-2002)

| **Schedule B** | **Itemized Expenditures** | | Schedule B |
|---|---|---|---|

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Bank Card<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 199<br>**Date of expenditure**<br>10/03/2006 |

**Purpose of expenditure**
Merchant Banking Services

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| American Express Merchant Services<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 26<br>**Date of expenditure**<br>10/05/2006 |

**Purpose of expenditure**
Merchant Banking Services

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BeeHive Marketing<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Consulting

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BeeHive Marketing<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 2582<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Expense Reimbursement

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Verizon<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 35<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Telecommunications / Internet Access

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kinkennon Communications<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 6000<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
PR / Communications

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| TigerTel<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 5000<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Telecommunications

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| American Express Merchant Services<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 77<br>**Date of expenditure**<br>11/06/2006 |

**Purpose of expenditure**
Merchant Banking Services

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BeeHive Marketing<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Consulting

UNI : 00245

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Daniel J. Radek<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 8250<br>**Date of expenditure**<br>11/15/2006 |
| **Purpose of expenditure**<br>Financial Services | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Bank Card<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients occupation**<br>N/A | $ 41<br>**Date of expenditure**<br>12/04/2006 |
| **Purpose of expenditure**<br>Merchant Banking Services | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| American Express Merchant Services<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 15<br>**Date of expenditure**<br>12/05/2006 |
| **Purpose of expenditure**<br>Merchant Banking Services | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BeeHive Marketing<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients occupation**<br>N/A | $ 1219<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Expense Reimbursement | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BeeHive Marketing<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Consulting | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kinkennon Communications<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 8000<br>**Date of expenditure**<br>12/19/2006 |
| **Purpose of expenditure**<br>PR / Communications | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Daniel J. Radek<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 10854<br>**Date of expenditure**<br>12/19/2006 |
| **Purpose of expenditure**<br>Financial Services | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Verizon<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 241<br>**Date of expenditure**<br>12/19/2006 |
| **Purpose of expenditure**<br>Telecommunications / Internet Access | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Manning<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 2400<br>**Date of expenditure**<br>12/20/2006 |
| **Purpose of expenditure**<br>Accounting / Bookkeeping | | |

UNI : 00246

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Withheld<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 359<br>**Date of expenditure**<br>12/31/2006 |
| **Purpose of expenditure**<br>Miscellaneous | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Bank Card<br>P O Box 12545<br>Arlington, VA 22219 | N/A<br>**Recipients's occupation**<br>N/A | $ 146<br>**Date of expenditure**<br>11/02/2006 |
| **Purpose of expenditure**<br>Merchant Banking Services | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| IFMS<br>99 Dover Street<br>Somerville, MA 02144 | N/A<br>**Recipients's occupation**<br>N/A | $ 5000<br>**Date of expenditure**<br>10/04/2006 |
| **Purpose of expenditure**<br>Direct Outreach | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BentleyForbes<br>2600 Virginia Avenue, NW, Suite B12<br>Washington, DC 20037 | N/A<br>**Recipients's occupation**<br>N/A | $ 3374<br>**Date of expenditure**<br>10/07/2006 |
| **Purpose of expenditure**<br>Office Rent | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Blue Gecko<br>206 1st Avenue South, Suite 230<br>Seattle, WA 98104 | N/A<br>**Recipients's occupation**<br>N/A | $ 1133<br>**Date of expenditure**<br>10/09/2006 |
| **Purpose of expenditure**<br>Web Hosting | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Production Solutions<br>1953 Gallows Road, Suite 600<br>Vienna, VA 22182 | N/A<br>**Recipients's occupation**<br>N/A | $ 2029<br>**Date of expenditure**<br>10/09/2006 |
| **Purpose of expenditure**<br>Fulfillment Mailing | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Production Solutions<br>1953 Gallows Road, Suite 600<br>Vienna, VA 22182 | N/A<br>**Recipients's occupation**<br>N/A | $ 650<br>**Date of expenditure**<br>10/09/2006 |
| **Purpose of expenditure**<br>Fulfillment Mailing | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Karla Johnson-Grimes<br>3096 South Saint Paul Street<br>Denver, CO 80210 | N/A<br>**Recipients's occupation**<br>N/A | $ 3000<br>**Date of expenditure**<br>10/10/2006 |
| **Purpose of expenditure**<br>Accounting / Bookeeping | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Christine McGuire<br>8 Sugar Mill Court<br>Sewell, NJ 08080 | N/A<br>**Recipients's occupation**<br>N/A | $ 400<br>**Date of expenditure**<br>10/12/2006 |
| **Purpose of expenditure**<br>Unity Petition Outreach | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| IFMS<br>99 Dover Street<br>Somerville, MA 02144 | N/A<br>Recipients's occupation<br>N/A | $ 40000<br>Date of expenditure<br>10/12/2006 |
| **Purpose of expenditure**<br>Direct Outreach | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Democracy in Action<br>1700 Connecticut Avenue NW<br>Washington, DC 20009 | N/A<br>Recipients's occupation<br>N/A | $ 1950<br>Date of expenditure<br>10/18/2006 |
| **Purpose of expenditure**<br>CRM Solution | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Karla Johnson-Grimes<br>3096 South Saint Paul Street<br>Denver, CO 80210 | N/A<br>Recipients's occupation<br>N/A | $ 327<br>Date of expenditure<br>10/23/2006 |
| **Purpose of expenditure**<br>Expense Reimbursement | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kate Farrar<br>10774 E. San Salvador Drive<br>Scottsdale, AZ 85258 | N/A<br>Recipients's occupation<br>N/A | $ 1000<br>Date of expenditure<br>11/01/2006 |
| **Purpose of expenditure**<br>Website Technology | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kate Farrar<br>10774 E. San Salvador Drive<br>Scottsdale, AZ 85258 | N/A<br>Recipients's occupation<br>N/A | $ 1000<br>Date of expenditure<br>11/01/2006 |
| **Purpose of expenditure**<br>Website Technology | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Christine McGuire<br>8 Sugar Mill Court<br>Sewell, NJ 08080 | N/A<br>Recipients's occupation<br>N/A | $ 800<br>Date of expenditure<br>11/01/2006 |
| **Purpose of expenditure**<br>Unity Petition Outreach | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>Recipients's occupation<br>N/A | $ 1130<br>Date of expenditure<br>11/01/2006 |
| **Purpose of expenditure**<br>Office Administrative Assistance | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Hartford Insurance<br>PO Box 2907<br>Hartford, CT 06104 - 2907 | N/A<br>Recipients's occupation<br>N/A | $ 1205<br>Date of expenditure<br>11/01/2006 |
| **Purpose of expenditure**<br>Insurance Premium | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BentleyForbes<br>2600 Virginia Avenue, NW, Suite B12<br>Washington, DC 20037 | N/A<br>Recipients's occupation<br>N/A | $ 3373<br>Date of expenditure<br>11/01/2006 |
| **Purpose of expenditure**<br>Office Rent | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BentleyForbes<br>2600 Virginia Avenue, NW, Suite B12<br>Washington, DC 20037 | N/A<br>Recipients's occupation<br>N/A | $ 21<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Office Keys

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Martini Creative<br>318 N. Prospect Street<br>Bowling Green, OH 43402 | N/A<br>Recipients's occupation<br>N/A | $ 6669<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Creative Services

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Martini Creative<br>318 N. Prospect Street<br>Bowling Green, OH 43402 | N/A<br>Recipients occupation<br>N/A | $ 250<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Creative Services

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Peak Creative Media<br>1801 California Street, Floor 50<br>Denver, CO 80202 | N/A<br>Recipients's occupation<br>N/A | $ 6723<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Website Technology

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>Recipients's occupation<br>N/A | $ 64<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>Recipients's occupation<br>N/A | $ 1175<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>Recipients's occupation<br>N/A | $ 50<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>Recipients's occupation<br>N/A | $ 83<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>Recipients's occupation<br>N/A | $ 55<br>Date of expenditure<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>**Recipients's occupation**<br>N/A | $ 87<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>**Recipients's occupation**<br>N/A | $ 130<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Karla Johnson-Grimes<br>3096 South Saint Paul Street<br>Denver, CO 80210 | N/A<br>**Recipients's occupation**<br>N/A | $ 1500<br>**Date of expenditure**<br>11/02/2006 |

**Purpose of expenditure**
Accounting / Bookeeping

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| IFMS<br>99 Dover Street<br>Somerville, MA 02144 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>11/06/2006 |

**Purpose of expenditure**
Direct Outreach

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Beaconfire<br>2300 Clarendon Boulevard, Suite 110<br>Arlington, VA 22201 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>11/08/2006 |

**Purpose of expenditure**
Website Technology

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 1180<br>**Date of expenditure**<br>11/12/2006 |

**Purpose of expenditure**
Office Administrative Assistance

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Karla Johnson-Grimes<br>3096 South Saint Paul Street<br>Denver, CO 80210 | N/A<br>**Recipients's occupation**<br>N/A | $ 2250<br>**Date of expenditure**<br>11/13/2006 |

**Purpose of expenditure**
Accounting / Bookeeping

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kate Farrar<br>10774 E. San Salvador Drive<br>Scottsdale, AZ 85258 | N/A<br>**Recipients's occupation**<br>N/A | $ 1000<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Website Technology

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Christine McGuire<br>8 Sugar Mill Court<br>Sewell, NJ 08080 | N/A<br>**Recipients's occupation**<br>N/A | $ 500<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Unity Petition Outreach

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Dane Anderson<br>321 West Cameron Avenue<br>Chapel Hill, NC 27514 | N/A<br>**Recipients's occupation**<br>N/A | $ 500<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
College Website Technology

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Peak Creative Media<br>1801 California Street, Floor 50<br>Denver, CO 80202 | N/A<br>**Recipients's occupation**<br>N/A | $ 10374<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Website Technology

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Production Solutions<br>1953 Gallows Road, Suite 600<br>Vienna, VA 22182 | N/A<br>**Recipients's occupation**<br>N/A | $ 2010<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Fulfillment Mailing

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| IFMS<br>99 Dover Street<br>Somerville, MA 02144 | N/A<br>**Recipients's occupation**<br>N/A | $ 10000<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Direct Outreach

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 151<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Expense Reimbursement

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 145<br>**Date of expenditure**<br>11/15/2006 |

**Purpose of expenditure**
Expense Reimbursement

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Beaconfire<br>2300 Clarendon Boulevard, Suite 110<br>Arlington, VA 22201 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>12/01/2006 |

**Purpose of expenditure**
Website Technology

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BentleyForbes<br>2600 Virginia Avenue, NW, Suite B12<br>Washington, DC 20037 | N/A<br>**Recipients's occupation**<br>N/A | $ 3373<br>**Date of expenditure**<br>12/01/2006 |

**Purpose of expenditnre**
Office Rent

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 1020<br>**Date of expenditure**<br>12/01/2006 |

**Purpose of expenditure**
Office Administrative Assistance

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kate Farrar<br>10774 E. San Salvador Drive<br>Scottsdale, AZ 85258 | N/A<br>**Recipients's occupation**<br>N/A | $ 1000<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Website Technology | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Kate Farrar<br>10774 E. San Salvador Drive<br>Scottsdale, AZ 85258 | N/A<br>**Recipients's occupation**<br>N/A | $ 1000<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Website Technology | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 1110<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Office Administrative Assistance | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 104<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Expense Reimbursement | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Martini Creative<br>318 N. Prospect Street<br>Bowling Green, OH 43402 | N/A<br>**Recipients's occupation**<br>N/A | $ 250<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Creative Services | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Beaconfire<br>2300 Clarendon Boulevard, Suite 110<br>Arlington, VA 22201 | N/A<br>**Recipients's occupation**<br>N/A | $ 15000<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>Website Technology | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| GetActive<br>2855 Telegraph Avenue, Suite 200<br>Berkeley, CA 94705 | N/A<br>**Recipients's occupation**<br>N/A | $ 14396<br>**Date of expenditure**<br>12/18/2006 |
| **Purpose of expenditure**<br>CRM Solution | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Blue Gecko<br>206 1st Avenue South, Suite 230<br>Seattle, WA 98104 | N/A<br>**Recipients's occupation**<br>N/A | $ 562<br>**Date of expenditure**<br>12/19/2006 |
| **Purpose of expenditure**<br>Web Hosting | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| IFMS<br>99 Dover Street<br>Somerville, MA 02144 | N/A<br>**Recipients's occupation**<br>N/A | $ 5000<br>**Date of expenditure**<br>12/20/2006 |
| **Purpose of expenditure**<br>Direct Outreach | | |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| BentleyForbes<br>2600 Virginia Avenue, NW, Suite B12<br>Washington, DC 20037 | N/A<br>**Recipients's occupation**<br>N/A | $ 3373<br>**Date of expenditure**<br>12/23/2006 |

**Purpose of expenditure**
Office Rent

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| Nichole Williams<br>2146 Emilys Lane<br>Falls Church, VA 22043 | N/A<br>**Recipients's occupation**<br>N/A | $ 850<br>**Date of expenditure**<br>12/23/2006 |

**Purpose of expenditure**
Office Administrative Assistance

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
|---|---|---|
| CSC<br>P.O. Box 13397<br>Philidelphia, PA 19101 - 3397 | N/A<br>**Recipients's occupation**<br>N/A | $ 3778<br>**Date of expenditure**<br>11/01/2006 |

**Purpose of expenditure**
Name Registration

Form **8872**
(November 2002)

Department of the Treasury
Internal Revenue Service

# Political Organization
## Report of Contributions and Expenditures

▶ See Seperate instructions.

OMB No 1545-1696

| A | For the period beginning | **July 01** | , 20 **06** | and ending | **September 30** | , 20 **06** |

**B**   Check applicable boxes   ☐ Initial report   ☐ Change of address   ☑ Amended report   ☐ Final report

**1**   Name of organization
**Unity08**

**Employer identification number**
20:4931560

**2**   Mailing address (P O  Box or number, street, and room or suite number)
**P.O. Box 13331**

City or town, state, and ZIP code
**Denver, CO 80201-3331**

**3**   E-mail address of organization
**info@unity08.com**

**4**   Date organization was formed
**05/24/06**

**5a**   Name of custodian of records
**Daniel J. Radek**

**5b**   Custodian's address
**P.O. Box 13331**
**Denver, CO 80201-3331**

**6a**   Name of contact person
**Daniel J. Radek**

**6b**   Contact person's address
**P.O. Box 13331**
**Denver, CO 80201-3331**

**7**   Business address of organization (if different from mailing address shown above)  Number, street, and room or suite number
**2600 Virginia Avenue, NW, Suite 514**

City or town, state, and ZIP code
**Washington, DC  20037**

**8**   Type of report (check only one box)

**a**   ☐ First quarterly report (due by April 15)

**b**   ☐ Second quarterly report (due by July 15)

**c**   ☑ Third quarterly report (due by October 15)

**d**   ☐ Year-end report (due by January 31)

**e**   ☐ Mid-year report (Non-election year only-due by July 31)

**f**   ☐ Monthly report for the month of _____
(due by the 20th day following the month shown above, except the December report, which is due by January 31)

**g**   ☐ Pre-election report (due by the 12th or 15th day before the election)
(1) Type of election _____
(2) Date of election _____
(3) For the state of _____

**h**   ☐ Post-general election report (due by the 30th day after general election)
(1) Date of election _____
(2) For the state of _____

| **9** | Total amount of reported contributions (total from all attached Schedules A)   .   .   .   .   .   .   .   . | **9** | **$71,752** |
| **10** | Total amount of reported expenditures (total from all attached Schedules B)   .   .   .   .   .   .   .   . | **10** | **$106,713** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete

▶ _Daniel J. Radek_
Signature of authorized official

▶ _January 2, 2007_
Date

For Paperwork Reduction Act Notice, see separate instructions.

Cat No 30406G

Form **8872**  (11-2002)

SCANNED JAN 18 2007

RECEIVED IN CORRES
IRS - OSC -532

JAN 0 9 2007

OGDEN, UTAH

8 P

Form 8872 (11-2002)

| Schedule A | Itemized Contributions | | Schedule A page | of |
| --- | --- | --- | --- | --- |

**Name of organization**
Unity08

**Employer identification number**
20:4931560

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| --- | --- | --- |
| **See attached schedule** | Contributor's occupation | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | $ |
| | Aggregate contributions year-to-date . . ▶ $ | Date of contribution |

Subtotal of contributions reported on this page only Enter here and also include this amount in the total on line 9 of Form 8872 . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | $

Form **8872** (11-2002)

UNI:00255

Form 8872 (11-2002)

| Schedule B    Itemized Expenditures | | Schedule B page        of |
|---|---|---|
| Name of organization **Unity08** | | Employer identification number **20:4931560** |

| Recipient's name, mailing address and ZIP code **See attached schedule** | Name of recipient's employer | Amount of expenditure $ |
|---|---|---|
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure $ |
|---|---|---|
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure $ |
|---|---|---|
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure $ |
|---|---|---|
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure $ |
|---|---|---|
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure $ |
|---|---|---|
| | Recipient's occupation | Date of expenditure |

Purpose of expenditure

Subtotal of expenditures reported on this page only  Enter here and also include this amount in the total on line 10 of Form 8872 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   $

Form **8872** (11-2002)

Unityo8   20-4931560
Form 8872 Schedule A

# Unityo8
## Third Quarter Donations Summary
### Schedule A

Page 1 of 1

| Ref Num | Date of Contribution | Last Name | First Name | Mailing Address | City | State | Zip | Amount of Contribution | Cummulative Contributions |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/6/2006 | Roderick | Patricia E | NA | Fairacres | NM | 88033 | $500 | $500 |
| 2 | 7/8/2006 | Vanderhorn | Glen | 350 Essex Drive | Brick | NJ | 8723 | 100 | 200 |
| 3 | 7/9/2006 | Hardaway | Ronny | 5750 E University Blvd #334 | Dallas | TX | 75214 | 200 | 200 |
| 4 | 7/10/2006 | Dawson | Deborah | 5750 E University Blvd | Dallas | TX | 75206 | 200 | 200 |
| 5 | 7/18/2006 | Silverstein | Ellen | 2797 Dover Road NW | Atlanta | GA | 30327 | 1,000 | 1,000 |
| 6 | 7/19/2006 | Sant | Roger | 2929 N Street NW | Washington | DC | 20007 | 5,000 | 5,000 |
| 7 | 7/19/2006 | Sant | Victoria | 2929 N Street NW | Washington | DC | 20007 | 5,000 | 5,000 |
| 8 | 7/24/2006 | Peabody | Malcolm | 2811 Dumbarton St NW | Washington | DC | 20007 | 150 | 250 |
| 9 | 7/25/2006 | Tullis | Jay | 201 Lincoln Rd | Tyrone | GA | 30290 | 200 | 200 |
| 10 | 7/26/2006 | Wojahn | Roger | 12517 Mitchell Ave | Los Angeles | CA | 90066 | 200 | 200 |
| 11 | 7/26/2006 | Philbrook Jr | Malcolm | 45 Fortunes Rocks Road | Biddeford | ME | 4005 | 100 | 200 |
| 12 | 7/27/2006 | Parlante | Joseph | 7917 Kentbury Drive | Bethesda | MD | 20814 | 200 | 200 |
| 13 | 8/2/2006 | Kinkennon | Shane | 1440 Church St NW #203 | Washington | DC | 20005 | 250 | 250 |
| 14 | 8/2/2006 | Mullen | Richard | 3530 22nd Street | San Francisco | CA | 94114 | 250 | 250 |
| 15 | 8/5/2006 | Straus | Donald | 1102 Main Street | Mount Desert | ME | 4660 | 50 | 250 |
| 16 | 8/9/2006 | Reeder | Grant | 2074 San Diego Ave | San Diego | CA | 92110 | 100 | 300 |
| 17 | 8/14/2006 | Vradenburg | George | 1350 I Street NW | Washington | DC | 20005 | 5,000 | 5,000 |
| 18 | 9/1/2006 | Gober | Lasley | 2762 Dover Rd | Atlanta | GA | 30327 | 200 | 200 |
| 19 | 9/12/2006 | Capers | John and Nancy | 1865 Les Chateaux Blvd #203 | Naples | FL | 34109 | 200 | 200 |
| 20 | 9/15/2006 | King | Angus | PO Box 457 | Brunswick | ME | 4011 | 1,000 | 1,000 |
| 21 | 9/16/2006 | Hankins | Dale | 4378 Indian Trail NE | Solon | IA | 52333 | 500 | 500 |
| 22 | 9/17/2006 | Meulbroek | Bill | 2725 Summerset Circle | Sumico | WI | 54173 | 100 | 200 |
| 23 | 9/20/2006 | Seltzer | Yosefi | 1409 Noyes Drive | Silver Spring | MD | 20910 | 200 | 200 |
| 24 | 9/21/2006 | Feldman | Roger | 5696 Bradley Blvd | Bethesda | MD | 20814 | 2,500 | 2,500 |
| 25 | 9/21/2006 | Lodge | George & Susan | 275 Hill St | Beverly | MA | 1915 | 200 | 200 |
| 26 | 9/21/2006 | Weld | William F | 26 E 93rd St Apt 4c | New York | NY | 10128 | 5,000 | 5,000 |
| 27 | 9/21/2006 | Stroock | Thomas F | Oil and Gas Properties | Casper | WY | 82602 | 2,000 | 2,000 |
| 28 | 9/21/2006 | Hanerfeld | Harvey I | 8821 Mayberry Ct | Potomac | MD | 20854 | 2,500 | 2,500 |
| 29 | 9/21/2006 | Larson | Allen & Gloria | 30 Main St | Yarmouth Port | MA | 2675 | 5,000 | 5,000 |
| 30 | 9/21/2006 | Dunham | Catherine | 71 Hillcrest Acres | Westport | MA | 2790 | 200 | 200 |
| 31 | 9/22/2006 | Reeder | Grant | 2074 San Diego Ave | San Diego | CA | 92110 | 100 | 300 |
| 32 | 9/23/2006 | Solberg | Ann | 141 Mustato Rd | Katonah | NY | 10536 | 200 | 200 |
| 33 | 9/25/2006 | Mattis | Peter | 56 Crosby St | New York | NY | 10012 | 2,500 | 2,500 |
| 34 | 9/29/2006 | Murphey | Carolyn | NA | Boketlia | FL | 33922 | 1,000 | 1,000 |
| 35 | 9/29/2006 | Idler | Richard | 8749 Williamshire E Dr | Indianapolis | IN | 46260 | 500 | 500 |
| 36 | 9/29/2006 | Withheld | | | | | | | |
| | | | | | | | | 28,753 | |

Unity08    20-4931560
Form 8872 Schedule A

Page 1 of 2

# Unity08
## Third Quarter Expenditures Summary
### Schedule B

| Ref Num | Date of Expenditure | Recipients Name | Purpose | Amount |
|---|---|---|---|---|
| 1 | 7/5/2006 | Verizon | Telecommunications / Internet Access | $237 |
| 2 | 7/5/2006 | Chris Nulty | Office Administrative Assistance | 1,750 |
| 3 | 7/5/2006 | Chris Nulty | Expense Reimbursement | 978 |
| 4 | 7/5/2006 | Lindsay Ullman | College Outreach Programs | 1,500 |
| 5 | 7/5/2006 | Jessica Singleton | College Outreach Programs | 1,313 |
| 6 | 7/5/2006 | Justin Patrick | College Outreach Programs | 500 |
| 7 | 7/5/2006 | Dane Anderson | College Website Technology | 1,325 |
| 8 | 7/5/2006 | Democracy in Action | CRM Solution | 1,115 |
| 9 | 7/5/2006 | Blue Gecko | Web Hosting | 799 |
| 10 | 7/5/2006 | Production Solutions | Fulfillment Mailing | 2,069 |
| 11 | 7/5/2006 | Karla Johnson-Grimes | Expense Reimbursement | 56 |
| 12 | 7/5/2006 | Hartford Insurance | Insurance Premium | 236 |
| 13 | 7/5/2003 | e-online Data | Payment Processing | 1,064 |
| 14 | 7/15/2006 | Chris Nulty | Office Administrative Assistance | 1,750 |
| 15 | 7/15/2006 | Chris Nulty | Expense Reimbursement | 111 |
| 16 | 7/15/2006 | Jessica Singleton | College Outreach Programs | 1,250 |
| 17 | 7/15/2006 | Lindsay Ullman | College Outreach Programs | 1,500 |
| 18 | 7/15/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 2,250 |
| 19 | 7/15/2006 | Qwest | Telecommunications / Internet Access | 618 |
| 20 | 7/15/2006 | Democracy in Action | CRM Solution | 170 |
| 21 | 7/15/2006 | Jessica Singleton | College Outreach Programs | 875 |
| 22 | 7/15/2006 | Justin Patrick | College Outreach Programs | 1,000 |
| 23 | 7/19/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 1,125 |
| 24 | 7/21/2006 | Karla Johnson-Grimes | Expense Reimbursement | 304 |
| 25 | 7/25/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 1,125 |
| 26 | 7/31/2006 | Dane Anderson | College Website Technology | 750 |
| 27 | 7/31/2006 | Lindsay Ullman | College Outreach Programs | 1,500 |
| 28 | 7/31/2006 | Jessica Singleton | College Outreach Programs | 750 |
| 29 | 7/31/2006 | Chris Nulty | Office Administrative Assistance | 1,750 |
| 30 | 7/31/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 2,250 |
| 31 | 7/31/2006 | Kate Ferrar | Website Technology | 1,000 |
| 32 | 7/31/2006 | Justin Patrick | College Outreach Programs | 1,000 |
| 33 | 7/31/2006 | Doug Bailey | Expense Reimbursement | 6,747 |
| 34 | 7/31/2006 | Hartford Insurance | Insurance Premium | 301 |
| 35 | 7/31/2006 | Bentley Forbes | Office Rent | 3,373 |
| 36 | 8/2/2006 | e-online Data | Payment Processing | 129 |
| 37 | 8/15/2006 | Justin Patrick | College Outreach Programs | 1,000 |
| 38 | 8/15/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 2,250 |
| 39 | 8/15/2006 | Dane Anderson | College Website Technology | 1,250 |
| 40 | 8/15/2006 | Chris Nulty | Office Administrative Assistance | 1,750 |
| 41 | 8/15/2006 | Lindsay Ullman | College Outreach Programs | 1,500 |
| 42 | 8/15/2006 | Peak Creative Media | Website Technology | 14,632 |
| 43 | 8/15/2006 | Michael Gulick | College Outreach Programs | 480 |
| 44 | 8/15/2006 | Raindance | Telecommunications | 1,037 |
| 45 | 8/15/2006 | Qwest | Telecommunications | 145 |
| 46 | 8/15/2006 | Lindsay Miller | College Outreach Programs | 1,500 |
| 47 | 8/24/2006 | IFMS | Direct Outreach | 5,000 |
| 48 | 8/31/2006 | Dane Anderson | College Website Technology | 600 |
| 49 | 8/31/2006 | Lindsay Ullman | College Outreach Programs | 1,500 |
| 50 | 8/31/2006 | Kate Ferrar | Website Technology | 1,000 |
| 51 | 8/31/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 2,250 |
| 52 | 8/31/2006 | Kinkennon Communications | PR / Communications | 4,000 |
| 53 | 8/31/2006 | Kate Ferrar | Website Technology | 1,000 |
| 54 | 8/31/2006 | Verizon | Telecommunications / Internet Access | 703 |
| 55 | 8/31/2006 | Michael Gulick | College Outreach Programs | 400 |
| 56 | 8/31/2006 | Bentley Forbes | Office Rent | 3,373 |
| 57 | 9/5/2006 | Verizon | Telecommunications / Internet Access | 702 |
| 58 | 9/9/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 1,125 |
| 59 | 9/25/2006 | Dane Anderson | College Website Technology | 800 |
| 60 | 9/25/2006 | Michael Gulick | College Outreach Programs | 1,200 |

Unity08    20-4931560                                                    Page 2 of 2
Form 8872 Schedule A

# Unity08
## Third Quarter Expenditures Summary
### Schedule B

| Ref Num | Date of Expenditure | Recipients Name | Purpose | Amount |
|---|---|---|---|---|
| 61 | 9/25/2006 | Kate Ferrar | Website Technology | 1,000 |
| 62 | 9/29/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 2,250 |
| 63 | 9/29/2006 | Kate Ferrar | Website Technology | 1,000 |
| 64 | 9/29/2006 | Michael Gulick | College Outreach Programs | 800 |
| 65 | 9/29/2006 | Karla Johnson-Grimes | Accounting / Bookkeeping | 3,375 |
| 66 | 9/30/2006 | Claudia P. Schechter | Expense Reimbursement | 2,440 |
| 67 | 9/30/2006 | Chris Nulty | Office Administrative Assistance | 290 |
| 68 | 9/30/2006 | Christine McGuire | Unity Petition Outreach | 800 |
|  |  | Withheld |  | 992 |

**EXHIBIT 2**

STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW
OFFIC_ _ _ _AL
C_ _ _ _L

John J. Duffy
202.429.8020
jduffy@steptoe.com

2006 MAY 30  P 4: 59

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

RECEIVED
FEC MAIL
CENTER
2006 MAY 30  P 4: 55

May 30, 2006

Lawrence Norton, Esq.
Federal Election Commission
Office of the General Counsel
999 E Street N.W.
Washington, D. C. 20463

*AOR 2006-20*

Re:   **Request For An Advisory Opinion On The Obligation Of A Nascent Political Party
To Register As A Political Committee**

Dear Mr. Norton:

Pursuant to Section 437g of Title 2 of the United States Code and Part 112 of Title 11 of
the Code of Federal Regulations, I submit on behalf of Unity 08 a request for an Advisory
Opinion on whether donations to it, and purchases of goods and services by it, are
"contributions" or "expenditures" as those terms are defined by the Federal Election Campaign
Act of 1971, as amended, (the "Act" or "FECA"), whether it is required to register as a "political
committee" under the Act, whether it may incorporate for liability purposes, and the effect of its
becoming a political party under the Act.

**Factual Background**

Unity 08 is a not-for-profit corporation organized under the laws of the District of
Columbia. A copy of Unity 08's Statement of Organization attached hereto as an Appendix.
Unity 08 has applied to the Internal Revenue Service (the "IRS") for tax exempt status pursuant
to Section 527 of the Internal Revenue Code.

Unity 08 consists of a group of citizens of different ages, backgrounds, and colors, many
of whom have been active in the past in Presidential campaigns for one or the other of the major

Lawrence Norton, Esq.                                    STEPTOE & JOHNSON ᴸᴸᴾ
Federal Election Commission
Page 2 of 9

parties. They are deeply concerned that our political system is dysfunctional and that time is
short to get things back on track. Rather than the battle

for those "in the middle" that had characterized Presidential campaigns during most of the 20th
Century, recent Presidential elections, have focused on turning out each party's special interest
groups: their "base," with each "base" representing less than ten percent of the American
people. Both parties have tended to pay little attention to *crucial problems*, issues on which the
future safety and welfare of our nation and people depend, such as the need for energy
independence, nuclear proliferation, global warming, the corruption of the political process by
money, the caring for our older citizens, the education of our children, and the disappearance of
the American Dream for so many of our people, in favor of issues with an appeal primarily to
particular special interest groups, such as gun control, abortion, and gay marriage, which, while
important and worthy of debate, will not determine the fate or future of the United States.

As a result, most Americans have not been enthusiastic about the choices for President
and Vice-President in recent elections, the key issues on which they ran, or the manner in which
the campaigns were conducted. Although Unity 08 believes that the leaders of both major
parties are well intentioned, good, and honest people, they are trapped in a flawed system. The
two major parties seem neither relevant to the issues and challenges of the 21st Century *nor*
effective in addressing them. Major parties and all who have been active in them, including
many of the participants in Unity 08, share responsibility for the current lack of confidence in
our political system and the widespread belief that government -- as a problem-solver -- is no
longer credible nor effective.

Unity 08, therefore, is committed to exploring whether a third alternative ticket can be
presented to the American voters in 2008. Unity 08 has two goals:

♣    *Goal One* is to elect a Unity Ticket for President and Vice-President of the United States
in 2008 that will have on the ticket a person from each of the two major parties. This Unity
Ticket need not necessarily be the ticket of the Unity Party. Unity 08 might, for example,
support such a ticket if offered by one or the other of the two major parties.

Lawrence Norton, Esq.                                           STEPTOE & JOHNSON ᴸᴸᴾ
Federal Election Commission
Page 3 of 9

♣      *Goal Two*, our *minimum* goal, is to effect *major* change and reform in the 2008 national

elections by influencing the major parties to adopt the core features of our national agenda. By

organizing a group of voters who comprise at least 20% of the national electorate and committed

to our agenda, we feel confident that their voters will be *the balance* and ultimately *the*

*difference* in the 2008 national election.


    Unity 08 intends to finance its activities by soliciting donations from individuals who

agree with its goals. Donations of money or any other things of value will not be accepted

"prohibited sources," including corporations, foreign nationals, or government contractors. In

addition, while limitations may be placed on the amount of donations that will be solicited or

accepted from individuals, the limitations may or may not conform with the limitations placed on

such donations by the regulations governing non-connected political committees. Unity 08

intends to establish a web site and many, but not all of its solicitations are likely to be made over

the Internet; however, Unity 08 may also make use of other solicitation methods, including

telephone banks and mass mailings. Unity 08 may also choose to raise money through the sale

of t-shirts, mugs, pens, bumper stickers, and other similar items marked with the Unity 08 logo

or identified with Unity 08 in some other fashion, such as a particular phase or slogan.


    Unity 08 intends to purchase access to other media of mass communication to

communicate to the public its view that the two major parties have failed to address the critical

problems facing the United States today. Unity 08 intends to commission polls to assess public

support for its position that the two major parties offer no solution to the present crisis in

government, because of their focus on the needs of the "special interest" groups that constitute

their base and for its proposal to seek to bring about a Unity Ticket. Unity 08 intends to explore

the feasibility of its goal of creating a Unity Ticket and to take steps to build, and demonstrate

the existence of, a substantial number of potential voters who support this goal. Unity 08 intends

to try to influence the two  major parties to address the issues that Unity 08 believes are critical

to the future of the United States and to encourage the two major parties to adopt a Unity Ticket

themselves. Unity 08 intends to qualify for ballot positions in certain key states for the offices of

President and Vice President of the United States through petitions, and if required, litigation,

Lawrence Norton, Esq.                                STEPTOE & JOHNSON LLP
Federal Election Commission
Page 4 of 9

and, if necessary, to select, using a "virtual" convention conducted over the Internet, candidates
for the office of President and Vice-President of the United States to run in those ballot positions.
The virtual convention would be held in the Summer of 2008, before the conventions of the two
major parties, but after the likely nominees of the other parties have been identified. All persons
who have signed up with Unity 08 as delegates on the Internet will be eligible to vote during the
virtual convention for the candidates they want to constitute the Unity 08 ticket. Unity 08 does
not intend to promote, attack, support, or oppose the candidates of the major parties for public
office in the 2006 elections on the federal, state or local level, and it does not intend to support or
oppose candidates for Congress or State and local elections at any time.

**Advisory Opinions Requested**

1.    Donations to, or purchases made, by Unity 08 would not be "contributions" or
      "expenditures" under the Act prior to the time Unity 08 chooses a candidate to support.

2.    Unity 08's application of tax exempt status under Section 527 of the Internal Revenue
      Code does not require it to register as a "political committee" under the Act, and it does
      not have to register as a "political committee" until it has made "contributions" or
      "expenditures" under the Act.

3.    Unity 08 may incorporate for liability purposes.

**Analysis**

1.    **Donations to, or purchases made, by Unity 08 would not be "contributions" or
      "expenditures" under the Act prior to the time Unity 08 chooses candidates to
      support for the Office of President and Vice-President of the United States.**

      In *Buckley v. Valeo*, 424 U.S. 1, 74-82 (1974), the Supreme Court held that the operative
phrase in the Act's definitions of "contribution and "expenditure," *i.e.* "for the purpose of
influencing any election for Federal office," raised constitutional problems as applied to
donations received, or expenses incurred by, organizations other than candidates or candidate
controlled political committees. To avoid the vagueness and potential over breadth of the
statutory definition, *Buckley* adopted a narrowing construction so that the Act's definition of
"expenditure" reached "only funds used for communications that expressly advocated the

Lawrence Norton, Esq.                                    STEPTOE & JOHNSON LLP
Federal Election Commission
Page 5 of 9

election or defeat of a clearly identified candidate." *Id.* at 79-80. *See also* McConnell v. Federal
Election Comm'n, 540 U.S. 93, 126 (2003).[1]

Since *Buckley*, courts have repeatedly reaffirmed that an organization that collects
donations and incurs expenses for political purposes does not receive "contributions" or make
"expenditures" under the Act, unless and until the organization seeks to influence the election or
defeat of a *identified* candidate for a federal office. *See* Machinists, 655 F.2d at 394 (the Act's
provisions do not extend to organizations whose contributions and expenditures "do not related
to an identifiable 'candidate'"). In *Machinists*, the FEC claimed that payments made by the
Machinists separate segregated fund to various groups that had as their goal the persuasion of
Senator Ted Kennedy to run for President were "contributions" in excess of the amounts allowed
under the Act. *Id.* at 390. The D.C. Circuit Court of Appeals, however, held that moneys given
to groups were not "contributions" or "expenditures" because the groups' activities were not
related in any way to a person who has decided to become a candidate." *Id.* at 392. The court
reasoned, "[d]raft groups [] have one thing in common … they aim to produce some day a
candidate acceptable to them, but they have not yet succeeded. Therefore, none are promoting a
"candidate" for office, as Congress uses that term in the FECA." *Ibid.* Unity 08 is in an even
more preliminary position. It has not yet even identified a potential candidate, and indeed the
selection of such a preferred choice will not occur until the summer of 2008 at its virtual
convention. Until that time, we submit that the donations received and the expenses incurred in
the pursuit of its goals do not constitute "contributions" or "expenditures" under the Act.

Nothing in the Bipartisan Campaign Reform Act of 2002 (BCRA) or the Supreme
Court's decision in *McConnell* is to the contrary. In the BCRA, Congress legislated narrowly

---

[1]     Donations made to an organization that does not make "expenditures" can not
constitute "contributions." Consequently, the status of an organization's expenses determine
whether donations to it are contributions. *See* Federal Election Comm'n v. Machinists Non-
Partisan Political League, 655 F.2d 380, 392-94 (Ct. App. D.C. 1981) (holding that the FEC had
no jurisdiction to investigate alleged violations of the contribution limitations by draft
committees since the expenditures of the committee were not under the control of or made with
the major purpose of electing an identified candidate), *cert. denied*, 454 U.S. 897 (1981).

Lawrence Norton, Esq.                                                    STEPTOE & JOHNSON LLP
Federal Election Commission
Page 6 of 9

with respect to the receipt or expenditure of money for political purposes by groups not
controlled by a candidate. In *Buckley*, the Court limited the definitions of the phrases
"expenditure" and "contribution" to "express advocacy," *i.e.* language that expressly advocates
or opposes a clearly identified candidate. 424 U.S. at 43-44. In so doing, the *Buckley* Court also
established a "magic words" test to determine whether advocacy was express and, therefore,
subject to regulation by the FEC. *Ibid.* (stating that in order to be express advocacy the terms
"vote for," "support," "vote against" etc. must be used). This test was replaced by the FEC after
the adoption of BCRA by the term "electioneering communications," which broadens the scope
of the regulation of express advocacy to communications *referring to* a "clearly identified
candidate." *See* Shays v. Federal Election Comm'n, 414 F.3d 76, 82 (D.C. Ct. App. 2005) (the
BCRA "replaced the 'magic words' standard for issue ads with a more robust concept termed
'electioneering communication'"); McConnell, 540 U.S. at 189-90. The application on the
restrictions for "electioneering communications" is limited, however, to certain times in relation
to a primary or general election. *See* 2 U.S.C. § 434(f)(3)(A)(i). Thus, the core component of
the *Buckley* decision and its progeny remains intact -- that in order to make an "expenditure" or
"contribution" there must be a clearly identified candidate. With this understanding of express
advocacy, the Supreme Court found constitutional Congress' regulation of two types of activities
addressed in BCRA: "Federal election activity," as defined in 2 U.S.C. § 431(20), and
"electioneering communication," as defined in 2 U.S.C. § 434(f)(3)(A)(i). *See* McConnell, 540
U.S. at 159-173 and 186-209.

2.    **Unity 08's application of tax exempt status under Section 527 of the Internal
      Revenue Code does not require it to register as a "political committee" under the
      Act, and it does not have to register as a "political committee" unless and until it
      receives donations or incurs expenses for the purpose of influencing the election of
      an *identified* candidate.**

     The Supreme Court in *Buckley v. Valeo* explained that to fulfill the purposes of the Act,
the definition of political committee "need only encompass organizations that are under the
control of a candidate or *the major purpose of which is the nomination or election of a
candidate,*" and that the regulations do not "reach groups engaged purely in issue discussion."
424 U.S. at 79 (emphasis added). The Supreme Court reaffirmed, and expanded, the "major

Lawrence Norton, Esq.                                STEPTOE & JOHNSON LLP
Federal Election Commission
Page 7 of 9

purpose" test in *Federal Election Comm'n v. Massachusetts Citizens for Life, Inc.*, 479 U.S. 238,
263 (1986) ("*MCFL*"). In that case, Massachusetts Citizens for Life, a non-profit advocacy
corporation whose "central organizational purpose" was issue advocacy had, nevertheless, paid a
substantial amount of money for the preparation and public distribution of a newsletter that
advocated the election or defeat of *particular* candidates for federal offices. *Id.* at 242-44. The
Supreme Court held that Massachusetts Citizens did not meet the definition of a political
committee, notwithstanding that it was not engaged "solely" in issue advocacy because its
"major purpose" was not the nomination or election of specific candidates. *Id.* at 252-53, n.6.
Had Massachusetts Citizens not made its "expenditures," however, the question of its major
purpose would not have been considered. *See id.* at 251-52. The definition of "political
committee" for organizations not controlled by federal candidates has, therefore, two
requirements: (1) the making of expenditures sufficient to meet the annual threshold and (2) the
major purpose test.

    As *Buckley* held, and as we have discussed previously, "expenditures" require, as a
prerequisite, a particular *identified* candidate. In *Federal Election Comm'n v. GOPAC*, 917 F.
Supp. 851, 859 (D.D.C. 1996), the District Court construed the *Buckley* addition to the definition
of a political committee -- that a groups *"major purpose ... is the nomination or election of a
candidate" -- to mean a particular candidate or candidates.* GOPAC's stated mission was: "to
create and disseminate the doctrine which defines a caring, humanitarian, reform Republican
Party in such a way as to elect candidates, capture the U.S. House of Representatives and
become a governing majority at every level of government." *Id.* at 854. Although GOPAC's
sole purpose was to advocate the election of Republicans as a class of candidates, the court held
that the definition of "political committee" was limited by *Buckley* to groups whose major
purpose was the election of a *particular* federal candidate or candidates.[2] *Id.* at 859 ("even if the
organization's major purpose is the election of a federal candidate, the organization does not

-----

        [2]        Advisory Opinion 2003-23 is inapposite. The Opinion was limited to the issue of
identification for earmarking. WE LEAD's political committee status was *not* at issue.
Advisory Opinion 1977-16 is likewise inapposite. The Commission stated that the organization
that requested the Opinion could operate as a political committee, not that it had to do so.

STEPTOE & JOHNSON LLP

become a 'political committee' unless or until it makes expenditures to support a 'person who has decided to become a candidate' for federal office").

Unity 08's decision to apply for tax exempt status under Section 527 of the Internal Revenue Code does not change the result of this analysis. Unity 08 has received legal advice that its request for tax exempt status should be made under Section 527, but this request does not alter the nature of its proposed actions, which as we have shown above, are too preliminary to require it to register as a "political committee" under the Act. Indeed, this Commission has previously rejected attempts to construe Section 527 as in itself creating "political committees" under the Act, most recently in 2004. *See* 67 Fed. Reg. 225, 68065 (November 23, 2004); *see also* Comm'rs Mason, Smith and Wold's Statement of Reasons for Pre-MUR 395 (February 27, 2002).[3]

### 3.    Unity 08 may incorporate for liability purposes.

Unity 08 is a not for profit corporation organized under the laws of the District of Columbia. Unity 08 has also applied to the Internal Revenue Service for tax exempt status under 26 U.S.C. § 527. Section 441b of the Act prohibits corporations from making "contributions" or

---

[3]    Moreover, the definitions of "contribution" and "expenditure" as applied to I.R.C. § 527 are different than the definitions of those terms under FECA. Specifically, the I.R.C.'s definitions contain no requirement that the contributions or expenditures be made for the purpose of influencing a federal election. *Compare* 26 U.S.C. § 271(b)(2) (stating that the term "contribution" "includes a gift, subscription, loan, advance, or deposit, of money, or anything of value, and includes a contract, promise, or agreement to make a contribution, whether or not legally enforceable"), *with* 2 U.S.C. § 431(8)(A) (stating that the term "contribution" includes: "(i) any gift, subscription, loan, advance, or deposit of money or anything of value made by any person for the purpose of influencing any election for Federal office; or (ii) the payment by any person of compensation for the personal services of another person which are rendered to a political committee without charge for any purpose"). *Compare* 26 U.S.C. § 271(b)(3) (stating that the term "expenditure" "includes a payment, distribution, loan, advance, deposit, or gift, of money, or anything of value, and includes a contract, promise, or agreement to make an expenditure, whether or not legally enforceable"), *with* 2 U.S.C. § 431(9)(A) (stating that the term "expenditure" includes: "(i) any purchase, payment, distribution, loan, advance, deposit, or gift of money or anything of value, made by any person for the purpose of influencing any election for Federal office; and (ii) a written contract, promise, or agreement to make an expenditure").

Lawrence Norton, Esq.
Federal Election Commission
Page 9 of 9

STEPTOE & JOHNSON ᴸᴸᴾ

"expenditures" "in connection with any election to any political office." *Accord* 11 C.F.R. § 114

*et seq.* The terms "contribution" and "expenditure" are defined by the Act as the payment or

receipt of anything of value "for the purpose of influencing any election for Federal office." 11

C.F.R. §§ 100.52, 100.111. As previously explained, Unity 08 will not be making

"expenditures" or "contributions" under the Act and, therefore, would not be subject to the

prohibitions on corporate contributions and expenditures. Accordingly, until such time that

Unity 08 engages in "electioneering communications" it may raise and spend money as an

incorporated entity without contravening any of the prohibitions in 2 U.S.C. § 441b and 11

C.F.R. § 114 *et seq.* [4]

Sincerely,

John V. Duffy

---

[4]      The Court's decision in *Federal Election Comm'n v. Beaumont*, 539 U.S. 146
(2003), is inapposite as it applies only to direct contributions by nonprofit advocacy
corporations.

# APPENDIX

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia NonProfit Corporation Act have been complied with and accordingly, this *CERTIFICATE OF INCORPORATION* is hereby issued to:

**UNITY 08**

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the  **24th** day of **May ,2006 .**

Patrick J. Canavan, Psy. D.
Director

Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

# ARTICLES OF INCORPORATION

## OF

## UNITY 08

To:   Department of Regulatory Affairs
      Business Regulation Administration
      Corporations Division
      941 North Capital Street, N.E.
      Washington, DC 20002

We, the undersigned natural persons of the age of twenty-one years or more, acting as incorporators of a corporation under the District of Columbia Nonprofit Corporate Act (D.C. Code, 1981 Edition, Title 29, Chapter 3), adopt the following Articles of Incorporation.

**FIRST:** The name of the corporation is Unity 08 (the "Corporation").

**SECOND:** The period of the Corporation's duration is perpetual.

**THIRD:** The Corporation shall have no stock.

**FOURTH:** The Corporation is organized and shall be administered and operated exclusively to operate as a political organization within the meaning of Section 527 of the Internal Revenue Code of 1986, as now in effect or may hereafter be amended (the "Code"), including the following:

1.   To engage in any and all lawful activities as permitted for organizations qualifying as "political organizations" under Section 527 of the Code except as restricted herein; and

2.   To engage in any lawful act or activity for which corporations may be organized under the District of Columbia Nonprofit Corporation Act.

In order to accomplish the foregoing purposes, and for no other purpose or purposes, the Corporation shall also have the power to:

(a) sue and be sued;

(b) make contracts;

(c) receive property by devise or bequest, subject to the laws regulating the transfer of property by will, and otherwise acquire and hold all property, real or personal, including shares of stock, bonds and securities of other corporations;



MAY 2 4 2006

FILE COPY

(d) act as trustee under any trust whose objects are related to the principal objects of the Corporation, and to receive, hold, administer and expend funds and property subject to such trust;

(e) convey, exchange, lease, mortgage, encumber, transfer upon trust or otherwise dispose of all property, real or personal;

(f) borrow money, contract debts and issue bonds, notes, and debentures, and secure the payment of any performance of its obligations; and

(g) do all other acts necessary or expedient for the administration of the affairs and attainment of the purposes of the Corporation; provided, however, that the Corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the primary purposes of the Corporation.

**FIFTH:** The Corporation shall have no members.

**SIXTH:** Notwithstanding any other provision of these Articles, the Corporation shall not conduct or carry on any activities not permitted to be conducted or carried on by an organization exempt under Section 527 of the Code.

**SEVENTH:** Upon the dissolution of the Corporation or the winding up of its affairs, the assets of the Corporation shall be distributed exclusively for purposes described as permitted under the Code for organizations which are then exempt from federal tax under Section 527 of the Code.

**EIGHTH:** These Articles of Incorporation, and the Bylaws of the Corporation, may be amended by a vote of a majority of the Directors then in office.

**NINTH:** The number of Directors constituting the initial Board of Directors is four (4), and the names and addresses, including street and number, of the persons who are to serve as the initial Directors until the first regular meeting of the Board of Directors, or until their successors be appointed and qualified are as follows:

| | |
|---|---|
| Douglas L. Bailey<br>1200 North Nash Street, #1114<br>Arlington, Virginia 22209 | Zachary Clayton<br>2404 Ridge Road<br>Raleigh, North Carolina 27612 |
| Gerald Rafshoon<br>3123 Dumbarton Street<br>Washington, DC 20007 | Lindsay Ullman<br>14 Knollbrook Lane East<br>Painted Post, New York 14870 |

The Board of Directors shall at all times consist of at least three (3) directors. The number of directors shall be fixed by the Bylaws of the Corporation, except as to the number of the first Board of Directors, which is set forth above. Directors shall be elected or appointed in the manner provided in the Bylaws of the Corporation.

**TENTH:** The names and addresses, including street and number of the incorporators are:

Douglas L. Bailey
1200 North Nash Street, #1114
Arlington, Virginia 22209

Zachary Clayton
2404 Ridge Road
Raleigh, North Carolina 27612

Gerald Rafshoon
3123 Dumbarton Street
Washington, DC 20007

Lindsay Ullman
14 Knollbrook Lane East
Painted Post, New York 14870

**ELEVENTH:** The address, including the street and number, of the Corporation's initial registered office is 1090 Vermont Avenue, N.W., Washington, D.C. 20005, and the name of its initial registered agent is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned subscribe these Articles of Incorporation this _19th_ day of _____ *May* _____, 2006.

_Douglas L. Bailey_ (signature)

Douglas L. Bailey

Date: _May 19, 2006_

)
) SS.   _District of Columbia_
)

I, _Jacqueline Wells Meering_, a notary public, hereby certify that on the _19th_ day of _May_, 2006, personally appeared before me _Douglas L. Bailey_, who being first duly sworn, signed the foregoing document as incorporator and averred that the statements therein contained are true.

_Jacqueline Wells Meering_ (signature)

Notary Public

**SEAL**

JACQUELINE WELLS MEERING
Notary Public, District of Columbia
My Commission Expires August 31, 2009

- 3 -

_Zachary Clayton_

Date: May 22, 2006

)
) SS.
)

I, Natalie M. Francis a notary public, hereby certify that on the 22 day of May , 2006, personally appeared before me Zachary Clayton , who being first duly sworn, signed the foregoing document as incorporator and averred that the statements therein contained are true.

_Natalie M. Francis_
Notary Public

SEAL



- 4 -

_Gerald Rafshoon_
Gerald Rafshoon

Date: _May 22, 2006_

)
) SS.
)

I, _Clemmie Wilson_, a notary public, hereby certify that on the _22nd_ day of _May_, 2006, personally appeared before me _Gerald Rafshoon_, who being first duly sworn, signed the foregoing document as incorporator and averred that the statements therein contained are true.

_Clemmie M. Wilson_
Notary Public

SEAL

Clemmie Wilson
Notary Public, District of Columbia
My Commission Expires 02-14-2011

- 5 -

_Lindsay E. Ullman_
Lindsay Ullman


Date: May 22, 2006

State of New York ) SS.
County of Steuben )

I, Sue L. Stephens, a notary public, hereby certify that on the 22nd day of May, 2006, personally appeared before me Lindsay E. Ullman who being first duly sworn, signed the foregoing document as incorporator and averred that the statements therein contained are true.

_Sue L. Stephens_
Notary Public

SEAL

SUE L. STEPHENS
Notary Public, State of New York
No. 01ST6010036
Commission Expires July 6, 20 06



DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION
CORPORATIONS DIVISION

Government
Of the District of Columbia
DCRA
Corporations Division
P.O. Box 92300
WASHINGTON, D.C. 20090

## WRITTEN CONSENT TO ACT AS REGISTERED AGENT

TO:
The Superintendent of Corporations
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration,

**(A) BY A DISTRICT OF COLUMBIA RESIDENT**
PURSUANT TO D.C. CODE TITLE 29, and TITLE 41
I,

A Bona fide Resident of the District of Columbia Herein Consent to Act as a Registered
Agent For:

Name of Business
SIGNATURE OF REGISTERED AGENT

DATE: _____
**(B) BY A LEGALLY AUTHORIZED CORPORATION**
THE CORPORATION HEREIN NAMED IS:
 CORPORATION SERVICE COMPANY
An Authorized Corporate Registered Agent in the District of Columbia, per Signatures of
its President/Vice-President and Secretary/Assistant Secretary, Herein Consents to Act as
Registered Agent
For:
 UNITY 08
NAME OF COMPANY
SIGNATURE: _____ OF PRESIDENT OR VICE-
PRESIDENT
ATTEST: _____ OF SECRETARY OR ASSISTANT
SECRETARY
DATE:  May 17, 2006
For General Information Call:
The Corporations Division - (202) 442-4432

**EXHIBIT 3**



FEDERAL ELECTION COMMISSION
Washington, DC  20463

October 10, 2006

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

ADVISORY OPINION 2006-20

John J. Duffy, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Dear Mr. Duffy:

We are responding to your advisory opinion request on behalf of Unity 08, concerning the application of the Federal Election Campaign Act of 1971, as amended (the "Act"), and Commission regulations to Unity 08's status as a political committee. The Commission concludes that Unity 08 will have to register as a political committee once it makes expenditures in excess of $1,000, and therefore will be subject to the amount limitations, source prohibitions, and reporting requirements of the Act.

*Background*

The facts presented in this advisory opinion are based on your letter received on May 30, 2006, your comments received on July 19, supplemental submissions received on August 16, September 18 and 22, telephone conversations with you, and information from Unity 08's website.[1]

Unity 08 is organized under the laws of the District of Columbia as a not-for-profit corporation and under Section 527 of the Internal Revenue Code.  Unity 08 describes itself as a "nascent political party" that "will act to assure that an alternative ticket is presented to the American voters in 2008."  Unity 08 was founded by individuals who have been involved in political campaigns at the State and national levels, including political consultants and media advisors, and by individuals who have served in high

---

[1] *See* <http://www.unity08.com> (last visited 9/18/06).

AO 2006-20
Page 2

government positions, including a former State Senator, former White House Chief of Staff, former White House communications director, former State Governor, and former heads of State agencies. Unity 08 aims to build a "solidly-funded movement of up to 20,000,000 Americans . . . in order to nominate a Unity Ticket of their choice for 2008."

Unity 08 states that it has three goals: (1) "to elect a Unity Ticket for President and Vice-President of the United States" in 2008; (2) "for the American people to pick that Unity Ticket in the first half of 2008" through an online nominating convention; and (3) a "*minimum* goal" of "effect[ing] *major* change and reform in the 2008 national elections" by "organizing a group of voters who comprise at least 20% of the national electorate" and whose commitment to the Unity 08 agenda will have to be accounted for by the major parties if they are to be successful in the 2008 presidential election. (Emphasis in the original). The Unity 08 nominees may consist of candidates from either or both of the two major political parties, or of independent candidates. Although Unity 08 may support the candidates offered by one of the two major parties, it plans to hold an online nominating convention in the summer of 2008, during which Unity 08 delegates will vote via the Internet to nominate candidates for the Unity 08 ticket.[2] Unity 08 does not intend to support or oppose candidates in the 2006 elections or in any congressional, State, or local election at any time.

Unity 08 will finance its activities with solicitations of funds and sales of t-shirts, mugs, pens, bumper stickers, and other similar items. Unity 08 is currently soliciting funds using the Internet and intends to make solicitations using telephone banks and mass mailings. Unity 08's website proposes that supporters give specific monetary amounts ranging from ten dollars to $5,000, with an option to give any amount of the supporter's choosing. Unity 08's online solicitation form includes the following language: "To succeed we don't have to match the massive war chests of either party. And, like other successful citizens' movements before us, we can raise the funds we need to build a lean and effective movement if each of us simply does our part. . . . Please do your part. The stakes for our country have never been higher." The movement for which Unity 08 is soliciting money is to "Select and Elect a Unity Ticket in the 2008 Presidential Race," which also appears as the header on the online solicitation form. Elsewhere on the website, this language is repeated: "Unity 08 is a citizens' movement to get our country back on track by nominating and electing a Unity Ticket in the '08 presidential election to promote leadership, not partisanship. Every day – with your support – we're making progress toward this goal." The phrase "with your support" is a hyperlink to the online solicitation form. A disclaimer was recently added to Unity 08's online solicitation form, stating that: "Donations made on this website will not be used to support or oppose any federal candidates, but will be used to support Unity08's organizational building efforts."

---

[2]  In your supplemental submission, you indicated that Unity 08 will hold the online nominating convention only if necessary, and if it does become necessary you will file another advisory opinion request. Accordingly, the Commission does not address Unity 08's activities regarding an online nominating convention.

AO 2006-20
Page 3

Unity 08 does not accept money or any other thing of value from "any 'prohibited source,'" including corporations, foreign nationals, or government contractors. Although Unity 08 did not initially place a limit on the amount of donations it solicits or accepts, it recently imposed a $5,000 limitation on donations from individuals.

In attempting to elect presidential and vice-presidential candidates in 2008, Unity 08 plans to purchase access to mass media and commission polls, and to "qualify for ballot positions in certain key states for the offices of President and Vice President of the United States through petitions, and if required, litigation." Specifically, Unity 08 plans to obtain "ballot access as a 'party'" in approximately 37 States.

### Questions Presented

1.  *Will Unity 08 make "expenditures" such that Unity 08 must register as a political committee?*
2.  *May Unity 08 incorporate for liability purposes only?*

### Legal Analysis and Conclusions

*Question 1: Will Unity 08 make "expenditures" such that Unity 08 must register as a political committee?*

Yes, for the reasons stated below, Unity 08 will make "expenditures" as defined under the Act and Commission regulations, and Unity 08 must register as a political committee when it makes more than $1,000 in expenditures.[3]

### I.    Expenditures

Monies spent by Unity 08 to obtain ballot access through petition drives will be expenditures. An "expenditure" is a "purchase, payment, distribution, loan, advance, deposit, or gift of money or anything of value, made by any person for the purpose of influencing any election for Federal office."[4] 2 U.S.C. 431(9)(A)(i); 11 CFR 100.111(a).

---

[3] Unity 08 does not ask and the Commission does not address whether Unity 08 qualifies as a "political party" under the Act and Commission regulations. The Commission notes, however, that to be a "political party," an organization must "actually obtain ballot access for one or more Federal candidates." Advisory Opinion 2004-34 (Libertarian Party of Virginia); *see* 2 U.S.C. 431(16) and 11 CFR 100.15.

[4] The only exception in the Act from the definition of "expenditure" for ballot access costs applies to "payments received by a political party committee as a condition of ballot access which are transferred to another political party committee or the appropriate State official." 2 U.S.C. 431(9)(B)(x); *see also* 11 CFR 100.150. The purpose of this exception is to prevent a candidate or a candidate's authorized committee from having to exceed the limits on contributions to a State party committee in order to gain ballot access. *See FECA Amendments: Hearing Before the Committee on Rules and Administration, United States Senate*, 96th Cong. 4-25, app. at 21 (July 13, 1979) (Statement of Robert Tiernan, Chairman, Federal Election Commission).

AO 2006-20
Page 4

The Commission has previously determined that expenses incurred in gathering signatures to qualify for a ballot for Federal office are expenditures. *See* Advisory Opinion 1994-05 n.1 (White) ("[E]xpenditures to influence your election would include amounts you spend . . . to promote yourself for the general election ballot by seeking signatures on nomination petitions"); *see also* Advisory Opinion 1984-11 (Serrette) (determining that expenses made to collect petition signatures for the general election ballot are expenditures, and therefore are, "qualified campaign expenses," which are expenses made in connection with a candidate's campaign for nomination, *see* 11 CFR 9032.9).

Although Unity 08 plans to qualify for ballot access for itself as an organization, but not yet for any named candidates, Unity 08 is, in effect, using its name as a placeholder for its candidates' names on the ballot. Moreover, unlike organizations that secure ballot access for themselves in order to field a slate of Federal and non-Federal candidates, Unity 08 has announced that it will field only two candidates – for the offices of President and Vice President – in the 2008 election only. Thus, in promoting itself through petition drives to obtain ballot access, Unity 08 is promoting its presidential and vice-presidential candidates, and any payments by Unity 08 for these activities will constitute expenditures.[5]

II.     *Political Committee Status*

The Act and Commission regulations, with certain exceptions, define a "political committee" as "any committee, club, association, or other group of persons which receives contributions aggregating in excess of $1,000 during a calendar year or which makes expenditures aggregating in excess of $1,000 during a calendar year." 2 U.S.C. 431(4)(A); 11 CFR 100.5(a). Under the Act and Commission regulations, political committees are subject to certain registration and reporting requirements, as well as limitations and prohibitions on contributions received and made, and on expenditures made. As the Commission stated previously, "[a]ny funds that are 'contributions' by operation of new section 100.57 are contributions for purposes of the 'political committee' definition in 2 U.S.C. 431(4)(A) and 11 CFR 100.5(a) . . . ." *Political Committee Status Final Rules*, 69 Fed. Reg. at 68058. Once Unity 08 receives over $1,000 in contributions, or makes over $1,000 in expenditures, it will satisfy the statutory definition of "political committee," *see* 2 U.S.C. 433.

The Supreme Court has held that, "[t]o fulfill the purposes of the Act," and to avoid "reach[ing] groups engaged purely in issue discussion," only organizations whose major purpose is campaign activity can be considered political committees under the Act. *See e.g., Buckley v. Valeo*, 424 U.S. 1, 79; *FEC v. Massachusetts Citizens for Life, Inc.*, 479 U.S. 238, 262 (1986). An organization's "major purpose" may be established

---

[5] The Commission's conclusion is restricted to the facts presented here: Unity 08 intends to support only two candidates, one for the office of President of the United States and one for the office of Vice President; it "does not intend to support or oppose candidates for Congress or State and local elections at any time"; and it is "not looking to build a new and permanent party."

AO 2006-20
Page 5

through its own public statements. *See e.g.*, *FEC v. Malenick*, 310 F. Supp. 2d 230, 234-36 (D.D.C. 2004) (finding the organization evidenced its "major purpose" through its own materials which stated the organization's goal of supporting the election of Republican Party candidates for Federal office and through efforts to get prospective donors to consider supporting Federal candidates); *FEC v. GOPAC, Inc.*, 917 F. Supp. 851, 859 (D.D.C. 1996) (finding that the "organization's [major] purpose may be evidenced by its public statements of its purpose or by other means. . . .").

Unity 08's self-proclaimed major purpose is the nomination and the election of a presidential candidate and a vice-presidential candidate.[6] Unity 08 clearly states this goal in its advisory opinion request and on its website. While Unity 08 has a subsidiary objective of influencing the major parties to adopt, in connection with the 2008 national elections, the core positions of Unity 08 supporters, your letters of May 30 and August 16, as well as Unity 08's website, state that Unity 08's first goal is the election "of a Unity Ticket for President and Vice-President of the United States in 2008."

Therefore, given that Unity 08 is making "expenditures" under the Act and Commission regulations, Unity 08 will become a political committee once it makes more than $1,000 in expenditures.[7] Unity 08 must register with the Commission by filing a statement of organization within ten days after becoming a political committee, and it will be subject to the provisions of the Act and Commission regulations applicable to political committees.[8] *See* 2 U.S.C. 433, 11 CFR 102.1 and 102.2.

*Question 2: May Unity 08 incorporate for liability purposes only?*

Yes, Unity 08 may incorporate for liability purposes only, once it becomes a political committee. Under Commission regulations, a political committee may incorporate for liability purposes only without running afoul of the Act's prohibitions on corporate contributions and expenditures. *See* 11 CFR 114.12. Thus, Unity 08 may incorporate for liability purposes without being subject to the corporate prohibitions in 2 U.S.C. 441b and 11 CFR part 114.

---

[6] *See Buckley v. Valeo*, 424 U.S. 1, 79 (the term "political committee" encompasses organizations "the major purpose of which is the nomination or election of a candidate").

[7] The Commission notes that Unity 08 must also register as a political committee if it accepts more than $1,000 in contributions. The Commission has made no determination as to whether Unity 08 will accept contributions under the facts presented here.

[8] In its advisory opinion request, Unity 08 cites *FEC v. Machinists Non-Partisan Political League*, 655 F.2d 380 (D.C. Cir. 1981), to support its assertion that Unity 08 is not a political committee. In *Machinists,* the Court of Appeals for the D.C. Circuit held that so-called "draft groups" were not political committees under the Act. 655 F.2d at 392. Unity 08, however, is not a draft group. Draft groups do not promote the election of certain candidates for Federal office, but have the more limited aim of convincing individuals who are not yet candidates to run for office. By contrast, the declared purpose of Unity 08 is not to "draft" candidates but to get its chosen presidential candidate and vice-presidential candidate on the ballot, and to raise and spend funds in support of its two candidates. Moreover, *Machinists* expressly left open the question of whether draft groups could be treated as political committees for purposes of the Act's contribution limits after Congress's 1979 amendments to the Act. 655 F.2d at 395-96.

AO 2006-20
Page 6


       This response constitutes an advisory opinion concerning the application of the
Act and Commission regulations to the specific transaction or activity set forth in your
request. *See* 2 U.S.C. 437f. The Commission emphasizes that, if there is a change in any
of the facts or assumptions presented, and such facts or assumptions are material to a
conclusion presented in this advisory opinion, then the requestor may not rely on that
conclusion as support for its proposed activity.

                                              Sincerely,

                                              (signed)

                                              Robert D. Lenhard
                                              Vice Chairman


Enclosures (Advisory Opinions 2004-34, 1994-05, and 1984-11)

**EXHIBIT 4**

Douglas Bailey

Washington, DC

March 12, 2007

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - - x

4    UNITY08, et al.,                    :

5                  Plaintiffs,     : No 1:07cv00043(RWR)

6            vs.                          :

7    FEDERAL ELECTION COMMISSION,     :

8                  Defendant.     :   PAGES 1 - 134

9    - - - - - - - - - - - - - - - - x

10

11            Deposition of DOUGLAS BAILEY, held at the

12   offices of Steptoe & Johnson, 1330 Connecticut Avenue,

13   N.W., Washington, D.C., commencing at 8:30 a.m.,

14   Monday, March 12, 2007, before Elizabeth Mingione,

15   Notary Public.

16

17   CONFIDENTIAL: Portions of the transcript of this

18   deposition or exhibits thereto have been designated

19   confidential pursuant to the Protective Order in

20   No. 1:07cv00053(RWR), United States District Court

21   for the District of Columbia.

22

RECEIVED
FEDERAL ELECTION
COMMISSION
OFFICE OF GENERAL
COUNSEL
2007 APR -6 P 2 20

Douglas Bailey                                                                                    March 12, 2007
Washington, DC

Page 2

1   A P P E A R A N C E S   O F   C O U N S E L:
2   ON BEHALF OF THE PLAINTIFFS:
3       STEPTOE & JOHNSON, LLP
4       BY:  ROBERT JORDAN, ESQUIRE
5           RHONDA M. BOLTON, ESQUIRE
6           JOHN DUFFY, ESQUIRE
7       1330 Connecticut Avenue, N.W.
8       Washington, D.C. 20036-1795
9       (202) 429-6495
10
11  ON BEHALF OF THE DEFENDANTS:
12      FEDERAL ELECTION COMMISSION
13      BY:  STEVE N. HAJJAR, ESQUIRE
14          DAVID KOLKER, ESQUIRE
15          ADAV NOTI, ESQUIRE
16      999 E Street, N.W.
17      Washington, D.C. 20463
18      (202) 694-1546
19
20
21
22

Page 3

1           C O N T E N T S
2   WITNESS: DOUGLAS BAILEY
3   EXAMINATION BY:                     PAGE
4       Mr. Hajjar ................................... 6
5       Mr. Jordan ................................ 130
6       Mr. Hajjar ................................ 132
7
8   The following portions of this deposition are
9   CONFIDENTIAL pursuant to the Protective Order in
10  No. 1:07cv00053(RWR), United States District Court
11  for the District of Columbia:
12
13          Pages
14          48-59
15          64-65
16          69-72
17
18
19
20
21
22

Page 4

1           DEPOSITION EXHIBITS
2           DOUGLAS BAILEY
3   NUMBER      DESCRIPTION              PAGE
4   1   Notice of Deposition .................... 9
5   2   Web Page, Headed Become A Delegate  .... 18
6       Today!
7   3   Share Group Fundraising Script Dated  .. 20
8       June 21, 2006
9   4   Unity08 Notice for September 12, 2006  . 26
10      Luncheon
11  5   Candidates Recommended to Us Document .. 29
12  6   Form Letter Dated September 25, 2006 ... 34
13  7   E-Mail Dated February 13, 2007, Bates  . 38
14      00553 and 00554
15  9   Document for Charging Credit Card,  .... 62
16      UNI 00009
17  11  What We've Done So Far, Bates 537 ...... 72
18  12  Letter Dated December 29, 2006 to  ..... 85
19      Senator Biden
20  13  Unity08 Poses Questions We Must  ....... 91
21      Answer, Bates 708 to 710
22

Page 5

1   NUMBER      DESCRIPTION              PAGE
2   14  Delegates, Delegates, Delegates! ..... 108
3       Document
4   15  E-Mail Correspondence Dated November . 111
5       13, 2006
6   16  What Comes Next? Bates 449 .......... 118
7   17  FEC's First Set of Requests for the  .. 127
8       Production of Documents
9
10  The following exhibits of this deposition are
11  CONFIDENTIAL pursuant to the Protective Order in
12  No. 1:07cv00053(RWR), United States District Court
13  for the District of Columbia:
14
15  NUMBER      DESCRIPTION              PAGE
16  8   Unity08 9-Month Operating Budget, ..... 47
17      Draft
18  10  Unity08, The Rap Document .............. 69
19
20
21
22

2  (Pages 2 to 5)

Douglas Bailey                                                                                                    March 12, 2007

Washington, DC

| Page 6 | Page 8 |
|---|---|
| 1      P R O C E E D I N G S | 1  a question is pending or while I am asking you about a |
| 2  Whereupon, | 2  specific document. |
| 3      DOUGLAS BAILEY, | 3      Do you have any questions for me before we |
| 4    having been first duly sworn by | 4  begin? |
| 5    Elizabeth Mingione, a Notary Public | 5    A.  No, sir. |
| 6    within and for the District of Columbia, | 6    Q.  What did you do to prepare for today's |
| 7    was examined and testified as follows: | 7  deposition? |
| 8      - - - | 8    A.  I spent some time with counsel just on -- |
| 9    DIRECT EXAMINATION CONDUCTED | 9  last week reviewing documents and anticipating |
| 10  BY MR. HAJJAR: | 10  questions. |
| 11    Q.  Good morning, Mr. Bailey. My name is Steve | 11    Q.  Other than counsel, is there anyone else |
| 12  Hajjar. I'm an attorney with the Federal Election | 12  that you discussed today's deposition with? |
| 13  Commission. And joining me today is Adav Noti and | 13    A.  Other than the fact that I was having one, |
| 14  David Kolker. And they are both also attorneys at the | 14  no. |
| 15  FEC. | 15    Q.  Where do you presently work? |
| 16      Could you please state your full name and | 16    A.  I'm a full-time volunteer at Unity08. |
| 17  your address for the record. | 17    Q.  Do you have a title? |
| 18    A.  Douglas Bailey, 1200 North Nash Street, | 18    A.  I am the president and CEO. |
| 19  Arlington, Virginia, Apartment 114, zip code 22209. | 19    Q.  And what are your responsibilities as |
| 20    Q.  Now, normally at this point in a deposition | 20  president and CEO? |
| 21  I would ask the deponent if he has been deposed | 21    A.  I try to give some direction to the |
| 22  before. But at this point I will also -- or I should | 22  operation and to supervise the staff. |

| Page 7 | Page 9 |
|---|---|
| 1  state for the record that Mr. Bailey submitted a | 1    Q.  Were you employed -- where were you |
| 2  declaration in WRTL Re: FEC, on behalf of the | 2  employed prior to your volunteer time with Unity08? |
| 3  defendants, a case that is now currently before the | 3    A.  How far back do you want me to go? |
| 4  Supreme Court; and that I defended Mr. Bailey's | 4    Q.  Let's just go the first one back, the first |
| 5  deposition in this case on June 6, 2006. | 5  one before joining the Unity08 efforts? |
| 6      Just to place the rules here on the record, | 6    A.  Well, I had started writing a book for |
| 7  I will ask a series of questions. And the court | 7  about a year or six months prior to that with |
| 8  reporter will take down my questions and your answers. | 8  Freedom's Answer which was a nonprofit effort that I |
| 9  So it is important that you answer verbally, not with | 9  founded to engage young people into politics. |
| 10  nods or gestures. | 10    Q.  Okay. I would now like to mark this for |
| 11      If you do not understand a question, please | 11  identification as Bailey Exhibit 1. |
| 12  tell me so that I can restate the question. If you do | 12      - - - |
| 13  not hear a question, please tell me so that we can | 13    (A document was marked as Deposition |
| 14  have the court reporter read the question again. When | 14  Exhibit Number 1) |
| 15  you answer a question, I will assume that you have | 15      - - - |
| 16  heard and understood the question. | 16    BY MR. HAJJAR: |
| 17      Since the court reporter can only take down | 17    Q.  I'll give you a few moments to look it |
| 18  one person's words at a time, please let me finish my | 18  over. Please let me know when you are finished |
| 19  question before you answer, even if you know the | 19  looking at it and prepared to answer questions about |
| 20  answer before I have finished. If you need a break at | 20  it. |
| 21  any time, please let me know and we can take one. My | 21    A.  Yes. |
| 22  only request is that you do not request a break while | 22    Q.  Are you familiar with this document? |

3 (Pages 6 to 9)

Douglas Bailey                                                                March 12, 2007
Washington, DC

| Page 10 | Page 12 |
|---|---|

**Page 10**

1    A.    I've seen it before.  Yes.

2    Q.    Does it appear to be a true and accurate

3  copy of what it purports to be?

4    A.    Appears to be.  Yes.

5    Q.    Are you aware that you are here today as

6  the corporate designee of Unity08 to answer questions

7  on the topics listed there on pages 3 and 4?

8    A.    Yes.

9    Q.    Would it be fair to say that you have been

10  involved with Unity08 since its beginning?

11    A.    Yes.

12    Q.    And could you tell me how the idea came

13  about?

14    A.    Well, probably the first -- a very informal

15  step was that I had dinner with Jerry Rafshoon and

16  Hamilton Jordan and I -- when we agreed both that the

17  current system is -- seems to be broken and that there

18  needed to be an alternative, if one was possible.

19  Because at the time it was very short to get this --

20  the train back on the track.

21    Q.    What is Unity 08's principal objective?

22    A.    Its goal is to empower the American people

**Page 11**

1  to pick a Unity ticket representing more than one

2  party for President and Vice President and put it on

3  the ballot in 2008 and restore a sense of unity and

4  purpose to the leadership of the United States.

5    Q.    How does it plan on going about

6  accomplishing this principal objective?

7    A.    The principal vehicle is a on-line

8  convention by which the people of the United States

9  have the -- are enabled to pick that ticket and to

10  support their actions by taking whatever steps

11  necessary to put the ticket on, put the party, put the

12  entity on the ballot, achieve ballot access for that

13  ticket.

14    Q.    Are there any other objectives that Unity08

15  has that you haven't mentioned yet?

16    A.    I think it is fair to say also that the --

17  it has a goal of enabling the people to identify them,

18  the people as opposed to the politicians and to the

19  handlers and bunglers, advisors and so forth; the

20  people to identify the crucial issues in front of the

21  country and the questions that should be addressed to

22  the candidates running for President on those issues.

**Page 12**

1    Q.    Does Unity08 want to win?

2    A.    Indeed.

3    Q.    Does Unity08 have any plans to become a

4  permanent political party?

5    A.    No.

6    Q.    Has Unity08 made any efforts to elect

7  individuals to state, local or political office?

8    A.    No.

9    Q.    Does it have any plans to do so?

10    A.    No.

11    Q.    Does Unity08 have a main office?

12    A.    Its main office is, yes, it has a main

13  office in Washington, D.C.

14    Q.    Who works there on a daily basis?

15    A.    I do.

16    Q.    Anyone else?

17    A.    I have a secretary there.  There are a

18  couple other people, Anya Harris, chief operating

19  officer works out of that office.

20    Q.    Can you tell me what Ms. Harris's

21  responsibilities are?

22    A.    Primarily fundraising.

**Page 13**

1    Q.    Is she a paid employee?

2    A.    She is.

3    Q.    Does Unity08 have any other offices?

4    A.    Not that I -- no.

5    Q.    Is there anyone else involved in the

6  day-to-day management of Unity08 other than, say, you

7  and Ms. Harris?

8    A.    Well, there it depends a little bit upon

9  definitions of day-to-day.  The fact is that there are

10  a number of people like Jerry Rafshoon, Roger Craver

11  who are deeply involved on a day-by-day basis,

12  although perhaps not every day.  But they are not paid

13  employees of Unity08.

14    Q.    Who exactly is Jerry Rafshoon?

15    A.    Jerry Rafshoon was the Director of

16  Communications for the Carter presidential campaign in

17  1976 when John Deardourff and I were doing the

18  communications for the Ford campaign.

19    Q.    And how is he, to use your words, deeply

20  involved in Unity08?

21    A.    He spends most of his time as a volunteer,

22  as I do, working to support the cause, fundraising,

4 (Pages 10 to 13)

Douglas Bailey                                                            March 12, 2007
Washington, DC

| Page 14 |
| --- |

1  planning, meeting with media, et cetera.

2     Q.   And who's Roger Craver?

3     A.   Roger Craver. Roger Craver is the founder

4  of a company called Craver Matthews Smith which -- and

5  while he is retired from that company, Craver Matthews

6  Smith is an expert in small-volume fundraising via

7  direct mail and telephone and now on-line and web

8  operations and so forth.

9     Q.   Once again to use your phrase, how is

10 Mr. Craver deeply involved in Unity08?

11    A.   He is helping to oversee the effort to

12 recruit delegates via the web site and other ways and

13 to convert delegates and other supporters to small

14 dollar contributions.

15    Q.   Does Unity08 have an office in Denver?

16    A.   I'm sorry?

17    Q.   Does Unity08 have an office in Denver?

18    A.   We started with an office in Denver, and

19 that office essentially is not in operation anymore.

20    Q.   Are you familiar with a gentleman named Jim

21 Jonas?

22    A.   Yes.

| Page 15 |
| --- |

1     Q.   And is he involved with Unity08 in any way?

2     A.   He was and he is still as a volunteer. He

3  was associated with the company, is associated with a

4  company called Peak Creative Media, which is in

5  Denver. And it started and still technically hosts

6  the web site.

7     Q.   Who makes the final decisions for Unity08?

8     A.   Who makes?

9     Q.   The final decisions for Unity08?

10    A.   At what level? I mean what kinds of

11 decisions? There is a board of directors which

12 ultimately is responsible. On a day-in day-out basis

13 there's a group of us that meet informally, decide

14 directions.

15    Q.   Is usually a vote taken on important

16 matters?

17    A.   There's usually consensus on important

18 matters.

19    Q.   Can you give me a ballpark figure of how

20 much money Unity08 has raised since its inception?

21    A.   My impression of that number is somewhere

22 between 4- and $450,000.

| Page 16 |
| --- |

1     Q.   How has Unity08 gone about raising its

2  funds?

3     A.   Two different ways. It raises funds via

4  small-dollar contributions on-line and with a variety

5  of outreach programs to those who sign up on-line.

6  Otherwise, it raises funds with personal visits

7  seeking contributions up to $5,000.

8     Q.   Does Unity08 use direct mail to raise any

9  money?

10    A.   My impression is that it has -- I'm not

11 certain of that. I know it has -- I shouldn't say

12 this. I think it has tested some direct mail appeals.

13 And it would -- and that is a potential source of

14 fundraising, method of fundraising.

15    Q.   Would you be able to give me an estimate as

16 to how much money it's raised through that means?

17    A.   I would say it's very small. I'm not

18 really certain, frankly, that there has been a

19 mailing. We talk about it every once in awhile, but

20 my -- it's not my impression that there has been --

21 there may have been a mailing, but if there was, it

22 was a test mailing. So the amount of money is very

| Page 17 |
| --- |

1  small.

2     Q.   Oak. Any other media? For example has

3  Unity08 used print ads to raise funds?

4     A.   No.

5     Q.   Radio ads?

6     A.   No.

7     Q.   Television ads?

8     A.   No.

9     Q.   What about from its web site? Has Unity08

10 used its web site to raise funds?

11    A.   It certainly solicits in a general way on

12 its web site. And it solicits from those who sign up

13 as supporters or delegates.

14    Q.   How much money has Unity08 raised through

15 its web site?

16    A.   I'm really not the right person to ask that

17 question. I don't know.

18    Q.   Who might know that information?

19    A.   Either Anya Harris or Daniel Radek.

20    Q.   I now want to mark this for identification

21 as Bailey Exhibit 2, give you a few moments to look it

22 over and then let me know when you've finished and are

5 (Pages 14 to 17)

Douglas Bailey                                                    March 12, 2007
                          Washington, DC

| Page 18 | Page 20 |
|---|---|

**Page 18**

1  prepared to answer a question about it.
2       - - -
3       (A document was marked as Deposition
4  Exhibit Number 2)
5       - - -
6       BY MR. HAJJAR:
7       Q.   Oh, I'm sorry.  For the record, this reads
8  across the top, Join the People's Movement To Take Our
9  Country Back, Become a Delegate Today.  It's a
10  one-page document Bates Number 711.
11       Have you seen this document before?
12       A.   I've seen the page before.  Yeah.
13       Q.   Does it appear to be a true and accurate
14  copy of the web page?
15       A.   Yes.
16       Q.   Can you tell me how long Unity08's web page
17  appeared this way?
18       A.   I can't be certain of that.  I don't know.
19       Q.   Do you know if it still appears this way?
20       A.   I do not.
21       Q.   Did Unity08 collect donations from people
22  making donations through this web page?

**Page 20**

1  side.
2       Do you know does Unity08 make its own calls
3  or does it use a vendor to make phone calls?
4       A.   It does use a vendor to make phone calls.
5       Q.   What's the name of that vendor?
6       A.   I believe that's Share Group but, again, I
7  am not the best person but I think that's the name.
8       Q.   How much has Unity08 paid to this vendor to
9  the Share Group?
10       A.   Can't answer.  Don't know.
11       Q.   Is Unity -- is the Share Group still
12  raising funds for Unity08 or still attempting to raise
13  funds for Unity08?
14       A.   It's still involved in the process.  Yes.
15       Q.   I now want to mark for identification as
16  Bailey Exhibit 3 this document.  I'll give you a few
17  moments to look it over and then let me know when you
18  are prepared to answer any questions about it.
19       - - -
20       (A document was marked as Deposition
21  Exhibit Number 3)
22       - - -

| Page 19 | Page 21 |
|---|---|

**Page 19**

1       A.   Yes.
2       Q.   How much?
3       A.   Again I'm not the right person to ask that.
4  I simply don't know.
5       Q.   Would the right person in this case be the
6  same --
7       A.   Yes.
8       Q.   -- as you mentioned before?
9       A.   Yes.
10       Q.   Anya Harris or --
11       A.   Or Daniel Radek.
12       Q.   Radek.  What about phone calls?  Has
13  Unity08 used phone calls to raise money?
14       A.   Yes.
15       Q.   Do you know how much money Unity08 has
16  raised using phone calls?
17       A.   I can't be precise with that either.
18       Q.   Can you estimate?
19       A.   I can tell you it's not -- it's not been an
20  enormous amount of money, but the fact of the matter
21  is I shouldn't estimate because I don't know.
22       Q.   Okay.  You can put that exhibit to the

**Page 21**

1       BY MR. HAJJAR:
2       Q.   For the record, across the top of the page
3  it reads, Share Group Fundraising Script.  And it runs
4  from Bates numbers -- Bates Number 21 through 33.
5       A.   Yes, sir.
6       Q.   Are you familiar with these documents?
7       A.   I'm familiar with this type of
8  presentation, put it that way.
9       Q.   What type of presentation is?
10       A.   I mean it is a general script that
11  telephone callers would work from in their
12  solicitation of funds.
13       Q.   Is it your understanding that these are the
14  scripts that Share Group used when calling people to
15  raise money for Unity08?
16       A.   Yes.  But let me add I simply don't know
17  whether, I mean, I think it's quite clear that this is
18  one that they at least tested.  How extensively they
19  used it, I don't know.  But it's one I suspect of
20  many.  I mean I suspect that this document has been
21  altered in a variety of ways through the months.
22       Q.   Could you describe some of the ways that

                                        6 (Pages 18 to 21)

Douglas Bailey                                                                    March 12, 2007

Washington, DC

---

## Page 22

1  the document would be altered?

2      A.  Well, I think inevitably as you do this

3  there is a testing mechanism here.  And you find what

4  works and what doesn't work and you update the basic

5  formula from time to time.  But I shouldn't really

6  even speculate on that because I don't know that in

7  detail this business.

8      Q.  How many people did the Share Group call?

9      A.  I do not know.

10     Q.  I am sorry?

11     A.  I don't know.  Sorry.

12     Q.  How much money did Unity raise?  I'm sorry.

13 How much money did Unity raise from the Share Group

14 using scripts or scripts like these?

15     A.  I do not know.  Again, I would encourage

16 you, Anya Harris or Daniel Radek are far better.

17     Q.  Was it more than a thousand dollars?

18     A.  I do not know.

19     Q.  All right.  How about -- I think you

20 referred to personal contacts for raising funds for

21 Unity08?  How much money has Unity raised through that

22 type of request?

---

## Page 23

1      A.  I think that number is close to $400,000.

2      Q.  What is said during those personal contacts

3  to persuade an individual to donate to Unity08?

4      A.  Basically what is said is that the country

5  is in trouble, that the two-party system doesn't seem

6  capable at the moment of being able to address the

7  crucial challenges in front of the country, that

8  the -- that there needs to be an alternative, that

9  Unity08 is designed to provide that alternative, and

10 that -- and that we are soliciting $5,000

11 contributions to what we call a bridge fund to help us

12 fund the time period between now and a point where

13 there are sufficient delegates to then be able to

14 convert a portion of those delegates to small dollar

15 contributors and fund the operation with much smaller

16 contributions.

17     Q.  Who has raised money for Unity08 through

18 this type of person-to-person contact?

19     A.  I have, Jerry Rafshoon, Anya Harris has

20 been the sort of organizer of that fundraising effort,

21 Peter Ackerman, Susan Cullman, C-U-L-L-M-A-N, George

22 Vradenburg, Sam Waterston, Hamilton Jordan, Angus

---

## Page 24

1  King, Bill Weld, Roger Sant.  I mean the point is that

2  this is by and large a one-on-one kind of fundraising.

3  And a number of people who have contributed have also

4  turned around and solicited others with the same kind

5  of presentation.

6      Q.  How is Unity08's ultimate goal explained in

7  these types of personal contacts?

8      A.  The country is in trouble.  The two-party

9  system is not likely to produce the kind of leadership

10 or doesn't seem to project the kind of bipartisanship

11 essential to achieve a common purpose to tackle the

12 crucial issues in front of the country, and our time

13 is short to get the train back on track.

14     Q.  Is it your understanding that in these

15 person-to-person contacts Unity08's ultimate goal is

16 also described as to elect a Unity ticket for

17 president and vice president?

18     A.  Absolutely.

19     Q.  And is it your understanding that what you

20 have just described about what Unity08's ultimate

21 goals are, that the other people you mentioned as

22 conducting these one-on-one exchanges, do they give

---

## Page 25

1  essentially the same rundown as to this is what we are

2  about, this is what Unity08 is about?

3      A.  Yes.  I think so.  Obviously I'm not

4  present at all of them, but I think that is true.

5      Q.  Who raised the -- who has raised the most

6  money for Unity08 this way through these

7  person-to-person contacts?

8      A.  My distinct impression of that is that

9  Peter Ackerman and I, who represent a team, that has

10 been probably the most effective.

11     Q.  Who exactly is Peter Ackerman?

12     A.  Peter Ackerman is the managing partner of a

13 company called Rockport Capital.  He is the Chairman

14 of the Board of Visitors of the Fletcher School of Law

15 and Diplomacy.  He is the Chairman of Freedom House.

16     He's a award-winning documentary film

17 producer on nonviolent conflict resolution of civic

18 problems through nonviolent conflict.

19     Q.  And what is -- I am sorry, what is the

20 extent of his involvement with Unity08?

21     A.  He's entirely a volunteer who believes that

22 the country is in trouble and is a believer that

---

7 (Pages 22 to 25)

Douglas Bailey                                                      March 12, 2007
Washington, DC

| Page 26 | Page 28 |
|---|---|

**Page 26**

1 the -- that it badly needs bipartisan leadership to
2 meet the challenges. He has, I mean, that's it.
3    Q.   Has Unity08 held fundraising events?
4    A.   Oh, I think not in the traditional sense
5 that that term is used in politics. We have had a
6 whole series of meetings. They have been relatively
7 small, one-on-one meetings, sometimes dinner meetings,
8 dinners in people's homes with three or four couples
9 present, that kind of thing. It has not been -- there
10 have not been large fundraising events, dinner, I mean
11 large ticketed dinners and that sort of thing.
12         - - -
13       (A document was marked as Deposition
14 Exhibit Number 4)
15         - - -
16    BY MR. HAJJAR:
17    Q.   I now want to mark this for identification
18 as Bailey Exhibit 4, give you a few moments to look it
19 over. For the record, this is a two-page, well, this
20 exhibit consists of two pages. Across the top of the
21 first page it reads, "Eighty-two percent of Americans
22 agree that America has," and runs Bates numbers 260 to

**Page 27**

1 261.
2       I'm going to direct your attention to the
3 first page. Are you familiar with this document?
4    A.   Yes.
5    Q.   And what is it?
6    A.   Well, it's a sort of one-page multipurpose
7 document that was used to inform a variety of people
8 in Boston about the opportunity to come to either of
9 two events or meetings in Boston for fundraising
10 purposes.
11    Q.   Is this a true and accurate copy of what it
12 purports to be?
13    A.   Yes. Someone changed my wording. It
14 doesn't say fundraising purposes but it's -- from our
15 standpoint that's the purpose of those two sessions.
16 Yes, it is. It's an accurate copy.
17    Q.   Did Unity08 raise money at this event?
18    A.   This event did not happen the way it is
19 described on this page. There were, well, maybe it
20 did. There were two very small, informal meetings at
21 this location where there were sort of three or four
22 people in each meeting. And I think there was -- I am

**Page 28**

1 aware of, when I think back on it, one that I'm --
2 that maybe there were more contributions made.
3    Q.   How much money was raised?
4    A.   One contribution of $5,000 and maybe --
5 there might conceivably have been others that flowed
6 out of that subsequently.
7    Q.   Did anyone make a presentation at either of
8 these events referred to on this first page?
9    A.   Sure. Yes is the answer.
10    Q.   Now, who made the presentation?
11    A.   I did.
12    Q.   And what did you say?
13    A.   I used a PowerPoint presentation that
14 explained rough -- in general terms what Unity08 is,
15 what its purpose is, what its intention is, how it
16 will operate, what it's looking for from potential
17 contributors; and it tries to answer the sort of first
18 half dozen predictable questions that people have
19 about what is this.
20    Q.   In the presentation or in the discussion
21 that, you know, accompanied this presentation, was
22 there any discussion of any specific potential

**Page 29**

1 candidates for federal office?
2    A.   There was a list that I don't remember
3 exactly how many but probably 60 different potential
4 candidates for president who had been mentioned to us
5 by various people as people who might -- wouldn't it
6 be great, people say, if So and So ran or, you know.
7 Doesn't mean that they are candidates but they are
8 mentioned to us.
9    Q.   Okay. Now I want to mark for
10 identification this document as Bailey Exhibit 5, give
11 you a few moments to look it over.
12         - - -
13       (A document was marked as Deposition
14 Exhibit Number 5)
15         - - -
16    BY MR. HAJJAR:
17    Q.   For the record, across the top it reads,
18 Candidates Recommended to Us. It's two pages, Bates
19 numbers 444 and 445. Are you familiar with this
20 document?
21    A.   Yes. I'm -- yeah.
22    Q.   Is this the document you just referred to?

8 (Pages 26 to 29)

Douglas Bailey                                                                                March 12, 2007

Washington, DC

| Page 30 |
|---|
| 1    A.   The first page is. |
| 2    Q.   Is it a true and accurate copy of what it |
| 3    purports to be? |
| 4    A.   The first page, let me say that this is a |
| 5    list that we kept adding to as we proceeded. So I'm |
| 6    not sure this is exactly what was shown in Boston, but |
| 7    it was similar to this and in other presentations. |
| 8         I mean the PowerPoint presentation would |
| 9    evolve over time but this is -- but this is certainly |
| 10   a true and accurate representation at some point. |
| 11   Q.   Okay. And I am, just for the record, |
| 12   referring to the first page. |
| 13   A.   Right. |
| 14   Q.   Were any of these candidates listed on this |
| 15   first page recommended to you by anyone who expressed |
| 16   an interest in donating more than $5,000 to Unity08? |
| 17   A.   No. |
| 18   Q.   Okay. I now want to direct your attention |
| 19   to the second page, Bates Number 445. Are you |
| 20   familiar with this document? |
| 21   A.   Not in a paper -- yes, I am in a paper form |
| 22   because we saw it on Thursday. It had been sent to |

| Page 31 |
|---|
| 1    you. This is, I don't even know technically how to |
| 2    explain this to you, but this is a printout, it's |
| 3    actually a copy of a printout of a PowerPoint. But as |
| 4    it was printed out, this is not a fully accurate |
| 5    presentation because as we have -- and I think it |
| 6    is -- do we have this PowerPoint set up. |
| 7         MR. JORDAN: We have a PowerPoint set up. |
| 8    Let me just say that we recognize that this one page |
| 9    was not a full representation of the PowerPoint as it |
| 10   would be played in front of an audience. That's the |
| 11   disk that was sent over to you to give you the full |
| 12   electronic version with the different variance of the |
| 13   second page, different combinations and candidates on |
| 14   it. |
| 15        And we have it here in case you want to |
| 16   look at it at any point in time. |
| 17   Q.   Obviously I want to direct your attention |
| 18   to the second page, Bates Number 445. |
| 19   A.   Right. |
| 20   Q.   Where the names Hagel and Warner appear in |
| 21   a larger font. Why are those two names on this |
| 22   document appearing in a larger font? |

| Page 32 |
|---|
| 1    A.   Let me explain what happens. And I |
| 2    encourage you now or at any point to actually watch |
| 3    the PowerPoint to see what happens because the |
| 4    printout of the process is a little misleading or |
| 5    doesn't give the full picture. |
| 6         What we do in the presentation is to |
| 7    suggest that many, many names have been suggested to |
| 8    us. And that was the first page in the document and |
| 9    that it -- to understand what we are talking about, |
| 10   it's a worthwhile exercise and we encourage you, that |
| 11   is everybody in the room, to go through the process |
| 12   and match pairs up that are on this list. One |
| 13   Republican, one Democrat in whatever order. For |
| 14   example let us help you start that process in your |
| 15   mind. |
| 16        And what it shows first is Hagel-Warner. |
| 17   And when it's printed out, that's what it appears to |
| 18   be. But Hagel-Warner then dissolves into Warner-Hagel |
| 19   which then dissolves into Giuliani-Nunn, which then |
| 20   dissolves into Brokaw and Danforth which then |
| 21   dissolves into Bloomberg-Sibelius which then dissolves |
| 22   into Mr. Smith who comes to Washington and Mrs. Smith |

| Page 33 |
|---|
| 1    who comes with him. |
| 2         And then we reverse that order and do |
| 3    Mrs. Smith and Mr. Smith so that what we are trying to |
| 4    do is to suggest to people that the exercise, even the |
| 5    exercise of thinking about marrying politically, if |
| 6    you will, one Republican and one Democrat or to |
| 7    present a bipartisan ticket simply so alters the |
| 8    partisan and blame game nature of today's politics |
| 9    that maybe in fact we could get some unity and some |
| 10   civility in Washington that could accomplish solutions |
| 11   to crucial issues. |
| 12   Q.   Okay. Mr. Bailey, you can put that exhibit |
| 13   aside. We can go back to what was marked as Bailey |
| 14   Exhibit 4. |
| 15   A.   Yeah. |
| 16   Q.   And direct your attention to the second |
| 17   page? |
| 18   A.   Yes. |
| 19   Q.   Bates number 261. |
| 20   A.   Yes. |
| 21   Q.   Are you familiar with this document? |
| 22   A.   I am. |

9  (Pages 30 to 33)

Douglas Bailey                                                                    March 12, 2007

Washington, DC

---

Page 34

1    Q.   And what is it?

2    A.   It's an invitation sent out by Roger Sant

3  and his wife to a dinner party to be held on the last

4  day in February.

5    Q.   Is this a true and accurate copy of what it

6  purports to be?

7    A.   I believe so.  Yes.

8    Q.   Did Unity08 raise money at this event?

9    A.   No.  The fact is it proved to be not a

10  timely thing for the people who were invited, and so

11  they canceled and rescheduled.

12    Q.   All right, Mr. Bailey.  You can set that

13  exhibit aside now.

14    A.   Okay.

15    Q.   Okay.  I now want to mark for

16  identification this document as Bailey Exhibit 6, give

17  you a few moments to look it over.

18            - - -

19        (A document was marked as Deposition

20  Exhibit Number 6)

21            - - -.

22        BY MR. HAJJAR:

---

Page 35

1    Q.   For the record, across the top it reads,

2  September 25, 2006.  It is Bates number 596.

3    A.   Yes.

4    Q.   Are you familiar with this document?

5    A.   Yes, I am.

6    Q.   And what is this document?

7    A.   It is a letter to major contributors, that

8  is contributors to what we call the Unity08-200 which

9  is the bridge fund that I've mentioned before of

10  contributors of $5,000, each to a fund that enables us

11  to meet operating costs until such time as we have

12  major participation by delegates and supporters on the

13  web site who can then be converted into small dollar

14  donations.

15    Q.   Has Unity08 found 200 donors yet?

16    A.   No.  It's found about over 100 who have

17  committed.  Some of those are still in the process of

18  meeting their commitment.

19    Q.   Did you write this letter?

20    A.   I don't think I did.  No.

21    Q.   Who do you think wrote it?

22    A.   My guess is -- it is a guess but it's

---

Page 36

1  probably a pretty educated guess, Anya Harris.

2    Q.   Was this letter sent to people who had

3  pledged but had not yet contributed?

4    A.   Yes.  I think that's accurate.

5    Q.   Did anyone contribute in response or follow

6  up on their pledge and actually make a donation after

7  having received this letter?

8    A.   That I can't answer.  Again I direct you to

9  Ms. Harris on it.

10    Q.   Okay.

11    A.   It certainly wouldn't surprise me if they

12  did, because most of those who committed to giving

13  $5,000 have given; not all as yet.

14    Q.   Okay.  I want to direct your attention to

15  the third paragraph in the body of the letter where it

16  says, "Thank you for supporting Unity08.  Your

17  financial contribution and participation in the

18  Unity08-200, 200 founder donors each giving $5,000,

19  will help us succeed in transforming the nation's

20  badly broken political system and helps give us a good

21  chance to win the White House in November 2008 with a

22  Unity ticket."

---

Page 37

1        How would financial contributions help to

2  give Unity08 an opportunity to win the White House in

3  November 2008?

4    A.   Obviously the financial contributions go

5  toward the development of a convention to select a

6  ticket that would then be on the ballot in 2000 -- in

7  November 2008.

8    Q.   And any other ways?

9    A.   Well, to the degree that the growth of that

10  convention and the process of ballot access would in

11  turn cause candidates to want to seek the nomination,

12  that's an important part of this process.  In other

13  words, potential candidates to seek the nomination we

14  presume would inevitably look at progress that the

15  effort is making in achieving a significant body of

16  delegates to hold a convention and progress in

17  achieving ballot access.

18        Without those two things we -- with those

19  two things we can -- we believe we can expect

20  significant candidates to seek the nomination so that

21  the funding, to the degree that the funding supports

22  those two things, it helps.

---

10 (Pages 34 to 37)

Douglas Bailey                                                          March 12, 2007

Washington, DC

## Page 38

1　　Q.　Okay, Mr. Bailey. You can set that exhibit
2　aside.
3　　　　I now want to mark for identification this
4　document as Bailey Exhibit 7. I'll give you a few
5　moments to look it over.
6　　　　　- - -
7　　　　(A document was marked as Deposition
8　Exhibit Number 7)
9　　　　　- - -
10　　BY MR. HAJJAR:
11　　Q.　For the record, across the top it says,
12　From Doug Bailey. It is two pages Bates numbers 553
13　and 554.
14　　　　Are you familiar with this document?
15　　A.　Yes.
16　　Q.　And what exactly is it?
17　　A.　I think it's an e-mail sent by me to Tom
18　Stroock.
19　　Q.　Is it a true and accurate copy of that
20　e-mail?
21　　A.　It appears to be. Yes.
22　　Q.　And who is Tom Stroock?

## Page 39

1　　A.　Tom Stroock was the -- is a long-time --
2　was a long-time state senator in Wyoming, former
3　candidate for Governor, former Ambassador to the
4　United States to Guatemala under President Bush the
5　elder, and a -- one of many people deeply disturbed by
6　the current state of our politics.
7　　Q.　What is the extent of his involvement with
8　Unity08?
9　　A.　He has been an early supporter and
10　contributor, a volunteer, strictly volunteer.
11　　Q.　Did he make a contribution -- or I should
12　say did he make a donation to Unity08 after you sent
13　him this e-mail?
14　　A.　Yes, he did.
15　　Q.　And how much was that donation?
16　　A.　If memory serves me right, and I'm not
17　positive about this but either 2,000 or $3,000.
18　　Q.　Okay. I want you to direct your attention
19　to the third paragraph that begins, "Until that point
20　we are raising 200 $5,000 contributions."
21　　A.　Yes.
22　　Q.　Why is Unity08 sticking to a

## Page 40

1　$5,000-per-person limit?
2　　A.　We established a $5,000 contribution limit
3　virtually from the beginning. While we recognize that
4　what we are starting here is sort of there isn't any
5　model in the law exactly for what we are doing.
6　Obviously we are doing things that haven't been done
7　before.
8　　　　That didn't seem to us to be any excuse for
9　making the mistakes that others have made before, and
10　so we thought that a $5,000 contribution limit was
11　appropriate, and we established it voluntarily.
12　　Q.　And when you say "we" you are referring to?
13　　A.　Unity08.
14　　Q.　Was the decision made by the board?
15　　A.　Yes.
16　　Q.　Would Unity08 like to raise more than
17　$5,000 from certain contributors?
18　　A.　What we'd like to be able to do, frankly,
19　is to raise via loans the funds that are necessary to
20　achieve the objectives which we have and then to be
21　able to pay back those loans with funds from
22　contributions of $5,000 or less.

## Page 41

1　　Q.　Why did you decide you needed to look into
2　accepting these loans?
3　　A.　I think it's very clear that the
4　requirements on the organization, particularly in
5　relation to ballot access, are significant and may
6　prove to be very significant depending upon the
7　challenges which might be anticipated from both
8　parties, in other words the legal cause engaged in
9　ballot access. It's not so much the collection of the
10　signatures which is the cause. It's the legal cost of
11　defending against challenges from both parties which
12　can't be anticipated.
13　　　　And at a time when, as you know, ballot
14　access is determined by 50 state, different state
15　laws. Many of those laws are related to the timing of
16　the primaries in the states. This morning's New York
17　Times reports 23 states moving their primary up to the
18　fifth of March.
19　　　　Of course aside from whether that's a good
20　idea or a bad idea and, by the way, it's a bad idea.
21　Quite aside from that, it speeds the process up and
22　presents us with frankly a significant challenge in

11　(Pages 38 to 41)

Douglas Bailey                                                    March 12, 2007
Washington, DC

---

**Page 42**

1   terms of ballot access. And so I think realistically
2   the capacity to secure funding for that in the way of
3   loans subsequently repaid by contributions of $5,000
4   or less -- would be if not essential, desirable.
5       Q.  What is your basis, what is the basis for
6   your belief which you expressed that you might --
7   Unity08 might face legal challenges from the parties
8   in terms of ballot access?
9       A.  Without meaning any disrespect to the
10  Federal Elections Commission, the political system as
11  it exists in this country, not just at the national
12  level but at the state level is at least partly if not
13  largely shaped by the decisions of the two parties
14  themselves. The FEC is a classic example of that.
15      At the state -- and it has been my own
16  personal experience, and I think it's reasonably
17  obvious that neither party likes a challenge to the
18  existing structure because it represents some form of
19  risk. And, therefore, it is reasonably predictable
20  that to the degree that Unity08 is perceived as
21  something that is a risk to one or both of the
22  parties, that one or both of the parties will

---

**Page 43**

1   challenge, will seek to impede, will seek to slow down
2   efforts of ballot access. To the degree that we can't
3   achieve ballot access, the risk in their mind might
4   recede.
5       So that frankly is a realistic expectation,
6   I think.
7       Q.  Does Unity08 face any present legal
8   challenges to its ballot access efforts?
9       A.  Not that I'm aware of.
10      Q.  So your prediction is that Unity08 will
11  face these legal challenges and incur these costs
12  defending them. So that's based upon your
13  professional experience and expertise?
14      A.  And reading of history and what happens.
15  And the record of the parties in many states is
16  reasonably clear that they don't like challenges.
17  They don't like risks. They don't like the system
18  that allows them to operate with impunity.
19      They don't like that to be changed. So
20  it's -- I think it's perfectly predictable.
21      Q.  Okay. But your prediction is not based yet
22  on anything the parties have done yet specifically

---

**Page 44**

1   regarding your ballot access efforts?
2       A.  Not on what the parties have done to us.
3       Q.  Are you aware of anyone who right now wants
4   to loan Unity08 more than $5,000?
5       A.  No.
6       Q.  Has Unity08 been prevented from doing
7   anything that it wants to do because of the $5,000
8   limitation?
9       A.  Yes.
10      Q.  And what would that be?
11      A.  I think it's fair to say that there are a
12  host of steps in terms of web development and delegate
13  recruitment that we'd like to be able to take but we
14  have not been able to take because the funds are
15  limited. I think it is fair to say -- not only fair
16  to say, it's a fact that organizing for ballot access
17  has been slowed.
18      I shouldn't say it that way. Stated more
19  positively, that ballot access would be further along
20  with access to more funding.
21      Q.  Notwithstanding this belief, the board is
22  still voluntarily sticking with the $5,000 limit. Is

---

**Page 45**

1   that correct?
2       A.  Yes. Because it's the right thing to do,
3   $5,000 contribution limit. And I stress that our
4   interest in loans and intention in loans is to repay
5   the loans with contributions of $5,000 or from funds
6   from contributions of $5,000 or less.
7       Q.  How much more do you think Unity could
8   raise through these funds if they went ahead and
9   accepted these loans over $5,000?
10      A.  I'm going to have to ask you to restate
11  that one please.
12      Q.  Sure. Let me try to do it with a little
13  more clarity. How much additional money could Unity08
14  raise from loans if it abandoned the $5,000 limitation
15  with respect to these loans?
16      A.  I really don't know the answer to that.
17      Q.  Has the $5,000 limitation affected
18  Unity08's ability to get its message out?
19      A.  I think the answer to that is yes.
20      Q.  And how so?
21      A.  Well, as we were talking about before,
22  the -- if only in the sense of the web site, if you

Alderson Reporting Company
1-800-FOR-DEPO

Douglas Bailey

Washing

---

Page 46

1   are -- if you cannot spend funding to communicate your
2   message because you don't have adequate personnel to
3   maximize the opportunity, then you are not getting
4   your message out. And in that sense, the answer is
5   yes.
6       Q.   Okay. Mr. Bailey, you can set aside that
7   particular exhibit. I believe that was Number 7.
8           Are you interested in a break now or do you
9   want to go a little longer?
10          MR. JORDAN: Any time we all want to break,
11  that's fine with us. We are all trying to keep breaks
12  as short as we could to achieve as much as possible.
13          MR. HAJJAR: Are you okay continuing?
14          THE WITNESS: I am fine.
15          MR. HAJJAR: Okay. I'll continue.
16          MR. JORDAN: I thought we'd probably try to
17  take a quick one, you know, 10:30 or something like
18  that. That will split the morning and then do one in
19  the afternoon, unless somebody has a need to do
20  otherwise.
21          MR. HAJJAR: That sounds fine. But if
22  someone wants to take a break, go ahead and holler.

---

Page 47

1           BY MR. HAJJAR:
2       Q.   All right. I now want to mark for
3   identification this document as Bailey Exhibit 8.
4               - - -
5           (A document was marked as Deposition
6   Exhibit Number 8)
7               - - -
8           BY MR. HAJJAR:
9       Q.   I'll give you a few moments to look it
10  over. For the record, across the top it reads,
11  Unity08 Nine-month Operating Budget, Draft. And it is
12  Bates Number 122.
13          Are you familiar with this document?
14      A.   Yes.
15      Q.   And what is it?
16      A.   It's an operating budget draft dated
17  November 21 of last year.
18      Q.   And was this --
19      A.   Actually, it's got two dates on it, one on
20  the left and one on the right. And I don't know which
21  it would be.
22      Q.   So you are not sure when it was prepared?

March 12, 2007

ᶦton, DC

Page 60

1 accounts?

2    A.  No, I don't think there are more than -- I

3 hope -- I think there are not more than two.

4    Q.  Two. Do you know what -- I mean what's the

5 difference between the two?

6    A.  One is in Denver and one is here. We at

7 the outset started this operation in Denver expecting

8 that one through Peak Creative Media and secondly

9 through the full-time participation of Jim Jonas who

10 was going to step away from the Creative Media to

11 exercise executive leadership that the operation would

12 be centered in Denver, so that everything was set up

13 that way.

14     Then it turned out that neither Pete nor

15 Jim Jonas was in a position to do what they thought

16 they were going to be able to do. And so it shifted

17 back to Washington or come to Washington.

18    Q.  Is that -- do you mean to say that that

19 bank account in Denver is defunct?

20    A.  No. It is -- no. It is -- it exists

21 partly because there is a -- once again Daniel is a

22 better and more certain answer than the general answer

Page 61

1 is that that bank account was -- it was appropriate

2 for it to be the place where funds that came in

3 through the web were deposited and handled and the

4 transactions were handled all by a series of companies

5 in which that -- of which that bank was one.

6     Then as it shifted back to Washington, it

7 has not been easy to just pick it up and put it here

8 because there are too many related parts. And it has

9 been a little bit more complex than we would have

10 imagined.

11    Q.  So is it your understanding that money

12 raised through the web is now going into the

13 Washington account?

14    A.  Yes.

15    Q.  And that that money is no longer going into

16 the Denver account?

17    A.  I can't answer that. There may be a

18 two-step process there. I can't answer that. I'll

19 leave that to Daniel.

20    Q.  Is it your understanding that Unity08 in

21 any way separates its funds between the two counts --

22 two accounts based on where the money comes from, for

ᶦorting Company
ᶜR-DEPO

Douglas Bailey

Washingto

---

Page 62

1  example, direct mail versus person-to-person contacts?

2      A.   It's my impression that that may be so, but

3  again I'm not the best -- I'm not the best source to

4  answer that.

5      Q.   Is it your understanding that money raised

6  by Unity08 for ballot access specifically has been

7  kept distinct from money raised for other types of

8  expenses?

9      A.   No.

10     Q.   Does Unity08 have any plans to separate the

11  money it plans to spend -- actually, strike that.

12  Does Unity08 plan to spend money directly supporting

13  its eventual nominees after the convention?

14     A.   No.

15     Q.   I now want to mark this for identification

16  as Bailey Exhibit 9. I'll give you a few moments to

17  look it over.

18              - - -

19        (A document was marked as Deposition

20  Exhibit Number 9)

21              - - -

22        BY MR. HAJJAR:

---

Page 63

1      Q.   For the record, this is Bates number 9. So

2  Exhibit 9 is also Bates Number 9. Are you familiar

3  with this document?

4      A.   Actually not. What I presume it is is a

5  page off the web site.

6      Q.   Okay. I want to direct your attention then

7  to the last sentence that reads, "Donations will not

8  be used to support or oppose any federal candidates,

9  but will be used to support Unity08's organization

10  building efforts including, ballot access."

11     A.   Correct.

12     Q.   What organization building efforts other

13  than ballot access is Unity referring to there?

14     A.   Building a convention, recruiting

15  delegates, explaining the purposes of Unity08 so that

16  the public and the media will understand what Unity08

17  is all about.

18     Q.   Okay. You can actually put that exhibit

19  aside. Unity08 is in the process of gathering

20  signatures to obtain ballot access in certain states;

21  correct?

22     A.   That's its goal.

Page 66

1  facilitate the process both by recruiting state
2  directors and by providing on the web site the tool
3  kit of state-specific material that would be used
4  by -- that could be downloaded and printed out at the
5  state level and used in each state.
6      Q.  You mentioned regional coordinators.  Are
7  they going to be paid?
8      A.  If you mean regional coordinators at the
9  state level, the chances are no.  I'll come back to
10  what l mean by chances are.  We anticipate regional
11  coordinators at the national level, five or six, that
12  would each be responsible for so many states.  And
13  those we do anticipate being paid.
14      Q.  Are volunteers, and forgive me if I'm not
15  understanding you properly, but are volunteers
16  presently being recruited, being lined up to go gather
17  signatures?
18      A.  As such, no.  But we equate in our own mind
19  the recruitment of delegates as the same as building a
20  potential army.  It's from those delegates on the web
21  site, as well as the college students who are
22  gathering in Unity08 chapters, if you will, that's a

Page 67

1  potential drawing pool for recruiting petition passers
2  or whatever the right term is.
3          So you build an army of delegates, you are
4  building at the same time what amounts to an army on
5  the ground.
6      Q.  So how are -- I'm trying to grasp how
7  delegates are different than these volunteers?
8      A.  Well, there are many, many -- it's hard to
9  imagine a volunteer on the ground who would not be
10  willing to be a delegate.
11      Q.  All right.
12      A.  It is easy to imagine someone who's willing
13  to be a delegate on-line who is not willing to pass
14  petitions as a worker in the streets.  I mean just
15  stands to reason different people so that the delegate
16  army is broader, significantly broader, l believe,
17  than the potential ballot access petition passing
18  army.
19      Q.  What does Unity08 intend to tell these
20  potential volunteers in order to persuade them to
21  volunteer?  How is the mission being described to
22  them?

Page 68

1      A.  The country is in trouble, and that our
2  purpose is to create an alternative to the two parties
3  which represents what has always been true in this
4  country that if we can achieve Unity in Washington, we
5  can do anything to solve crucial issues.  Now, it's
6  one thing to create an on-line convention that enables
7  the people to pick a Unity ticket.  It's another thing
8  to be sure that that Unity ticket is on the ballot in
9  all 50 states, and that in order to do that every
10  state has its own law.
11          And we have to abide by those laws in order
12  to achieve ballot access so that the ticket will be on
13  the ballot.  And that's an important part of what we
14  are doing.
15          We are also saying to them, as we do to
16  fundraisers, that people give you money, that our
17  success in achieving ballot access is a major
18  reason -- is a major factor in being convincing to
19  potential candidates for the nomination to seek the
20  nomination.  Because they aren't likely to do that
21  unless they have some reason to believe that the
22  ticket will in fact achieve ballot access in all 50

Page 73

1    Q.    And what is it?

2    A.    It is a slide in the PowerPoint

3    presentation which we make for fundraising and for

4    general information purposes.

5    Q.    Okay. Is it a true and accurate copy of

6    that slide?

7    A.    Yes. I think so.

8    Q.    I want to direct your attention to the

9    eighth bullet that says, Briefed potential candidates.

10   A.    Yes.

11   Q.    And which potential candidates has Unity08

12   briefed?

13   A.    Well, here I'm going to seek your guidance

14   on something. We have talked with a lot of people who

15   are either current presidential candidates or staffs

16   of current presidential candidates or potential

17   presidential candidates either in Unity08 or one of

18   the two major parties, or people who have been -- whom

19   we have been encouraged to think that they might

20   become so, or we have been asked to believe. In every

21   instance what we have said to them is that the

22   briefing from our standpoint is entirely confidential.

ting Company
R-DEPO

Douglas Bailey                                                          March 12, 2007
Washington, DC

| Page 74 | Page 76 |
|---|---|

**Page 74**

1  including that we are holding such a briefing is
2  entirely confidential.
3      If they want to make it public, it's
4  entirely up to them. But from our standpoint what we
5  have said is that, you know, we are not making it
6  public. So I'm not quite sure, frankly, how to
7  proceed on that.
8      MR. JORDAN: We can make this portion of
9  the transcript designated pursuant to the protective
10  order. I mean it's, for example, as I recall there
11  was a meeting, a breakfast-type meeting something like
12  that for a bunch of staffers on the Hill.
13      THE WITNESS: Yeah.
14      MR. JORDAN: Some of the principals for
15  those staffers would not want it to be known that
16  their staff had elected to come to this voluntary
17  breakfast versus staying away, you know, just so
18  that's the kind of sensitivity we have with respect to
19  it.
20      MR. KOLKER: Well, we might be able to --
21  let me ask you should we go off the record a moment.
22          - - -

**Page 76**

1  people whom we have briefed or whose staff we have
2  briefed who are currently candidates for President of
3  the United States. I don't mean candidates for
4  Unity08 nomination. I mean candidates for President.
5      Q.  Okay. Using your definition of current
6  candidate, what was said in those discussions that you
7  talked about?
8      A.  What was said in those discussions as well
9  as all the other discussions is the same thing. Our
10  goal in all of those meetings has been to brief them
11  on this new process and new idea. What we intend to
12  do, what we are trying to do, what we consider to be
13  the process, how we are going forward, how they can
14  monitor what we are doing in order to determine our
15  likely success in being able to do it, et cetera.
16      I mean as with everybody else, as with I
17  suspect the VFEC and with many of us who are in it,
18  this is an entirely new adventure. There's no --
19  there's nothing like it that has gone on before and,
20  therefore, those who are going to be affected by it,
21  those who might participate in it have inevitably
22  questions as to what is it and how is it going to

**Page 75**

1      (Discussion off the Record)
2          - - -
3      BY MR. HAJJAR:
4      Q.  Okay. You spoke of briefings with current
5  candidates, staffs and potential candidates; correct?
6      A.  Right.
7      Q.  In any of the briefings with any of the
8  current candidates, actually, strike that.
9      What was said in the discussions with the
10  current candidates?
11      MR. JORDAN: Can I just ask for a
12  clarifying?
13      MR. HAJJAR: Sure.
14      MR. JORDAN: I want to make sure we are
15  talking about people who have said they want to be
16  president. Is that what you mean by current
17  candidates?
18      BY MR. HAJJAR:
19      Q.  Well, let me ask Mr. Bailey. When you
20  referred to current candidates, what were you
21  referring to?
22      A.  I was referring to the fact that there are

**Page 77**

1  operate and how can we be sure that you are doing what
2  you say you are doing and all those things. And we
3  try to answer all those questions.
4      To the best of my knowledge, not only to
5  the best of my knowledge, it's never in any of those
6  meetings been any request of anybody to run or
7  encouragement of them to run. There has been in all
8  the meetings an encouragement of them to be aware of
9  what we are doing and to watch us so that they can
10  make their own judgment as to what to do about it.
11      Q.  These discussions with current candidates,
12  staffs and potential candidates, were any of these
13  discussions initiated by either the candidate, the
14  current candidate, the staff of the potential
15  candidate?
16      A.  Yes. I take that back. If you are asking
17  were they initiated by a current candidate?
18      Q.  If you want, we can --
19      A.  It's just, I mean, are we lumping them all
20  together or are we separating current candidates? It
21  becomes a little --
22      Q.  Why don't I go ahead and separate them out

Douglas Bailey                                          March 12, 2007
Washington, DC

| Page 78 | Page 80 |
|---|---|
| 1 then. | 1 representatives. In every instance what we have been |
| 2     A.  Okay. | 2 taking great pain, painstakingly taking care to say is |
| 3     Q.  In any discussions that anyone associated | 3 that in this process we have no candidates and we are |
| 4 with Unity08 has had with a current candidate, were | 4 not encouraging people to run. |
| 5 any of those discussions discussions initiated by the | 5     We are encouraging people to look at it |
| 6 candidate or a member of his or her staff? | 6 and, if they want to run, here's the process. But we |
| 7     A.  Help me out. When you say current | 7 have no -- we who are setting up this mechanism and |
| 8 candidate, you mean the current announced, formally | 8 trying to enable the people to make a choice, by |
| 9 announced candidate? Sorry. I'm sorry. But it's | 9 definition we are hands off, other than to explain to |
| 10 just difficult. | 10 anybody how the process works. |
| 11     Q.  How again are you defining candidate? Is | 11     Q.  Have there been any -- in these meetings |
| 12 it that way? | 12 with these candidates as we've described them, were |
| 13     A.  Well, I mean, I'm perfectly willing to | 13 there any PowerPoints or other documents used or |
| 14 accept that definition if you want. There are other | 14 exchanged? |
| 15 definitions where there are people who you and I might | 15     A.  I can't recall in every instance. If there |
| 16 agree are likely to become candidates. And we would | 16 was a PowerPoint used, it would have been the same |
| 17 probably both think of them as candidates, maybe not, | 17 PowerPoint that's used for fundraising purposes. |
| 18 but maybe not in the technical -- | 18 There is no separate document or separate briefing |
| 19     Q.  Why don't we -- | 19 materials or separate PowerPoint for those candidate, |
| 20     A.  -- sense. | 20 real, prospective or whatever, whatever the definition |
| 21     Q.  Well, we'll do it one at a time. | 21 is. |
| 22     A.  Okay. | 22     Q.  At any of these meetings with either |

| Page 79 | Page 81 |
|---|---|
| 1     Q.  Let's say current announced candidates, | 1 current candidates, or widely known to be a candidate, |
| 2 were any of those discussions initiated by the current | 2 or potential candidates did any of the -- or their |
| 3 announced candidates? | 3 staffs -- did anyone express an interest in becoming |
| 4     A.  No. | 4 the Unity08 nominee? |
| 5     Q.  Let's go with -- I'm asking the same | 5     A.  I think it's fair to say that they alluded |
| 6 question but not current candidates, current announced | 6 to the possibility in some instances. That's |
| 7 candidates, but those who are widely known to be | 7 different from saying that they said we want to do |
| 8 running for president on either ticket. Were any of | 8 this. I think in almost every instance these meetings |
| 9 those discussions initiated by that individual or that | 9 if they were at their initiative was to find out more |
| 10 candidate, broadly speaking, or their staff? | 10 about the process, more of what were our plans, what |
| 11     A.  Yes. | 11 was our timing, what was the process, what are you |
| 12     Q.  What was said in that discussion? | 12 really talking about in this convention how the rules |
| 13     A.  Same as what was said in every other | 13 are going to work and how you are going to achieve |
| 14 discussion. | 14 ballot access. Are you going to do this, are you |
| 15     Q.  Referring to that broader definition, | 15 going to that, that kind of stuff. |
| 16 announced candidates and those who are widely known to | 16     Q.  Okay. Looking at a broader definition, say |
| 17 be running for President, did those discussions with | 17 potential candidates, in any of these discussions did |
| 18 those announced and broadly understood as being | 18 anyone associated with Unity08 encourage them to |
| 19 candidates, was the possibility of that candidate | 19 ultimately seek the Unity08 nomination? |
| 20 being -- running under the Unity08 ticket discussed? | 20     A.  I'm not aware of a single instance in which |
| 21     A.  In some instances it was alluded to in a | 21 anybody in Unity08 has encouraged anybody to seek the |
| 22 hypothetical way by the candidate or the candidate's | 22 Unity08 nomination in any form in any direct way. |

21 (Pages 78 to 81)

Douglas Bailey                                                          March 12, 2007

Washington, DC

| Page 82 |
| --- |

1  Having said that, it is clearly true that in terms of
2  potential nominees we have been telling people how the
3  system operates, and in that sense encourage them to
4  be aware that this possibility exists.
5      Q.   Could you tell me how many current
6  candidates, and I do mean by current which is widely
7  known, even if they haven't been officially announced
8  current candidates has Unity08 briefed in terms of the
9  process and what Unity08 is going to be doing in
10  future?
11      MR. JORDAN:  Will you -- I just want to
12  make one question just so we are clear about
13  candidates versus staff of candidates.  There are some
14  cases in which the person is not there when a brief is
15  given.  It is being given to a staff member.  And
16  there's some I assume when the person is there.
17      So if you want that distinction, we ought
18  to pursue it.
19      MR. HAJJAR:  That's fine.  Why don't we
20  then do the first one, actual candidates?  And by that
21  I mean widely known as being a candidate for
22  President.

| Page 83 |
| --- |

1      MR. JORDAN:  Does that include Fred
2  Thompson as of this morning or --
3      THE WITNESS:  We smile about that, but it
4  would be helpful to restate the question please.
5      BY MR. HAJJAR:
6      Q.   Let me try.  Taking as the definition of
7  candidates those who are widely known to be running
8  for President, how many of those actual candidates,
9  not just their staff, how many actual candidates has
10  Unity08 had any communications with?
11      A.   I think the answer is two.  We are not
12  including staff here; right?  Two.
13      Q.   And if you include staffs?
14      A.   That will take me a little longer.  I think
15  the number is seven.  Eight.  Sorry.
16      Q.   Okay.  Thank you.  Has any candidate
17  announced his or her candidacy for the Unity08 ticket?
18      A.   Yes.
19      Q.   And --
20      A.   One person whose name is Bob Hargis.  I
21  don't know Mr. Hargis, but he has.
22      Q.   Has Unity08 informed anybody that

| Page 84 |
| --- |

1  Mr. Hargis is seeking the nomination?
2      A.   No.  In fact what he did was he wrote us
3  and said that he intends to run, wants to run.  And we
4  wrote him back and said that the rules committee who
5  was completing its first draft of the rules which
6  would be posted on the web site shortly, and that --
7  encouraged him to pay attention to that and know how
8  best to proceed.
9      Q.   So the delegates haven't been informed yet
10  that Mr. Hargis is seeking the nomination?
11      A.   That's correct, neither by Mr. Hargis, to
12  the best of my knowledge, nor us.
13      Q.   What is the Clean Money Pledge?
14      A.   Clean Money Pledge is an effort to -- by
15  Unity08 and its supporters to encourage the candidates
16  for President to do what we will do, which is to
17  fund -- to do what Unity08 will do.  And that is to
18  fund its entire efforts ultimately with contributions
19  well over 50 percent of the funds raised would be in
20  contributions of $250 or less.
21      We think that's an appropriate effort,
22  given the capacities of the internet, for all

| Page 85 |
| --- |

1  candidates to follow.  And so we've encouraged them to
2  do it.
3      Q.   And I now want to mark for identification
4  this document as Bailey Exhibit 12, give you a few
5  moments to look it over.
6      - - -
7      (A document was marked as Deposition
8  Exhibit Number 12)
9      - - -
10      BY MR. HAJJAR:
11      Q.   For the record, the first line underneath
12  the Unity08 insignia is December 29, 2006.  And this
13  is Bates number 262.
14      A.   Right.
15      Q.   Are you familiar with this document?
16      A.   I am.
17      Q.   And what is it?
18      A.   It is the -- it's a copy of a letter that
19  we sent to Senator Biden as well as -- we sent similar
20  letters to all announced candidates for the Republican
21  and Democratic presidential nominations encouraging
22  them to adopt the Clean Money Pledge and making them

                                              22  (Pages 82 to 85)

Douglas Bailey                                                     March 12, 2007
Washington, DC

| Page 86 |
|---|

1  aware that we were asking delegates on our web site to
2  adopt the Clean Money Pledge, which was not to support
3  a candidate who had not raised over half their money
4  from contributions of 250 or less.
5      Q.   Did you write this letter?
6      A.   I'm sure it was a collaborative effort in
7  which I participated.
8      Q.   With Mr. Rafshoon?
9      A.   Yes.
10     Q.   I direct your attention to the last
11 sentence on the second full paragraph there after the
12 indented quote, that begins the last sentence that is
13 of that paragraph begins, "Please be assured that we
14 will notify all voters who sign the pledge of any
15 decision by 2008 candidates to impose -- to adopt --
16 sorry -- this self-imposed limit, and should the
17 campaigns wish where the pledge signers may make
18 on-line contributions to them."
19          Have any candidates signed the pledge?
20     A.   No.
21     Q.   Has any candidate, or I should say has any
22 recipient of this letter responded to it?

| Page 87 |
|---|

1      A.   Not that I'm aware.
2      Q.   Okay.  Mr. Bailey, you can put that exhibit
3  aside.  Unity08 plans on holding an on-line
4  convention; correct?
5      A.   Yes, sir.
6      Q.   And when will that be?
7      A.   Well, we are not locked in concrete but we
8  expect it to be in June of 2008.
9      Q.   And why are you thinking at this point it's
10 probably going to be June or possibly June?
11     A.   Well, it has been our plan from the outset
12 to hold it at a time when it seemed likely that the
13 two party nominees would already have been selected
14 and that there was enough opportunity from the time
15 that the two party nominees were selected for others
16 to get -- other potential candidates to survey the
17 field and to make a decision as to whether they wish
18 to seek this nomination.
19     Q.   If someone gets the major -- a major party
20 nomination, does that rule them out from getting the
21 Unity08 nomination?
22     A.   No.

| Page 88 |
|---|

1      Q.   Does Unity08 plan on having a slate of
2  candidates prepared prior to the convention?
3      A.   Ask the question again.
4      Q.   Sure.  Does Unity08 plan on having a slate
5  of candidates available prior to the convention?
6      A.   I've got to tell you I don't know what the
7  question means.  If you wish me to, just --
8      Q.   No.  I will try to restate something.
9          MR. JORDAN:  I think the word slate may be
10 causing problems here.
11          BY MR. HAJJAR:
12     Q.   Will there be, to your understanding, any
13 narrowing down of candidates prior to the convention?
14     A.   Here's the process that we are going
15 through right now.  The rules committee is considering
16 that question and a number of others as to the
17 procedures to be followed that both make sense in
18 terms of what we are trying to do and make common
19 sense as well so that they can be easily understood.
20          It is my expectation that what they are
21 going to recommend is that prior to the convention
22 there be a maybe one, maybe two qualifying rounds in

| Page 89 |
|---|

1  which delegates would pair the number of candidates,
2  assuming that we have lots of different candidates,
3  pair the candidates down to some manageable numbers so
4  that once the balloting begins at the convention
5  itself, we have a limited number of candidates, with
6  an understanding that eventually somebody has to get
7  50 percent of the voting delegates in order to win the
8  nomination.  So then you have a process of winnowing
9  down by ballots until you get a winner.
10     Q.   So correct me if I'm wrong, you said there
11 would be some type of winnowing down prior to
12 convention ballot?
13     A.   Yes.  I mean I am presuming now, and this
14 is the process yet for the Ts to be crossed and Is
15 dotted, but we anticipate that there are probably a
16 couple winnowing down votes in May of 2008 to get it
17 down to a manageable number of candidates that then
18 come June balloting keeps reducing the number by one
19 until there is somebody who achieves fifty percent
20 plus one of the voting delegates.
21     Q.   Who would be doing the winnowing down
22 voting, if any, prior to convention?

23  (Pages 86 to 89)

Douglas Bailey                                                    March 12, 2007
                          Washington, DC

---

Page 90

1    A.   The delegates.

2    Q.   Is it your understanding that Unity08 will

3  draft any specific candidates to become the nominee?

4    A.   Unity08?

5    Q.   Yes.

6    A.   Again we may have different definitions in

7  mind, but my answer to what I understand your question

8  to be is no. I don't think Unity08 will draft a

9  candidate. I do think it is entirely possible for

10  delegates, the people to draft people to become

11  candidates for the Unity08 nomination.

12       I do expect that the rules committee will

13  -- one of the products of the rules committee will be

14  a rule that suggests that no one who will end up on

15  the ballot when the convention actually gets to the

16  balloting phase who has not agreed in advance to

17  accept the nomination.

18    Q.   So as an organization Unity08 has no plans

19  on drafting any yet identified candidates to become

20  the nominee?

21    A.   I think that's -- I think that's a correct

22  statement. The intention, however, is to enable the

---

Page 91

1  people to seek to draft a nominee, I mean to seek to

2  draft candidates to run for the nomination.

3       It's entirely consistent with our notion

4  that it is those of us who are putting together this

5  organization are not supporting specific candidates or

6  a draftee.

7    Q.   Thank you. You can actually put that

8  exhibit aside.

9    A.   Okay.

10    Q.   I now want to mark this for identification

11  as Bailey Exhibit 13, give you a few moments to look

12  it over.

13              - - -

14       (A document was marked as Deposition

15  Exhibit Number 13)

16              - - -

17       BY MR. HAJJAR:

18    Q.   But I do want to tell you that I will be

19  asking you about the last paragraph on page 3 under

20  the heading "Questions on Other Issues." For the

21  record, across the top of the first page it says,

22  Unity08 Poses Questions We Must Answer. It is three

---

Page 92

1  pages running from Bates Number 708 to 710.

2       Are you familiar with this document?

3    A.   Yes.

4    Q.   And what is it?

5    A.   Well, it's an early definition of questions

6  that the rules committee either in its early stages or

7  at some point needed to -- needed to or needs to

8  address.

9    Q.   Do you know when this was drafted?

10    A.   I don't, off the top of my head. I can

11  make a guess, if you want me to.

12    Q.   I'll take a guess.

13    A.   My assumption would be early last fall,

14  September, September, October perhaps.

15    Q.   Has this document been updated?

16    A.   Not to my knowledge.

17    Q.   Okay. I want you to direct your attention

18  to essentially the second bullet point there,

19  questions on other issues. It is labeled B, where it

20  reads, What other suggestions should be considered

21  that would encourage increased media coverage and

22  increase our ability to raise funds for the

---

Page 93

1  candidates.

2    Q.   Is it your understanding that Unity08 will

3  try to raise funds for declared candidates prior to

4  the convention?

5    A.   No. It's not my understanding.

6    Q.   What exactly is that, to your knowledge,

7  what is that sentence referring to?

8    A.   Well, I'm reading it within the context of

9  what I know Unity08 is and what we've been trying to

10  do. And, well, I could see some other interpretations

11  of it.

12       The fact is that what I believe it means is

13  how do you achieve media exposure which in turn

14  heightens the awareness of the media exposure to

15  candidates as well, which facilitates their

16  fundraising. Now, what other meaning that has, I

17  would have no idea.

18    Q.   Is it your understanding that Unity08 will

19  try to increase media coverage of specific potential

20  Unity08 nominees prior to the convention?

21    A.   It is our intention to provide media

22  attention to the Unity08 process. And inevitably I

---

Alderson Reporting Company
1-800-FOR-DEPO

Douglas Bailey                                                      March 12, 2007
Washington, DC

Page 94

1  think that means media attention to the candidates.
2  Our purpose, frankly, is to focus on the opportunity
3  that Unity08 is trying to give to the public to
4  participate in a nominating process by which they
5  actually have some voice in putting somebody on the
6  ballot in November. And, therefore, there will be a
7  good deal of exposure to the candidates. But the fact
8  of the matter is that what we intend to do is to
9  provide exposure to the Unity08 process.
10      If, for example, let me give you an
11  example, it is very much in the interest perhaps of
12  the candidates but it is certainly in the interest of
13  the delegates and the people of Unity08 that there be
14  a television debate that goes beyond our rules. But
15  it's not an inappropriate thing to happen and we'll
16  probably encourage it.
17      Q.   Is it your understanding that Unity08 will
18  in any way assist any potential candidates for the
19  Unity08 nomination with raising money prior to the
20  convention?
21      A.   No.
22      Q.   Let me direct your attention underneath the

Page 95

1  sentence we just looked at, the one that's labeled C,
2  where it begins, What services will Unity08.com
3  provide the candidates.
4       Is it your understanding that Unity08 will
5  provide any services such as discussed in that
6  sentence there to candidates prior to or during the
7  convention?
8       A.   I suppose it's a question as to whether we
9  will provide the services to the candidates or the
10  services to the delegates. What we mean is to
11  facilitate the communication between the delegates and
12  the candidates and the candidates and the delegate
13  that enable the delegates to make a selection.
14      What I mean by that is it is our intention
15  on the web site to provide candidates with the
16  opportunity to -- of a web log so that it can
17  communicate to delegates. It is our intention to
18  provide them an opportunity to answer specific crucial
19  issue questions that the delegates have specified
20  candidate to camera via video on demand and put that
21  on the web site.
22      It is our expectation to provide candidates

Page 96

1  the opportunity to communicate to delegates for
2  delegate support to the delegate list via e-mail in
3  some controlled fashion without giving them the list,
4  but nonetheless once a week or some such basis to
5  communicate to the delegates if the delegate -- as
6  long as the delegates don't X out that they don't want
7  to hear from the candidates or that particular
8  candidate or whatever.
9       So all of that is enhancing the delegates'
10  capacity to make a selection. It is also at the same
11  time enhancing the candidates' capacity to communicate
12  to delegates. But the purpose is to enable the
13  delegates to make the most responsible decision they
14  can make.
15      Q.   Okay. Any of these means of facilitating
16  communication that you just mentioned, would these be
17  made -- does Unity08 plan on making these means of
18  communication available prior to the convention?
19      A.   Yes, indeed.
20      Q.   Has Unity08 already spent money preparing
21  for its on-line convention?
22      A.   Well, in one sense everything we do is

Page 97

1  preparing for the on-line convention. It is the
2  center piece of what we are doing. And that includes
3  a lot of the web development that it has undertaken.
4  But that also is a major investment which needs to be
5  made, investment may not be the right word, major
6  expenditure that needs to be made to develop what we
7  call convention hall.
8       If in fact -- and that's a major technology
9  challenge. If in fact we are correct and can develop
10  a delegate base of somewhere between five and ten
11  million or more delegates, for them to be able to
12  participate in the convention and in activities
13  leading up to the convention, and to be able to devote
14  in a secure fashion, all of that is a major
15  technological undertaking and major expense.
16      Q.   How much do you expect the convention to
17  cost?
18      A.   We are starting now to have serious
19  conversations with technology partners to give us a
20  better handle on that. But it is clearly a
21  multimillion dollar cost.
22      Q.   How much do you think it's going to cost,

25 (Pages 94 to 97)

Douglas Bailey                                                                        March 12, 2007
                              Washington, DC

---

Page 98

1  well, let me backtrack. I take it on-line security is
2  a big issue for Unity08?
3      A.  Surely it is in a number of different ways.
4  I mean one man, one vote. This is not American Idol,
5  you know, which in turn means that we have to have
6  some way both of verifying that the delegates are who
7  they say they are, and to assure that it is one
8  person, one vote. And in addition to that, there's a
9  technology challenge to avoid what is fairly
10 predictable, if you get large numbers participating,
11 efforts to hack the system in some way.
12      So you have to prevent backup, have to
13 prepare backup systems and so forth. So we are into
14 some -- we've begun some serious discussions about
15 that.
16      Q.  Other than those discussions has Unity08
17 taken any specific steps to prepare for that security
18 issue?
19      A.  To some degree it's part of what the rules
20 committee is dealing with as to what information we
21 will be requesting of delegates and what kind of
22 system we are building, you know, to open the

---

Page 99

1  convention. The convention would be called convention
2  hall at an early stage.
3      But, no, I mean those discussions with
4  people who really know what they are talking about in
5  this area are underway. And that's -- they are going
6  to be very informative.
7      Q.  Has Unity retained the services of any firm
8  to start dealing with that, those issues?
9      A.  No. But we are going through the process
10 of talking with a whole variety of major people. I
11 mean it is -- it simply is not true that there are
12 many people in this world who deal with that kind of
13 volume. And so those are people that we have to talk
14 to.
15      Q.  Has Unity08 spent any money specifically so
16 far on convention security, the preparation for
17 convention security?
18      A.  Two different kinds of answers. Everything
19 that we have spent in terms of web operations and
20 technical operations is in fact pointed toward the
21 same direction has impact on convention security.
22 Have we gone out and contracted with somebody for a

---

Page 100

1  specific convention security program and technical
2  applications as it provides -- as it applies
3  specifically to the convention, the answer is no.
4      Q.  Okay. Mr. Bailey, you can put that exhibit
5  aside if you want. Has Unity08 conducted any polling?
6      A.  Yes.
7      Q.  And what did that polling involve? Or I
8  should say tell me more about the polling.
9      A.  Well, there's informal polling that is
10 conducted from time to time on the web site which is
11 simply polling supporters or delegates of their views
12 about one thing or another. That's I think not to be
13 confused with scientific survey research, but is part
14 of our program to have sort of interactive
15 relationship with delegates and supporters.
16      We did do some polling at the very outset,
17 even before we publicly announced what we were doing.
18 We had Princeton Survey Research to test the validity
19 of our basic theories of -- that our politics seemed
20 increasingly to be dominated by issues at the extreme
21 ends of the political spectrum, and the campaign
22 seemed to be dominated by appeals to the base vote in

---

Page 101

1  each party, and that as a result of that major issues
2  perceived by the vast majority of Americans as crucial
3  to the country's future were being largely ignored by
4  the political process.
5      We wanted to test that. We wanted to test
6  their interest, the public's interest, the public's
7  confidence in the system as it currently exists. We
8  wanted to test the public's willingness to see some
9  new -- or interest in seeing some new opportunity.
10      We did the polling simply because we didn't
11 want to proceed, frankly, unless we felt comfortable
12 that the public was in fact -- understood Washington
13 better than Washington understood Washington. And
14 that's what we found out.
15      Q.  Did you learn anything in the polling that
16 helped shape your strategy?
17      A.  What it did was to help confirm in our mind
18 that there is a distinction that the public perceives
19 between crucial issues and important issues worthy of
20 debate but not crucial necessarily crucial to the
21 future safety and well-being of the country, and that
22 issue-by-issue as you asked whether an issue is

---

26  (Pages 98 to 101)

Douglas Bailey                                                                    March 12, 2007
Washington, DC

---

### Page 102

1  important to the future well-being, safety of the
2  United States or it's important worthy of debate but
3  not necessarily crucial to the future, or unimportant.
4  What you find is that the issues that appeal to the
5  base vote on both sides, be it abortion or gay
6  marriage or flag burning or whatever appeal to a, I
7  mean, are perceived as crucial issues by a relatively
8  small percentage of the population and that issues
9  like energy independence, education and terrorism of
10  course, deficit global climate change, immigration,
11  are perceived as crucial issues by the public to a
12  much larger extent than the issues that seem to
13  dominate elections.
14      Q.   Who wrote the polling questions?
15      A.   Princeton Survey Research.
16      Q.   Did Unity provide any input to any of the
17  questions?
18      A.   Sure.
19      Q.   And what did that involve?
20      A.   Reviewing with them the questions and
21  suggesting an outline of things that we are interested
22  in testing.

---

### Page 103

1      Q.   Well, what things were you interesting in
2  testing?
3      A.   Interested in testing the -- just what I
4  described in terms of their perception of issues as to
5  which are crucial and which are not and whether they
6  saw that distinction as a valid one, whether -- how
7  much confidence they had in the political system and
8  the way the two parties were operating, whether they
9  perceived Washington to be so paralyzed, polarized and
10  paralyzed that it couldn't get anything done; stuff
11  like that.  And -- and whether they would welcome an
12  opportunity, would they welcome more choices on the
13  ballot than just the Republican and Democratic names.
14      I think we also tested questions whether
15  the concept of a Unity ticket made sense to people,
16  what were the pluses and what were the minuses of it.
17      Q.   You mean you wanted to test whether people
18  would actually vote for a Unity ticket?
19      A.   Sure.  And whether they -- how quickly they
20  perceived given a short description whether this was
21  an idea that had merit.
22      Q.   Would it be fair to say that one of the

---

### Page 104

1  purposes of the polling was to assess the odds of a
2  Unity08 ticket actually winning the presidency in
3  2008?
4      A.   I don't really think that that is true
5  because I think our perception from the beginning was
6  that this would take awhile.  I mean maybe what you
7  mean by your -- if what you mean by your question is
8  to sort of test the receptivity to this notion, the
9  answer is of course.  Whether you could actually test
10  a hypothetical like that, what, two-and-a-half years
11  ahead of time or whatever didn't strike us as being
12  likely so.
13      I wouldn't have phrased it the way you
14  phrased it, but to test the -- to test the receptivity
15  to the notion of change and the importance of Unity in
16  seeking leadership that can solve crucial issues, yes.
17      Q.   Does Unity08 have any plans to do any
18  polling in the future?
19      A.   We probably will do some polling, certainly
20  of the first kind that I described that gives
21  supporters and delegates on the web site an
22  opportunity to express views and an issue here or

---

### Page 105

1  there.  And we may very well do survey work among the
2  delegates to determine their attitudes on issues so as
3  to more effectively inform the process of trying to
4  reach them to gain their financial support.
5      Q.   Might Unity08 poll any of the delegates?
6      A.   I am sorry?
7      Q.   Might Unity08 poll any of the delegates to
8  ask them about the viability of any specific tickets
9  of any specific candidates?
10      A.   That keeps coming up in discussion.  We
11  think not, frankly, because it is -- at any given
12  point when you poll the delegates, you are sort of
13  saying if the conventional were held today, these
14  people would vote this way.  But the convention isn't
15  being held today and.  There will be vastly more
16  delegates tomorrow than there are today, and so forth.
17      So we think that's probably not a wise
18  thing to do because it sends a different message than
19  what we ought to want to do.
20      Q.   How many delegates has Unity08 signed up so
21  far?
22      A.   It's -- the number at the moment is, I may

---

27 (Pages 102 to 105)

Douglas Bailey                                                              March 12, 2007
Washington, DC

| Page 106 |
| --- |

1  be a week old in this, somewhere like 42, 43 thousand
2  supporters or delegates. That includes some people
3  who signed up as supporters who have not yet converted
4  to being delegates, because we opened the door for
5  delegates about a month or so ago.
6      Q.  What are the ways that Unity08 has gone
7  about signing up delegates?
8      A.  It's been almost exclusively via the web
9  site in a fairly limited outreach. We are now
10  undertaking a more broad outreach. What I mean by
11  that is the limited outreach has been the web site.
12  If you didn't come to the web site, you might not know
13  anything about it.
14      Now that doesn't mean that we don't have
15  some visibility to the program via a spokesperson or
16  somebody on some TV show saying go to web site and
17  sign up. We are now sort of expanding the on-line
18  vehicles to reach out to bring people to the web site.
19      That may include some advertising. It may
20  include some other placement of the Unity08 icons in
21  various places that draw people to the web site.
22      Q.  So, I mean, is Unity08 seeking delegates in

| Page 107 |
| --- |

1  any way outside using the web?
2      A.  Yeah. It is increasingly doing just
3  exactly what I just described, which I obviously
4  didn't do very effective, a very effective job in
5  saying.
6      Q.  I'm sorry. I thought I understood you as
7  having said that all of your delegate recruitment is
8  going through the internet of some sort. How about --
9  maybe let me rephrase this.
10      A.  Okay.
11      Q.  Obviously. Is it recruiting -- is Unity08
12  recruiting delegates outside of the internet, for
13  example, face-to-face or through phone calls or direct
14  mail or any other means that doesn't use the internet?
15      A.  It has not been doing that, but it will be
16  increasingly doing that. I mean it has not been, for
17  example, making a major effort which is now just
18  starting to be underway to transfer its college
19  support which is a little more difficult for us to
20  communicate with, but its college support into
21  delegate support.
22      Q.  I want to mark for identification this

| Page 108 |
| --- |

1  document as Bailey Exhibit 14.
2                    - - -
3          (A document was marked as Deposition
4  Exhibit Number 14)
5                    - - -
6      BY MR. HAJJAR:
7      Q.  For the record, across the top it reads,
8  "Delegates, Delegates, Delegates!" And it is Bates
9  number --
10      MR. DUFFY: Do you know where this comes
11  from?
12      THE WITNESS: I do. Sorry.
13      MR. DUFFY: No. No. That's all that
14  matters.
15      BY MR. HAJJAR:
16      Q.  This is Bates number 450. Are you familiar
17  with this document?
18      A.  Yes.
19      Q.  And what is it?
20      A.  It is another one of those slides in a
21  PowerPoint presentation that by and large has been
22  made for fundraising purposes in recruiting major

| Page 109 |
| --- |

1  contributions.
2      Q.  Okay. Is it a true and accurate copy of
3  what it purports to be?
4      A.  Yes.
5      Q.  I want to direct your attention to the
6  fourth bullet line where it reads, signups while
7  gathering ballot access signatures.
8      A.  Right.
9      Q.  Has Unity08 signed up any delegates while
10  gathering ballot access signatures?
11      A.  No.
12      Q.  Does it plan on doing so in the future?
13      A.  Yes, where it is permitted by law. There
14  may be some state prohibitions against doing such a
15  thing in some states, but it is our absolute intention
16  of maximizing both petition gathering for ballot
17  access and at the same time sign up of delegate
18  participation.
19      Q.  Okay. You can put that exhibit aside. Has
20  Unity08 raised any money from it delegates?
21      A.  Yes.
22      Q.  How much?

Alderson Reporting Company
1-800-FOR-DEPO

Douglas Bailey                                                                    March 12, 2007
Washington, DC

Page 110

1     A.   I am not good at that.  My impression is
2  that from its supporters, slash, delegates, that is
3  those people who have come to the web site since the
4  inception in terms of small dollar contributions, it's
5  probably in the neighborhood of 50- to 60-thousand
6  dollars but I'm -- as a ballpark, that's intended as a
7  ballpark only and that, again, Anya or Daniel will be
8  a better source of information for that.
9     Q.   And correct me if I'm wrong, but my
10  understanding is that Unity08 plans on raising --
11  increasingly relying on raising money from delegates
12  as we go forward or as Unity08 goes forward?
13     A.   Right.  Let me just -- that's correct.  If
14  the theory here is correct that there are millions of
15  Americans who would wish to participate in this
16  process, then it is likely, say the experts that we
17  are dealing with, that somewhere between ten and
18  twenty percent of those are likely to be willing to be
19  contributors in a range of whether it's $25 or $200
20  but somewhere in there.
21        Well, any mathematics, let me tell you that
22  if that is true, then there is a substantial source of

Page 111

1  funding that is possible once the delegates have been
2  recruited.  That's sort of the timing bind that we
3  find ourselves in that you never quite know when the
4  delegate base is going to be receptive to coming on
5  board.  And so if you don't know that, it's difficult
6  to project.  If you knew that, then you could project
7  a time line on funding which would be more reliable.
8        At the same time, the funding has been sped
9  up, the need for funding has been sped up for ballot
10  access because the states are moving their primary
11  dates forward to the point where in order to achieve
12  ballot access, while we have assumed that we would
13  prefer not ever to use paid signature collectors,
14  whatever the right term is, we may have to do that
15  simply because the timing has been sped up which
16  increases the funding up front.  So it's all -- all of
17  these things work together in a complicated way.
18     Q.   I now want to mark for identification this
19  document that is Bailey Exhibit 15, and give you a few
20  moments to take a look.
21        - - -
22        (A document was marked as Deposition

Page 112

1  Exhibit Number 15)
2        - - -
3        BY MR. HAJJAR:
4     Q.   For the record, across the top it says,
5  "George".  And it is Bates Number 417.
6        Are you familiar with this document?
7     A.   I am now.
8     Q.   Do you know what it is?
9     A.   Well, it appears to be an e-mail from
10  George Vradenburg who is a contributor and a
11  supporter, and part of our advisory counsel to Coach
12  Kemper, Kathy Kemper.  And that is a name that is
13  familiar to me but only the name.
14     Q.   Okay.  I just want you to direct your
15  attention to the second paragraph there begins, "The
16  concept is an internet-powered third party."
17     A.   Yes.
18     Q.   Is it your understanding that Unity will
19  put together, I should say Unity08, will put together
20  a multimillion dollar campaign fund to support its
21  eventual nominee?
22     A.   No, it is not, nor does I think this say

Page 113

1  that.
2     Q.   Okay.  Well, let me ask you this question,
3  the second sentence says, "The party would assure the
4  slate that it would have 50-state ballot access and
5  what we estimate to be a 300-dollar-million -- $300
6  million campaign fund.
7     A.   Yeah.  I think what George is meaning to
8  say there, and I'm sure frankly that there are all
9  kinds of things written by supporters that wouldn't
10  necessarily be the way we would phrase it.  It
11  certainly is true that if we have ten million
12  delegates who vote to support and nominate a ticket,
13  we would be willing to, I believe, upon the advice of
14  counsel we would be willing to sell the delegate list
15  to that ticket so that it can solicit from that list
16  of delegates contributions.
17        And it has occurred to us, frankly, that it
18  is not inconceivable for 20, 25 percent, whatever, of
19  that list of delegates who have just nominated a
20  ticket to be supportive of that ticket in a financial
21  way.  And in that way, I believe that the candidates
22  may be in a position to have a start-up fund of their

29 (Pages 110 to 113)

Douglas Bailey                                          March 12, 2007
Washington, DC

Page 114

1  campaign from that point on that is significant, that
2  is funded by the delegates. But they would do the
3  solicitation. We would not.
4       Q.   Does Unity08 have any plans once its
5  nominee is selected to specifically raise funds from
6  its delegates that will be spent -- that would be
7  spent on behalf of its nominee?
8       A.   We have no such plans to do that. Let me
9  say that we presume that once the convention is done,
10 that we would file as a committee and operate then as
11 a committee. Because it is at that point that we
12 would have a candidate that we are supporting. And at
13 that point we would do a variety of things in relation
14 to that candidate which we don't do now and wouldn't
15 do until that point.
16      Q.   Unity08 make any independent expenditures
17 on behalf of its candidates?
18      A.   I'm sorry?
19      Q.   Will Unity08 make any independent
20 expenditures on behalf of its candidate?
21      A.   It has no plans to do that. I mean our
22 goal has been, I won't go through the litany again,

Page 115

1  but our goal has been to enable the people to be able
2  to pick a candidate or a ticket that can break the
3  polarization and the paralysis of Washington so that
4  in many respects most everything that we set out to do
5  would be completed by the end of the convention
6  process. And that doesn't mean that there wouldn't be
7  some other things that are either necessary or
8  worthwhile doing, but we would then do it as a
9  political committee in support of that ticket. At
10 that point we would have a candidate to support.
11      Q.   Does Unity08 have any plans to ask its
12 delegates to make contributions to that chosen nominee
13 at or after the convention?
14      A.   It is as I described before, and we would
15 of course do this only on the basis of sound legal
16 counsel, but it is our presumption at the moment to
17 sell the delegate list, at least the use of the
18 delegate list to the ticket so that it can solicit
19 contributions from the delegates who have just been
20 nominated.
21      Q.   Is it your understanding that Unity08 will
22 actively campaign for its candidates?

Page 116

1       A.   It is my presumption that Unity08 at that
2  point having a candidate, which we do not now have,
3  would work with that -- would work with its ticket.
4  But, frankly, our focus has been to be sure that a
5  ticket can emerge from the choice of the American
6  people.
7       Q.   Does Unity08 have any plans to perhaps,
8  actually, I'll strike that. Would it be fair to say
9  that once Unity08 has a candidate, that it will do --
10 it will take whatever steps are lawful to support its
11 candidate?
12      A.   It would be fair to say that once Unity08's
13 convention has nominated a ticket, it will take
14 whatever steps it takes that will be lawful in support
15 of that ticket. There may be a different phraseology
16 than you had intended, I don't know. But in any
17 event, that's one I feel comfortable in saying.
18      Q.   Does Unity08 have any plans to ensure that
19 the kind of unity ticket that you have described is
20 actually selected? In other words is anything being
21 considered that would prevent, for example, two
22 extreme conservatives or two extreme liberals from

Page 117

1  getting the nomination?
2       A.   Yes and no. I mean yes in the sense that
3  there are -- that there is a rules committee that is
4  developing a process of rules that make it unlikely,
5  in our judgment unlikely, you know, guarantee unlikely
6  that the convention would be hijacked by one group or
7  another, not the least of which is a rule requiring
8  that the nominated ticket achieve 50 percent of the
9  delegate support to get the nomination.
10      But in the end, the whole process is based
11 upon a fairly simple and idealistic notion that you
12 trust the American people to do the right thing. So
13 there is no sort of built-in set of guarantees that
14 this can't happen or that can't happen or what have
15 you.
16      So it is of course conceivable that a
17 candidate different from those some of us may have
18 imagined, I mean, the types of candidates that some of
19 us may have imagined when we started the process, it
20 could end up being the nominees. That's true of both
21 parties. That's true of ours too.
22      Q.   Okay. I want to now introduce Bailey

30  (Pages 114 to 117)

Douglas Bailey                                                    March 12, 2007
Washington, DC

| Page 118 | Page 120 |
|---|---|

**Page 118**

1  Exhibit 16. We'll mark it for identification, give
2  you a few moments to look it over.
3       - - -
4       (A document was marked as Deposition
5  Exhibit Number 16)
6       - - -
7       BY MR. HAJJAR:
8       Q.  For the record, across the top it says,
9  What Comes Next.
10      A.  Yeah.
11      Q.  Bates number 449. Are you familiar with
12  this document?
13      A.  It's another slide from a PowerPoint
14  presentation.
15      Q.  Is it a true and accurate copy of that
16  slide?
17      A.  Yes. I believe so.
18      Q.  Is this document still an accurate
19  reflection of Unity08's milestones for 2006 and '7?
20      A.  No. It's -- and obviously from the timing
21  what you were provided is a version of the PowerPoint
22  that dates back to October. And, by the way, at any

**Page 120**

1       A.  I would think -- I would say that we have
2  made effective progress, have not achieved but have
3  made effective progress on all of them with the
4  exception of ballot access which we have not started
5  and cannot start without adequate funding.
6       Q.  Okay. You can put that exhibit aside.
7            What type of organization do you think
8  Unity08 is? How would you describe it?
9       A.  I'll go back to my political consulting
10  days. It is at this point that I always put my hand
11  up and say, I'm not a lawyer. So don't take this as a
12  legal description.
13           It's a third-force people's movement to
14  jolt the two parties into recognizing that without
15  some element of bipartisanship almost nothing serious
16  ever happens in solving crucial issues, and to prove
17  that point by the election of a President and Vice
18  President in the Unity ticket, chosen by an on-line
19  convention.
20      Q.  Do you think that Unity08 is similar to a
21  political party?
22      A.  Oh, I'm sure there's some similarities.

**Page 119**

1  point we can give you any updated versions, if you
2  wish. But as you can imagine from this and perhaps
3  from other slides too, it will vary from time to time
4  as it is updated.
5            I'm sorry. I've lost track of your
6  question.
7       Q.  No. I think that's fine. Well, let me ask
8  a different question. Which of these benchmarks did
9  Unity08 or milestones did Unity08 achieve by the date
10  listed there?
11      A.  In the first.
12      Q.  Actually --
13      A.  The second. Tell you the truth, I'm not
14  really quite sure what the third is. The fourth. We
15  began delegate registration on February 6. And brief
16  '08 candidates is ongoing.
17           So those were met in a timely way. The
18  others including ballot access have been set back in
19  terms of time because of funding restrictions.
20      Q.  Are there any others that Unity08 has
21  achieved at this point, even if maybe not exactly on
22  the time line there?

**Page 121**

1       Q.  And what would some of those similarities
2  be?
3       A.  It is seeking to rally the support of
4  people to a political cause, if you will. It will
5  hold a political convention. It will nominate a
6  candidate. It will not have a candidate until one is
7  nominated.
8       Q.  Any other ways it's similar?
9       A.  It raises money. Or tries to.
10      Q.  Do you think that Unity is in some ways
11  different than a political party?
12      A.  Well, certainly.
13      Q.  And in what ways from your experience do
14  you think that Unity08 is different than a political
15  party?
16      A.  It doesn't have ballot access.
17      Q.  Any other ways?
18      A.  I think it's different also in the sense
19  that it is -- its purpose is focused on one office or
20  the one ticket, not a broad range of offices. That
21  strikes me as a difference. We have no intention of
22  running anybody for anything else.

Douglas Bailey                                                    March 12, 2007
Washington, DC

| Page 122 |
|---|

1    Q.   Do you think it's possible that Unity08
2    might become a third party?
3    A.   You mean down the road?
4    Q.   Yes, down the road?
5    A.   Past '08?  Yes, although one of the more
6    interesting things is understand that the people who
7    started this, and I think the literature is quite
8    clear in this, that it is not our goal to start a
9    permanent third party.  It is our goal to change the
10   political system in this country, hopefully by jolting
11   the two parties into recognition that there's a high
12   degree of civility and some degree of cooperation and
13   some degree of bipartisanship, no crucial issues in
14   this country get solved.
15        And so I think it will be very interesting
16   if we succeed in electing a President and Vice
17   President of the United States to see what the two
18   parties do about that.  And I do, I mean, I'm now
19   certainly violating one of the rules, forgive me, one
20   of the rules of that you don't answer more than the
21   question that was asked.  But the two-party system in
22   this country has been very good for the country when

| Page 123 |
|---|

1    the two parties compete for the middle, because they
2    are working on common ground.
3        But when the two parties go to their base,
4    they can win elections that way but they don't win a
5    mandate for anything in the middle.  If we can teach
6    that lesson in one election, then there's no need, in
7    my own personal judgment, no need for a third party,
8    long-range third party.
9        So the answer to the question is what
10   happens to Unity08 beyond '08?  I have no idea.
11   Q.   Can you imagine a set of circumstances
12   where Unity08 might become a third party?
13   A.   Excuse the history lesson, but when Abraham
14   Lincoln was elected President of the United States,
15   his party didn't become a third party.  It became the
16   second party.  And the weak party went out of
17   existence because it didn't learn the lesson.
18        So, yes, I can imagine circumstances but
19   that's beyond the election that we are trying to focus
20   on.
21   MR. HAJJAR:  Go off the record.
22        - - -

| Page 124 |
|---|

1        (Recessed at 12:19 p.m.)
2        (Reconvened at 12:34 p.m.)
3        - - -
4    BY MR. HAJJAR:
5    Q.   We are back on the record.  Does Unity have
6    a storage system?  Does Unity08 have a storage system
7    for paper documents?
8    A.   The answer is it has storage systems.  Yes.
9    Once again, frankly the better people are Anya Harris
10   or Daniel Radek in particular.
11   Q.   Can you tell me where the paper documents
12   are stored amongst these systems?
13   A.   When I say systems, what I mean is that
14   Daniel and Anya maintain some in Columbia, but for the
15   most part they are in the Washington office here.
16   Q.   Can you tell me how far back Unity08's
17   files go?  Do they go back to inception?
18   A.   Sure.
19   Q.   Do you know if there are any paper
20   documents stored elsewhere than the Unity08 offices
21   here in DC?
22   A.   No.  I don't know.

| Page 125 |
|---|

1    Q.   I may not have asked this before but where
2    is the Unity08 office in Washington?
3    A.   It's at 2600 Virginia Avenue, Suite 514.
4    Q.   So if you had to say which of the two
5    individuals, Mr. Radek or Miss Harris has a better
6    understanding of Unity08's document storage and
7    retention and so forth?
8    A.   I think Daniel Radek.
9    Q.   Can you tell me who composes the text that
10   appears on Unity08's web site?
11   A.   It's a combination of a lot of people,
12   including to some degree loggers from the outside post
13   things of their own.  There are -- it is a combination
14   of people that for different purposes provide
15   different text and copies.  Some of it is -- much of
16   it is run by me.  Some of it is written by me, Jerry
17   Rafshoon, Shane Kinkennon, Anya Harris.
18        Then there is a whole set of people who are
19   in the web business, some of whom contribute to that
20   process, first at Peak Creative Media and now at Get
21   Active, some people in Craver Matthews, et cetera.
22   It's a -- there's a team of people who do that.

32 (Pages 122 to 125)

Douglas Bailey                                                    March 12, 2007
Washington, DC

| Page 126 | Page 128 |
|---|---|

**Page 126**

1      If you want a full list, we can give you a
2  full list but, I mean, I can try to get into as much
3  detail as you want to but the list is pretty long.
4      Q.   Okay. Were you advised to retain all
5  documents that may be relevant to this litigation?
6      A.   I'm sorry?
7      Q.   Was Unity08 advised to retain all documents
8  that may be relevant to this litigation?
9      A.   If we were, and it wouldn't surprise me, I
10  have forgotten that we were. But if the question is
11  have we done away with any documents, the answer is
12  no.
13      Q.   Have any relevant e-mails been deleted
14  since this litigation commenced?
15      A.   Not to my knowledge.
16      Q.   I want to mark for identification as Bailey
17  Exhibit 17 this document. I apologize I only have one
18  copy, my oversight, give you a few moments to look it
19  over.
20      For the record, this is the FEC's document
21  request, first set of document requests.
22          - - -

**Page 128**

1  provided -- in some cases you have been provided
2  examples of something that evolves on a continuing
3  basis. For example the PowerPoint presentation is
4  probably slightly different almost every day that we
5  give it. And the same would be true of course of the
6  web pages.
7      So I can't be precise about that. I don't
8  know.
9      Q.   Who would know? Who would be able to
10  answer that question best?
11      A.   Probably Anya.
12      Q.   Of Anya or Daniel, which of them has a
13  better understanding of Unity08's bank accounts and
14  monies placed in there?
15      A.   Daniel.
16      Q.   Daniel. Have all relevant and internal
17  communications between yourself and other Unity08
18  personnel been provided?
19      A.   I believe so. To the best of my knowledge
20  they have.
21      Q.   Is Unity08 affiliated with
22  collegeunity.com?

| Page 127 | Page 129 |
|---|---|

**Page 127**

1      (A document was marked as Deposition
2  Exhibit Number 17)
3          - - -
4      BY MR. HAJJAR:
5      Q.   Are you familiar with this document?
6      A.   Yes. I've seen it before.
7      Q.   Is it to your knowledge a true and accurate
8  copy of what you saw before?
9      A.   To the best of my knowledge, sure.
10      Q.   Do you have any potentially relevant
11  documents at home on your personal e-mail or on your
12  personal computer that you have not provided?
13      A.   I personally, no.
14      Q.   Are you aware of anyone else who does have
15  potentially relevant documents at home on their
16  personal e-mail or on their personal computer that
17  they have not provided?
18      A.   No. I'm not aware of it.
19      Q.   Have all relevant web pages, current and
20  former been provided?
21      A.   I don't know that. I think, to be totally
22  honest with you, my impression is that you have been

**Page 129**

1      A.   Yes, it is.
2      Q.   Could you describe what collegeunity08.com
3  is?
4      A.   Sure. It is a separate web site that was
5  set up by some of the leaders of the Unity08 college
6  program when they got a little bit frustrated that the
7  Unity08 web site was not moving fast enough and paying
8  enough attention to them.
9      Q.   Does Unity08 have any control over the
10  content on collegeunity08.com?
11      A.   I wouldn't say control, but the fact of the
12  matter is that the students who have done it have done
13  it with our understanding and our knowledge and our
14  encouragement. And so we are aware of what they are
15  doing and should we see something that we are not --
16  we don't agree with, we would probably have influence
17  to change it. But it's not a legal relationship.
18      MR. HAJJAR: I have no further questions.
19      CROSS-EXAMINATION CONDUCTED
20      BY MR. JORDAN:
21      Q.   I have just a few. Mr. Bailey, you were
22  asked earlier today about the loans that you are

Alderson Reporting Company
1-800-FOR-DEPO

Douglas Bailey

March 12, 2007

Washington, DC

---

**Page 130**

1  seeking in order to permit you to proceed with your
2  program. What is the current status of the loan
3  program?
4      A.  I think it's accurate to say, and I think
5  this is what the question was, have we sought any
6  loans, have we received any loans, have we sought any
7  loans. And the answer to that is technically, no. We
8  are developing documents now to put in front of a
9  variety of people who might provide loans to the
10 organization.
11     Q.  When do you expect to be able to do that?
12     A.  Well, that process is undergoing now, so it
13 wouldn't surprise me if by the end of this week we
14 have crossed the Ts and dotted the Is of those
15 documents and started the process of touching base
16 with potential lenders.
17     Q.  Okay. There were several discussions of
18 ballot access process earlier today. And one of those
19 discussions has to deal with the source probability
20 challenges. Do you recall that?
21     A.  Yes, sir.
22     Q.  If you did not have challenges from a

---

**Page 131**

1  financial cost standpoint, how substantial would the
2  ballot access effort be?
3      A.  Well, it would still be substantial because
4  the thing that we have to deal with now, and I am not
5  sure all of the states that are affected by this but
6  if in fact there are 23 different states that are
7  moving their primary to the fifth of February, then in
8  most of those -- many of those states the timing of
9  ballot access would be affected by that change.
10     For example, the state of California
11 requires so many signatures or so many people to sign
12 up to be -- indicate they want to be part of the
13 Unity08 party, with a cutoff date of so many days
14 before the California primary. But if the California
15 primary is moved from April or May or whatever it was
16 previously intended to be up to the fifth of March,
17 then the cutoff date for ballot access is moved up.
18     All of that compresses the job and,
19 therefore, increases the possibility, although we
20 would prefer not to do it this way, the possibility of
21 having to use paid collectors and gathering the
22 signatures, all of which then increases the cost to do

---

**Page 132**

1  so.
2      Q.  Does Unity08 plan to have or intend to have
3  any funds that will be transferred to the nominees for
4  use in their campaign after the nomination process is
5  complete?
6      A.  No. That's not part of the planning at
7  all.
8      MR. JORDAN: Okay. That's all I have.
9      REDIRECT EXAMINATION CONDUCTED
10 BY MR. HAJJAR:
11     Q.  I just have one follow-up question. In
12 response to the last question I believe, again correct
13 me where I'm wrong, you said that any excess funds
14 that Unity08 might have at the closing of its
15 convention would not be transferred to its candidates.
16 Is that correct?
17     A.  I think what I was saying, and I frankly I
18 thought a lot about this, but I think what
19 Mr. Jordan's question was do we plan to transfer funds
20 to the candidate. And the answer is no. If we are in
21 a position to have surplus funds, frankly I haven't
22 even thought about that.

---

**Page 133**

1      Q.  Do you have any idea what you might do with
2  any surplus fund?
3      A.  Well, I want to -- there is a, as we've
4  indicated, once we have a candidate, which we do not
5  have, we will then become a political committee. And
6  there is an ongoing process which must be completed in
7  relation to electors and things of that sort that have
8  in relation to those states where we have achieved a
9  ballot access which we have a responsibility to meet.
10     Other than those obligations and an
11 obligation to try as best we can to pay off, which is
12 our full intention to pay off all loans with
13 contributions of $5,000 or less, I don't -- I haven't
14 even thought about that.
15     MR. HAJJAR: I have no further questions.
16          - - -
17 (The deposition was concluded at 12:56 p.m.)
18          - - -
19
20
21
22

34  (Pages 130 to 133)

Douglas Bailey                                                    March 12, 2007
                          Washington, DC

Page 134

1    UNITED STATES OF AMERICA  )
2                  ss:
3    DISTRICT OF COLUMBIA    )
4
5         I, DOUGLAS BAILEY, the witness
6    herein, having read the foregoing testimony of the
7    pages of this deposition do hereby certify it
8    to be a true and correct transcript, subject to the
9    corrections, if any, shown on the attached page.
10            - - -
11
12
13        _____
14        DOUGLAS BAILEY
15
16   Subscribed and sworn to before me
17   this _____day of_____, 2007
18   _____.
19
20
21
22

Page 135

1        C E R T I F I C A T E
2    UNITED STATES OF AMERICA )
3                  ss:
4    DISTRICT OF COLUMBIA    )
5
6         I, ELIZABETH MINGIONE, Notary Public
7    within and for the District of Columbia do hereby
8    certify:
9         That the witness whose deposition is
10   hereinbefore set forth was duly sworn and that the
11   within transcript is a true record of the testimony
12   given by such witness.
13        I further certify that I am not related to
14   any of the parties to this action by blood or marriage
15   and that I am in no way interested in the outcome of
16   this matter.
17        IN WITNESS WHEREOF, I have hereunto set my
18   hand this _____day of_____, 2007.
19
20        _____
21   My Commission Expires:
22   April 14, 2010

                          35 (Pages 134 to 135)

**EXHIBIT 5**

EMAIL ADDRESS
REDACTED

**From:** Doug Bailey [dougbailey4828@gmail.com]
**Sent:** Tuesday, February 13, 2007 10:09 AM
**To:** Daniel Radek
**Subject:** Fwd: FW: Unity 08

**Forwarded Conversation**
Subject: **Unity08**
------------------------

**From: Doug Bailey** < dougbailey4828@gmail.com>
To: rcmulford@[REDACTED]
Cc: "JRafshoon@[REDACTED]" <JRafshoon@[REDACTED]>, "WillJordSr@[REDACTED]" <WillJordSr@[REDACTED]>
Date: Thu, Nov 30, 2006 at 3:37 PM

Dear Clay:

Jerry and I have been derelict in not following up with you after our great breakfast. Since then we have recruited quite a few good folks across the spectrum -- Roger Sant, Jack Valenti, Carla Hills, et al.

Now we need to turn our attention to ballot access issues on the one hand -- and redouble our fundraising for the Unity08 200 (at $5000 a piece). Dallas, Houston, Austin might be a great road tour for our crack fundraisers. Can you help us with a liwt of contacts?

And if you could forward your own check to me c/o Unity08, 2600 Virginia Avenue, #514, NW, Washington, DC, it would be timely.

Thanks,

Doug

--
Doug Bailey
Unity08
2600 Virginia Avenue, NW Suite 514
Washington, DC 20037
202-333-2599 - office
703-618-2494 – cell

--------
**From: Clay Mulford** <rcmulford@[REDACTED]>
To: Doug Bailey <dougbailey4828@gmail.com>
Date: Thu, Nov 30, 2006 at 5:10 PM

Doug –

In many ways things "feel" like 1992 to 1994 era and sense of irrelevance and ineffectiveness of gov, now coupled with contentious and disturbing international positions as well as the enduring and unappreciated appetite for substance. So I'm optimistic about Unity08, esp after meeting you and Jerry, and would like to be involved. But while I understand the importance of fund-raising, I have grown weary over the years of being tapped into that arena, having been on the finance committee of many, many major projects. Plus I hate it. If I could hear the content of a presentation and feel it is pithy and believable, I'd be happy to arrange lunches in all the cities you mention as my contribution. You can then have whomever is the appropriate person follow up on soliciting and collecting checks. If that works for you, I would like to be more closely connected to whatever strategic discussions you are having, perhaps particularly to understand your legal approach –- for

UNI : 00408

EMAIL ADDRESS
REDACTED

eg, should you be anticipating the option of "endorsing" a candidate as has been mentioned and having your ballot line be credited to her or him, so called "anti fusion" laws would prevent that in roughly half the states.

Best,

Clay

Ross Clayton Mulford
Jones Day
2727 N. Harwood
Dallas, Texas 75201
rcmulford@█████████
214.969.5020
214.969.5100 fax

| | |
|---|---|
| "Doug Bailey" <dougbailey4828@gmail.com> | To rcmulford@████████ |
| | cc "JRafshoon@█████ <JRafshoon@████████, "WillJordSr@██████< |
| 11/30/2006 02:37 PM | WillJordSr@████████ |
| | Subject Unity08 |

[Quoted text hidden]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

--------
**From:** Doug Bailey <dougbailey4828@gmail.com>
To: Clay Mulford <rcmulford@████████>
Cc: "JRafshoon@████████" <JRafshoon@████████>, "WillJordSr@████████ <WillJordSr@████████>, "Anya T. Harris" <aharris@unity08.com>
Date: Fri, Dec 1, 2006 at 4:35 PM

Clay: Thanks for your quick response.

To me it seems even worse than the 92-94 era in the sense that (1) there are so many crucial issues getting virtually no attention, and (2) there just doesn't seem to be anybody in politics who even begins to understand that you can't make progress on tough issues without both leadership and dialogue. It just seems to go from bad to worse.

On the fundraising, I hate it too, but of course we have to do it. So, we enthiastically accept your offer. We'll convince you that our fundraising pitch is logical, precise, effective and responsible -- and you set up lunches in Dallas, Houston and Austin ideally for four or more $5000 donors each. That would be a great contribution, very much appreciated -- particularly if we could schedule it all before the middle of February.

I am absolutely convinced you will be enthusiastic about the fund-raising approach we take. In fact, I warn you that by the end of the meeting you may pull out your own checkbook.

UNI : 00407

EMAIL ADDRESS
REDACTED

Let me recommend that you tell us when next you will be in DC and we will set up a meeting of our best "pitch" crew to demonstrate the approach. I am copying Anya Harris (as well as Jerry and Hamilton) because she coordinates the fundraising operation and will be excited to know there is this Texas opportunity you are recommending.

And at the same time I want to get you together with Tom Collier to talk ballot access, fusion and other legal issues. We would deeply value your insight on what is one of the most important things for us to understand in depth. We've done good research but there is nothing like working with those who have been through it first hand.

Looking forward to hearing from you on a date in DC.

Doug
[Quoted text hidden]

--------
**From: Anya T. Harris** <aharris@unity08.com>
To: Doug Bailey < dougbailey4828@gmail.com>
Cc: Vradenburg@█████████
Date: Sun, Dec 3, 2006 at 10:36 PM


Doug, are you available?  9:45am?


Anya T. Harris

Chief Operating Officer
Unity08

2600 Virginia Avenue, N.W., Suite 514

Washington , DC 20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

**From:** Kathy Kemper [mailto:coachkemper@█████████]
**Sent:** Sunday, December 03, 2006 4:38 PM
**To:** 'Anya T. Harris'

EMAIL ADDRESS
REDACTED

**Subject:** RE: Unity 08

If you are still available, I am open on Tuesday am.

Coach Kathy Kemper

Founder and CEO, Institute for Education

www.instituteforeducation.org

---

**From:** Anya T. Harris [mailto:aharris@unity08.com]
**Sent:** Friday, December 01, 2006 12:29 PM
**To:** coachkemper@█████████
**Subject:** RE: Unity 08

Bummer.  Sounds like January it is.  Let me know what dates work best for you after the holidays.
Thanks much!

Anya T. Harris

Chief Operating Officer
Unity08

2600 Virginia Avenue, N.W., Suite 514

Washington , DC  20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

| x |

EMAIL ADDRESS
REDACTED

**From:** Kathy Kemper [mailto:coachkemper@█████████]
**Sent:** Friday, December 01, 2006 9:47 AM
**To:** 'Anya T. Harris'
**Subject:** RE: Unity 08

Not going to work... lets wait until Jan. thankyou.

Coach Kathy Kemper

Founder and CEO, Institute for Education

www.instituteforeducation.org

**From:** Anya T. Harris [mailto:aharris@unity08.com]
**Sent:** Wednesday, November 29, 2006 8:03 AM
**To:** coachkemper@████████
**Cc:** 'Doug Bailey'; 'nicole williams'
**Subject:** RE: Unity 08

We'll take it.  You are in Washington, DC?

Anya T. Harris

Chief Operating Officer
Unity08

2600 Virginia Avenue, N.W., Suite 514

Washington , DC 20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

EMAIL ADDRESS
REDACTED

---

**From:** Kathy Kemper [mailto: coachkemper@███████████]
**Sent:** Sunday, November 26, 2006 9:40 PM
**To:** 'Anya T. Harris'
**Subject:** RE: Unity 08

Thank you for getting back to us. I am leaving for India on the 10th for 26 days and am packed.  I might have a window on the 5th at 10am for 45 minutes.  Can you hold that and we will get back to you?

Coach Kathy Kemper

Founder and CEO, Institute for Education

www.instituteforeducation.org

---

**From:** Anya T. Harris [mailto:aharris@unity08.com]
**Sent:** Sunday, November 26, 2006 9:32 PM
**To:** coachkemper@█████████
**Cc:** Vradenburg@█████████; 'Doug Bailey'
**Subject:** RE: Unity 08

Hi there.  Hope all enjoyed the holiday.
Would like to schedule a meeting or call over the next week or so, if possible.
Please advise.
Thanks!

Anya T. Harris

Director of External Relations

Unity08

2600 Virginia Avenue, N.W., Suite 514

EMAIL ADDRESS
REDACTED

Washington , DC 20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

**From:** Kathy Kemper [mailto:coachkemper@███████████]
**Sent:** Wednesday, November 15, 2006 9:50 AM
**To:** 'Anya T. Harris'
**Subject:** RE: Unity 08

I will check her schedule.

Thank you.

Coach Kathy Kemper

Founder and CEO, Institute for Education

www.instituteforeducation.org

**From:** Anya T. Harris [mailto:aharris@unity08.com]
**Sent:** Wednesday, November 15, 2006 7:57 AM
**To:** coachkemper@███████
**Subject:** RE: Unity 08

Hello and thanks for the email. I would recommend an in-person meeting. What is her next available date?

EMAIL ADDRESS
REDACTED

Please advise.
Thanks,


Anya T. Harris

Director of External Relations

Unity08

2600 Virginia Avenue, N.W., Suite 514

Washington , DC  20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

---

**From:** Kathy Kemper [mailto:coachkemper@█████████
**Sent:** Wednesday, November 15, 2006 6:54 AM
**To:** 'Anya T. Harris'
**Subject:** RE: Unity 08


Dear Ms. Harris,


Coach Kemper will be unavailable this week. Early next week would be fine. Would you like to set up a time for a call?


Thank you,

Shoba for Coach Kemper

EMAIL ADDRESS
REDACTED

Coach Kathy Kemper

Founder and CEO, Institute for Education

www.instituteforeducation.org

---

**From:** Anya T. Harris [mailto: aharris@unity08.com]
**Sent:** Tuesday, November 14, 2006 10:51 PM
**To:** coachkemper@
**Cc:** 'george vradenburg'
**Subject:** RE: Unity 08

Right on sister.  When are you available....?

Anya T. Harris

Director of External Relations

Unity08

2600 Virginia Avenue, N.W., Suite 514

Washington , DC  20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

EMAIL ADDRESS
REDACTED

**From:** Kathy Kemper [mailto:coachkemper@████████]
**Sent:** Tuesday, November 14, 2006 10:10 PM
**To:** 'Anya T. Harris'
**Cc:** george vradenburg
**Subject:** RE: Unity 08

Definitely interested.

And you certainly need a female with all those hotshot rich 'guy' investors.

Coach Kathy Kemper

Founder and CEO, Institute for Education

www.instituteforeducation.org

---

**From:** Anya T. Harris [mailto:aharris@unity08.com]
**Sent:** Tuesday, November 14, 2006 5:53 PM
**To:** Vradenburg@██████; Kemps@█████████████; coachkemper@█████
**Cc:** Amyst@█████; dougbailey4828@gmail.com; packerman@█████████; 'Kay Robinson'
**Subject:** RE: Unity 08

Dear Kathy:
At George Vradenburg's suggestion, we would very much like the opportunity to present Unity08 to you at your earliest convenience. Our leadership group is in Washington, DC. I have attached some brief background materials that may be helpful in providing an overview.

**Online at  www.unity08.com**

**Jim Lehrer News Hour TV Segment: <u>Hamilton Jordan & Doug Bailey on Unity08</u>**

EMAIL ADDRESS
REDACTED

I look forward to hearing from you.

Regards,


Anya T. Harris

Director of External Relations

Unity08

2600 Virginia Avenue, N.W., Suite 514

Washington , DC  20037

aharris@unity08.com

410-340-3354 cell

202-333-2599 office

www.unity08.com

---

**From:** Vradenburg@[REDACTED] [mailto: Vradenburg@[REDACTED]
**Sent:** Tuesday, November 14, 2006 2:40 PM
**To:** Kemps@[REDACTED] coachkemper@[REDACTED]
**Cc:** aharris@unity08.com; Amyst@[REDACTED]
**Subject:** Re: Unity 08


Anya, this is an exchange with Kathy Kemper — who is a well-connected Washingtonian with high-level political, media and diplomatic friends galore — and a very good and close friend.  Could you connect and maybe give her a briefing on Unity 08?  Thanks.


Kathy, Anya Harris is the COO of Unity 08.

UNI: 00416

EMAIL ADDRESS
REDACTED

George

In a message dated 11/14/2006 4:49:39 AM Eastern Standard Time, Kemps@███████████████writes:

> Definitly interested.
> Email anything to Coachkemper@██████
> Blackberries are not attachment friendly to me!!
> -----Original Message-----
> From: george vradenburg
> To: Kathy Kemper
> Cc: AmY Stirnweis
> Cc: aharris@unity08.com
> Sent: Nov 13, 2006 2:24 PM
> Subject: Unity 08
>
> We briefly talked about Unity 08 at breakfast this morning, and I promised to send on some more
> information.
>
> The concept is an Internet–powered third party where any registered voter would be eligible to
> participate in an online convention to select a third party ticket made up of an R/D or D/R slate. The
> party would assure the slate that it would have 50-state ballot access and what we estimate to be a
> $300 million campaign fund. The premise is that there is strong voter appetite for a pragmatic,
> problem-solving "moderate" ticket "owned" broadly by the people and that the Internet is now
> accepted as a trusted means of political engagement.
>
> "Founder" investments are limited to $5000, and campaign contributions to $250 (or $100, not yet
> decided), to avoid the appearance of big money ownership of the process or the party.
>
> Investors include Pete Peterson, Angus King, Bill Weld. Steve Case, Peter Ackerman, Bill Walton,
> Roger Sant, among others.
>
> I would love to get you engaged, since you are such a connector in town. So, I suggest we meet
> with some of the management of Unity 08 to get you a more complete picture of its plans, and then
> you can decide whether, and if so how, what role or roles you would like to play.
>
> Let me know if you are interested, and I will have someone contact you.
>
> George
>
>
> BlackBerry service provided by Nextel

--------

**EXHIBIT 6**

# Unity08. A people's movement to take our country back.

## TRANSCRIPT OF LIVE CHAT WITH TOM COLLIER ON JANUARY 29, 2007

Tom Collier is a partner at Steptoe & Johnson and Unity08's chief legal counsel. The following chat was held on January 29, 2007 from 2pm - 3pm ET.

| | |
|---|---|
| u08moderator(P) | OK everyone! Thanks. Let's get started. |
| Jim_Cook(Q) | In seeking an official Advisory Opinion on its correct designation as an organization (527 vs. PAC), Unity08 specifically stated that "The FEC will determine whether or not we are a political committee for FEC purposes. Obviously we will follow their opinion." On another page, Unity08 posed and answered its own question: "Would you and your candidates have to abide by FEC regulations? Of course." Yet when the FEC's advisory opinion was issued, informing Unity08 of the need to register as a PAC within 10 days, Unity08 ignored it for two months, and then filed a lawsuit against the FEC. |
| tom_collier(A) | Recently, we filed an appeal of the FEC advisory opinion in Federal Court in Washington, D.C. Until the Court has ruled on that appeal, it is not appropriate to register with the FEC. Therefore, as soon as the Court has ruled on our appeal, we will comply with the results of that decision. |
| Wendy(Q) | In how many states is the ballot access drive currently active? How critical is this project to Unity08 success? |
| tom_collier(A) | We have been concentrating on developing the specific criteria for getting on the ballot in all fifty states. We have not yet begun collecting signatures in any state, but intend to do so very shortly. This effort is critical to the ultimate success of Unity08 as our candidates will want assurance that they will be listed on the ballots of every state. |
| northwiguy(Q) | On the whole FEC challenge, I understand that there are contribution limits if their decision stands. Why is this a problem? I read somewhere on unity08.com that we've only raised $77,000 in the bigger donations. Are we expecting huge donations from altruistic billionaires? Should we even be accepting large donations? If this is really going to challenge the system, shouldn't we start by differentiating our fundraising from that of the corporate-run major parties? |
| tom_collier(A) | We're very prepared to defend our petition-gatering efforts against attacks from the major parties or any other parties. As we're planning to organize these efforts we will also be especially careful to make sure that we comply with all requirements and that we provide more than enough signatures to qualify. Finally, we will have a legal team available in each state ready and willing to meet any legal challenges that are leveled at our ballot access petitions. |
| chiripero(Q) | |
| | When the NEC allowed Unity08 a spot on the 2008 election ballot there was a stipulation restricting the amount of money Unity08 could accept from donors. What was the amount? How does it compare to that allowed other parties? If it differs from the Democrats and Republicans, |

|  | why is that legal ? |
|---|---|
| tom_collier(A) | The FEC didn't actually allow us a place on the ballot, instead it required us to register as an independent political committee and to limit our contributions to $5,000 from each individual. The Republican and Democratic parties have a $25,000 individual contribution limit. We don't think this is legal and that is one of the reasons why we have filed an appeal of the FEC advisory opinion. |
| Dave_Hamlin(Q) | Since the FEC is comprised if only Democrats and/or Republicans how can a third party get any fair ruling from a group that see's its possible demise coming from a third party ? |
| tom_collier(A) | In fact, it appears that it's very difficult to get a fair hearing from a commission made up entirely of the competition. That is the reason why we are appealing the decision of the FEC to Federal Court where we hope to get an unbiased review. |
| MFV(Q) | Why does u08 waant higher contributions while asking other candidates to sign the clean money pledge? |
| tom_collier(A) | Sorry, NorthWiGuy. I answered a different question of yours. I think this answer applies to your question as well. An excellent question, MFV! It's one that has caused all of us associated with Unity08 a great deal of concern. It's important to us that Unity08 set a new level of appropriateness in raising money to make our efforts successful. We have, from the beginning, set individual contribution limits of $5,000. It is our current plan to keep that contribution limit for individuals. We have discovered, however, that initial start-up and investment costs are very difficult, if not impossible, to raise in $5,000 increments. Therefore, we may need to seek some start-up loans in excess of $5,000, which we would intend to repay through $5,000 contributions. The FEC $5,000 contribution limit precludes the acceptance of such loans. It is our intent to increase the importance of small dollar donations by everyday Americans and to decrease the importance of bigger, special interest contributions. |
| u08moderator(P) | Thanks for all the great questions. Please be sure Tom is typing as fast as he can. We appreciate your patience. |
| MikeThebado(Q) | How realistic is it to expect the federal court system to overturn the FEC's campaign contribution limit, taking into account the 9th Circuit's recent opinion in Citizens for Clean Government v City of San Diego? |
| tom_collier(A) | It is very realistic to expect that we will win this litigation. The Supreme Court in Buckley vs. Valeo established the bedrock first amendment principle that guarantees that individuals can raise money to promote their first amendment views without restriction unless they have identified and are supporting a specific candidate. As you know, we are looking to the Unity08 Delegates at our virtual convention during the spring of 2008 to select our candidates. Until that time, Buckley should preclude imposing FEC contribution limits on Unity08. We are very confident of our legal position and look forward to the ruling on our appeal. |
| MFV(Q) | Why doesn't u08 just register as a third party? It seems to me that is really what you are. |
| tom_collier(A) | That is exactly what we're trying to do. But, the FEC maintains we are not a third national party and instead are a smaller, independent party. As such, we are limited to $5,000 individual contributions instead of the $25,000 limit that is imposed on national parties. |
| Otto_Phteebox(Q) | A quick synopsis of the FEC issues with Unith08 would be a good backgrouder to start... what exactly are the legal challenges they (FEC) are presenting and perhaps a few quick option on how we (Unity08) might respond (I am not a lawyer) and would need this info. Thnks |

| tom_collier(A) | The primary issue presented by the recent FEC advisory opinion relates to when we should be subjected to individual contribution limits and what those limits should be. Supreme Court cases have held that organizations are not subject to contribution limits until they identify a specific candidate. The basis of these cases is that individuals should be free to raise and spend money to support their first amendment views. At the current time, Unity08's efforts are focused on organizational issues and ballot access issues. We do not yet support any specific candidate. Under those Supreme Court cases, we should not be subjected to spending limits as the FEC advisory opinion attempted to do. In addition, if spending limits are imposed, we should not be restricted to much lower limits than are imposed upon our competition, the Democratic and Republican parties. Those major parties have $25,000 contribution limits while the FEC attempted to impose a $5,000 contribution limit on Unity08. |
|---|---|
| Lee_Mortimer(Q) | Electronic signatures are legally binding in some cases. Would it be possible for people to sign an on-line ballot access petition using their electronic signature? Would state boards of election have to accept such petitions? |
| tom_collier(A) | We are actually taking a look at whether we can use something like electronic signatures to allow for electronic petitions. We don't yet have a clear answer, but hope to soon. |
| adamdibiase(Q) | Once we decide on candidates, what kinds of legal problems will we have given that we lack any sort of 50-state party structure for support? Even 3rd party candidates like Ralph Nader have had organizations behind them in each state. |
| tom_collier(A) | I don't think this presents any legal questions. We will have a legal team available to deal with issues in every state. The initial types of legal issues we will face will deal with defending attacks that will be brought by the major parties on our petition gathering and ballot access efforts. But, you raise a good point. And we intend to form Unity08 organizations in every state to support our candidates as they run for office. |
| Dave_Hamlin(Q) | The FEC is made up of Republicans and Democrats they used there will to keep things strictly on a two party basis in the past what is to prevent them from trying to exclude us going forward ? |
| tom_collier(A) | Nothing. In fact, we are already suffering from this phenomenon. That's why we're headed to Federal Court where we can get an unbiased review of the FEC's recent actions. |
| IndieRalph(Q) | OK...is this a political party or simply a 'movement' to circumvent the major political entities? |
| tom_collier(A) | In our view, this is a movement. We are not asking that our Delegates or candidates leave their established parties. In fact, we intend that our candidates represent each of the major parties, or at least one of the major parties with the other candidate being an Independent. However, as we seek to comply with the various federal laws, those laws tend to categorize us in ways we might not prefer. For example, the FEC now calls us an independent political committee. We still think of ourselves as a movement. |
| Citizen21(Q) | Will these be bank loans or private loans? |
| tom_collier(A) | We're not sure. For some purposes, we may be able to get bank loans. For others, I suspect they will be private. These are issues that we have not yet completely resolved and probably won't until we get a favorable decision from the Federal District Court. |
| Lize1979(Q) | Can they refuse to review the decision? |
| tom_collier(A) | No. Although, as with any technical legal issue, they may try to find a way to avoid dealing with the |

| | |
|---|---|
| | specific issue which we have raised in our appeal. I think the way we have postured this case, however, we will get a decision on the merits and get one promptly. I also am confident that it will be favorable. |
| rcfc(Q) | What is the difference between a third party and an independent party? |
| tom_collier(A) | Nothing. The problem with all of the terminology we are using is that much of it only has a technical meaning for some very limited statutory purpose. When in fact, many of the terms in non-technical settings are really interchangeble. As I said a few minutes ago, we really think we are a movement, not a party. The FEC is calling us an independent political committee. In shorthand, some tend to call us a third party, or an independent party, but it really depends upon the context as to whether any of those is technically incorrect. The only time this really matters is when we are dealing with a specific statutory provision that requires us to be pigeon-holed by some name already listed in the statute. |
| dgooding(Q) | While the $25,000 limit puts Unity08 at a potential disadvantage, we also say that we'll keep the limits to $5,000 per individual. Is challenging this issue meant to keep our options open? To show that discrimination against "third parties" (which we sort of are, sort of aren't) is not legal? |
| tom_collier(A) | To some extent, our challenge is to show just how unfair this process is on new comers like Unity08. But, it's also important that we be able to maintain our flexibility and, as I explained before, we may need to seek some start-up loans which are precluded by the $5,000 contribution limit. We will repay those loans with $5,000 contributions if we are ever able to make use of them. |
| Jorge(Q) | Maybe you should educate us on the history of other relatively successful third party campaigns in the history of national American politics. Why did they have success and more importantly why they did not continue. |
| tom_collier(A) | In my opinion, there really have not been any successful third party efforts. At least not in the last 100 years. Instead, there have been some relatively successful third party presidential candidates. The difference is that those efforts were focused entirely on the candidate, not on the party. Here, we are really trying to do something that is different from both a third party and a third party candidacy. We are looking to nominate a Unity Ticket, one that includes candidates that do not come from the same major party. We want our candidates to be able to reach across the aisle and work with the other parties so that America can move forward on the vital issues that face our country. |
| cleveoh1(Q) | Did any mainstream media pick up the fact the the FEC made up of the 2 parties is basically trying to throw otacles against another party trying to make a run? |
| tom_collier(A) | No. We're hopeful that this point will be so obvious that it cannot be ignored by the mainstream media when the Federal District Court overrules the FEC's advisory opinion. |
| EAGERWJ(Q) | Was the $5000 limit self-imposed by Unity08 as I perceived from the website that it was for good reason? |
| tom_collier(A) | Yes. We thought there was very good reason to impose upon ourselves a $5,000 contribution limit. We want Unity08 to be funded by the people and not by special interests. Establishing that limit helps ensure that goal. |
| Dave_Hamlin(Q) | If the courts rule in our favor can the FEC keep us out of the Presidential Debates ? |
| tom_collier(A) | The rules for presidential debate participation really focus on the amount of support independent |

Case 1:07-cv-00053-RWR Document 20-2 Filed 04/11/2007 Page 109 of 20

candidates have at the time of the debate as measured by various public opinion polls. We are confident that Unity08's candidates, especially given the fact that they will have been chosen by millions of Delegates during our virtual convention, will have more than adequate support to qualify for the presidential debates.

u08moderator(P)          Thank you everyone for participating. We appreciate your questions.

About    Speak Out    Take Action    Donate    Buzzworthy    Contact    Privacy Policy    info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,  www.unity08.com

**EXHIBIT 7**



# Frequently Asked Questions

### What is Unity08?

Unity08 is a recently established movement attracting Americans deeply concerned with the polarization of our political system. Unity08 believes that today's hyper-partisanship undermines our capacity to address the crucial issues facing our country and saps the natural optimism that sustains America. Unity08 intends to redefine our political system and restore optimism and progress by hosting the first-ever internet mediated online convention where Unity08 member delegates elect a bipartisan 'Unity Ticket' — consisting of one Republican and one Democrat, in whatever order — for President and Vice-President in 2008. (Independents representing a Unity Team from both national political parties could seek the nomination.) That ticket will be put on all 50 state ballots and be elected to the White House in November 2008.

In addition to nominating a Unity Ticket, delegates will participate in the development of a dynamic, interactive dialogue and online debate with bipartisan issues experts, which will result in an American Agenda of approximately 40 carefully worded questions on the crucial issues that all candidates from all parties will be expected to answer fully and candidly.

### What are the origins of Unity08 and who are its Founders?

Consultants who faced each other thirty years ago in Carter vs. Ford found they totally agreed with each other about the paralyzing effect of today's polarized politics. Democrats Hamilton Jordan and Gerald Rafshoon (Carter campaign), and Republican Doug Bailey (Ford media consultant) found other professionals and generations felt the same way. Democrats Roger Craver (longtime direct mail expert) and Nicco Mele (of Howard Dean fame) and Republican Jim Jonas (formerly part of Roger Ailes' consulting firm) joined the group as did Angus King (former two-term Independent Governor of Maine), Peter Ackerman (successful businessman and foreign policy expert) and Republican Dave Maney (investor, entrepreneur and YPO) of Colorado. They were joined by Lindsay Ullman (a Kerry voter from Yale) and Zach Clayton (a Bush voter from the University of North Carolina). Together they all recruited a broader Founder's Council. The Unity08 president and CEO is Doug Bailey.

### Are you a third political party?

Unity was designed as a movement, not a party, although it is inevitable that we will have to file as a third party in all 50 states to get on the ballot. It is not our intention to be a permanent party or movement. We were formed to send a message to both current parties to move back toward the middle to be assured strong leadership responsive to the people and the country's needs. If that does not occur, then a long-term third party seems inevitable.

### Who can join Unity08?

Any registered voter, anywhere, with any party affiliation. Sign up at www.unity08.com.

### Does my membership in Unity08 preclude my activity in the Republican, Democratic or any other party or political organization?

No. In fact, the founders are comprised of Republicans, Democrats and Independents, none of whom have left their party to join and lead Unity08. We fully expect our delegate members to reflect this same distribution and to remain active, should they choose, in current party efforts.



**If I have supported and plan to support current party candidates in '08, can I still join?**

Yes. Joining **Unity08** does not preclude you from supporting candidates from the current parties. Joining **Unity08** means that you are joining millions of others to send a message to the candidates and their parties that America deserves to have a better system whereby the crucial issues facing our country are discussed, debated and addressed, rather than a system that creates polarization and gridlock.

**When would you expect this movement to start?**

It has started already — **Unity08** was officially launched in June 2006 — through planning, discussions with civic and business leaders and college students across the country, and a request for an FEC advisory opinion on areas where the effort would be breaking new ground.

**Why did you announce two years ahead of time?**

This is new and different. We want everyone concerned — the public, the parties, the candidates, the media, the FEC — to thoroughly understand why **Unity08** was founded and what our objectives are.

**Will Unity08 support any candidates during the 2006 mid-term elections?**

No. Our goal is to transform politics and policy by sending a Unity Ticket to the White House in 2008.

**Who may run for the Unity08 nomination?**

Any citizen who is constitutionally qualified to serve as President (including presidential front-runners for the current parties) and who has met the minimum threshold requirement of support as determined in the **Unity08** rules.

**How are the rules to complete for the nomination to be determined?**

A Rules Committee will consider recommendations from the Steering Committee. The process will be transparent and the Committee will seek input from the public on the website on questions such as the appropriate threshold of support for qualifying candidates, how the process of Vice-Presidential selection will work, what services qualifying candidates will receive on the website to reach the delegates, and the procedures under which the convention decision will be made, among others.

**Was Unity08 created to support any particular candidate?**

No. While over 50 possible candidates and tickets have been mentioned to us as we have described what we are doing, the decision to run will be made by the candidates, not by us – and the nomination will be awarded by the delegates, not by us.

**How would someone become a candidate?**

The same way they do today, by making a public (and in our case, an online) announcement.

**Could a Unity08 convention draft a candidate without them running for the ticket?**

Yes. But we would allow any candidate to withdraw his or her name from consideration.

**How would you be able to be sure the ticket will consist of one Republican and one Democrat?**

One option is that the Rules Committee will recommend that the convention pick the ticket the way the voters in November pick the President – not be voting for the two offices separately but with one vote for the two-person ticket. And the Rules Committee is likely to confirm that a Unity Ticket of one from each party is essential, although independents may run for the nomination if they present a Unity Team from both parties.

2

UNI : 00379



**Would a President of one party and a Vice-President of the other be able to govern effectively?**

Yes. A Unity Team, elected with a mandate for change from the American people, would be able to bring both parties together in the Congress to achieve that change. It could attract the best and the brightest to serve without bickering throughout government.

**Have you advised any potential candidate about the Unity08 nomination?**

No. We have *briefed* many potential candidates or their staffs (in both parties) about the **Unity08** process, and will continue to brief any potential candidate (or their staffs or supporters) when they request a briefing.

**Will Unity08 have a platform?**

No. It will present, instead, an American Agenda of 40 or so questions on the crucial issues which all presidential candidates for the **Unity08** nomination and from both major parties should be expected to answer fully and candidly. **Unity08** will not play the charade game of today's two parties of adopting a platform that the candidates then ignore and the people believe is meaningless.

**How will the American Agenda questions be decided?**

During 2007 and 2008, **Unity08**.com will be the preeminent online site online for expert bipartisan briefings and interactive dialogue with the people on the crucial issues facing our country. Bipartisan issues experts on all major sides of crucial issues will brief the delegates online and host interactive discussions. Then the online delegates, guided by the input of bipartisan experts, will define the questions that form the American Agenda.

**Do you really expect the candidates to answer the American Agenda questions?**

Yes. The **Unity08**.com website will provide candidate-to-camera video-on-demand for all candidates to respond directly to each of the questions. The Rules Committee may consider requiring candidates to provide some response to all the questions in order to be on the **Unity08** convention ballot.

**Who would be able to vote in the online convention and when will it take place?**

Anyone who would have registered as a delegate on the website and is a registered voter in his or her state. The online convention is anticipated to be held during the late Spring or early Summer of 2008.

**How will Unity08 get its Unity Ticket on the ballot in all 50 states?**

The army of delegates who pick the ticket will be the army of workers who get the petitions signed to be on the ballot in all 50 states. An on-the-ground team is being built in every state to get the job done.

**How could you be sure that an online vote will be secure?**

We have explored the issue in sufficient detail to be sure that a secure system is possible. (Remember that over 50,000,000 Americans bank online every day.) We will adopt the security systems necessary – and we will work hard to build public confidence in the systems that will be used.

**How would candidates be able to communicate with the convention delegates before the balloting?**

Our website will be available for video-on-demand and web-blog presentations by candidates meeting a minimum threshold of support (as determined by the Rules Committee). We also expect to email their messages to the registered delegates.

**Would you make your list of convention delegates public?**

No. We will protect the privacy of the voters. While we would facilitate candidate communications to the list, it will neither be sold nor given to anyone, without exception. The privacy of the voters is paramount.

3

UNI : 00380



**Would the nominated ticket be the one that simply gets the most convention votes?**

We expect that the Unity08 Rules Committee will recommend that balloting continue until a ticket has received at least 50% of the delegate votes cast.

**How will Unity08 be assured that the nomination will not be "stolen" by a fringe candidate or "high jacked" by one of the two major parties?**

The first protection is the requirement expected from the Rules Committee that the winning candidate must win 50% of the voting delegates. That makes victory by a fringe candidate very unlikely. Second, the issues debate and American Agenda discussion as well as the Unity Ticket itself will be bipartisan in its formulation, making the likelihood of one party determining the outcome virtually impossible. In addition, Unity08 expects to have ten million or more delegates – and the greater the volume the less likelihood that any single side of our politics or issue dominating.

**Who provides your legal advice?**

The Washington, D.C., firm of Steptoe & Johnson, with partner Tom Collier serving as General Counsel.

**What is your legal structure?**

Unity08 is a 527 nonprofit. We chose to organize that way originally and then to seek an immediate advisory opinion from the Federal Elections Commission as to what we are. The law did not contemplate any entity such as ours, so we need the FEC to help us determine how best to proceed. The FEC will determine whether or not we are a political committee for FEC purposes. Obviously we will follow their opinion.

**If you are a 527, does that mean you accept donations in any amount?**

Unless the FEC determines otherwise in response to our advisory opinion request, a 527 may receive any donation in any amount. However, we have voluntarily put a limit of $5,000 on any individual contribution. And beyond a $1 million Founder's Committee to fund working capital needs (see below), we expect to be able to fund most operations via much smaller contributions raised on the web. (Donations are not tax-deductible.)

**Will you list all contributors publicly?**

We will comply with the IRS requirement that 527s file a list of all contributors who make contributions in excess of $200. And we will list on the website all contributions in excess of $200. Transparency is essential to the public's trust.

**What is the "Unity08 200?"**

Unity08 has formed a founder's donor committee – called the *Unity08 200* — consisting of 200 individuals each giving $5,000 for the initial operating costs of the operation. We believe that the *Unity08 200*, like the original signers of the Declaration of Independence itself, will have a truly significant impact on the future of America. Our country is calling each of us.

**How do I make a contribution?**

Please make donation checks out to "Unity08" and mail to:

**Anya T. Harris**
**Director of External Relations**
**Unity08**
**2600 Virginia Avenue, NW, Suite 514**
**Washington, DC 20037**

Online donations can be made online at: **www.unity08.com/donate**.

4

UNI : 00381

**EXHIBIT 8**

EMAIL ADDRESS
REDACTED
Page 1 of 2

**From:** Doug Bailey [dougbailey4828@gmail.com]
**Sent:** Tuesday, February 13, 2007 10:24 AM
**To:** Daniel Radek
**Subject:** Fwd: Unity08
**Attachments:** Print Press op-ed quotes.doc; Letter to DBailey 09-11-06.doc

## Forwarded Conversation
Subject: **Unity08**
------------------------

**From:** Doug Bailey < dougbailey4828@gmail.com>
**To:** TomStroock@███████
**Bcc:** "Anya T. Harris" < aharris@unity08.com>
**Date:** Fri, Sep 8, 2006 at 11:48 AM
**Attachments:** Print Press op-ed quotes.doc

Tom:

I'm having lunch in a week or so with Frank Bonsal. Thanks for helping recruit him. He seems quite enthusiastic.

After my brief phone chat with him, I realized that I have been remiss in not inviting you to join our **Unity08 200** -- which is just a polite name for being able to raise the working capital to fund the effort properly until we get to the point (early next year) when we can finance it entirely via small contribution fundraising off the web.

Until that point we are raising 200 $5,000 contributions to provide a million dollar working capital fund to pay for the website, a small (but growing staff) and a host of recruiting efforts we are into. Our legal advisers, Steptoe & Johnson, assure us that under the law we can ask for and receive contributions of unlimited amount, but frankly we don't want to slip into the mistakes that the rest of politics has embraced. So we are sticking to the $5000 per person limit (although couples can give $10,000). We hope you will want to help, if you can.

That fundraising is going well. People across the spectrum seem to understand that the country is in some trouble right now and that the political system doesn't seem capable of dealing with crucial issues the way it currently operates. I have been a little surprised and very pleased at the reception we have been getting.

It really is striking to realize how far we have come in just 90 days. The web site is up and functioning well. The initial press was surprisingly good while understandably skeptical (summaries attached). Our first landscape poll was stunning in how insightful the American people are -- and how ready they are for change ( e.g., 73% want another choice in addition to the Republican and Democratic candidates). The college program, as you know, is now on almost exactly 200 campuses. High school students nationwide are preparing to pass the Unity Petition on Election Day 2006, which will send another message and alert the voters and the media to the extent of the effort.

Tom Collier (of Steptoe and Johnson) and Carolyn Tieger (of Porter-Novelli) are heading up a Rules Committee to make sure that the process is sensible and easily understood. We have completed initial research on what it takes to get on the ballot in all 50 states (and it's not as tough as I had imagined). We have asked for a ruling from the FEC to be sure we fully understand and live within the law. We have recruited Peter Ackerman to head up an "American Agenda" online debate and discussion throughout 2007 to identify 40 questions on the crucial issues which the candidates for our nomination (and all others was well) will be asked to answer fully and candidly on the web site. We have recruited Sam Waterston (of law & Order) as an effective public voice for the effort in various venues.

And we have satisfactorily tested whether small dollar contributions are possible from the website members. Those results are

2/19/2007

remarkably positive, with very strong support. So we believe that the million dollar operating capital needs seem fully ample.

All of that by way of underscoring the confidence with which I can ask for contributions believing that we are well on our way in a successful movement to jolt the parties back toward the middle -- through the election of a Unity Ticket in 2008 that can show Washington (1) that most voters are in the middle, (2) that effective government requires civility, and (3) that we can work together to both discuss and resolve the crucial issues that confront us.

It still seems a little astonishing to me that we actually have to act to convince political people of those things. It all seems so obvious, but apparently not to all.

So, Tom, thanks for all you are doing. And I hope that you will want to help a $5000 contribution(s) toward that million dollar operating fund. (And if you have other friends you want to recruit to the cause as additional members of that group of 200, please do so -- and count on us following up in any way you suggest.)

Contributions should be made out to "Unity08" and sent to me: Doug Bailey, Unity08, 2600 Virginia Avenue, NW, Suite 514, Washington, DC 20037.

Please call or email back any questions at all. I'm anxious to make you totally comfortable in your support. Thanks for all you are doing.

Doug
(o) 202-333-2622
(c) 703-618-2494

--------

From: Thomas F. Stroock <tomstroock@⬛⬛⬛>
To: Doug Bailey <dougbailey4828@gmail.com>
Date: Fri, Sep 8, 2006 at 5:14 PM
Attachments: Letter to DBailey 09-11-06.doc

[Quoted text hidden]

--------

From: Doug Bailey <dougbailey4828@gmail.com>
To: "Thomas F. Stroock" <tomstroock@⬛⬛⬛>
Date: Fri, Sep 8, 2006 at 7:02 PM

Tom: Thank you for your generosity and support. As a non-lawyer I am hesitant to answer your questions about whether a family owned corporation can give, but I will ask our lawyers and get an answer. Thanks again for your response -- not just the dollars but the steady support and help you have been frm the beginning. Doug

[Quoted text hidden]

--------

**EXHIBIT 9**

EMAIL ADDRESS
REDACTED

**From:** Doug Bailey [dougbailey4828@gmail.com]
**Sent:** Tuesday, February 13, 2007 10:11 AM
**To:** Daniel Radek
**Subject:** Fwd: Unity08

**Attachments:** Unity08 Powerpoint Presentation 10-18-06 - Presentation Version.ppt


---------- Forwarded message ----------
From: **Doug Bailey** <dougbailey4828@gmail.com>
Date: Oct 27, 2006 12:32 PM
Subject: Unity08
To: "George S. Pillsbury" <GSpbury@▇▇▇▇▇>
Cc: Charles Bartlett <cbart12@▇▇▇▇▇>

George:

It was great meeting and talking with you and our lunch-mates at Charlie's the other day. It was a valuable session for me -- lots of good advice and thoughts.

I appreciated your letter. It went to a point that we have debated internally many times. While we don't have much doubt that we are probably giving people a reason (as well as an opportunity) to leave their parties, we very much like the notion that we are not trying to replace the two parties but to give them a jolt toward recognizing that most voters are in the middle -- and if the parties don't go there too they will simply disappear over time. That is why we say that we aren't asking either delegates to our convention or candidates for our nomination to leave their own parties. We want a Unity ticket of one R and one D -- if for no other reason than to prove that sensible people in both parties can work together for the common good. (We also say, of course, that a Unity Ticket can also come about from from an Independent presenting a Unity Team representing people from both parties -- e.g., a Vice President from the Republicans and a Secretary of State designate from the Democrats).

We know that should we succeed (and believe we will) that the Unity Party will probably be permanent, but that really isn't our goal. Our goal is for the two parties to wake up and turn toward the middle; if they do we can disappear; if they don't they will disappear. But that is the reason we talk about an R and a D on the ticket. We want Washington to understand that great things happen when the best in both parties work together.

You are absolutely right about the language on "Why Unity08 will Succeed." "Non-partisan" is a better way to phrase it there.

I have attached our powerpoint which generally goes with our in-person presentation. I thought you would enjoy clicking through it. I'd be happy to answer any questions or respond to any ideas for additions or deletions you have after you do. I would value your input.

It is the presentation we make when we are asking for funding support. We need to raise a one million dollar bridge fund (in contributions of $5000) to finance operations until we can count on small online contributions from the delegates making it self-financing. You will see at the end of the powerpoint the names of a number of the people who have already signed up (including some names that will be very familiar to you).

I hope that you and/or others of your family would consider joining that "Unity08 200" group of $5000

contributors. And I would welcome the chance to discuss with you the chances of putting a Minneapolis group of 10 or 15 prospects together to which we could come make a presentation.

Thanks for all your ideas and help.

Doug


--
Doug Bailey
Unity08
2600 Virginia Avenue, NW Suite 514
Washington, DC 20037
202-333-2599 - office
703-618-2494 – cell


--
Doug Bailey
Unity08
2600 Virginia Avenue, NW Suite 514
Washington, DC 20037
202-333-2599 - office
703-618-2494 – cell

**EXHIBIT 10**

# Unity08. A people's movement to take our country back.

## UNITY 08 DONORS 2007

Unity08 does not accept contributions from special interests or corporations - and contributions from individuals are voluntarily capped at $5,000 (cumulative) per year. Below is a list of all donors for January, 2007 who have generously contributed or more to Unity08. Our 2006 donor list can be found here.

As of February 2007, we will be updating this list monthly. If you'd like to support Unity08 with a contribution, please click here.

### $5000 Donors

| Ackerman | Elyssa | New York | NY |
|---|---|---|---|
| Ackerman | Jason | New York | NY |
| Bailey | Richard C. | Houston | TX |
| Bartlett | Charles L. | Washington | DC |
| Cuban | Mark | dallas | TX |
| Cullman | Susan Rita | New York | NY |
| Cutter | Bowmen | New York | NY |
| Davidson | Charles | Greenwich | CT |
| Jarecki | Henry | New York | NY |
| Kissick | John H | Encino | CA |
| Kissick | Kathy | Encino | CA |
| Lowenstein | Lee | New York | NY |
| Raben | Bruce | Los Angeles | CA |
| Rafshoon | Eden W | Washington | DC |
| Regan | Amy | Pennington | NJ |
| Regan | James | Pennington | NJ |
| Ressler | Richard | Encino | CA |
| Sant | Roger | Washington | DC |
| Smallwood | Scott | Arlington | VA |
| Vradenburg | George | Washington | DC |

### $2000 Donors

| Lyttle | Lawrence | Pacific Palisades | CA |
| Stroock | Thomas F. | Casper | WY |

## $1000 Donors

| Black | Liberty | Redmond | WA |
| Brodsky | David M. | Scarsdale | NY |

## $500 Donors

| Bingham | Robert | Del Mar | CA |
| Clark | William | Russellville | AL |
| Eisenhardt | Elizabeth | San Francisco | CA |
| Forsythe | Heidi | Lakewood | CO |
| Lievense | Robert | Saranac Lake | NY |
| Mayer | Mercer | Roxbury | CT |
| Rothman | John F | Tarzana | CA |

## $250 Donors

| Ennis | John | Sudley Springs | VA |
| Levinson | Stuart | Charlotte | NC |
| McClure | Douglas W. | Alpharetta | GA |
| Simmons | Joyce | | |

## $200 Donors

| Childers | Theodore | La Mesa | CA |
| Cobb | Sara | Marietta | GA |
| Eager | Walter | Corvallis | OR |
| Hamill | Becky | washington | DC |
| Neumann | Michael | Meeker | CO |
| Segel | Joseph | Bryn Mawr | PA |
| White | Alvah | Evanston | IL |

About   Speak Out   Take Action   Donate   Buzzworthy   Contact   Privacy Policy   info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219.  www.unity08.com

**EXHIBIT 11**

# Unity08. A people's movement to take our country back.

## OUR BELIEFS, OUR GOALS & WHY WE'LL SUCCEED

Who We Are

What We Believe

Our Goals

Unity08 on Lobbying and Corruption

Unity08 On the Issues

Why Unity08 Will Succeed

## Who We Are

Unity08 is a group of citizens deeply concerned that the wheels have come off our political system, that the American Dream is slipping away, and that time is short to get things back on track.

**We are of all ages, backgrounds, colors and beliefs and from both parties:**

Some of us have been involved in political campaigns at the state and national levels and served in high government positions.

Others of our leadership group have never been active in political life but have been highly successful in the private sector, active in the non-profit world and in other walks of American life.

Still others of our leadership group are students, who are concerned that the agenda of special interests is coming before the national interest.

View the Unity08 Founders Council.

View the Advisory Council.

## What We Believe

Unity08 believes that neither of today's major parties reflects the aspirations, fears or will of the majority of Americans. Both have polarized and alienated the people. Both are unduly influenced by single-issue groups. Both are excessively dominated by money.

For most of the 20th Century, the contest for the U.S. presidency was waged over those "in the middle." Recent Presidential elections, however, have not been focused on the middle but on the turnout of each party's special interest groups — with each party's "base" representing barely ten

percent of the American people.

We believe that, while the leaders of both major parties are well intentioned people, they are trapped in a flawed system — and that the two major parties are today simply neither relevant to the issues and challenges of the 21st Century nor effective in addressing them.

As a result, most Americans have not been enthusiastic about the choices for President in recent elections, the key issues they ran on, or the manner in which the campaigns were conducted.

Therefore Unity08 will act to assure that an alternative ticket is presented to the American voters in 2008.


## Our Goals

We have set three specific goals, and are exploring how best to achieve them.

1. **Goal One** is the election of a Unity Ticket for President and Vice-President of the United States in 2008 — headed by a woman and/or man from each major party or by an independent who presents a Unity Team from both parties.
2. **Goal Two** is for the people themselves to pick that Unity Ticket in the first half of 2008 — via a virtual and secure online convention in which all American voters will be qualified to vote.
3. **Goal Three** is for the delegates to that convention to select the issues which are crucial to America's future and the questions on those crucial issues which the candidates should address fully and candidly.

The new ground broken in meeting our goals will include new choices for voters, new opportunities for candidates, and new uses of modern technology as well. In pursuing our goals, we will both follow the law in every instance and seek the opinion of the Federal Elections Commission to interpret the law where we are breaking new ground.

We are not looking to build a new and permanent party. That might happen, but our objective is to fix the old parties. A Unity Ticket in office for one term or even taking part in just one election can bring new ideas, new integrity and new leaders to the fore.

We will not waste time assessing blame. Both parties and all of us who have been active in them share responsibility for the current political morass. We hope instead to return the focus of our politics and policy to the common good — those ideas and traditions which unite and empower us as individuals and as a people.


## Unity08 on Lobbying and Corruption

Unity08 strongly believes the corrupting influence of special interest money is a major cause of today's fundamentally broken political system. Lobbyist money plus pandering to the intense ideological bases

Case 1:07-cv-00053-RWR   Document 26-3   Filed 04/11/2007   Page 7 of 35

by both parties yields the blame-game partisan bickering that has destroyed voter confidence. No other issue will get solved until this one does.

Unity08 intends to fix this broken system by electing a bipartisan "Unity Ticket" to the White House in '08 funded solely by small-dollar donations from everyday Americans. As a result the Unity08 President and Vice President will enter office not with favors owed to lobbyists and special interests but with a clear mandate from the American people to cooperate and provide courageous leadership on the most crucial, complex issues facing our country.

Want to better understand why Unity08 feels so strongly about this subject? Click here...

## Unity08 on the Issues

Unity08 divides issues facing the country into two categories: **Crucial Issues** — on which America's future safety and welfare depend; and Important Issues — which, while vital to some, will not, in our judgment, determine the fate or future of the United States.

In our opinion, Crucial Issues include: Global terrorism, our national debt, our dependence on foreign oil, the emergence of India and China as strategic competitors and/or allies, nuclear proliferation, global climate change, the corruption of Washington's lobbying system, the education of our young, the health care of all, and the disappearance of the American Dream for so many of our people.

By contrast, we consider gun control, abortion and gay marriage important issues, worthy of debate and discussion in a free society, but not issues that should dominate or even crowd our national agenda.

In our opinion — since the disintegration of the Soviet Union — our political system seems to have focused more attention on the "important issues" than the "crucial issues." One result: The political parties have been built to address the interests of their "base" but have failed to address the realities that impact most Americans.

## Why Unity08 Will Succeed

Here are four reasons we believe the Unity08 movement will succeed:

1. The American people know that the current political system is broken and that the time is short to fix it.
2. A solidly-funded movement of up to 20,000,000 Americans can be built online in order to nominate a Unity Ticket of their choice for 2008.
3. Seeing the numbers, leaders in both parties will see that a Unity Ticket in 2008 represents the jolt the political system needs to get back on track.
4. The tens of millions of Americans who have not been voting out of cynicism toward the current

system are likely to rally to new leadership with a new approach.

**The genius of America is that every generation redefines freedom in its own terms for its own times. Unity08, in a tradition as old as our country itself, is committed to still another rebirth of freedom.**

For more information about Unity08, please view the Frequently Asked Questions page and the Governance page.

About    Speak Out    Take Action    Donate    Buzzworthy    Contact    Privacy Policy    info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,   www.unity08.com

**EXHIBIT 12**

# Unity08. A people's movement to take our country back.

## UNITY08 FORMS ADVISORY COUNCIL OF RESPECTED LEADERS

FOR IMMEDIATE RELEASE: March 27, 2007
CONTACT: Shane Kinkennon, 202-536-2792, shane@kinkennoncommunications.com

---

*As Presidential Candidates Jockey Earlier than Ever for Big-Donor Contributions, New Advisory Council Brings Momentum, Credibility to Unity08's Plan for Change*

**Washington, D.C. – March 27, 2007** - Unity08 announced today that it has formed an advisory council to help guide the political movement in its goal to win the White House with a bipartisan Unity Ticket, nominated in the first-ever national political primary to be held over the Internet.

"This impressive new advisory council brings credibility and momentum to our mission of winning the White House with a Unity Ticket, nominated in the first-ever 'national' presidential primary, and elected through the power of small-dollar contributions from everyday Americans," said Doug Bailey, member of the Unity08 founders council, who founded the political newsletter *The Hotline* and ran communications during the 1976 Gerald Ford presidential campaign. "We welcome them to our movement."

Jerry Rafshoon, Unity08 founders council member and communications director during the Carter White House, said, "Unity08 is delighted to welcome this distinguished group of Americans to our efforts to take the country back from overly partisan, divisive politics and place it back in the hands of the people. Each of these individuals shares our belief that now is the time for Americans to unite in an Internet-based movement and to say, 'Enough is enough!'"

Members of the new advisory council are:

Peter Ackerman, chairman of Rockport Capital

Jacqueline Adams, an Emmy Award®-winning former correspondent for CBS News. She is a senior counselor at global public relations firm Burson-Marstellar

Mark Cuban, owner of the Dallas Mavericks and chairman of HDNet, an HDTV cable network

Susan Cullman, co-chair, Republican Majority for Choice PAC

John Dwyer, counsel to Arent Fox and former CEO of a specialty pharmacy distribution company

Angus King, two-term Independent governor of Maine (1995-2003) and special counsel at the law firm of Bernstein, Shur, Sawyer and Nelson

Dale Mathias, co-founder of GlobeVest LLC, an emerging market private equity fund-of-funds and a former associate dean at the Columbia Business School

George Vradenburg, president of the Vradenburg Foundation and former executive vice president for global and strategic policy at AOL/Time Warner

Sam Waterston, the Emmy Award-winning lead actor of NBC's long-running television series *Law & Order*

Bill Weld, the Republican governor of Massachusetts from 1991-1997, and partner at the law firm McDermott, Will & Emery

"Each of these leaders shares Unity08's belief that, in order to fix today's broken political system, the role of bundled lobbyist checks in presidential campaigns needs to be drastically reduced, supplanted by small contributions from enthusiastic, engaged American voters," said Rafshoon.

Unity08 believes it has the right plan to end the partisan bickering in Washington and get the country back on track:

Host a national primary over the Internet, in which any registered voter can participate

Nominate a bipartisan Unity Ticket at the national presidential primary

Place that ticket on the ballot in all 50 states

Fund that campaign through small-dollar gifts

Win the White House with that Unity Ticket, thus bringing a whole new level of cooperation to Washington and actually making progress on the most crucial issues facing the nation

"Our mission is a critical one for the future of our country," said Bailey. "I thank these individuals for joining us, and for believing in our most important cause. We welcome their guidance, ideas and counsel."

Unity08 is now enabling any registered American voter, without changing their party affiliation, to sign up as a founding delegate at the first-ever national presidential primary, to be held over the Internet in the spring of 2008. Americans can register now at www.unity08.com.

*Unity08 is a recently established political movement attracting Americans deeply concerned with the polarization of our political system. Unity08 will provide American voters access to a new and highly participatory process to nominate and elect a bipartisan ticket to the White House in 2008, unconstrained by the limitations of the current system. Learn more at www.unity08.com.*

About    Speak Out    Take Action    Donate    Buzzworthy    Contact    Privacy Policy    info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,  www.unity08.com

**EXHIBIT 13**

**SHARE GROUP FUNDRAISING SCRIPT**
**UNITY08**
**UNIT04 Post ELECTION Script**                                                *11/09/06*

Updated 11-10-06

**INTRODUCTION**

**Hello (PROSPECT), this is \_\_\_\_ calling on behalf of Unity08 from the Share Group. I'm calling to thank you for your interest and support of Unity 08, and I should let you know that this call may be monitored or recorded to ensure quality.**

**FIRST ASK**

Mr/Ms.\_\_\_\_\_, as a supporter of Unity08, I know you've had it with today's shameful state of politics.

Fortunately, the recent Congressional elections have served to re-energize our imaginations and raise our expectations.

And, although some see Tuesday's election results as a breath of fresh air we'd do well to remember that a breath of fresh air is a long way from a strong and persisent wind of change.

Let's not forget that the depressing quality of the 2006 campaigns – the ads, the attacks, the blame-game, the endless money, the avoidance of the crucial issues.

Despite the elections lobbyist corruption and bitter partisanship remains the reality in Washington. Proof positive that the system is broken, that both parties broke it, and that a third force in the middle is essential to fix it.

As you know, the year 2008 will soon be here, and Now that peoples' attention is turning to the '08 presidential race, Unity08 really is poised to make history, and we are glad that you are part of it. We truly have an opportunity to get the political system back on track, with the focus on CRUCIAL issues facing our country right now, like the national debt, global terrorism, health care, and climate change. If we don't succeed, the two major parties will stay stuck in partisan battles, pandering to their base - - and we will see more debates in Congress about flag burning while the deficit soars.

But, Mr/Ms.\_\_\_\_, it won't be easy - - and it's going to take the dedication, and yes, resources, of all our supporters, to succeed. Unity08 has pledged not to accept any special interest or corporate contributions. If you saw how the spending of special-interest money broke records in this most recent election, you can appreciate the importance of what we're doing – and how challenging it will be. So we need everyone who feels as we do, to do their part to help us grow into the political force we can be. That's why we are calling tonight, Mr/Ms\_\_\_\_\_, to ask you to help grow Unity08 with a generous gift tonight of 2HPC / $75. Can we count on you?

IF YES, go to CREDIT CARD CLOSE. IF NO, go to SECOND ASK

**SECOND ASK**

I understand that is a lot to ask. But we never know unless we ask. There is a lot at stake, though. Since Unity 08 is a citizen's movement, the key to our success is if everyone does their part, at what ever level is comfortable to them.

Let's face it, Mr./Ms.\_\_\_, most Americans have not been enthusiastic about the choices for President in recent elections, the issues they ran on, or the way the campaigns were conducted. If we have politics as usual, more and more people will opt out of the process, leaving the extremist bases of the major parties to decide. There has to be a place for moderates - - and that place is Unity08.

We will offer an alternative, a Unity Ticket, chosen by the people, and addressing the core issues. We are making progress toward that goal, and look forward to our first convention - - with regular people like you and me as delegates. But we can't do it without your help. That's why we were hoping you could help out today/tonight. Would a generous gift of $50 (1 ½ HPC), be possible for you at this time?

**Page 1**

**SHARE GROUP FUNDRAISING SCRIPT**
**UNITY08**
**UNIT04 Post ELECTION Script**                                                                  *11/09/06*

Updated 11-10-06

IF YES, go to CREDIT CARD ASK, IF NO, go to THIRD ASK

**THIRD ASK**

I understand, and I don't mean to be too persistent. It's just that we have a lot of work to do- - and now that the midterm elections are nearly behind us, it's time to really focus on being ready to offer an alternative in 2008. We have a lot of organizing and reaching out to Americans like you, who are looking for a better way. In order to do that, we have to really ramp up right now.

We are building an organization that reaches people of all ages, backgrounds, colors and beliefs from both parties. We are seeking nothing less than a rebirth of freedom, and the time is now. But freedom doesn't come without sacrifices, and that's why we are hoping for 100% participation from people like you, people who have the vision to see an alternative to the status quo, that will put the US back on track. Can we count on you for a more affordable gift of just $25 (HPC, whichever is higher) to get us moving in the right direction?

IF YES, go to CREDIT CARD ASK.

**IF NO**

Well, I really appreciate the time you have taken with me today, and hope you will visit our website, www.Unity08.com, to keep up with our progress. Thank you, and good day/good night.

**MANDATORY CLOSING LANGUAGE**

Thank you so much for your support. Please bear with me, but Federal Law requires that I tell you that this call has been paid for by Unity08 and is not authorized by any candidate or candidate's committee. Contributions or gifts to Unity08 are not deductible as charitable contributions for Federal income tax purposes.

**CREDIT CARD ASK**

*1st* CC ASK IS "ASSUMPTIVE": Thanks, Mr./Ms._____ I We're processing gifts today using Visa, Mastercard, American Express or Discover … which would you prefer to use?

*2nd* CC ASK IS "EXPLANATORY": I understand, and your check is always welcome. The reason I asked for a credit card is that it's the most efficient way to process your contribution – there's less administrative time, paperwork, and postage involved and more of your contribution goes directly towards our mission - - and it's much faster. Would you help in this way?

**IF STILL NO**
That's fine. We'd be happy to process a check pledge. I'll send you a card and reply envelope in the mail.

***FUNDRAISERS: MAKE CERTAIN TO TAKE ALL CREDIT CARD INFO BEFORE RECORDING . ...
BEGINS***

**RECORDED CONFIRMATION OF PLEDGE AMOUNT AND TYPE**

Let me confirm this again please.

**1) CONFIRM PLEDGE AMOUNT, TYPE and RETURN DATE (for check pledges)**

**CHECK:** You have agreed to make a [pledge/contribution/gift] of $__ to Unity08. Is that correct? *[Note: must get a yes or no response.] BACK END ASK: Is there any way you can increase that by just $8, for*

**Page 2**

SHARE GROUP FUNDRAISING SCRIPT
**UNITY08**
**UNIT04 Post ELECTION Script**                                      *11/09/06*

Updated 11-10-06

*the 2008 presidential election? That would bring your total to $____. [Note: must get a yes or no response.]*

We'll send you a card and reply envelope in the mail – it has a *[describe envelope]* on the outside of the envelope so you can identify it easily. May I count on you to return your gift within 3 to 4 days/the same day/the next day/within 2 days of receiving the envelope?

> *Note: If initial timeframe is not possible: or [specific date 2 weeks from today/in 2 weeks]; 3rd ask is for [within 4 weeks or specific date 4 weeks from today]*

> *Return date must be an exact time frame. If they do not make such a commitment, it is not a valid pledge and should be recorded as a refusal.*

**CREDIT CARD:** We'll send you a confirmation for your pledge/contribution/gift of $__ to [Client]. I have recorded that you have asked to have it charged to your VISA/Amex/MC/Disc account. Is all that correct? *[Must get yes or no].* **BACK END ASK:** *Is there any way you can increase that by just $8, for the 2008 presidential election? That would bring your total to $____. [Note: must get a yes or no response.]*

**2) CONFIRM ADDRESS:** And let me just confirm your mailing address. Are you still at [read address on screen]? *Must get yes or no.*

**3) DISCLAIMER / TAX STATUS LANGUAGE (if you didn't say it before, you MUST say it now:**
MANDATORY CLOSING LANGUAGE

Thank you so much for your support. Please bear with me, but Federal Law requires that I tell you that this call has been paid for by Unity08 and is not authorized by any candidate or candidate's committee. Contributions or gifts to Unity08 are not deductible as charitable contributions for Federal income tax purposes.

**4) THANK DONOR FOR THEIR GIFT AND SUPPORT!** Thank you for your generous gift of $__ and for your support of [Client] -- your help makes our work possible!

> ### *MAKE SURE THE DONOR HANGS UP FIRST!*

## INFO ABOUT RECENT F.E.C DECISION:

As you know, Unity08 is breaking new ground. Some months ago, we asked the Federal Election Commission (FEC), which oversees the implementation of election law, to provide guidance on how exactly we should be classified. The FEC's just-released answer is the first demonstration that the money-laden Washington establishment is uncomfortable with Unity08's potential to end the corruption and re-align our leadership with the will of the majority of American people.

### The FEC shows itself as an agent of "Official Washington"

The FEC, the very agency that oversees a system that allows obscene amounts of special interest money to flow in favor of the two major parties, ruled to place strict limits on the money Unity08 can raise! Specifically, the FEC put in place a strict $5,000 limit on any contribution to Unity08, but leaves the limits for the Democratic and Republican parties at $25,000 per contribution – *that's five times as much!*

Of course, Unity08 had long ago voluntarily instituted a $5,000 cap as part of our promise to reduce the influence of money on politics. And as you know, Unity08 refuses to take money from corporations or special interests. So nothing about our operations will change.

**Page 3**

SHARE GROUP FUNDRAISING SCRIPT
UNITY08
UNIT04 Post ELECTION Script                                    *11/09/06*

Updated 11-10-06

**But this decision shows that "Official Washington" has taken notice and has begun to mobilize to keep this movement of American voters from shaking things up!**

**Don't tolerate "Official Washington" trying to stand in our way!**

Don't tolerate the Washington establishment trying to keep this movement from ending the influence of money on politics and the partisan bickering it creates!

UNI  : 00033

**EXHIBIT 14**

Daniel Radek                                                    March 15, 2007
                        Washington, DC

                                                              Page 8

 1        A    Yes.

 2        Q    Are you aware that you're here today as

 3   the corporate designee of Unity08 to answer

 4   questions relating to the topics on page 3 of the

 5   document?

 6        A    Yes.

 7        Q    Did you have any meetings to prepare for

 8   today's deposition.

 9        A    Yes.

10        Q    With whom did you meet?

11        A    Steptoe & Johnson.

12        Q    Other than your attorneys, did you talk to

13   anybody else about today's deposition?

14        A    Doug Bailey's aware of the deposition and

15   told me I would likely be deposed based on his

16   earlier deposition.

17        Q    Did you discuss the substance of either

18   his deposition or this deposition with Mr. Bailey?

19        A    No, I didn't go over any specifics.

20        Q    Other than any documents that your lawyers

21   may have shown you, did you review or prepare any

22   documents in preparation for the deposition?

Daniel Radek                                                March 15, 2007
                        Washington, DC

                                                              Page 9

 1        A    I've looked at things that have been given

 2   to you before, just in the course of activities, but

 3   I did not take a thorough review of all

 4   documentation that was provided, no.

 5        Q    How much money has Unity08 raised since

 6   its inception?

 7        A    Through January approximately a half

 8   million dollars.

 9        Q    What methods has Unity08 used to raise

10   that money?

11        A    Can you specify methods in terms of the

12   answer you're looking for?

13        Q    Sure.  Has Unity08 used direct mail to

14   raise money?

15        A    I believe there's been sampling, but it

16   has not been employed in mass.  It's not something

17   that is a regular function that they've done.

18        Q    What do you mean by "sample"?

19        A    I believe a few mailings have been sent

20   out but nothing in mass.

21        Q    Do you know how much money has been raised

22   through those samplings, if any?

Daniel Radek                                                                March 15, 2007
                              Washington, DC

Page 10

1       A    No, but I know the overall amount is

2    relatively diminimous.  As I said, they've only

3    tested so it's not anything substantial.  We don't

4    break that out separately.

5       Q    Would you say that it's over $10,000?

6       A    I can't say.  I just don't know.

7       Q    Over a thousand dollars?

8       A    Again, I don't know what the amount is.

9       Q    Has Unity08 raised any money through media

10   advertising including print ads or radio ads?

11      A    I don't believe they've paid for any

12   advertising.

13      Q    Has Unity08 raised any money through

14   scripted phone calls?

15      A    Yes.

16      Q    And how much money has been raised that

17   way?

18      A    I don't know the exact amount.

19      Q    Is it over a thousand dollars?

20      A    Yes.

21      Q    Over $10,000?

22      A    Yes.

Daniel Radek                                                       March 15, 2007
                            Washington, DC

                                                                    Page 11

     1          Q     Over $50,000?

     2          A     Not sure.

     3          Q     I'd like to ask the court reporter to mark

     4     this document as Radek Exhibit 2.

     5                (Radek Exhibit No. 2 was marked)

     6          Q     For the record this is a document bearing

     7     bates numbers 21 through 33.  Have you seen these

     8     documents before?

     9          A     No.

    10          Q     Are you aware of any scripts being

    11     prepared for paid telephone solicitors to raise

    12     money?

    13          A     Yes, I knew of their existence but I've

    14     never seen them before.

    15          Q     Do you know how many scripts have been

    16     prepared?

    17          A     Not off the top of my head.

    18          Q     Do you know the content of any of the

    19     scripts?

    20          A     Again, I've never seen the scripts.  I

    21     knew of their existence but I've never actually seen

    22     any of them.

Daniel Radek                                                    March 15, 2007
                            Washington, DC

Page 12

```
 1        Q    Is Unity08 currently using paid telephone

 2    solicitors to raise money?

 3        A    Yes.

 4        Q    Do you know the name of vendor who

 5    conducts the telephone solicitations?

 6        A    The Share Group.

 7        Q    Are there any other vendors who do that?

 8        A    There is one other vendor, I believe it's

 9    Direct Access Marketing, they go by the initial DAM,

10    but I don't believe they've done any substantial

11    work.  Share Group has been the primary vendor.

12        Q    Has Unity08 raised any money through

13    personal solicitations?

14        A    As in individuals soliciting others?

15        Q    Yes.

16        A    Yes.

17        Q    And how much money has been raised that

18    way?

19        A    Approximately $375,000 through January.

20        Q    Ask the court reporter to mark this

21    document as Radek Exhibit 3.

22             (Radek Exhibit No. 3 was marked) Ford
```

Daniel Radek                                                                    March 15, 2007
                              Washington, DC

                                                                        Page 13

1        Q    For the record this is a document bearing

2    bates numbers 434 through 454.  Are you familiar

3    with this document?

4        A    Yes.

5        Q    What is it?

6        A    A PowerPoint presentation.

7        Q    What is it used for?

8        A    Various purposes.  I'm not actually the

9    one that uses it so I can't tell you exactly where

10   it's been used but I do know it's used in

11   presentations.

12       Q    Is it used in fund raising presentations?

13       A    I believe so.

14       Q    And who uses it for fund raising

15   presentations?

16       A    I've helped prepare the document in terms

17   of doing some things within PowerPoint for Doug and

18   Anya but beyond that I can't say.

19       Q    Are there other presentations that are

20   used for in-person fund raising solicitations?

21       A    There are iterations, if you will, of the

22   same document but I'm aware of this one, if there

Daniel Radek                                                    March 15, 2007
                        Washington, DC

Page 14

1    are others I'm not not aware of it.

2         Q    Other than other versions of this document

3    you're not aware of any other presentations?

4         A    In terms of PowerPoints, no.

5         Q    In terms of things other than PowerPoints?

6         A    I believe one of the sets of documents

7    that was provided were some other informational

8    pieces that have been given to others.  Those

9    obviously are documents that may have been handed

10   out, but I can't, again, I've not participated in

11   those meetings so I can't attest to their actual

12   uses.

13        Q    Do you know how much money has been raised

14   in meetings or other situations where this document

15   or other versions of this document were presented?

16        A    Off the top of my head, no.  As a rule of

17   thumb if you wish to go through and look at the

18   donations and what's been given you can probably

19   pick out the larger donations are probably

20   solicitations.

21        Q    So most of the larger, larger meaning

22   $5,000?

Page 15

1       A    Yes.

2       Q    So most of the $5,000 donations have come

3    at or after a meeting where this presentation was

4    shown?

5       A    To the best of my knowledge, yes.

6       Q    Other than the document we just looked at

7    or the other documents that you referred to that

8    have been shown as part of solicitations, are the

9    solicitees told anything about how their donations

10   will be used?

11      MR. DUFFY:  He said he's not --

12      A    I don't know what's communicated at those

13   meetings.  I have not participated in them so I

14   can't say.

15      Q    Does Unity08 raise funds through its

16   website?

17      A    Yes, there's a donation page on-line.

18      Q    And how much money has Unity08 raised

19   through that page?

20      A    It's over a hundred thousand dollars.  I

21   can't tell you precisely.

22      Q    So just adding up here over a hundred

Page 16

1    thousand from the website plus $375 roughly from the

2    personal solicitations and 10,000 plus from phone

3    calls that takes us roughly to the 500,000 that you

4    mentioned at the beginning?

5        A    Roughly, yes.

6        Q    I'd like to ask the court reporter to mark

7    this document as Radek Exhibit 4, please.

8             (Radek Exhibit No. 4 was marked)

9        Q    This is a document bearing bates number

10   711.  Are you familiar with this document?

11       A    It would appear to be our donation page on

12   our website.

13       Q    Does it appear to be an accurate copy of

14   that page?

15       A    I don't study the page so I don't know it

16   in detail, but judging by it it looks like it.

17       Q    Is this the only web page through which

18   Unity08 can receive donations on-line?

19       A    There are several iterations of this which

20   have recently been provided.  It was something that

21   was recently asked for and just recently in fact

22   last night given to Steptoe, so you might not have

Daniel Radek                                                    March 15, 2007

Washington, DC

Page 17

1    seen that yet.

2        Q    Are those other iterations previous

3    versions of this or later versions?

4        A    I can't attest to the order but they're

5    all very similar in nature.

6        Q    Are there any differences in the content

7    of the pages as opposed to the icons or the layout?

8        A    I've not studied them.  This is, again,

9    not sort of my area of focus but I know one of them

10   has Sam Waterston's picture on it but other than

11   that I can't attest to what the various differences

12   are.  They're all similar in nature and once you get

13   a chance to look at them you can probably discern

14   quickly the differences.

15       Q    Once we do have a chance to look at those

16   if we wanted to determine how much money came in for

17   each version of the page would that be something

18   that Unity08 could figure out?

19       A    All of the data resides in a database.  I

20   myself don't necessarily know how to access all

21   that.  Be happy to provide a copy of the database

22   and obviously you can look through what fields are

Page 18

1    available and determine if it's helpful.

2         Q    Those other iterations, they were all at

3    the same url, correct?

4         A    I believe there's a slight difference in

5    terms of the name of the url.  I believe all the

6    front is the same and just the last part is

7    different.

8         Q    So was all of the something over a hundred

9    thousand dollars that's been raised through the

10   website raised from this page or the other

11   iterations that you mentioned?

12        A    Again, I don't know right now off the top

13   of my head where the money came in in terms of which

14   web page so I can't tell you.

15        Q    Taking them all collectively do those

16   account for all the on-line contributions that

17   Unity08 has received?

18        A    I don't know.  I do know that there are

19   several layers in terms of systems and so I don't

20   know if there were or are others that are in use.

21   To the best of my knowledge, those are the ones that

22   I'm aware of but that doesn't mean that there

Daniel Radek                                                                    March 15, 2007
                              Washington, DC

Page 19

1     couldn't have been others.

2         Q     Has Unity08 received any loans?

3         A     Not that I'm aware of.

4         Q     As of today are there any individuals who

5     have indicated that they specifically intend to make

6     a loan to Unity08 if that's legally permissible?

7         A     Not that I'm aware of.  Again, I don't

8     have the direct conversations.

9         Q     As of January 10th of this year, 2007, are

10    you aware of any individuals who had indicated their

11    intent to give a loan to Unity08?

12        A     I'm not aware of anybody so let alone a

13    particular date.

14        Q     Do you know if Unity08 intends to receive

15    any loans in the future?

16        A     There are documents being prepared in the

17    hopes of loans being received.

18        Q     Are there specific individuals who are

19    going to be -- to whom those documents are going to

20    be presented?

21        A     Not that I'm aware of, no.

22        Q     What kind of documents are those?

Daniel Radek                                                    March 15, 2007
                          Washington, DC

                                                              Page 20

1          A       Informational about Unity08 and about the

2     activities that they intend to use the loans for.

3          Q       Other than the methods that we've

4     discussed has Unity08 raised funds from any other

5     method?

6          A       Can you list all the ones we've discussed

7     so I'm aware of --

8          Q       Sure.  We have discussed direct mail,

9     phone calls, personal solicitations and the website?

10         A       Not that I'm aware of, no.  Those are the

11    only forms of solicitation.

12         Q       Does Unity08 intend to, other than loans

13    which we discussed, does Unity08 intend to develop a

14    new source of funding?

15         A       Not that I'm aware of, no.

16                 (Radek Exhibit No. 5 was marked)

17         Q       Are you familiar with this document?

18         A       This is part of a document, yes.

19         Q       Are you familiar with this part of that

20    larger document?

21         A       Yes.

22         Q       Do you know who prepared this document?

Daniel Radek                                                    March 15, 2007
                        Washington, DC

                                                              Page 21

1        A    Yes.

2        Q    Who did?

3        A    Myself with input from various others,

4    Anya and Doug in particular.

5        Q    Why was this document prepared?

6        A    A draft budget for Unity08's activities.

7        Q    Was it prepared for planning purposes?

8        A    In terms of trying to gauge what sort of

9    resources they would need.

10       Q    Is there a more recent version of this

11   document?

12       A    Nothing that's been published.  I've

13   looked at some new numbers but nothing that's been

14   published or distributed internally.

15       Q    What's the source of the new numbers that

16   you have reviewed?

17       A    Just look at different scenarios given the

18   current status of funds.

19       Q    Are those scenarios that you prepared?

20       A    Again, I've looked at them but nothing has

21   been disseminated or distributed in terms of a

22   completed draft.

Page 22

1        Q      When you say looked at is it -- are they

2    scenarios that other people have prepared that you

3    reviewed?

4        A      No, these are things that I looked at

5    based on current conditions but nothing that's been

6    disseminated, discussed and blessed as a new

7    version.

8        Q      When you say looked at do you mean that

9    you have prepared them?

10       A      I've played around with numbers if that

11   qualifies.

12       Q      If you look at the exhibit under the

13   heading expenses the first line item is technology?

14       A      Uh-huh.

15       Q      What expenses are included within the

16   overall technology category?

17       A      If you have the rest of the document

18   actually it goes through and delineates each of

19   these line items in detail, so if you take a look at

20   the rest of the document we could see specifically

21   what's included.

22       Q      We understand that this is a draft and

Daniel Radek                                                           March 15, 2007
Washington, DC

Page 23

1    does not reflect what was actually spent over this

2    nine month time period; is that correct?

3          A    That's correct.

4          Q    What was actually spent on technology as

5    that term is used in this document?

6          A    If you want to try and do a comparison

7    which I have not done to date you can with the

8    information that's been provided, specifically the

9    tax filings 8872, you can see the expenditures that

10   have been made and make a comparison but I've not

11   done anything to date.

12         MR. NOTI:  Off the record for a minute.

13                   (Off the record)

14   BY MR. NOTI:

15         Q    You mentioned Unity08's 8872 filings.  I'm

16   going to run through some of the firms that are

17   listed as receiving expenditures.  Has Unity08 made

18   payments to a firm called Kinkennon,

19   K-I-N-K-E-N-N-O-N, Communications?

20         A    Yes.

21         Q    And how much has Unity08 paid that firm?

22         A    I don't know off the top of my head, but

Page 24

1    we could go through and add them up to figure out

2    the totality of it.

3        Q    As a general rule have there been payments

4    to vendors that aren't reflected on the 8872s?

5        A    No.

6        Q    And what services does Kinkennon

7    Communications provide in exchange of payments it

8    receives?

9        A    PR communications, press release type

10   activities.

11       Q    What specifically do they do, do they

12   write them, distribute them, all of those?

13       A    Yes, they also interact with the media in

14   terms of potential appearances on TV, help arrange

15   interactions between media outlets and Unity08.

16       Q    Does Kinkennon Communications do anything

17   else for Unity08?

18       A    I don't know the totality of everything

19   that they do, so I can't say with certainty.

20       Q    Are you aware of anything else that they

21   do?

22       A    There's been some help in developing

Daniel Radek                                                      March 15, 2007
Washington, DC

Page 25

 1    content for the web, finding articles in the news,

 2    for example, and forwarding those on to then be

 3    posted on the web, typically obviously things

 4    relative to Unity08 and its activities that would be

 5    an example.

 6         Q    Does Kinkennon Communications provide

 7    invoices to Unity08?

 8         A    Yes.

 9         Q    Are those invoices itemized by task or are

10    they by time?

11         A    No, neither.

12         Q    How does Kinkennon Communications

13    determine how much to bill Unity08?

14         A    The majority of them are by retainer.

15         Q    And for the invoices that don't relate to

16    things on retainer, what do those entail?

17         A    That was before my time.  Same services I

18    just don't know the methodology of billing that was

19    utilized.

20         Q    Looking at the exhibit which -- Exhibit 5,

21    which of these categories would payments to

22    Kinkennon Communications fall under?

Daniel Radek                                                                    March 15, 2007

Washington, DC

Page 26

```
 1        A    The line PR/media communications.

 2        Q    Has Unity08 made payments to a firm called

 3   Direct Mail Processors?

 4        A    I don't know.

 5        Q    Regardless of whether Unity08 has made

 6   payments, are you aware of Direct Mail Processors

 7   performing any services for Unity08?

 8        A    Yes.

 9        Q    What services do they provide?

10        A    They're primarily a mail processing

11   service, so they receive mail, process that mail on

12   our behalf to a P.O. Box.

13        Q    Incoming mail?

14        A    That's correct.

15        Q    Is that the only service they provide to

16   Unity08?

17        A    I believe so, yes.

18        Q    Which line item under Exhibit 5 would that

19   fall under?

20        A    We'd have to look at the detail to

21   determine.

22        Q    Has Unity08 made payments to a firm called
```

Daniel Radek                                                                                   March 15, 2007
                                           Washington, DC

Page 27

1    IFMS?

2          A    Yes.

3          Q    What services does IFMS provide?

4          A    They actually helped to arrange for

5    Princeton survey review and made the initial payment

6    and provided some additional management services in

7    terms of setting up Unity08.  The specifics of which

8    others like Doug and those involved could probably

9    articulate better than I.

10         Q    Is IFMS still providing services to

11   Unity08?

12         A    I don't know actually if they're doing

13   anything currently.

14         Q    Which line item on the budget would IFMS

15   fall under?

16         A    We'd have to look at the detail, but to

17   the extent that, for example, there was some

18   research at the time they would have helped to

19   arrange for that.

20         Q    Has Unity08 made payments to a firm called

21   Beehive Marketing.

22         A    Yes.

Page 28

1       Q     What services has Beehive Marketing

2   provided to Unity08?

3       A     Some management consulting services.

4       Q     And what is management consulting?

5       A     Some operational consulting, helping in

6   the fund raising efforts.

7       Q     What is operational consulting?

8       A     For example, some of the documents that

9   have been prepared on their behalf, helping to

10  coordinate the development of those documents,

11  helping to make sure that printing and logistical

12  efforts have been arranged, helping to coordinate

13  the website and content updates for the website,

14  helping to make sure that if you'll allow a phrase

15  the left hand and the right hand are talking

16  together and basically coordinating the various

17  efforts that Unity08 has been engaged in.

18      Q     Is it a particular type of document or

19  documents that they get involved with or could it be

20  any type of document?

21      A     Sort of spans the organization.

22      Q     Does Beehive Marketing still provide

Daniel Radek                                                                    March 15, 2007
                              Washington, DC

                                                                            Page 29

1      services to Unity08?

2            A      Yes.

3            Q      Which line item would Beehive Marketing

4      fall under?

5            A      Management/operations.

6            Q      Has Unity08 made payments to a firm called

7      Tiger Tell?

8            A      Yes.

9            Q      Do you know what services Tiger Tell

10     provides to Unity08?

11           A      Inbound calling, so basically they receive

12     inbound calls.

13           Q      Has Unity08 made payments to a firm called

14     Rain Dance?

15           A      I don't know.

16           Q      Do you know what services Rain Dance has

17     provided to Unity08?

18           A      Rain Dance is a conference line provider.

19           Q      Is that the only service they provided?

20           A      To the best of my knowledge.

21           Q      Has Unity08 made payments to a company

22     called Production Solutions?

Daniel Radek                                                    March 15, 2007
                        Washington, DC

Page 30

1        A     Yes.

2        Q     What services has Production Solutions

3    provided?

4        A     Primarily printing and purchasing of

5    things for print, for example.

6        Q     What do you mean by things for print?

7        A     Paper with letterhead as an example,

8    envelopes, things along that line.

9        Q     What types of documents did they print?

10       A     I don't know specifically what they

11   printed.  I do believe they were involved in

12   fulfillment, so when somebody makes a donation and

13   there's a letter sent out I believe they're involved

14   in that.

15       Q     Do they write the text of the letter?

16       A     No, I don't believe they're responsible

17   for the text.

18       Q     Which line item on the budget would

19   Production Solutions fall under?

20       A     They might actually fall under multiple in

21   regards to some printing for fund raising, the

22   fulfillment letter would fall under that and under

Page 31

1    management and operations.  There may be some

2    printing again that may fall under their charge.

3         Q    Has Unity08 made payments to a firm called

4    Democracy In Action?

5         A    Yes.

6         Q    What services have they provided?

7         A    They are an ECRM, which is an electronic

8    customer relationship management services, so it's

9    essentially software.

10        Q    What types of software have they provided?

11        A    It's ECRM.  It's a customer relationship

12   management software.

13        Q    What is that used for?

14        A    Primarily, and again I'm not a -- this is

15   not my area of expertise, but primarily for sending

16   out e-blasts as an example when you want to

17   communicate to all of the members that maintains a

18   database that you can derive from and send e-mails

19   out to.

20        Q    Other than mass e-mails are you aware of

21   any other uses of the software?

22        A    There's an underlying database that is

Daniel Radek                                                    March 15, 2007
                           Washington, DC

Page 32

1    maintained.  I don't know beyond those sorts of

2    activities the extent, again, probably others that

3    do.

4         Q    Do you know what that database contains?

5         A    Primarily membership information, members

6    of Unity08 who have signed up and given information,

7    records of the e-blasts that were sent.  I don't

8    know the full contents of the database.

9         Q    Does it contain donor information?

10        A    Some donor information.

11        Q    Would that fall under technology on the

12   budget or fall under another category?

13        A    We'd have to look at the detail to be

14   certain.  It likely falls under technology but I'd

15   have to look at the detail to be sure.

16        Q    Has Unity08 made payments to a firm called

17   Get Active?

18        A    Yes.

19        Q    And what services has Get Active provided?

20        A    They're an ECRM provider.

21        Q    Is there any difference between what they

22   do and what Democracy In Action does?

Daniel Radek                                                March 15, 2007

Washington, DC

Page 39

1    Martini Creative?

2        A    Yes.

3        Q    What services has Martini Creative

4    provided?

5        A    Creative concept development, logos and

6    the like.

7        Q    Besides creating logos has Martini

8    Creative provided any other services to Unity08?

9        A    I believe she might have sourced one of

10   the pictures that was used on the website, but

11   Martini Creative is solely involved in creative

12   activities, again creating logos, finding pictures

13   for the website, things like that.

14       Q    Which budget category would those expenses

15   fall under?

16       A    We'd have to look at the detail to be

17   certain.

18       MR. NOTI:  Off the record for a minute.

19                   (Off the record)

20   BY MR. NOTI:

21       Q    Has Unity08 made payments to a firm called

22   Peak Creative Media?

Daniel Radek                                                    March 15, 2007
                            Washington, DC

                                                                    Page 40

1        A    Yes.

2        Q    What services have they provided?

3        A    They were instrumental in helping to set

4    up the website.

5        Q    Besides that have they provided any other

6    services?

7        A    I believe so.

8        Q    What services have they provided?

9        A    Helpful in maintaining the website and

10   without looking at the invoices where it's detailed

11   out I don't know exactly what else they might have

12   done, but I know that they were instrumental in

13   setting it up and helping to maintain the website

14   that was primarily what they were responsible for.

15       Q    Do they still provide services to Unity08?

16       A    No.

17       Q    So do I understand correctly that all of

18   the services that Peak Creative Media were website

19   related services?

20       A    Again, we'd have to look at the detail to

21   be certain.  I know they were the primary

22   responsibilities but I can't attest to everything

Page 41

1    they did without looking at the specifics.

2        Q    What detail would we look at for that kind

3    of breakdown to see what exactly Peak Creative Media

4    had done for Unity08?

5        A    We'd have to look at their invoices.

6        MR. NOTI:  We'll have to check with David as to

7    whether we have any interest in seeing those

8    invoices.

9        MR. DUFFY:  Okay.

10       Q    Has Unity08 made payments to a firm called

11   Blue Gecko?

12       A    Yes.

13       Q    What services has Blue Gecko provided to

14   Unity08?

15       A    They're a hosting service, so Internet

16   hosting.

17       Q    Is that the only service they provide?

18       A    Yes.

19       Q    Do they only host the Unity08.com site?

20       A    I'm sure they host a ton of sites on

21   behalf Unity08.  I don't know if they host any other

22   sites that I'm aware of.

Daniel Radek                                                        March 15, 2007
                            Washington, DC

Page 42

1        Q    Does Unity08 have any other websites

2   besides Unity08.com?

3        A    There is a college website, I believe at

4   one point there was a unity petition website, but

5   that's all I'm aware of.

6        Q    Has Unity08 made payments to service to

7   Beacon Fire?

8        A    Yes.

9        Q    What services have they provided?

10        A    A technology consulting firm.

11        Q    What specific technology consulting have

12   they provided?

13        A    Primarily website and in making changes to

14   the website, helping to upgrade the website.

15        Q    Do they provide consulting advice with

16   regard to content or just more technological issues?

17        A    A little of both.

18        Q    And would Peak Creative Media, Blue Gecko,

19   Beacon Fire all fall within the technology category

20   on the draft budget?

21        A    I believe so.  We'd have to look at the

22   detail to confirm but I believe so.

Daniel Radek                                                    March 15, 2007
                        Washington, DC

                                                               Page 43

1          Q     Does Unity08 have any other significant

2     vendors besides that ones that we've mentioned

3     today?

4          A     Can you define significant?

5          Q     Say vendors whom Unity08 has paid over a

6     thousand dollars but excluding employees,

7     individuals and rent?

8          A     We'd have to look at the -- again, the

9     8872 details everybody that's paid over $500 in the

10    course of a year, so that's where we would find any

11    other significant vendors that Unity08 has paid over

12    a thousand dollars to.

13         Q     Does Unity08 intend to hire any vendors in

14    the near future?

15         A     I don't make the decisions for Unity08.

16    I'm sure the course of activities if there's a need

17    they would presumably seek out a provider for

18    whatever the service is in particular.

19         Q     Are you aware of any specific vendor or

20    provider who Unity08 intends to engage in the near

21    future?

22         A     No.

Daniel Radek                                                    March 15, 2007
                          Washington, DC

Page 44

1        Q    Does Unity08 have any paid employees or

2    paid internist?

3        A    No, there are contractors but not

4    employees.

5        Q    Who are Unity08's contractors?

6        A    If you -- currently or historically?

7        Q    Let's start with currently?

8        A    Nicole Williams is a current contractor

9    recently hired.  Steve Cornacky as a contractor for

10   certain services, obviously there are the vendors we

11   discussed earlier.  At various points there may have

12   been others that provided contract services for

13   Unity08 and again those would be detailed in the

14   form 8872.

15       Q    Are somebody like Anya Harris, if she's

16   not an employee and she's not a contractor what is

17   she?

18       A    Anya's employed by Beehive Marketing.

19       Q    What is Lindsey Ullman, what is her

20   relationship with Unity08?

21       A    Her current relationship I believe is a

22   director of the organization currently.

Daniel Radek                                                    March 15, 2007
                          Washington, DC

                                                              Page 45

 1          Q      Do you know what the expenditures to her

 2     have been related to?

 3          A      She provided some services related to the

 4     college program in helping to manage the college

 5     program, organize and develop that.

 6          MR. NOTI:  Off the record.

 7                       (Off the record)

 8     BY MR. NOTI:

 9          Q      Are there any individuals who received

10     payments from Unity08 whether employees Unity08 or

11     employees of a contractor or a vendor where that

12     payment to the individual is not reflected on the

13     8872s?

14          A      All payments, all payments, are reflected

15     in the 8872 of the individuals who have received

16     payment from Unity08 regardless of whether they are

17     employees or otherwise associated with Unity08.

18          Q      Have any of those payments specifically

19     related to ballot access efforts?

20          A      We'd have to look at invoices to

21     understand the activities of all vendors.

22          Q      Are you personally aware of any payments

Page 58

1    are.

2        Q    If Unity08 either receives donations after

3    the convention or has funds leftover after the

4    convention, do you know what Unity08 intends to do

5    with those funds?

6        A    No, that hasn't been discussed.

7        Q    Does Unity08 intend to give or sell its

8    delegate list to its nominee?

9        A    I don't know.

10       Q    Does Unity08 have a storage system for its

11   paper documents?

12       A    There's no one central storage, but

13   individuals obviously have storage for their

14   documents.

15       Q    Is that within Unity08's office in

16   Washington?

17       A    For those people that operate out of that

18   office I imagine that's where they store their

19   documents.

20       Q    Is there any individual person who's

21   charged with maintaining and updating Unity08's

22   paper files?

Daniel Radek                                                                                                   March 15, 2007

Washington, DC

Page 59

1        A      In the aggregate, no, it's too small of an

2    organization.

3        Q      Does Unity08 store paper documents

4    anywhere other than in its offices?

5        A      People that operate on behalf of Unity08

6    obviously store their documents wherever they're

7    operating from.

8        Q      But you the organization itself does it

9    store documents anywhere other than in its offices?

10       A      For example, I'm keeping the books and

11   records on the some of the financial transactions

12   and those records may be with me at any point in

13   time and I'm not necessarily on the premises so as

14   an example.

15       Q      Which vendor does Unity08 currently use to

16   maintain the website -- when Unity08 wants to add a

17   new page or remove, move or change a page, who or

18   what vendor actually makes that change?

19       A      That's recently been changed and I can't

20   tell you yet.  I don't know who exactly does that.

21   I'm sure in a month I will because I'll get an

22   invoice.

Page 60

```
 1        Q     Who used to do it?

 2        A     Peak for awhile was maintaining the

 3   website.

 4        Q     And anybody after them?

 5        A     Subsequent to peak a contractor by the

 6   name of Jenna Young provided some services as well

 7   as Kate Ferrar.  She also has made updates to the

 8   website.

 9        Q     If we --

10        A     Beacon Fire also made some content changes

11   at some point when we were making updates to the

12   website.  I do know they made a bunch of changes at

13   that point too.  I don't believe on a regular basis

14   they did though.

15        Q     So if we were interested -- if a web page

16   is replaced or changed who would be in possession of

17   the original version of that page?

18        A     I don't know.  That's a good question.

19        Q     Without discussing anything that your

20   lawyers may have told you were you advised to retain

21   all documents in your possession that were relevant

22   to this litigation?
```

Daniel Radek                                                    March 15, 2007
                         Washington, DC

Page 61

1       A    Without the --

2       Q    Without discussing the substance of

3   anything your lawyers told you, were you ever

4   advised to retain documents relevant to this

5   litigation?

6       A    Yes.

7       Q    Have you done so?

8       A    Yes.

9       Q    Are you aware of any relevant documents

10  including e-mails or electronic documents having

11  been disposed of or deleted since this litigation

12  began?

13      A    No.

14      Q    Have you provided all the responsive

15  documents that were in your possession to your

16  attorneys?

17      A    To the best of my knowledge, yes.

18      Q    Do you have any potentially relevant

19  documents in your home or personal e-mail account or

20  personal computer that you have not provided?

21      A    I believe I've provided everything that

22  was relevant.

Daniel Radek                                                                                                        March 15, 2007
                                                        Washington, DC

Page 62

1        Q    Are you aware of any potentially relevant

2    documents in anybody else's possession that have not

3    been provided?

4        A    No.

5             (Radek Exhibit No. 8 was marked)

6        Q    This is the FEC's document request to

7    plaintiffs.  Are you familiar with this document?

8        A    Yes.

9        Q    Earlier when I asked you whether you

10   produced all responsive documents or potentially

11   responsive documents, did you understand that I was

12   asking about documents potentially responsive to

13   these document requests?

14       A    Yes, it's been discussed with counsel.

15   MR. NOTI:  We're all set.

16   MR. DUFFY:  Thank you.

17            (Reading and signing was waived)

18       (4:55 p.m. the deposition was concluded)

19

20

21

22

**EXHIBIT 15**

| Form **8871** | **Political Organization** | |
|---|---|---|
| (Rev. July 2003) | **Notice of Section 527 Status** | |
| Department of the Treasury<br>Internal Revenue Service | | OMB No. 1545-1693 |

## Part I   General Information

**1  Name of organization**
Unity 08

**Employer identification number**
20 - 4931560

**2  Mailing address (P.O. box or number, street, and room or suite number)**
P O Box 13331

**City or town, state, and ZIP code**
Denver, CO 80201 - 3331

**3  Check applicable box:**   ✓ Initial notice      ___ Amended notice      ___ Final notice

**4a Date established**
05/24/2006

**4b Date of material change**

**5  E-mail address of organization**
natasha@unity08.com

**6a Name of custodian of records**
Natasha Garfield

**6b Custodian's address**
P O Box 13331
Denver, CO 80201 - 3331

**7a Name of contact person**
Natasha Garfield

**7b Contact person's address**
P O Box 13331
Denver, CO 80201 - 3331

**8  Business address of organization (if different from mailing address shown above).  Number, street, and room or suite number**
1801 California Street  Suite 5050

**City or town, state, and ZIP code**
Denver, CO 80202

**9a Election authority**

**9b Election authority identification number**

NONE

## Part II   Notification of Claim of Exemption From Filing Certain Forms (see instructions)

**10a Is this organization claiming exemption from filing Form 8872, Political Organization Report of Contributions and Expenditures, as a qualified state or local political organization? Yes ___ No ✓**

**10b If 'Yes,' list the state where the organization files reports:**

**11  Is this organization claiming exemption from filing Form 990 (or 990-EZ), Return of Organization Exempt from Income Tax, as a caucus or associations of state or local officials?  Yes ___ No ✓**

## Part III   Purpose

**12  Describe the purpose of the organization**

Our goal is the election of a Unity Ticket for President and Vice-President of the United States in 2008 to be headed by a woman and or man from each major party or by an independent who presents a Unity Team from both parties. We also aim to effect major change and reform in the 2008 national elections by influencing the major parties to adopt the core features of our national agenda.

**Part IV    List of All Related Entities** (see instructions)

13 Check if the organization has no related entities............................................................................. ✓

| 14a   Name of related entity | 14b   Relationship | 14c   Address |
|---|---|---|

**Part V    List of All Officers, Directors, and Highly Compensated Employees** (see instructions)

| 15a   Name | 15b   Title | 15c   Address |
|---|---|---|
| Lindsay Ullman | Director | 14 Knollbrook Lane East<br>Painted Post, NY 14870 |
| Zachary Clayton | Director | 2404 Raleigh Road<br>Raleigh, NC 27612 |
| Gerald Rafshoon | Director | 3123 Dumbarton Street<br>Washington, DC 20007 |
| Claudia Schechter | Assistant Secretary/Treasurer | 2475 Virginia Ave NW Number 900<br>Washington, DC 20037 |
| Douglas L Bailey | Secretary and Treasurer | 1200 North Nash Street Number 11114<br>Arlington, VA 22209 |
| James Jonas | President and CEO | P O Box 13331<br>Denver, CO 80201 - 3331 |

Under penalties of perjury, I declare that the organization named in Part I is to be treated as a tax-exempt organization described in section 527 of the Internal Revenue Code, and that I have examined this notice, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I am the official authorized to sign this report, and I am signing by entering my name below.

Natasha Garfield                                          05/25/2006

**Sign Here** ▶ _____    ▶ _____
                 Name of authorized official                      Date

**EXHIBIT 16**



Unity08 - Select & Elect a Unity Ticket in the 2008 Presidential Race | - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Address http://www.unity08.com/

WestCheck   🔍   F1   🔖   KC

unity08

We're Who We Are   What We Stand For   FAQs   Login   Sign Up

JOIN THE PEOPLE'S MOVEMENT TO TAKE OUR COUNTRY BACK

**BECOME A DELEGATE TODAY!**

ABOUT   SPEAK OUT   TAKE ACTION   DONATE   BUZZWORTHY   CONTACT

**ACT NOW**

OFFICIAL NOTICE:
YOUR IMMEDIATE ATTENTION AND RESPONSE REQUESTED
BY MAY 15, 2007
ON THE
UNITY08
FOR QUALIFYING CANDIDATES AND DELEGATES
PLUS
ONLINE CONVENTION VOTING PROCEDURES

The Draft Rules contain procedures for qualifying Delegates to the online National Convention, for qualifying issues, for qualifying Candidates, and even for encouraging the drafting of Candidates.
CLICK HERE FOR MORE INFORMATION ▶

**ONLY DELEGATES CAN...**

1. Nominate (or even draft) your ideal ticket for President & Vice-President.
2. Vote in the first-ever online primary to pick a bipartisan Unity Ticket.
3. Help shape the Unity08 national presidential primary rules.
4. Select the questions on crucial issues our candidates must answer.
More delegate benefits »

**AMERICA JOINS UP!**

unity08   Time for positive change...
- Randy Cabe, Ilwaco WA

The back and forth

**NEW ADVISORY COUNCIL**

★ ★ ★ ★ ★

CLICK HERE TO READ MORE ▶

**WHY WE'RE DOING THIS: TODAY'S NEWS**

More reasons why we need to join together to take our country back:

★ Another Fundraising Loophole: Months before the presidential candidates could legally begin raising money for White House '08, they tapped other accounts "to forge less that could help them win their party's nomination," USA Today reports. Campaign-finance experts say these PACs "skirt the intent of presidential campaign accounts, which have stricter limits on donations."

★ Bipartisanship Makes Better Laws: "At a statehouse where bitter political slugfests have been the norm over the past few years," both Democrats and Republicans in Georgia say this year's state Senate "has been a virtual lovefest—leading to better relationships and, ultimately, better laws," AP reports.

★ Quotable: "The trouble is you have a couple of small primaries that are not really very representative and because of the focus of the press they have disproportionate impact on who the candidates are that get to the bigger states" — NYC Mayor Mike Bloomberg).

DID YOU KNOW?

**DELEGATE ACTION CENTER**

1 Sign up!
Become a Founding Delegate to the Unity08 national presidential primary. Learn more

e-mail address

zip code

SUBMIT

2 Spread the word

3 Contribute

**OUR THREE GOALS**

Yes, they're bold. They're audacious. They're also achievable.
*We the people will...*

1. Elect a truly bipartisan Unity Ticket to the White House team in 2008.
2. Make history by nominating the next President and Vice-President through the first ever online, virtual convention
3. Demand a focus on crucial issues by creating a New American Agenda

**ON OUR RADAR**

★ Group Working for Bipartisan Presidential Ticket - SFC World News

★ Ballot Access News + Blog Archive + Unity08 Reveals Tentative Rules for Presidential Nominations

★ American Thinker : A Bipartisan Ticket?

Error on page.                                                                          Internet

**EXHIBIT 17**



FOR IMMEDIATE RELEASE: Tuesday, May 30, 2006

CONTACT: Shane Kinkennon, 703-855-9576, shane@kinkennoncommunications.com

# New Organization Offers Voters an Answer to Partisan Paralysis, Seeks to Elect Bipartisan, "Unity Ticket" to White House in '08

### Ticket to be chosen via first-ever online convention

**DENVER, CO ... May 30, 2006 ...** A new grassroots organization called Unity08 (www.unity08.com) launched a nationwide movement today to effect major reform in the 2008 presidential elections by offering voters an alternative ticket – a Unity Ticket headed by a woman and/or man from each major party, or by an independent who presents a Unity Team from both parties. By electing a Unity Ticket to the White House, Unity08 plans to force the country's Democratic and Republican leaders to cease their runaway focus on the issues of outlying special-interest groups and once again align with the aspirations and will of average Americans.

Unity08 has three specific goals:

1. Elect a Unity Ticket to the White House in 2008, headed by a woman and/or man from each major political party or by an independent who presents a Unity Team from both parties.
2. Have the American people choose that ticket via the first-ever virtual, secure online convention of millions of qualified American voters. Unity08 has no candidate – the Unity Ticket will be chosen online, by the people.
3. Effect major change and reform in the 2008 national elections by influencing the major parties to adopt the core features of Unity08's national agenda. Specifically, that means dividing the issues facing the nation into Crucial Issues (e.g., education, energy independence, deficit spending, global terrorism, health care, nuclear proliferation) and Important Issues (e.g., gay marriage, gun control, abortion rights), then focusing on the Crucial.

"A Unity Ticket in office for just one term, or taking part in just one election will bring new ideas, new integrity and new leaders to American politics today," said Unity08 Founders Council members Doug Bailey, former Republican political consultant and founder of The Hotline, and Hamilton Jordan, former White House Chief of Staff in the Carter Administration. "Americans are increasingly pessimistic about the ability of their elected officials to get things done because in recent elections, candidates have focused on the turnout of their parties' vocal single-issue interests. They call those people their 'base,' but that base represents only a small fraction of the American people. As a result

Unity08 Offers Voters an Answer to Partisan Paralysis
Page 2

Washington has been polarized and paralyzed and the voters are ready to take their country back."

"Unity08 will be the long-needed correction," said Founders Council member Angus King, former two-term Independent Governor of Maine. "Backed by people of all ages, backgrounds, races, beliefs and political affiliations, this movement will demonstrate once again that collaboration and cooperation between the parties is not only possible, but critical to future progress."

Unity08 plans to build an online community of millions of registered voters who will participate in an online convention in the first half of 2008 to nominate a Unity Ticket among any two candidates constitutionally qualified to serve – as long as they represent more than one party. Today, Unity08 launched its website (www.unity08.com), which will be the focal point of the organization's efforts, enabling concerned voters to register to become members, participate in a dialogue, and share ideas to shape the Unity08 movement. Through the website, Unity08 members will mobilize to spread the word, and to take off-line action by placing the Unity Ticket on the ballot in all 50 states. Ultimately, members in the online convention will vote to nominate the ticket they believe will enact real change in Washington.

"We are not in this to be spoilers or to hurt either party. We are in this to win, give the White House a Unity Team that can provide leadership, and along the way jolt each party back toward the voters in the center. 2008 is an historic moment of truth for the parties, the people and the nation," said Bailey and Jordan.

The Unity08 movement is founded by a group of Americans representing all ages, race, location, political philosophy and party affiliation. To view a current list of members of the Founders Council in formation, click here: www.unity08.com/founderscouncil.

"Unity08 is essential for our children," said Founders Council member Janet Kelly of Battlecreek, Michigan, former general counsel at Kellogg and Sara Lee. "Too much time in Washington is spent attacking each other and not enough time is spent attacking the issues."

The Unity08 movement has been building for months, through planning and discussions with civic leaders and concerned citizens across the country. Recruitment already has begun on college campuses. "Young people are disgusted with business as usual in Washington and are hungry to participate in a force for change," said Founders Council member Lindsay Ullman, a Yale University junior and former president of the National Associations of Student Councils.

Founders Council member Zach Clayton, a senior and Morehead Scholar at the University of North Carolina at Chapel Hill, said, "For decades now, students across the country have been quietly turning away from our political system. Unity08 is the best

Unity08 Offers Voters an Answer to Partisan Paralysis
Page 3

opportunity in a generation for students to turn that frustration into action, fix
Washington and change the country. Students will show up for this."

Unity08 will follow the law in every instance and seek the opinion of the Federal
Elections Commission to interpret the law where the movement breaks new ground.
Unity08 legal counsel at Steptoe & Johnson has already requested an FEC advisory
opinion on areas where the effort will break new ground, and the organization is
developing a rules committee to determine precisely how the convention system will
work. That rules committee will be headed by Peter Ackerman, managing director of
Rockport Capital and chairman of Freedom House, and Tom Collier, partner at Steptoe &
Johnson. Unity08 will accept no political action committee (PAC) ~~and~~ or corporate
contributions.

Also today, Unity08 released the results of a poll conducted by Princeton Survey
Research Associates finding that more than three-quarters (85 percent) of Americans
agree that the country "has become so polarized between Democrats and Republicans that
Washington can't seem to make progress solving the nation's problems." The poll found
that 73 percent of Americans agree it would be a good idea for this country to have more
choices in the 2008 elections than just Republican and Democratic candidates, and 63
percent express interest in a ticket that would feature a prominent Republican and a
prominent Democrat. To read a summary of the poll's major findings, click here:
www.unity08.com/pollsummary.

"The partisan bickering in Washington is causing Americans to believe the
wheels have come off our political system, that the American Dream is slipping away,
and that time is short to get things back on track," explained Unity08 president and chief
executive officer Jim Jonas. "Unity08 will be a catalyst for real, meaningful progress."

*Unity08 is headquartered in Denver, Colorado. The organization currently is organized
under IRS rules as a section 527 political organization, while it seeks guidance from the
Federal Election Commission. Over the coming weeks and months, through a network of
volunteers and leaders across the country, Unity08 will recruit concerned voters to join
the movement by signing up on the Unity08 website (www.unity08.com).*

###

**EXHIBIT 18**

Unity08: Select & Elect a Unity Ticket in the 2008 Presidential Race: Donations

Who We Are    What We Stand For    FAQs

ABOUT    SPEAK OUT    TAKE ACTION    DONATE    BUZZWORTHY    CONTACT

**We need your support to keep this movement growing!**

Unity08 depends on people like you to help end the partisan bickering and bring purpose back to politics. Our goal of electing a bi-partisan Unity Ticket in the 2008 presidential election – *elected directly by the people* – is ambitious but with your support, we can do it.

Obscene amounts of special interest money excessively dominate both political parties. That's why Unity08 will not accept any special interest money or corporate contributions. We depend on individuals like you to support the Web site and outreach efforts.

**Please do your part.** The stakes for our country have never been higher.

First Name: *

Last Name: *

Email: *

Address: *

Address Line 2

City: *

State: *
--Choose a State--

ZIP: *

Phone Number:

Organization: *

Occupation: *

☑ I want to be one of the first Americans to vote in Unity08's online primary and to receive email communications on Unity08's efforts

* Required field

[ Submit ]

Paid for by Unity08, PO Box 12545, Arlington, VA 22219  www.unity08.com and not authorized by any candidate or candidate's committee. Contributions or gifts to Unity08 are not deductible as charitable contributions for Federal income tax purposes. Federal law requires us to ask for your full name, mailing address, current employer and occupation of your gift to Unity08 exceeds $200 in a calendar year. Donations will not be used to support or oppose any Federal candidates, but will be used to support Unity08's organization building efforts, including beta access.

**Select the amount of your donation:**

◌ $10   ◌ $25   ◌ $50   ◌ $100
◌ $500  ◌ $1,000  ◌ $2,500  ◌ $5,000

Other: $
Minimum payment: $10
Maximum payment: $5000

◉ Single Payment

◌ Recurring Payments
--Select--
The payment will repeat for the next 12 months. You may cancel at any time.

Payment method: *
Visa

Card number: *

Expiration date: *
01    2007

Card Security Code *
(what's this?)



About U08   Speak Out   Take Action   Donate   In The News   Contact   Privacy Policy   info@unity08.com   Meet Our Founders

© Copyright 2006/2007 Unity08, PO Box 12545 Arlington, VA 22219
Paid for by Unity08 and not authorized by any candidate or candidate's committee.

POWERED BY
CONVIO

**EXHIBIT 19**

# Unity08. A people's movement to take our country back.

## THE GOVERNANCE OF UNITY08

We have received a number of requests for more information about the origins, governance and operating guidelines of Unity08, so here is a Q&A that tries to meet the need.

**What is your legal structure?**

Unity08 is a 527 non-profit. We chose to organize that way originally and then to seek an immediate advisory opinion from the Federal Elections Commission as to what we are. The law did not contemplate any entity such as ours, so we sought an FEC opinion on how best to proceed. The FEC ruled that we were a political committee that supports a candidate, which we obviously do not do, so we are challenging its conclusion in court.

**If you are a 527, does that mean you accept any donations in any amount?**

We have from the outset voluntarily put a limit of $5,000 on any individual contribution. Beyond an early start-up fund raised that way, augmented by loans provided to underwrite early expenses, we expect to be able to fund operations via much smaller contributions raised on the web (which will also be used to pay off all loans).

**Will you list all contributors publicly?**

We are complying with the IRS requirement that 527's file a list of all contributors who make contributions in excess of $200, and we list on the website all contributions in excess of $200. Transparency is essential to the public's trust.

**What are the origins of Unity08?**

Consultants who faced each other thirty years ago in Carter vs. Ford found they totally agreed with each other about the paralyzing effect of today's polarized politics. Democrats Hamilton Jordan and Gerald Rafshoon and Republican Doug Bailey (none of whom are on the Unity08 payroll in any way) started reaching out and found other professionals and other generations felt the same way. Democrats Roger Craver (longtime direct mail guru) and Nicco Mele (of Howard Dean fame) and Republican Jim Jonas (formerly part of Roger Ailes' consulting firm) joined the group. As did Angus King, former Independent Governor of Maine, and Republican Dave Maney of Colorado and the Young Presidents Organization. They were joined by Lindsay Ullman (a Kerry voter from Yale) and Zach Clayton (a Bush voter from the University of North Carolina). Together they all recruited a broader and broader Founder's Council.

**So who runs it?**

While we like to answer that question by saying "the people do" (in the sense that they shape the web-site, will be the delegates, will pick the nominees, and will get them on the ballot in all 50 states), there is of course a technical legal answer as well. The Steering Committee of Unity08 (technically the Board of Directors of the 527) currently consists of Bailey, Clayton, Jordan, King, Rafshoon, Carolyn Teiger and Ullman. The Unity08 president and CEO is Doug Bailey. The Secretary is Daniel Radek. The Treasurer is Zach Clayton

**Who provides your legal advice?**
The Washington, D.C., firm of Steptoe & Johnson, with partner Tom Collier serving as General Counsel.

**Where is Unity08 headquartered?**
Unity08 is headquartered in Washington, D.C. The official address is PO Box 12545, Arlington, VA 22219.

**Who are you doing this for? Do you have a favored candidate?**
We are doing this for our children who will pay a heavy price if America doesn't straighten up its act. We have no candidate for the Unity08 nomination. While over 70 possible candidates have been mentioned to us as we have described what we are doing, the decision to run will be made by the candidates, not by us – and the nomination will be awarded by the delegates, not by us.

**Have you advised any potential candidate about the Unity08 nomination?**
No. We have advised no one. We have briefed many potential candidates or their staffs (in both parties) about the Unity08 process, and will continue to brief any potential candidate (or their staffs or supporters) when they request a briefing or one is suggested by a friend.

**Who may be a delegate?**
Anyone who has enrolled as one at Unity08.com and is a registered voter at the time of the Unity08 convention balloting. No one need leave their party to be a Unity08 delegate.

**Do you intend to become a third political party?**
We consider ourselves a third force, which will nominate a Unity Ticket for President and Vice President to be put on the November 2008 ballot in all 50 states. It is not our intention to become a permanent third party. That might happen, but it is our hope that after the 2008 election of a Unity Ticket representing both current parties, that they both would get the message and move back toward the middle where they belong. In that case, America will be assured strong leadership responsive to the people and the country's needs and Unity08 will not need to be permanent.

**Who may run for the Unity08 nomination?**
Any citizen who is constitutionally qualified to serve as President and who has met the minimum threshold requirement of support as determined in the Unity08 rules. A Rules Committee is proposing

draft rules and the delegates will have a chance to react to them before they are adopted. The process will be transparent.

**Will Unity08 have a platform?**

No. It will have an agenda of crucial issues, as determined by the delegates, and it will expect those seeking its nomination to provide their platform addressing the Unity08 agenda of crucial issues. Unity08 will not play the charade game of today's two parties of adopting a platform the candidates feel free to ignore.

**How will Unity08 get on the ballot in all 50 states?**

The army of delegates who pick the ticket will be the army of workers who get the petitions signed to get Unity08 on the ballot in the 37 jurisdictions where state law allows it to get on the ballot as an organization. After the candidates are selected at the on-line convention they will qualify as candidates in the remaining states.

About   Speak Out   Take Action   Donate   Buzzworthy   Contact   Privacy Policy   info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,  www.unity08.com

**EXHIBIT 20**

# Unity08. A people's movement to take our country back.

## QUESTIONS AND ANSWERS ABOUT UNITY08

You've got questions about Unity08? We've got some answers. Below are FAQs about Unity08 in general. For specific governance-related questions, please view the Governance page. To view a list of all donors who contributed $200 or more to Unity08, click here.

Don't see your question here? Post it to the Ask Unity08 Founders forum in the Shoutbox.

**Would the effort run anyone for anything other than President and Vice President in 2008?**
No.

**What candidate are you doing this for?**
No one. We're doing this because the current system is broken and we owe it to ourselves and our children to fix it.

**What is the American Agenda?**
The American Agenda will be a major online initiative through which our online supporters will select the crucial issues facing our nation, participate in interactive briefings where nonpartisan, expert views on all sides of the issues are presented, and ultimately, select the key questions to be answered fully and candidly by all candidates seeking the Unity Ticket nomination.

**What do you mean by a Unity Ticket?**
A Unity Ticket will consist of a woman and/or man from each major party running for President and Vice President, or by independents who assemble a Unity Team from both parties.

**How would you be able to be sure the ticket will consist of one Republican and one Democrat?**
It is our plan that convention delegates would vote not for each office separately, but for the combined ticket. Each candidate for President would have chosen his/her candidate for Vice President before the balloting begins. (Independents may run for the nomination if they present a Unity Team from both parties.)

**What do you mean by an online convention?**
Unity08 will host a secure, web-based nominating convention in which all American voters who registered with Unity08 will be qualified to vote for one of the Unity Tickets nominated. Sign up today to become a delegate in this first-ever online convention.

**Who would be able to vote in this online convention?**

Anyone who would have registered as a delegate on the website and is a registered voter in his or her state.

**Who would be able to run for the nomination?**

Anyone constitutionally qualified to serve.

**When will the online convention take place?**

Probably in June 2008, to be determined by the Rules Committee.

**How would the ticket get on the ballot?**

The millions of Unity08 convention delegates would be organized to get that job done, state by state.

**Who will run?**

We have no idea. We hope it will be a robust competition.

**How would someone become a candidate?**

Announce.

**Could Unity08 delegates draft someone to run?**

Yes. But we would not recognize any effort on behalf of someone who definitively rules out running even if they were to be nominated.

**Would a candidate have to announce his/her running-mate right away?**

No. But the ticket would have to be complete before any balloting begins at the convention.

**Are you leaving your parties to do this?**

No. Frankly we would like to give them a little jolt of reality and make them better.

**Would a President of one party and a Vice President of the other be able to govern effectively?**

Yes. A Unity Team, elected with a mandate for change from the American people, would be able to bring both parties together in the Congress to achieve that change. It could attract the best and the brightest to serve without bickering throughout government.

**Wouldn't it just end up helping elect one of the two party candidates?**

No. We believe a Unity Ticket would be elected in 2008.

**Won't this benefit the party of the Presidential candidate more than the Vice-Presidential candidate?**

About    Speak Out    Take Action    Donate    Buzzworthy    Contact    Privacy Policy    info@unity08.com

This isn't about which party wins or loses. This is about nominating and electing a bi-partisan ticket that represents the will of the majority of Americans. Regardless of which party is on the top of the ticket, it will result in a truly bi-partisan administration.

**Do the candidates already running for president know about this?**
We have briefed all campaigns, offices and staffs who have requested it.

**How could you be sure that an online vote will be secure?**
We'll have some things to announce about that down the road. We do believe that it could be both secure and easy. And we are working to maximize both public and media confidence in the systems that would be used.

**How will candidates be able to communicate with the convention delegates before the balloting?**
Our web-site will be available for presentations by candidates meeting a minimum threshold of support – and we would be able to email their messages to the registered delegates as well. A lot of that will be worked out by a Unity08 Rules Committee to determine the most efficient and fair procedures.

**Will you make your list of convention delegates public?**
No. We will protect the privacy of the voters. While we will facilitate candidate communications to the list, it will neither be sold nor given to anyone. No exceptions. We realize that we must come up with the means to give the public and the media confidence in the trustworthiness of the process, but the privacy of the voters is paramount.

**Will the nominated ticket be the one that simply gets the most convention votes?**
We expect that the Unity08 Rules Committee will recommend that balloting continue until a ticket has received at least 50% of the delegate votes cast.

**Will you and your candidates have to abide by FEC regulations?**
Of course, where and when applicable We will rely on Steptoe & Johnson for their sound legal guidance on all that. We have briefed the FEC on the new ground that is being broken.

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,  www.unity08.com

**EXHIBIT 21**

# Unity08. A people's movement to take our country back.

## WHAT'S NEXT?

### Securing ballot access in all 50 states.

We will shortly be building a volunteer system to get the Unity08 party line on the ballot for November 2008 in every State that permits us to do so.

That will not be easy because every State has its own requirements – generally a number of petition signatures of registered voters in the state equal to about one percent of the number of people who voted in the previous race for Governor in the state. But every state is different; each has its own peculiarities; and each has its own calendar.

We have done the legal research. We have the time to get the job done. And as we build the army of Unity08 delegates we will be building as well a team of volunteers in each state who will help us collect signatures.

All of the other hard work you do will amount to nothing if we don't get our Unity Ticket onto the ballot. It will happen – but not without some hard work by a lot of people. So we hope you will respond positively as we ask for your help in getting the job done in your area.

Recruiting Delegates, Delegates, and more Delegates.

Helping review and suggest improvements in the rules.

Opening Convention Hall.

Setting the New American Agenda.

About    Speak Out    Take Action    Donate    Buzzworthy    Contact    Privacy Policy    info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219.  www.unity08.com

**EXHIBIT 22**



Reinventing freedom for our time.

RECEIVED
FEDERAL ELECTION
COMMISSION
OFFICE OF GENERAL
COUNSEL

2007 MAR 20  A 9: 13



# The people know the stakes!

★ 54% believe America's best days are behind us.

★ 82% believe "America has become so polarized between Democrats & Republicans that Washington can't seem to make progress solving the nation's problems."

★ 73% believe "it would be a good idea for this country to have more choices in the 2008 election than just Republican & Democratic candidates."

*Princeton Survey Research for Unity08, May 2006*

**unity08**

Reinventing freedom for our time.

UNI : 00754



# What's the historical analogy?

★ Not Perot. Not Nader. Not Anderson.

★ Not even Teddy Roosevelt's Bull Moose.

★ American Moments of Truth

  **1860**

  **1932**

  **1952**

  **2008**

unity08

Reinventing freedom for our time.

UNI : 00755



Reinventing freedom for our time.

www.**unity08**.com

UNI:00756



# Unity08 Friends & Family (partial)

Pete Peterson
Steve Case
*Doug Bailey*\*
Bill Walton
*Roger Craver*\*
Jackie Adams
George Vradenburg
*Jerry Rafshoon*\*
Sam Waterston
Al Checchi
Dale Mathias
Rod Hills
Whitney Tilson
Bruce Raben
Charles Davidson
Jay Regan
John Hoey
Heidi Lankeit
Jim Kimsey

Louis Bacon
Bill Weld
*Peter Ackerman*\*
Jack Valenti
Glenn Dubin
Ed Mathias
Roger Sant
Frank Bonsal
Henry Jarecki
Bo Cutter
Katherine Bradley
Carolyn Tieger
John Dwyer
Clay Mulford
Mary Zients
Frank Richardson
David Abshire
Catherine Reynolds
Jeff Deutschman

Carla Hills
Mark Palmer
Victoria Sant
*Hamilton Jordan*\*
Leo Zickler
*Angus King*\*
Josh Weston
Hilda Ochoa
Mark Cuban
Alison Mass
Peter Rinfret
David Mills
Rafael Meyer
Tim Waters
Marco Battaglio
Jim Barksdale
David Orleans
Robin West
Susan Cullman

## unity08
www.unity08.com

Reinventing freedom for our time.



# Three Goals of Unity08

★ **Goal One:**
Elect bipartisan Unity Ticket for President & Vice-President in 2008.

★ **Goal Two:**
Host first-ever online convention.
A *national* primary.

★ **Goal Three:**
Develop a new American Agenda.

**unity08**
www.unity08.com

Reinventing freedom for our time.

UNI : 00758

# Crucial Issues Facing America

★ Quality Education              72%

★ Global Terrorism               71%

★ Availability of Health Care    68%

★ Dependence on Foreign Oil      67%

★ War in Iraq                    66%

★ Increasing National Debt       62%

★ Corruption in Washington       62%

★ *Abortion*                     *30%*

★ *Gay Marriage*                 *22%*



unity08

Reinventing freedom for our time.

# A New American Agenda

★ The party platform process will be reversed.

★ The **Unity08** delegates vote on which are the crucial issues.

★ Non-partisan experts will brief delegates on those issues and recommend questions to ask candidates.

★ The delegates vote on which are the key questions.

★ All candidates – for **Unity08** & major parties – will be expected to respond fully to all questions.



**unity08**

Reinventing freedom for our time.

# Key Questions

★ Who can join Unity08 ?

★ Who are your candidates?

★ Who will run for the Unity08 nomination?

unity08
www.unity08.com

Reinventing freedom for our time.

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry
Tom Brokaw
Bill Cohen
Tom Tancredo
Al Gore
George Pataki
Harold Ford Jr.
Wesley Clark
Martin O'Malley
James Baker
Bill Weld
Tom Vilsack
Sam Brownback
Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham



unity08
www.unity08.com

Reinventing freedom for our time.

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

*Hagel*
*Warner*

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

unity08
www.unity08.com

Reinventing freedom for our time.

# Candidates Recommended to Us



*Warner*

*Hagel*

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

unity08

Reinventing freedom for our time.

UNI : 00764

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

*Obama*
*Kean*

**unity08**

Reinventing freedom for our time.

UNI : 00765

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

*Bloomberg*

*Sibelius*

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

unity08

Reinventing freedom for our time.

UNI:00766

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry



Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

Reinventing freedom for our time.

unity08
www.unity08.com

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry



Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

**unity08**

Reinventing freedom for our time.

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

**Brokaw**

**Danforth**

## unity08
www.unity08.com

Reinventing freedom for our time.

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

Giuliani
Nunn

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

unity08
www.unity08.com

Reinventing freedom for our time.

UNI : 00770

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

Tom Kean
Carly Fiorina
Fred Smith

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

*Mr. Smith*

*Mrs. Smith*

unity08

Reinventing freedom for our time.

UNI: 00771

# Candidates Recommended to Us

Newt Gingrich
Barack Obama
Hillary Clinton
Chuck Hagel
John Edwards
Chris Dodd
Condoleeza Rice
Sam Nunn
Rudy Giuliani
James Jones
Mr. Smith
Bob Kerrey
Colin Powell
Antonio Villaraigosa
Jeffrey Immelt
John Danforth
Kathleen Sibelius

Joe Biden
John Kerry

Tom Kean
Carly Fiorina
Fred Smith

*Mrs. Smith*

*Mr. Smith*

Jack Welch
John McCain
Mitt Romney
Anthony Zinni
Michael Bloomberg
Bill Frist
Evan Bayh
George Allen
Jeb Bush
Bill Gates
Mrs. Smith
Oprah Winfrey
Mark Warner
Bob Rubin
Joe Lieberman
Bill Richardson
Lindsay Graham

unity08
www.unity08.com

Reinventing freedom for our time.

UNI : 00772

# Key Questions

★ Who can join Unity08 ?

★ Who are your candidates?

★ Who will run for the Unity08 nomination?

★ Why will they run for the nomination?

- 10,000,000 Delegates
- Ballot Access in all 50 states
- $200,000,000 campaign fund
- Competitive in polls by July 4th (need 15% to debate)
- **Candidates can be drafted.**



Reinventing freedom for our time.

# Key Questions

★ Who can join Unity08 ?

★ Who are your candidates?

★ Who will run for the Unity08 nomination?

★ Why will they run for the nomination?

★ What if someone tries to co-opt the convention?

★ Will you end up a spoiler?

unity08
www.unity08.com

Reinventing freedom for our time.

# What We've Done So Far

★ Assembled team of seasoned pros

★ Retained Steptoe & Johnson as legal counsel

★ Launched **Unity08** – www.unity08.com

★ Formed Rules Committee

★ Researched 50 state ballot access laws

★ Signed up 200 colleges

★ Pre-tested small dollar giving

★ Briefed potential candidates

★ Introduced Sam Waterston as celebrity spokesperson

★ Secured **Unity08-200** initial founder donors

★ Opened the door for Delegates



unity08
www.unity08.com

Reinventing freedom for our time.

UNI : 00775

# Delegate Recruitment



unity08
www.unity08.com

Reinventing freedom for our time.

- E-mail Marketing
- High Traffic Web Site Affiliations
- One-a-Week Club
- Direct Mail
- Telephone Outreach
- Media Coverage
- Celebrity Spokespersons
- Membership Based Partnerships
- Paid Advertising
- 50-State Campaigns
- 50-State College Chapters
- Online Advertising / Banners / Keywords

Delegates

UNI : 00776



# What Comes Next?

| Milestone | Date |
|---|---|
| Aggressive push for delegate recruitment | Ongoing |
| Rules Committee recommendations posted | March |
| Open online "Convention Hall" for Delegates | April |
| Start state, candidate and issue caucuses | April |
| Invite candidate and draft movement announcements | April/May |
| Launch American Agenda | Summer |
| Complete recruitment of *Unity08-200* | Feb/March |
| Transition to online donations | April |
| Double campus presence to 400 colleges | May |
| Secure ballot access in 20 states | June/July |
| Brief key media | Ongoing |
| Brief all '08 candidates | Ongoing |

**unity08**
www.unity08.com

Reinventing freedom for our time.

UNI : 00777

# Unity08-200

★ Founder donor committee

★ 200 people giving $5,000 each

★ Creates $1 million fund for website technology, online campaigns, local organizing & operations

★ Fund bridges to smaller online donor giving

★ 100/200 committed to date – 50% there!

## JOIN US



unity08
www.unity08.com

Reinventing freedom for our time.

UNI : 00778



# The *Unity08-200*

Pete Peterson
Steve Case
*Doug Bailey**
Bill Walton
*Roger Craver**
Jackie Adams
George Vradenburg
*Jerry Rafshoon**
Sam Waterston
Al Checchi
Dale Mathias
Rod Hills
Whitney Tilson
Bruce Raben
Charles Davidson
Jay Regan
John Hoey
Heidi Lankeit
Jim Kimsey

Louis Bacon
Bill Weld
*Peter Ackerman**
Jack Valenti
Glenn Dubin
Ed Mathias
Roger Sant
Frank Bonsal
Henry Jarecki
Bo Cutter
Katherine Bradley
Carolyn Tieger
John Dwyer
Clay Mulford
Mary Zients
Frank Richardson
David Abshire
Catherine Reynolds
Jeff Deutschman

Carla Hills
Mark Palmer
Victoria Sant
*Hamilton Jordan**
Leo Zickler
*Angus King**
Josh Weston
Hilda Ochoa
Mark Cuban
Alison Mass
Peter Rinfret
David Mills
Rafael Meyer
Tim Waters
Marco Battaglio
Jim Barksdale
David Orleans
Robin West
Susan Cullman

unity08
www.unity08.com

Reinventing freedom for our time.

UNI:00779

# A Moment of Truth

'If neither party is prepared to do anything more than fight for position over the next two years, to hell with both of them. Let's bring on a new drama: the creation of a third, middle party that can finally unite our country again.'

*David Gergen*
*U.S. News & World Report*



unity08

Reinventing freedom for our time.

# A Moment of Truth

'... I will make this prediction – if neither party makes its way to the high ground of rallying the American people to the common good of the nation – the people will get there themselves.'

*Joe Trippi*
***Comment is free...***

## unity08

Reinventing freedom for our time.

# A Moment of Truth

'America may be ready for a new political party... Something's happening. I have a feeling we're at some new beginning... We'll someday look back on this era as the time when a shift began.'

*Peggy Noonan*
*The Wall Street Journal*



unity08

Reinventing freedom for our time.



Reinventing freedom for our time.

UNI : 00783

**EXHIBIT 23**

# Unity08. A people's movement to take our country back.

## CHAT TRANSCRIPT: DOUG BAILEY AND JERRY RAFSHOON FROM 2/16/07

Doug Bailey and Jerry Rafshoon, members of the Unity08 Founders Council answered questions from the Unity08 community in an online chat on Friday, February 16 from 2pm - 3pm ET. Thank you to everyone who participated. If you weren't able to join us, please read the chat transcript below.

| | |
|---|---|
| u08moderator(P) | A quick note... If any participant would like to direct a question to either Doug Bailey or Jerry Rafshoon specifically, please feel free to do so. Otherwise, Doug and Jerry will be on two separate computers typing answers at the same time -- so they'll just jump on the questions as they come in |
| u08moderator(P) | For those of you who are "pre-submitting" questions, don't be alarmed if you don't see them show up yet in the window. They are appearing on Doug and Jerry's screens, and Doug and Jerry are now typing answers to as many as they can get to. We'll flow them in all at once, when the chat officially begins at 2pm eastern |
| u08moderator(P) | Thank you everyone for joining us. Doug and Jerry have been answering questions, and you're about to see answers to as many as they've been able to get to. Please keep the great questions coming. We're about to get started. |
| Chuck(Q) | Would you be able to give us a kind of overview as to how 08 can change the political landscape as we now know it? |
| doug_bailey(A) | The political system is broken and the country is in trouble. The 2008 election is a moment of truth for America. We will either fix the broken political system or we will continue to be polarized and paralyzed. Unity08 is intended to fix the political system by electing a Unity Ticket of one Democrat and one Republican, in whatever order, to the White House and end the partisan bickering which keeps Washington from taking effective action on virtually anything. |
| RogerEarl(Q) | Greetings, any idea how many will log in? |
| doug_bailey(A) | We received over 400 RSVP's for the online chat today. |
| John_D_Lesser(Q) | When will we start to hear from potential candidates? |
| jerry_rafshoon(A) | We cannot predict when we will hear from potential candidates. But, we have been talking to some, on a confidential basis. The American people |

are watching how the announced candidates for the two parties' nominations
are conducting their campaigns and how and if they are paying attention
to the crucial issues. You can be sure that they will all pay attention
to the army of Delegates that are joining our effort. You, the members
and Delegates of Unity08 are the ones that will attract potential and
exciting candidates.

**Serenatwice(Q)**  What specific actions can we take locally to change the dynamics of
the 2008 race? Still take part in D/R primaries/caucuses? Will we have
local organizers?

**doug_bailey(A)**  First, you can recruit more delegates. Recruit your friends. Recruit
your family. Sign-up your office co-workers. You also might think about
who you want to draft for the Unity08 nomination for President. On the
issue of participating in the D/R primaries/caucuses, we want everyone
to stay within their party if they wish to and we hope that you will participate
in your party's primary or caucus if you can. Unity08 is not intended
to hurt the two parties; it is intended to jolt the two parties to become
stronger. Please understand that you can participate in your party's
primary and be an active Delegate in the Unity08 national primary. You
do not have to leave your party to participate. On local organizers, we
will have them, particularly to achieve ballot access in every state,
which will take an on-the ground organization in each state.

**larry5m(Q)**  What is being done to address the legal challenges to us acting as a
political party? How are we going to be able to nominate accross party
lines?

**jerry_rafshoon(A)**  We have a vast army of lawyers throughout the country preparing to challenge
our challengers.

**bradleyhusker(Q)**  How can we be assured the Unity ticket won't be shut out of the debates?

**jerry_rafshoon(A)**  The TV Debate Commission has a rule that if you get 15% in the polls
you're in, and if you don't get 15%, you're out. We
can be pretty well assured that whoever wins our nomination bestowed by
50% or more of the Delegates of our online convention, will have at least
15% in the public opinion polls that follow the convention. Ross Perot
easily achieved that position, and all indications are that someone who
has won a nation-wide primary, which is virtually what we are having,
will do at least that well – and probably better.

**WesClarkDem(Q)**  Unity08 claims not to be a third party, so much as a forum to elevate
the debate and find consensus candidates. How will you go about finding
those candidates? And if they already exist, will Unity08 endorse a candidate
already running on either side?

**jerry_rafshoon(A)**  We plan to nominate a candidate. We are not in the endorsing business,
spoiler business or the anointing business. We are making this platform
available to all potential candidates and it is our intention to nominate

the strongest ticket with many times more Delegate votes than will have nominated candidates in either of the other parties. Therefore our ticket will be a very strong contender for the ultimate prize of the presidency. We are not in this for the novelty, or for the exercise, or for someone's ego trip.

**g21guy(Q)**   Hi! My question: As a journalist who's covered politics for a long time, I'm curious about this but also dubious. Why should this work better than other "third party" attempts?

**doug_bailey(A)**   Recent 3rd party attempts (Nader, Buchanon, Perot, etc.), have either been efforts to represent a small segment of the electorate or have happened at a time when the public was not overwhelmingly concerned about the future of the country. Most people today feel that America is approaching a moment of truth. That's what the 2008 election is all about and why all convention wisdom about our politics is probably wrong.

**sherwood(Q)**   Are we still om target for a Democrat-Republican ticket?

**jerry_rafshoon(A)**   We're still on target for a Democrat-Republican ticket, a Republican-Democrat ticket, an Independent-Republican ticket, or whatever bipartisan ticket arises. We have made great strides in presenting our case to potential candidates, all of whom we have briefed on a confidential basis. Nobody has laughed at us, and everybody has shown a willingness to keep in touch with us as we go forward.

**MaryM(Q)**   Why no obligation to live up to the standards Unity08 purports to demand from others?

**doug_bailey(A)**   In fact, I posted yesterday a Q&A on the web site that dealt with some criticisms that we have received similar to this and tried to deal with them one by one. I encourage everyone to look at the Q&A in the blog section on the home page. I am sure that since we are human, we make mistakes, but I hope we are honest enough to recognize it when we do and try to be responsive to well meaning critics.

**kacz(Q)**   Do you have a target voter demographic and how do you really intend to energize them without leaders or a vision?

**jerry_rafshoon(A)**   Our target demographics are registered voters and potential registered voters in all of the 50 states. We're appealing to a broad spectrum of Americans who are tired of campaigns that are fought for the narrow base of each party. As to not having a candidate, if the two parties' selection process continues, and millions upon billions of dollars are spent, it should become obvious to the American people that business as usual will continue in the primary process and when their nominees become obvious early on, people will start looking to us for alternatives, and you can bet that alternatives will become evident.

**John_D_Lesser(Q)**   Will there be requirements set for qualifying potential candidates, and who will have input to setting those requirements?

doug_bailey(A)     The Rules Committee is now considering what the threshold for candidates
                   should be and their recommendations will be put to our Delegates for input
                   on the web site within the next month. We anticipate that the threshold
                   (aside from Constitutional requirements) should be reasonably simple for
                   serious candidates to meet, but a little tougher for those who might want
                   to run just for publicity sake.

JBillings(Q)       I understand the principles behind the on-line voting, but I do not
                   understand the process for actually putting a name on the ballot for consideration
                   by unity08 delegates. Can you explain that, please?

doug_bailey(A)     The online site will open "Convention Hall" this spring,
                   in which Delegates will have the opportunity to caucus with one another
                   on issues and candidates – and to vote on which issues confronting
                   the country are crucial and which questions on those crucial issues the
                   candidates should be expected to answer. The candidates will be able in
                   Convention Hall to provide answers to the questions and to provide video
                   on demand to the Delegates as they campaign for the nomination. The Rules
                   Committee is now considering the specific process for the Convention itself,
                   in which the Delegates will be nominating the Unity Ticket. Those rules
                   will be similar to the traditional conventions – for example, it
                   clearly will take 50% plus one to nominate the winning ticket.

harryneff(Q)       Do you seriously believe we can influence the upcoming elections, and
                   what are the top two agenda items to accomplish?

jerry_rafshoon(A)  We intend to be competitive in the upcoming election, and in fact, elect
                   the next president of the United States. I've said it before, and
                   I'll say it again, we're not in the business of spoiling an
                   election. Did you know that there are more Independents in the voting
                   pool than there are either Democrats or Republicans? Furthermore, when
                   our ticket is nominated, by at least 10 times more people than will have
                   determined either parties' nominee, there is a good chance that
                   they will be challenging us, rather than the other way around. It's
                   quite possible that we will come out of that convention in first place.

WesClarkDem(Q)     For Doug and Jerry both, What do you hope to achieve in the end with
                   Unity08?

jerry_rafshoon(A)  Personally, I'm looking forward to a good seat at the inauguration
                   of a Unity Ticket. We are in this to nominate and elect a president, and
                   we very likely will do that with your help.

aloysius(Q)        Isn't it possible that Unity08 will become a third party?

doug_bailey(A)     Good question. Once having elected a Unity Ticket to the White House,
                   surely the two parties will get the message that voters have not been
                   happy with how they have conducted their business and they will adjust
                   to reaching for the middle and stop their bickering. If they do, Unity08
                   will have done its job, but if they dont, in all probability one of the

two parties will go out of business and Unity08, by name or some other will become a permanent third party. That is, after all, the history of the birth of the Republican Party, when Lincoln was elected to the White House in 1860 and the Whig Party died.

Chuck(Q)        What is going to be the 08 policy on illegal immigrants?

doug_bailey(A)   Unity08 will not have a platform, but it will be far more effective on the issues than most party platforms have been throughout our history. Here's what I mean…without taking a position on immigration, for example, we will ask the Delegates whether immigration is an issue that is crucial for safely and well-being of the United States. If they feel that it is a crucial issue as I suspect they might, then the Delegates will be given an opportunity to vote on which questions on the immigration issue should be addressed to the candidates seeking the nomination. In this way, the issues agenda of the Delegates will be a series of questions on crucial issues; the agenda of the candidates will be their answers. We expect that to be far more effective than the ritual platforms from the two parties.

jeanneclem(Q)    How do we get on the ballot in all 50 states? Won't the states object and give us a hard time? Won't the Republican Party and the Democrat Party object?

jerry_rafshoon(A)   We have already established procedures in every state to assure ballot access. This is the earliest that any potential Independent or third party candidate has done this. Our research tells us that we are easily on 37 ballots and we have already established procedures to be positioned on the remaining 13. One of the top election law firms in Washington has taken our case, and is enthusiastically preparing to challenge anyone who challenges us. We are confident that we will be able to present the nominees of our party with a ballot position throughout the country.

Charles(Q)       Recent polls show independents have turned against the war. Those most often mentioned as Unity 08 candidates, like Bloomberg, Giuliani, and Lieberman, all support the war. Won't this pose an insurmountable obstacle to uniting independent voters with Unity 08's presidential ticket?

jerry_rafshoon(A)   The war is certainly the most crucial issue facing us today. And, I would assume, there are Delegates that will be questioning our potential nominees and will be making decisions based on their answers on the war. And, let democracy work its way. Personally, we have encountered many attractive potential candidates who differ with the ones you've mentioned on the war, and the debate will continue as we go forward.

cyclops120(Q)    How do I input my political ideas to unity08? Just asking questions doesn't allow me any input on my ideas to unity08.

doug_bailey(A)   There are a variety of means of expressing oneself on the web site now, but more importantly will be the capacity of Delegates once the Convention

Hall is open to participate in candidate and issues caucuses and to debate which issues should be considered crucial to future safety and well being of the U.S., and which questions are considered essential on those issues for the candidates to answer.

jack_ackerman(Q)   Will the nominated candidates submit to a q & a session with us?

doug_bailey(A)   We are certainly planning to invite them to do so. And won't it tell you something if they refuse to do so?

mgrant7913(Q)   What if the candidates do not accept the offer?

jerry_rafshoon(A)   Candidates have until the later ballots to make a Sherman-esque statement that they will not accept our nomination. We will respect the wishes of any who do so. We anticipate that people who want to draft a candidate will avail themselves of the Unity08 nominating process, and they can pursue their objectives until almost the last ballot when candidates have to accept or reject the nomination. Our Rules Committee is still discussing when that would be.

kris24morris(Q)   Is Unity08 a political party, PAC or interest group?

jerry_rafshoon(A)   We're a citizens' movement that will eventually file as a party for ballot position in each of the states.

thompsb100(Q)   Is Barrack Omama aware of Unity08?

jerry_rafshoon(A)   From all indications, he reads the newspapers and watches television, so I assume he knows about us. In fact, we have talked to people close to him, and they were impressed. We intend to nominate a candidate who reads the newspapers.

kenroar(Q)   Is there a way for unity08 to make it possible for those who aren't filthy rich and "in the pockets" of many businesses to run for president? Some of our past presidents would never have been able to run in today's climate.

doug_bailey(A)   Wonderful question. Sometimes it seems that the nominees of the Republican and Democratic parties seem likely to be the winners of the "money primary" going on right now. Doesnt it seem preposterous that the major candidates from both party nominations are raising money right now with plans to refuse all federal funding in the primaries and the general election because they can raise more money than the federal payments will provide, and spend money that way without any limits whatsoever. Imagine the power of a Unity08 Ticket that is funded almost exclusively by contributions of $200 or less, running against candidates who have accepted NO limits and sold out to both their handlers and their bundlers.

cyclops120(Q)   Is this a ploy do derail the Democrats from winning the election in

2008? It almost seems like time Ross Perot affected the results of the election.

jerry_rafshoon(A)    Absolutely not. Most third parties in the past have been based around one particular personality or one polarizing issue. We are appealing to the vast center of American politics, and therefore, we will be attracting the votes of a broad spectrum of Democrats, Republicans and Independents. If we get 38 or 39% of the vote in November 2008, we will not have spoiled anyone's campaigns.

bodine(Q)    does unity08 have a basic conservative or liberal view, that is to say, the founders of unity08

jerry_rafshoon(A)    The founders of Unity08 are the most diverse group of people from the broad electorate. We have liberal, moderate and conservative Democrats, liberal, moderate and conservative Republicans and a lot of Independents.

WesClarkDem(Q)    In addition to fielding white house candidates, will Unity08 get involved in congressional and Senate races also?

jerry_rafshoon(A)    No. It is not our intention to field any candidates for the Congress. We are sure that when our ticket is elected, that members of both parties will be impressed by our show of power that an elected ticket that is not beholden to lobbyists, political consultants and special interests and will realize that it is in their best interest to work with them to solve the crucial problems of our time. If they don't the Unity president and vice president might encourage Independent challengers to those who don't care enough to get serious about the crucial issues facing us.

Doug(Q)    In formulating the American Agenda, how are we going to go about formulating the questions? As every good pollster knows, the answers you get depend entirely on how the questions are phrased. So how will we we choose between asking, for example, "How do you think education should be funded to ensure every child succeeds in school?" or asking "How should educators be empowered to hold failing students accountable so that every child who wants to succeed in school can?"

doug_bailey(A)    You write good questions, for example. Here's the process we imagine: once the Delegates have identified the "crucial issues," we will invite a wide spectrum of experts to present a full array of potential policy answers and to recommend to the Delegates questions that should be addressed on this crucial issue to the candidates. Then the Delegates will pick from the questions that have been recommended by the experts. You are quite right that the wording of questions does shape the answers in polling but we think that the wording of questions chosen by the Delegates will require specific answers by the candidates.

ZDC(Q)    ZDC - Assume that a Unity ticket is placed on enough state's ballots so that a win would be a win for the Unity ticket. What is the argument

that can be made that this would not act just like what happened with Ralph Nader in 2000 and lead to a bad outcome.

doug_bailey(A)   Some may be concerned that we end up a spoiler that help elect someone else. Obviously, that is not either our expection or our intention. It is important to recognize that the spoilers in today's political system are those who have forgotten that without some degree of unity, this country cannot effectively move forward.

northwest(Q)   In terms of policy agenda, is Unity08 willing to adopt 'radical' positions about what our government should and should not be doing? Or, will the familiar political pressures push the platform toward the center, thereby making meaningful change difficult?

jerry_rafshoon(A)   Our nominees, by accepting the Unity nomination from a new and revolutionary movement, will in effect be turning their back on the old tried and true ways of being elected and will be prepared to come up with solutions and thinking that is 'out of the box'. Our movement and our platform should be able to liberate them from taking weak and conventional stands on issues in order to satisfy the special interests of a political party.

bradleyhusker(Q)   Have you gotten more interest from any particular party or end of the political spectrum? In other words, who are the people Unity is attracting?

jerry_rafshoon(A)   No, we're getting interest from all parties and all parts of the spectrum.

John_D_Lesser(Q)   Can we be sure that what we will be doing will be recognized as a true primary?( Ref: bradleyhusker's question earlier)

doug_bailey(A)   When we talk about the Unity08 online convention, we also be the first-ever national presidential primary, obviously we are breaking precedent. On the other hand, everything about unity08 breaks precedent. It is certainly not a traditional primary, but some would argue that since it will be the largest primary in the history of American politics, that it is high time we redefine what a presidential primary is. It will count a whole lot more than all of the primaries after New Hampshire and South Carolina, because it will result in putting a party ticket on the ballot in November.

Middles1000(Q)   I have registered and made a donation to unity80. Am I automatically a "Delegate" or is there more one need do?

doug_bailey(A)   There are many folks who registered early with Unity08 who have not yet taken the next step to sign up as founding Delegate and we are asking everyone to do so. If you have not signed up as a Founding Delegate, please do so! If you have, please sign up your friends, neighbors, co-workers, family. Thank you for your leadership. Now, let's go find more leaders!

B2(Q)   What do you currently believe or hope Unity08's long-term impact will be beyond the 2008 election... for example, the 2012 Presidential election?

jerry_rafshoon(A)   Right now, the long-term impact will be four years of inovative, serious and responsive government. Our goal is to end the gridlock and get something

|  | done on the crucial issues that face us. As for 2012, I assume that if our ticket has a successful first term, they will run for reelection. |
|---|---|
| dlamagna(Q) | Is the idea of one democrate and one republican fixed in stone? What about an independant or two dems or two republicans. |
| jerry_rafshoon(A) | Absolutely! Independents are welcome, (there are more of them than either of the two parties.) |
| Chiato(Q) | How is Unity08 going to decide on the potential candidates and how will the delegtes get to know who these poeple are? |
| jerry_rafshoon(A) | We are inviting any potential candidate to start campaigning on our website, make his or her appeals to you, and the rest of the Delegates. We are prepared to disseminate their message to our membership and Delegates. The invitation is out for them to tell us and you where they stand and why they want to lead this country. |
| thompsb100(Q) | Bill Thompson in Orlando - Are the currently announced candidates in both parties off limits for Unity08? |
| jerry_rafshoon(A) | Not at all. In fact, they can all compete for our nomination, keeping in mind, that they have to have a running mate from either the opposite party, or from the ranks of the Independents. |
| kacz(Q) | this isn't anything new. the question is "how", given that your original premise, the system is broken, how will using folks who "broke" the system fix it? |
| jerry_rafshoon(A) | We have great faith in redemption. The people who broke the system (aside from lobbysists, and special interests) are well-intentioned people who have had to play the game the way it has been played in the past. This movement enables them to reform the system. |
| moondoggie(Q) | What's your response critics who say not enough Americans are ready for an Internet-based national election? |
| doug_bailey(A) | Oviiously, many Americans are not comfortable online. ANd many dont have easy access to the internet. But our research shows that close to 70% of Americans go online and use email on a regular basis. To those concerned that an online voting process leaves people out, probably the best answer is that the current system leaves out everyone who doesnt live in Iowa, New Hampshire or South Carolina. |
| RogerEarl(Q) | Would it be possible to list the candidates that we have spoken with and that are interested? |
| jerry_rafshoon(A) | At this time, we have had background briefings with the promise of confidentiality. |
| Doug(Q) | How are the rules of the Convention Hall going to be determined? Will delegates get a say in that? |
| doug_bailey(A) | The procedures to be used online are going to be shaped in part by the guidelines of the Rules Committee, which in turn be shaped by the Delegates. We will post the proposed rules from the Rules Committe and invite the |

Delegates to help us improve them.

**ladyway(Q)**    Will we hold the potential candidate to really answering questions with real solutions verbage, or will we let them slide with general vague answers like we get now?

**jerry_rafshoon(A)**    Who is we?? You are we! It's up to you, Ms. We. It's up to you to hold them responsible, and you'll have that opportunity.

**northwest(Q)**    I'm regularly unhappy with the choice of 'viable' candidates presented by the two major parties. Is Unity08 going to be choosing their candidates from this same pool of insiders or is there any chance of getting people with views that challenge the tired political dialogue we've been hearing for years?

**doug_bailey(A)**    The most interesting thing about Unity08 is that it empowers the people to choose the candidate, rather than relying on the candidate's ambition to pull him/her into the race. In other words, if you want to DRAFT someone for President of the United States, NOW is your chance.

**g21guy(Q)**    What's to keep the Unity ticket from going back to partisan manuevering once we've sent them to the White House, if we do?

**jerry_rafshoon(A)**    The voter giveth, and the voter can taketh back. We hope we'll have the caliber of candidate that keeps their promise; and wouldn't that be a novelty? Chances are that freeing candidates from the partisan bickering of the past will enable them to cooperate with each other and with each party to attack the very grave problems we face. It's interesting that when Franklin Roosevelt was elected in 1932, his first New Deal cabinet was 40% Republicans and due to the nature of the emergency he faced, was most productive in facing the real crucial issues. Our country is facing a similar crisis today. It demands bipartisan solutions.

**dans63(Q)**    The online Convention is a great idea for most of us, but how do we reach the vast number, especially seniors who vote, who do not use computers?

**doug_bailey(A)**    One way is for every Delegate to sign up their parents, their relatives, their neighbors (with their knowledge) as Delegates themselves and make sure at the right time, that they vote. Its interesting, isnt it, that most older people learned how to get online from their children, so why shouldnt most older people learn how to vote online from their children/

**Peppyflame(Q)**    Who is on the rules committee, and when was it started?

**doug_bailey(A)**    You can find this information on our web site by typing the following link: http://www.unity08.com/rulescommittee.

**harryneff(Q)**    Why didn't you conduct this session after work hours or on the weekend when more people are available?

**doug_bailey(A)**    Good idea. We'll do it.

**TUMAN(Q)**    What is the realistic expectation for the 08 election? Can a third party elect a President or is just getting on the ballots and making some

noise more in line with expectations?

jerry_rafshoon(A)     I'll say it a thousand times, (and have), we plan to elect this ticket. 38% will elect a president. In 1992, Ross Perot, in a time when nobody thought he had a chance, got 19% of the vote. The time is even more critical now than it was then, and the people are hungry for a new and innovative way to govern. We plan to provide that alternative, and we can see that with your help, if we get on 50 ballots, we can win this election. None of the founders has any ambition just to influence the election for one candidate for another. We are playing to win.

Doug(Q)     Candidates have stopped answering questions in online polls that were set up to enable voters to "really get to know them." Won't candidates likewise shy away from answering the questions in your American Agenda?

doug_bailey(A)     If they do, the Delegates will know it and respond accordingly. If you duck the questions that Unity08 Delegates have voted to ask the candidates, why shouldnt the Delegates duck the opportunity to support you for President.

TFJ2(Q)     where does a candidate spend all that money w/out buying votes?

jerry_rafshoon(A)     We can't speak for the candidates that have a lot of money. But our experience tells us that there's too much money in politics and most of it is wasted. In 2004, each side spent over $1 billion in the General Election. The only winner in that war of TV commercials was the political consultants. Most of the money was wasted (I defy you to tell me a memorable TV spot), we will not be spending the kind of money they've spent in the past. We will spend money efficiently and effectively. We know how to do that. We've done it before. By the way, I assure you that if you contribute your money, and you can do so now, we will respect your wishes, and not waste it.

kris24morris(Q)     What if the candidate we choose fairs well and wins one of the political party's primaries?

jerry_rafshoon(A)     We will not be choosing our candidate until the other parties have annointed their candidate, which, as always, will happen early in the process. Therefore, it is doubtful that that candidate will try for our nomination. However, he or she is eligible to do so, but would have to choose a running mate who is not a member of his or her party.

MFV(Q)     You guys are political pros do you honestly think U08 can win or are you merely trying to garner enough votes to force the winner to address some of U08's ideas? I got in late on this forumm, so if you have already addressed this, just let me know and I'll read the transcript later if you all post it tomorrow. Thank You.

doug_bailey(A)     We wouldnt be doing this if we didnt believe that both it was possible and important to change the political system by electing a Unity Team to the White House. It would be helpful t have all candidates from all parties answer the crucial issues questions that our Delegates pose, but

our goal is the election of a Unity Ticket to the White House.

| | |
|---|---|
| Ronnie_Massey(Q) | If we win in 08 will every effort be made to return to what made America great. |
| jerry_rafshoon(A) | You can count on it! And I like your use of 'we'. |
| american(Q) | What must we do to guarantee our place on every state ballot? |
| doug_bailey(A) | Every state has its own rules. And they are all different. In most states, we will have to collect thousands of signatures but having done the research it is clear that it is entirely doable in every state. In fact, in some states it is remarkably doable. One reason is that third party candidates over the last 20 years have fought enough battles in the courts to lower the requirements in state after state. |
| omegabev(Q) | On a practical level, how will a president and veep of two different parties work together; e.g., if the Senate is tied on an issue, won't the veep tend to favor his party and not that of the president? |
| jerry_rafshoon(A) | Again, remember that by the nature of accepting our party's nomination, and especially if they win the White House, each of these outstanding political leaders will have freed themselves from the shackles of intense partisanship. I recommend that you study the record of one of our founding members, Gov. Angus King of Maine, who was elected as an Independent in his state, then turned around and brought the leaders of both the Democratic and Republican parties into his adminstration. He had a successful and progressive administration, and then was reelected in a three way race with 61% of the vote. Don't lose faith, it can be done. |
| harryneff(Q) | Are there any plans to use the tradional media to get our message out to more people? |
| jerry_rafshoon(A) | If you contribute enough money, we will do so. Come on, get out your credit card. |
| debbiem(Q) | I hope we can have some more of these online chats so that everyone can get thier questions answered. |
| doug_bailey(A) | You're right. There are a lot of good questions, many of which we have not had time to answer. We will do more of these chats. |
| debbiem(Q) | will a transcript be made available of this Q&A session? |
| u08moderator(A) | Absolutely, yes |
| u08moderator(P) | We're going to extend this just a bit longer to try to get to more of the questions posed. |
| Doug(Q) | Once Unity08 nominates a candidate, will our dontations go into typical campaign promotion to promote that candidate? |
| jerry_rafshoon(A) | Probably so. We are contemplating that at the end of the nominating process, after 5 to 10 million people have nominated our ticket, that we will ask the Delegates "before you sign off, take out your credit card, |

and contribute $100 to the campaign". If we do that, we could be handing
the candidate $200-$300 million for the campaign, which could be enough
to win. It would be up to our organization, along with the candidates,
to raise enough money for the General Election. But, I can assure you,
we will not need $1 billion, much of which is usually wasted.

Doug(Q)  What's to prevent a nationwide organization, say a labor union or a
church, from taking over the Unity08 nomination process?

doug_bailey(A)  It is possible of course that various groups may try to co-opt the process.
That is why we are starting early to recruit so many delegates that it
will be obvious that no single group can take it over. That is an important
reason for every delegate to recruit three more delegates every week.

thompsb100(Q)  Why is Unity08 insistent on having candidates from both parties on the
ticket? This means liberals and conservatives embracing the same issues?
This is a radical idea like the idea of Reagan and Ford being co-Presidents
in 1980.

jerry_rafshoon(A)  No it's not. Let's remember our first elections gave the vice presidency
to the candidacy to the second place vote-getter. I think our founding
fathers got a lot done.

pisomojado(Q)  When will the convention take place in relation to the Dem & Rep
conventions?

jerry_rafshoon(A)  It will be before the Democratic and Republican conventions, but after
who know who their nominees will be. You can bet it'll be after March
1, and before June 30, 2008. We're still working that out.

fpater(Q)  What measures (if any) can be taken to prevent vote fraud during an
online primary? For instance: what will prevent me from voting for my
favorite candidate hundreds of times?

doug_bailey(A)  We are not American Idol. We will operate on the One Delegate, One Vote
principal. We are working with a variety of technology experts to assure
security on that score. A number of people have pointed out that over
70 million Americans bank online and feel secure in doing so. Neither
online banking nor Unity08 will be 100% fullproof, but we are likely to
be far more reliable than the current electoral system which every two
years, embraces enormous electoral fraud and inefficiency.

Bellator_X(Q)  Is there going to be a transcript of this chat posted at the website
for those who couldn't be here and for those who join Unity80 at a later
date?

doug_bailey(A)  Yes.

Zendi(Q)  It sounds like Unity08 is serious and has done its homework. I believe
you will be successful as this country is desperate for a change. However,
how can you be sure that this election will be any more honest than the
recent ones and do you intend to change the election process once Unity08
is in office?

| | |
|---|---|
| jerry_rafshoon(A) | We are a broad-based citizens' movement, and since we will not have members of our party with the job of overseeing elections in various states, we will put together our own monitors in each state, and this probably includes YOU. Believe me, if we've come that far, we won't let anybody steal that from us. And then, having been elected by a reform movement, you can bet your life, we will see that it stays reformed, after we get in. If not, you'll kick the people you elect out. We also have a novel idea. We're going to expect our candidates to keep their promises. |
| Earn_Snyder(Q) | Makes no sense combining a Dem and Rep together, don't we have enough gridlock in Washington? I would think an Independent in either position would be better. And in fact, only Independents should be allowed to run! My opinion as either dems or reps are paid off already!@ |
| jerry_rafshoon(A) | We haven't said an Independent isn't allowed to run. Pay attention and get involved. |
| kris24morris(Q) | Unity '08 is doin great work! I'm a Republican political operative and have always been dismayed with how the moderate majority within my Party has remained so silent. Something has been needed to energize the center, and this can do it! Thank you!! |
| doug_bailey(A) | I wish more experienced political operatives in both parties would decide that this is the opportunity for the American people to get our political system back on track. Thank you for taking part. |
| american(Q) | What is neccessary to qualify for federal matching funds? |
| jerry_rafshoon(A) | Unfortunately, we cannot get federal matching funds because those funds only go to parties that have a record from the previous election. It's interesting that the leading candidates in both parties are forgoing federal funds so that they can raise money from special interests so that they can spend unlimited money in the campaign. This is outrageous and we do not plan to emulate those bad habits. |
| doug_bailey(P) | We didnt get to all of your questions. Actually, we didnt even come close. So we're going to hold many more sessions just like this. Thanks for your support and your interest. Now, dont forget to sign up Aunt Matilda as a Delegate! |
| jerry_rafshoon(P) | Thanks, everybody, for participating in this exercise in democracy. Let's continue the dialogue, and let's contribute to electing our Unity Ticket in 2008. |
| u08moderator(P) | Thank you for joining us. Both Doug and Jerry are saying right now, "It's clear that we need to do this a lot more often." We will do just that, and use that as our means of fielding as many questions as possible. Watch for this transcript to be placed on www.unity08.com soon. And please, if you like what you're hearing, encourage others to join Unity08 as a Delegate today. |

About   Speak Out   Take Action   Donate   Buzzworthy   Contact   Privacy Policy   info@unity08.com

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,  www.unity08.com

**EXHIBIT 24**

REDACTED

September 25, 2006

Mr.
·ile
Address
City, State, Zip


Dear

America, in times of trouble, has always been able to adjust, give freedom still another rebirth, and come out stronger for it.

We are again at one of those critical points when Washington and its politics need a transformation. To create and then seize that moment is the purpose of **Unity08**. The internet convention and its American Agenda will be transforming vehicles. And with the army gathered and the ideas defined, transforming leadership will be ready to carry the banner.

Thank you for supporting **Unity08**. Your financial contribution and participation in the ***Unity08-200*** (200 founder donors each giving $5,000) will help us succeed in transforming the nation's badly broken political system and helps give us a good chance to win the White House in November 2008 with a Unity Ticket.

We have ambitious plans over the next six months. Your contribution along with others joining you everyday in ***Unity08-200***, will support our website development, college recruitment plans, mid-term election Unity Petition program, ballot access efforts, operations and more. We will keep you posted on our progress.

To facilitate your contribution, please make checks payable to '**Unity08**' and place them in the envelope provided. In addition, it would be terrific if you could identify five others whom you believe would be interested in ***Unity08-200***, make the introduction (we can provide materials – electronic and in print) and our team will make a personal call or visit. Thank you in advance for any help you are able to provide.

On behalf of all of us whom are dedicated to creating this necessary change in our politics, thank you again for your support. We hope you share our vision that **Unity08** provides a real opportunity to infuse our country with an inspired new leadership prepared to bring a sense of unity, purpose and civility that will give rise to real progress.

Please feel free to contact Anya Harris at aharris@unity08.com or 410-340-3354 with questions or ideas. We welcome them.

Regards,


Douglas Bailey          Peter Ackerman          Anya Harris
Founder                 Founder                 Chief Operating Officer

**EXHIBIT 25**

Dear Name,

Thank you for doing your part! Together we'll help make history.

Your donation will go directly to support our Web site, outreach and day-to-day efforts to make our shared vision of a bi-partisan Unity Ticket in the 2008 presidential election a reality. You may print out this email as a record of your contribution. Your contribution is not tax-deductible.

Thank you,

Doug Bailey
President
Unity08

P.S One of the biggest contributions you can make at this time is to introduce others to Unity08. Just click here to invite your friends and family to become involved and help get our political system back on track: http://www.unity08.com/tellafriend .

Payment Information:

================================
Transaction ID: 11218077
Date: November 30, 2006
Time: 1:55pm (ET)
Payment Amount: $10.00
Campaign: Donations
Name: Name

Billing Information:
================================
Address: XXX
City: XXX
State: XXX
Postal Code: XXX
Country: US
****************************************
Powered by GetActive Software, Inc. Member Relationship Management Solutions
That Recruit, Engage, and Retain (tm) http://www.getactive.com
****************************************

**EXHIBIT 26**

Unity of Technology Filing Samples

**SHARE GROUP FUNDRAISING SCRIPT**
UNITY08                                                                          *Draft 1*
**UNIT08 June Appeal**                                                          *June 21, 2006*

## INTRODUCTION

**Hello (PROSPECT), this is _____ calling on behalf of Unity08 from the Share Group.** I'm calling to thank you for your interest in Unity08, and I should let you know that this call may be monitored or recorded to ensure quality.

## FIRST ASK

**Mr/Ms._____**, Unity08 really is on the brink of making history, and we are glad you are a part of it. We truly have an opportunity to get the political system back on track, with the focus on CRUCIAL issues facing our country right now, like the national debt, global terrorism, health care, and climate change. If we don't succeed, the two major parties will stay stuck in partisan battles, pandering to their base - - and we will see more debates in Congress about flag burning while gas prices soar.

There is a solution. When we present our alternative ticket in 2008, and when we grow to 20 million voting Americans - - we will fundamentally change the political process, break the stranglehold of special interests, and return our government's energies to serving the common good.

But, Mr/Ms._____, it won't be easy - - and it's going to take the dedication, and yes, resources, of all our supporters, to succeed. Unity08 has pledged not to accept any special interest or corporate contributions. And, although we don't need the massive war chests of the major parties, we do need everyone to do their part to help us grow into the political force we can be. That's why we are calling tonight, Mr/Ms_____, to ask you to help grow Unity08 with a generous gift tonight of $125 (or 2HPC, whichever is greater). Can we count on you?

IF YES, go to CREDIT CARD CLOSE. IF NO, go to SECOND ASK

## SECOND ASK

I understand that is a lot to ask. But we never know unless we ask. There is a lot at stake, though. Since Unity 08 is a citizen's movement, the key to our success is everyone doing their part, at what ever level is comfortable to them.

But, if we don't succeed, it's politics as usual - - the major parties will pander to their base, the agenda will be driven by special interests - - and the crucial issues facing our country will remain unsolved.

Let's face it, Mr./Ms.___, most Americans have not been enthusiastic about the choices for President in recent elections, the issues they ran on, or the way the campaigns were conducted. If we have politics as usual, more and more people will opt out of the process, leaving the extremist bases of the major parties to decide.

We can offer an alternative, a Unity Ticket, chosen by the people, and addressing the core issues. But we can't do it without your help. That's why we were hoping you could help out today/tonight. Would a generous gift of $70 (1 ½ HPC), be possible for you at this time?

IF YES, go to CREDIT CARD ASK, IF NO, go to THIRD ASK

## THIRD ASK

I understand, and I don't mean to be too persistent. It's just that we have a lot of work to do- - a lot of organizing and reaching out to Americans, like you, who are looking for a better way. In order to do that, we have to really ramp up right now. We are building an organization that reaches people of all ages, backgrounds, colors and beliefs from both parties. We are seeking nothing less than a rebirth of freedom, and the time is now. But freedom doesn't come without sacrifices, and that's why we are hoping for 100% participation from people like you, people who have the vision to see an alternative to the status quo, that will put the US back on track. Can we count on you for a more

**Page 1**

SHARE GROUP FUNDRAISING SCRIPT
UNITY08                                                                    *Draft 1*
**UNIT08 June Appeal**                                          *June 21,2006*

affordable gift of just $35 (HPC, whichever is higher) to get us moving in the right direction?

IF YES, go to CREDIT CARD ASK.

**IF NO**

Well, I really appreciate the time you have taken with me today, and hope you will remain active with Unity08. Please be sure to go to our website often, to keep up with our progress. Thank you, and good day/good night.

**MANDATORY CLOSING LANGUAGE**

Thank you so much for your support. Please bear with me, but Federal Law requires that I tell you that this call has been paid for by Unity08 and is not authorized by any candidate or candidate's committee. Contributions or gifts to Unity08 are not deductible as charitable contributions for Federal income tax purposes.

**CREDIT CARD ASK**

*1st* CC ASK IS "ASSUMPTIVE": Thanks, Mr./Ms.____! We're processing gifts today using [accepted credit cards] ... which would you prefer to use?

*2nd* CC ASK IS "EXPLANATORY": I understand, and your check is always welcome. The reason I asked for a credit card is that it's the most efficient way to process your contribution – there's less administrative time, paperwork, and postage involved and more of your contribution goes directly towards our mission - - and it's much faster. Would you help in this way?

**IF STILL NO**
That's fine. We'd be happy to process a check pledge. I'll send you a card and reply envelope in the mail.

***FUNDRAISERS: MAKE CERTAIN TO TAKE ALL CREDIT CARD INFO BEFORE RECORDING BEGINS***

**RECORDED CONFIRMATION OF PLEDGE AMOUNT AND TYPE**

Let me confirm this again please.

**1) CONFIRM PLEDGE AMOUNT, TYPE and RETURN DATE (for check pledges)**

**CHECK:** You have agreed to make a [pledge/contribution/gift] of $__ to Unity08. Is that correct? *[Note: must get a yes or no response.]* ***BACK END ASK:*** *Is there any way you can increase that by just $8, for the 2008 presidential election? That would bring your total to $____. [Note: must get a yes or no response.]*

We'll send you a card and reply envelope in the mail – it has a *[describe envelope]* on the outside of the envelope so you can identify it easily. May I count on you to return your gift within 3 to 4 days/the same day/the next day/within 2 days of receiving the envelope?

> *Note: If initial timeframe is not possible: or [specific date 2 weeks from today/in 2 weeks];*
> *3rd ask is for [within 4 weeks or specific date 4 weeks from today]*
>
> *Return date must be an exact time frame. If they do not make such a commitment, it is*

**Page 2**

UNI : 00022

*not a valid pledge and should be recorded as a refusal.*

**CREDIT CARD:** We'll send you a confirmation for your pledge/contribution/gift of $__ to [Client]. I have recorded that you have asked to have it charged to your VISA/Amex/MC account. Is all that correct? *[Must get yes or no]*. **BACK END ASK:** *Is there any way you can increase that by just $8, for the 2008 presidential election?  That would bring your total to $_____. [Note: must get a yes or no response.]*

**2) CONFIRM ADDRESS:** And let me just confirm your mailing address. Are you still at [read address on screen]? *Must get yes or no.*

**3) DISCLAIMER / TAX STATUS LANGUAGE (if you didn't say it before, you MUST say it now:**
MANDATORY CLOSING LANGUAGE
Thank you so much for your support. Please bear with me, but Federal Law requires that I tell you that this call has been paid for by Unity08 and is not authorized by any candidate or candidate's committee. Contributions or gifts to Unity08 are not deductible as charitable contributions for Federal income tax purposes.

**4) THANK DONOR FOR THEIR GIFT AND SUPPORT!** Thank you for your generous gift of $__ and for your support of [Client] -- your help makes our work possible!

**_MAKE SURE THE DONOR HANGS UP FIRST!_**

**EXHIBIT 27**

# Unity08. A people's movement to take our country back.

## QUESTIONS AND ANSWERS ABOUT UNITY08'S CLEAN MONEY PLEDGE

**What can The Clean Money Pledge accomplish?**

If enough people sign it, candidates will be concerned enough (or inspired enough) to launch small gift fundraising that can help get the big money out of politics – and set a standard that can be used to clean up the corruption that seems to infect Washington politics and undermine public confidence in the system.

**Why now?**

January 2007 is when most of the major candidates will be announcing (or at least deciding) to run. Now is the time to communicate clearly that voters intend this to be an election that transforms politics and are prepared to act to make it so.

**What has TIME's Person of the Year got to do with it?**

Last week TIME decided that you, the online users, were the Person of the Year – because with the new Web you could "wrest power from the few to the many." Unity08's Clean Money Pledge is a perfect example – using the internet for many small givers to wrest power from the few big givers.

**What has it got to do with Unity08?**

Unity08 was designed to empower the people to join forces and transform America's politics. Small campaign contributions gathered online instead of big contributions bundled on K Street is a good example.

**Unity08 calls the Clean Money Pledge "Step One." What's Step Two?**

TIME said that the Web was about "the many wresting power from the few" – and **Step One** in transforming our politics is for you to replace the Fat Cat with the small contributor – and, in so doing, give cooperating presidential candidates clout when they seek to clean up Washington.

**Step Two** in transforming our politics is to replace the power of a few hundred thousand voters in Iowa, New Hampshire and South Carolina with the power of many millions of voters online in a national primary in June 2008 to pick a Unity Ticket for President and Vice President – and then electing them in November 2008. It is called politics with purpose.

**Step Three** is to unify our country under an administration that will heal, inspire and lead – starting with cleaning up the culture of corruption that seems to infest Washington today.

**Do the Clean Money Pledge signers have to agree with everything Unity08 is doing?**

Absolutely not, but of course their support for all we are doing is welcome.

**Why not say all contributions should be $250 or less? Why just "at least half?"**

We felt most candidates would worry they couldn't raise enough money that way and therefore would not take it seriously. We want all candidates to try to maximize small contributions, and the way to do that is to encourage them with what is possible not threaten them with what they may think is impossible. That's one reason we call it Step One.

**Doesn't Unity08 itself take contributions of over $250?**

Yes. We have a job to do that no candidate and neither of the big parties has to do. As a brand new party we must achieve ballot access in all 50 states, and that will take a lot of work and a lot of money. Some of it we are raising in $5000 contributions. But we are not supporting any particular candidate and won't until our June 2008 convention endorses a ticket. And in the end, well over 75% of all our funding will come from contributions of $250 or less.

**Why put the limit at $250?**

It is a number suggested by the current law on federal financing of elections.

**How does the system of federal funding for presidential candidates work?**

In the primaries, the federal government will match every contribution of $250 or less to a 2008 presidential candidate if that candidate has raised at least $5000 in such contributions in each of 20 states after January 1, 2007 – and if the candidate requests the matching funds. Accepting the matching funds imposes some spending limits on the campaign that receives them. In the general election, the nominees of the Republican and Democratic parties may receive a flat sum in federal dollars (it was $74.6 million in 2004) if they agree to forego all other fundraising (and spending).

**Do most candidates accept the federal funding available?**

Yes, although President Bush, Senator Kerry and Governor Dean all declined matching funds in the primaries of 2004 because they felt they could raise more and wanted to spend more. Many experts believe that the frontrunners in 2008 will waive matching funds in the primaries for the same reason. And the experts feel that both the Republican and Democratic candidates may (for the first time) decline the federal subsidy in the general election because they can raise so much more money than the subsidy would provide and therefore they would have no spending limits on their campaigns.

**Will candidates for the Unity08 nomination get matching funds?**

No. We are too new.

**Will you impose the $250 contribution limit on Unity08 candidates?**
We don't expect to "impose" it, but we do plan to ask all Unity08 delegates after they nominate their ticket to contribute $100 to the ticket. If we have ten million delegates and if 25% give, that will mean a campaign fund of $250,000,000 for the Unity08 ticket as of July 1, 2008. (So we see no need for any candidate for the Unity08 nomination to raise funds in amounts larger than $250.)

**But wouldn't the Unity08 ticket get the federal general election subsidy too?**

No. Once again, we are too new. If we qualify for federal funds it will only be after the FEC sees how many votes we get in November 2008. Only the
Republican and Democratic tickets qualify to receive the federal subsidy for
the general election ahead of time.

**Why is the Clean Money Pledge relevant to lobbying corruption in Washngton?**

It is essential Washington curtail the culture of lobbying excesses, endless Congressional fundraising on K Street, earmarks for lobbyist projects, special favors for special friends (whether ambassadorial appointments or Lincoln bedroom visits). That cannot happen at the hands of a president who has not made finance and fundraising reform central to his/her own campaign. We need a president who can speak from the authority of a transforming campaign. That's what a pledge to raise at least 50% of all contributed funds in amounts of $250 or less can provide. Talking the talk won't works only for those who have walked the walk.

**Do the presidential candidates know about the Unity08 Clean Money Pledge?**

Before launching the effort we sent them a letter informing them of The Clean Money Pledge and encouraging them to consider what their response should be. Candidates will undoubtedly be watching to see how many Americans are signing up right here.

**Why do you think candidates can raise the money they need in small amounts?**

In the past only candidates that couldn't raise money the old-fashioned way used the web for extensive fundraising – McCain in 2000 and Dean in 2004, for example. But they were remarkably successful, and the extraordinary growth of public use of the web for banking, sales and charitable giving suggests that raising all your money via the internet may be both easier and less costly than any other way – as well as being more democratic and politically powerful.

**Why do the experts say $50 million is the "entry ticket" for presidential campaigns?**

The media has set that number based on what they think one or two of the likely leaders can raise. So

even if it isn't really needed to be competitive in the early states, the media may conclude that you are not in the running if you haven't raised $50 million by the end of 2007. It is true that campaigning is expensive – and the TV costs alone past the first few "retail politics" primaries are significant. But no amount of money guarantees that you will survive the early primaries. And if you do win early, money will pour in, whether your fundraising was successful earlier or not.

### How much is really needed for a successful presidential campaign?

We believe that most money is wasted (on dumb and ineffective TV advertising, for example). In 2004, between the Bush and Kerry campaigns, the two parties' support of them, and the "independent" 527 organizations, over $2.2 billion was spent – much of it on negative attack ads and superfluous advertising that swelled the consultants' income but not the vote totals. That is absurd. The Unity08 ticket campaign can win with less than $250 million – maybe a lot less.

### But don't you need to match what the others are spending?

No. The Unity08 ticket campaign has to spend enough for its message to get through. Its unpaid volunteers will be more enthusiastic (and effective) than their paid workers. Most campaign money is simply wasted.

### Will the list of signers to the Unity08 Clean Money Pledge be private?

Yes. We will not give or sell the list to others – even including to candidates who agree to assure that at least 50% of all their funds will come from contributions of $250 or less. We do plan to offer to notify the list when candidates respond by pledging to that limit – and, if they wish, to tell our signers how they can contribute to those campaigns. But the list will remain the property of Unity08 at all times.

### Next steps:

Sign your Clean Money Pledge today.

Send it to as many friends as possible. Let's get this snowball rolling!

Help us get thousands and thousands of pledges. Contribute to The Clean Money Pledge campaign today.

Read Doug Bailey's blog on The Clean Money Pledge.

Read the letter we've sent to all presidential candidates.

Paid for by Unity08 and not authorized by any candidate or candidate's committee.
Unity08, PO Box 12545 Arlington, VA 22219,  www.unity08.com

**EXHIBIT 28**

April 18, 1994

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

ADVISORY OPINION 1994-5

William D. White
16 E. Manilla Avenue
Pittsburgh, PA 15220

Dear Mr. White:

This responds to your letters dated March 12 and
March 2, 1994, which request an advisory opinion concerning
application of the Federal Election Campaign Act of 1971, as
amended ("the Act"), and Commission regulations to your
status as a 1994 candidate for the United States Senate in
Pennsylvania.

You state that you have publicly announced your intent
to be a candidate in Pennsylvania for the 1994 U. S. Senate
election cycle. Your announcement was made on or about
November 5, 1993, and you filed a Statement of Candidacy (FEC
Form 2) which was stamped as received by the Secretary of the
Senate on December 15, 1993. With this filing you also
submitted a Statement of Organization (FEC Form 1)
designating your principal campaign committee under the name
"Bill White for U.S. Senate." This statement identifies you
as the treasurer and the chairman of the committee. It
further indicates that the committee does not have any bank
account or other depository account to receive, hold, and
disburse committee funds.

Your request explains that you will be seeking office as
an independent (no political party affiliation) in the
November 1994 general election. You expect to obtain ballot
access in the general election by gathering the "nominating
signatures" of qualified electors on "Nomination Paper" forms
prepared by Pennsylvania election officials. You expect to
begin circulating these forms as soon as allowed under state
law, and you believe the circulation period began on March 2,
1994. You also assert that you meet all applicable
requirements of the United States Constitution with respect
to qualifications for election to the office of U. S.
Senator.

You request an advisory opinion from the Commission
"determining if I am a legally qualified candidate for the
United States Senate within the meaning of 2 U.S.C. §431(2)."

You also ask whether an opinion to this effect supersedes "any similar determination by any other State or Federal Agency, and if these other agencies are legally bound by the determination of the FEC on this matter."

The question of whether you are a candidate under the Act and Commission regulations depends upon the amount of financial activity by you or by any person, including a campaign committee, you authorize to conduct campaign activity on your behalf. When financial activity to influence your election exceeds $5,000 in either contributions received or expenditures made, you are required to file as a Senate candidate.1/

This means that you would become a candidate under the Act if you and your campaign committee, and any other person you authorize to conduct campaign activity on your behalf, receive a total amount that exceeds $5,000 in contributions. Similarly, you would become a candidate under the Act if you, your committee, and any other person you authorize, make a combined total of over $5,000 of expenditures to influence your election. 2 U.S.C. §431(2), 11 CFR 100.3(a).2/ Conversely, you are not a candidate for purposes of the Act and Commission regulations if neither your total of campaign contributions received, nor your total of campaign

expenditures made, exceeds $5,000 for the 1994 Senate election cycle.

Once you are required to file as a Senate candidate, the required filings must be made with the Secretary of the Senate, as custodian for the Commission. In addition, a copy of each document in the filing must be filed with the appropriate state office which in your State is the Bureau of Commissions, Elections and Legislation in Harrisburg, PA. The filing of the Statement of Candidacy (FEC Form 2) which designates a principal campaign committee must be made no later than 15 days after you become a Federal candidate. Within 10 days of its designation by you, the principal campaign committee must register by filing a Statement of Organization (FEC Form 1). As noted above, you have filed these documents even though you have not yet indicated that over $5,000 of financial activity has occurred with respect to your 1994 Senate campaign.

Commission regulations explain that individuals who are not required to file as candidates under the Act may voluntarily register and file reports, but a person who does so does not become a candidate solely by voluntarily filing. 11 CFR 104.1(b). This regulation is based upon 1979 legislative history explaining the intent of Congress when it

first prescribed the $5,000 threshold for mandatory candidate filing.3/ Addressing the $5,000 candidate status threshold, the report of the Committee on House Administration states:

The purpose of the change in this definition [of the term "candidate"] is to reduce the number of candidates who are required to register and report under the Act.
An individual does not become a candidate until he or she has received $5,000 or spent $5,000 or a person authorized by the individual receives $5,000 or spends $5,000 on behalf of the individual.
* * * *
It is [the] clear intent of the Committee to relieve individuals who do not meet the definition of candidate of any registration and reporting requirements under the Act even if such individuals appear on the ballot. . . . [A]ppearance on the

ballot no longer creates a presumption that the individual has a registration or reporting obligation.
On the other hand, individuals who do not meet the legal definition of candidate may file reports voluntarily. The Clerk, Secretary, or Commission, as appropriate, must make any report voluntarily filed with it public. However, an individual who is voluntarily filing a report is not subject to the nonfiling provisions of this Act until he or she becomes a candidate. * * *

H. R. Rep. No. 96-422, 96th Cong., 1st Sess. 5, (1979).

As the foregoing discussion and citations indicate, the Commission does not make any determination of the type you have requested; namely, whether you are a "legally qualified candidate" for Federal office. The Act and the Commission do require that if you become a Federal candidate by virtue of receiving over $5,000 in campaign contributions or making over $5,000 in campaign expenditures, as more fully described above, you must file as a candidate in a timely manner and must otherwise comply with all provisions of the Act and Commission regulations.

You also ask whether Commission determinations of a person's candidacy for Federal office are binding on other State or Federal Government agencies. The Commission notes that the fact one is a candidate under the Act does not determine his or her qualifications for the election ballot

in any State. Ballot access requirements are governed by
State law, assuming such law comports with the requirements
of the United States Constitution as interpreted and applied
by the United States Supreme Court and lower Federal courts.
See, for example, Munro v. Socialist Workers Party, 479 U.S.
189 (1986); Anderson v. Celebrezze, 460 U.S. 780 (1983);
Lubin v. Panish, 415 U.S. 709 (1974); Jenness v. Fortson, 403
U.S. 431 (1971); Williams v. Rhodes, 393 U.S. 23 (1968). The
Commission further notes that Federal preemption under
2 U.S.C. §453 does not extend to State ballot access
requirements. Commission regulations provide that state
laws, which prescribe the manner of qualifying as a
candidate, are not preempted or superseded by the Act or
Commission regulations. 11 CFR 108.7(c)(1).

You may also wish to review relevant provisions of the
Communications Act of 1934, as amended, that impose certain
duties on broadcast stations "to allow reasonable access to
or to permit purchase of reasonable amounts of time for the
[campaign] use of a broadcasting station by a legally
qualified candidate" for Federal elective office. 47 U.S.C.
§312(a)(7). Under some circumstances this statute also
requires broadcast licensees to give "equal opportunities"
for use of its station to "a legally qualified candidate" for
any public office. 47 U.S.C. §315(a). These provisions are
interpreted in the rulings and regulations of the Federal
Communications Commission, not by the Federal Election
Commission.

This response constitutes an advisory opinion concerning
application of the Act, or regulations prescribed by the
Commission, to the specific transaction or activity set forth
in your request. See 2 U.S.C. §437f.

For the Commission,

(signed)

Trevor Potter
Chairman

ENDNOTES

1/ For example, expenditures to influence your election
would include amounts you spend from your personal funds
(before you receive any contribution from any other person)
to promote yourself for the general election ballot by
seeking signatures on nomination petitions.

2/ Once you become a candidate under the Act, the first

report required to be filed must include disclosure of all funds, including all contributions of money or other things of value, received by you or your committee or by other persons you authorized to conduct campaign activity. It must also disclose all disbursements for your campaign. 11 CFR 101.2(b), 101.3, 104.3(a), 104.3(b). Assuming you become a candidate under the Act in 1994, any receipts or disbursements made in 1993 for your Senate campaign would have to be disclosed in your first report, but should be submitted in a separate set of FEC forms filed at that time. This is because several disclosure categories require the filing of receipt and disbursement data with calendar year totals or aggregates. 11 CFR 104.3(a)(3), 104.3(a)(4), 104.3(b)(2), 104.8(b), 104.9(b).

3/ Before 1980, each Federal office candidate, who took the action necessary under State law to qualify for the ballot, was required to file with the Commission regardless of the amount of funds received or spent. 2 U.S.C. §431(b)(1) (1976).

**EXHIBIT 29**

May 3, 1984
CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ADVISORY OPINION 1984-11
Harry Kresky, Esq.
Kresky, Sinawski & Hollenberg
19 W. 44th Street
Suite 1000
New York, New York 10036
Dear Mr. Kresky:
This responds to your letter of February 29, 1984,
requesting an advisory opinion on behalf of Dennis Serrette, a
1984 presidential candidate, and Independents for
Dennis Serrette, his principal campaign committee, with respect
to his eligibility for matching funds under the Presidential
Primary Matching Payment Account Act ("Matching Payment Act"),
26 U.S.C. SS SS 9031-9042.
You state that Mr. Serrette is seeking the nomination of
various independent political parties in an attempt to place his
name on the ballot for the Office of President of the United
States in the 1984 general election in as many states as
possible. You add that Mr. Serrette has made plans to: enter
the presidential primary and take other steps necessary to obtain
the nomination of the Peace and Freedom Party in California;
enter the preferential primary and take other steps necessary to
seek the nomination of the Liberty Union Party in Vermont; seek
the nomination of the Consumer Party in Pennsylvania; seek ballot
position as the Presidential candidate of the New Alliance Party
in New York; seek the nomination of the Labor Farm Party in
Wisconsin; and obtain signatures on nominating petitions in
approximately 29 other states to insure that his name appears on
the ballot in the general election for the Office of President.
You note that the requisite number of signatures have already
been collected in Ohio, Mississippi, Alabama, Maryland and Iowa.
You have asked whether, by engaging in these activities,
Mr. Serrette would be entitled to receive matching funds,
assuming he meets all of the other eligibility requirements of 26
U.S.C. SS 9033 and Commission regulations at 11 CFR Part 9033. In
addition, you ask whether Mr. Serrette's participation in these
activities would enable him to certify that he is seeking
nomination by a political party to the Office of President is
more than one state. You also ask whether, if the answer to the
above question is no, Mr. Serrette would qualify for matching
funds if the various parties, individuals, and organizations
supporting him held a national convention for the purpose of
nominating a candidate of a national political party to be formed
at the convention. Finally, you have inquired as to what is the
last day of the matching payment period pursuant to 11 CFR
9032.6, and what is the last date on which contributions that
would qualify as matchable contributions can be received.
Under 26 U.S.C. SS 9032(2), the term "candidate" is defined as

"an individual who seeks nomination for election to be President of the United States", and does not include "any individual who is not actively conducting campaigns in more than one State." With respect to a candidate's eligibility to receive payments, the Matching Payment Act requires that the candidate certify that he or she "is seeking nomination by a political party." 26 U.S.C. SS 9033(b)(2). The regulations implementing this provision state that the term "political party" means "an association, committee or organization which nominates an individual for election to the office of President." 11 CFR 9033.2(b)(1). The Commission concludes that, in light of these provisions, assuming Mr. Serrette meets all of the other eligibility requirements of 26 U.S.C. SS 9031 et seq., he would not be barred from receiving matching payments solely because he is seeking the nomination of different political parties in different states. By participating in various primary elections and nominating conventions and by actively conducting a campaign with respect to those events, Mr. Serrette would be able to certify that he is seeking nomination by a political party to the Office of President in more than one state.

Because the answers to the above questions are in the affirmative, the Commission does not reach the issue of whether Mr. Serrette would qualify for matching funds if the various parties, individuals, and organizations supporting him held a national convention for the purpose of nominating a candidate of a national political party to be formed at the convention. See Advisory Opinion 1983-47, copy enclosed.

With respect to your question regarding the matching payment period, the end of the matching payment period for Mr. Serrette would be the earlier of (1) the last date when Mr. Serrette is nominated by any political party on the state level, or (2) the last day of the last national convention held by a major political party in 1984.*/ See 26 U.S.C. SS 9032(6) and 11 CFR 9032.6. The date when the matching payment period may end appears to be of limited significance since the principal factor is the candidate's continuing eligibility for matching payments once threshold eligibility is established. 11 CFR 9033.5(c).

Although not specifically asked in your questions, the matching payment period has some relevance with respect to the types of expenses that would be viewed as qualified campaign expenses of Mr. Serrette's campaign, assuming he becomes eligible for matching payments. Your request indicates that Mr. Serrette's campaign expenses will, in part, include expenses to obtain signatures for nominating petitions in several states so that his name will appear on the general election ballot as a presidential candidate.

The Matching Payment Act and Commission regulations require that matching payments, as well as all disbursements of an eligible candidate's campaign committee(s), be used only for qualified campaign expenses. 26 U.S.C. SS SS 9032(9), 9033, 9038, 9042; 11 CFR 9032.9, 9033.1, 9034.4. Qualified campaign expenses

may only be incurred with respect to the period in which a
candidate is eligible for matching payments. 11 CFR 9034.4. The
date when the candidate becomes ineligible coincides with the
last day of the matching payment period for that candidate.
11 CFR 9033.5(c). Accordingly, campaign expenditures made (or
campaign obligations incurred) within the matching payment period
would satisfy the timeliness requirement for a "qualified
campaign expense." In addition, such expenses must also be made
in connection with the candidate's campaign for nomination. 11
CFR 9032.9. In Mr. Serrette's situation, expenditures will
apparently be made to collect petition signatures for the general
election ballot. The Commission is of the opinion that these
expenses, to the extent they are paid or incurred within what
would be Mr. Serrette's matching payment period if he becomes
eligible for matching funds, would be qualified campaign expenses
for purposes of the Matching Payment Act.
The Commission bases this conclusion on analogous provisions
(limited to independent or nonmajor party candidates) of its
regulations defining primary election for contribution limit
purposes. The regulations recognize that for nonmajor party
candidates the requirements of State law governing qualification

*/ The Commission notes that none of the political party
organizations identified in your request have been recognized by
the Commission as having established a national committee of a
political party. 2 U.S.C. SS 431(14). Accordingly, the Commission
assumes for purposes of this opinion that conventions of those
organizations would not be national conventions.

for a position on the general election ballot serve purposes
similar to a primary election or other nominating process. See
11 CFR 100.2(c)(4). Moreover, in Advisory Opinion 1975-44 (copy
enclosed) the Commission addressed contribution limit issues with
regard to the presidential candidate of a nonmajor party and held
that such a candidate could receive contributions with respect to
a nomination/primary election until the date on which the last
major party to do so nominates its presidential candidate. The
Commission emphasizes that this opinion reaches the qualified
campaign expense issue only with respect to the ballot petition
expenses of the Serrette campaign; the Commission is not herein
addressing any other expense category.
Finally, you have asked what is the last day on which funds
can be collected by Mr. Serrette's campaign which would qualify
as matchable contributions. This question is not posed in a
specific factual context and is thus more in the nature of a
general inquiry than a proper request for an advisory opinion.
Accordingly, the Commission refers you to relevant provisions of
its regulations. The regulations indicate that otherwise
matchable contributions may be received by an eligible candidate
as long as he or she remains eligible and has net outstanding
campaign obligations; however, in no event could matchable

contributions be received after December 31 of the Presidential election year. See generally Commission regulations at 11 CFR Parts 9033 and 9034; and, in particular, 11 CFR 9033.5 and 9034.5. Of course, to establish entitlement to matching payments at any time, a candidate must become eligible and must maintain eligibility. 11 CFR 9034.1. In addition, the public financing statutes and Commission regulations have separate definitions of qualified campaign expenses incurred to further a candidate's election and those incurred in connection with a campaign for nomination for election. See 26 U.S.C. SS 9002(11) and compare 26 U.S.C. SS 9032(9); also, see 26 U.S.C. SS 9012(c), SS 9042(b). This response constitutes an advisory opinion concerning application of the Act, or regulations prescribed by the Commission, to the specific transaction or activity set forth in your request. See 2 U.S.C. SS 437f.

**EXHIBIT 30**

 FEDERAL ELECTION COMMISSION
Washington, DC 20463

November 7, 2003

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

ADVISORY OPINION 2003-23

Joseph E. Sandler, Esq.
Neil P. Reiff, Esq.
Sandler, Reiff & Young, P.C.
50 E Street, S.E.
Suite 300
Washington, DC 20003

Dear Messrs. Sandler and Reiff:

      This responds to your letter of July 25, 2003, requesting an advisory opinion on behalf of WE LEAD Women Engaged in Leadership, Education, and Action in Democracy ("WE LEAD"), concerning the application of the Federal Election Campaign Act of 1971, as amended ("the Act"), and Commission regulations, to the earmarking, collection, and forwarding of contributions from individual donors to the presumptive Democratic Presidential nominee.

***Background***
      You state that WE LEAD is a non-connected, Federal political committee that has not been established, financed, maintained, or controlled by any political party committee, other political committee, or any candidate for any Federal office. WE LEAD registered with the Commission on July 17, 2003.

      You indicate that WE LEAD plans to solicit and accept contributions up to $2,000 from individuals who would earmark such contributions to the "presumptive nominee" of the Democratic Party ("Party") for the office of President of the United States. You define the "presumptive nominee" as the candidate who, no later than 5:00 P.M. Eastern Daylight Time ("EDT") on the seventh day prior to the start of the 2004 Democratic National Convention, has received enough pledged delegates to win nomination on the first ballot at the 2004 Democratic National Convention. The pledged delegates must be

registered with and certified by the Secretary of the Democratic National Committee
("DNC").

You state that WE LEAD plans to forward all earmarked contributions to the
primary committee of such presumptive nominee as soon as the nominee is identified, but
not later than July 20, 2004, which is the sixth day prior to the scheduled start of the 2004
Democratic National Convention. You indicate that if no presumptive nominee has been
identified by 5:00 P.M. EDT on July 19, 2004, WE LEAD plans to forward the
earmarked contributions to the DNC. You indicate that if the contributions are forwarded
to the DNC, they will not be forwarded to any candidate for President or other Federal
office.

You state that, in soliciting the earmarked contributions, WE LEAD plans to
inform prospective contributors that their contributions are being earmarked, pursuant to
11 CFR 110.6(b), and that the presumptive nominee who receives the contribution will be
publicly identified on WE LEAD's disclosure reports. You also state that prospective
contributors will be informed that any earmarked contributions must be limited to a total
of $2,000. In addition, you indicate that each prospective contributor will be informed
that if he or she has made other contributions to the committee that receives his or her
earmarked contribution (*e.g.*, the presumptive nominee's authorized committee or the
DNC), those contributions will be aggregated with his or her earmarked contribution and
any amount exceeding the relevant contribution limit will be refunded by the recipient
committee.

You also indicate that all disclaimers required by Commission regulations with
respect to WE LEAD's solicitation of contributions will be included in all solicitations.
You further indicate that WE LEAD understands, and will communicate to the
presumptive nominee's primary committee, that the earmarked contributions would not
qualify for matching funds under the Presidential Primary Matching Payment Account
Act pursuant to 11 CFR 9034.3(f).

You state that WE LEAD plans to identify each contribution as earmarked for the
presumptive nominee on its disclosure report for the reporting period in which each such
earmarked contribution was received, in accordance with 11 CFR 110.6(c)(1)(ii). You
also state that, at the time the earmarked contributions are forwarded to the presumptive
nominee's campaign committee, WE LEAD plans to send the recipient committee a
check from WE LEAD for the total amount of all earmarked contributions along with a
report containing all required information with respect to each earmarked contribution in
accordance with 11 CFR 110.6(c)(1)(i), (iii) and (iv). Finally, you indicate that WE
LEAD plans to report the disbursement of the earmarked contributions to the recipient
committee on its disclosure report for the reporting period during which the disbursement
was made.

AO 2003-23
Page 3

*Question Presented*
    *May WE LEAD accept earmarked contributions from individuals to be forwarded to the Party's presumptive nominee for the office of President of the United States or to the Democratic National Committee?*

**Legal Analysis and Conclusions**

    Yes, as long as WE LEAD complies with the requirements set forth below.

1.    *Earmarking contributions to the presumptive nominee's authorized committee*
    The Act provides for the earmarking of contributions "made by a person, either directly or indirectly, on behalf of a particular candidate." 2 U.S.C. 441a(a)(8). All contributions by a person that are made on behalf of, or to, a candidate, including contributions that are in any way earmarked or otherwise directed to the candidate through an intermediary or conduit, are contributions from the person to the candidate. 2 U.S.C. 441a(a)(8); 11 CFR 110.6(a). If the intermediary or conduit exercises any direction or control over the choice of the recipient candidate, however, the contributions are treated as contributions from both the original contributors and from the intermediary or conduit to the recipient candidate. 11 CFR 110.6(d). The Commission's regulations define "earmarked" as "a designation, instruction, or encumbrance, whether direct or indirect, express or implied, oral or written, which results in all or any part of a contribution or expenditure being made to, or expended on behalf of, a clearly identified candidate or a candidate's authorized committee." 11 CFR 110.6(b)(1). Earmarked contributions must be forwarded to the candidate or the candidate's authorized committee in accordance with 11 CFR 102.8. 11 CFR 110.6(b)(2)(iii).

    Section 432(b) of the Act and Commission regulations at 11 CFR 102.8(a) require that persons who receive contributions on behalf of an authorized committee must forward the contributions to the treasurer no later than 10 days after receiving them. If the contribution exceeds $50, the name and address of the contributor and the date of receipt must be forwarded with the contribution, and, if the contribution exceeds $200, the contributor's employer and occupation must also be forwarded. The date of receipt of the contribution is the date that the person receiving the contribution obtains possession. 11 CFR 102.8(a). The Act and Commission regulations also require the intermediary or conduit to report the original source and the intended recipient of an earmarked contribution to the Commission and to the intended recipient. 2 U.S.C. 441a(a)(8); 11 CFR 110.6.

    A.    *Unidentified Candidate*
    As noted above, the Commission's regulations define an earmarked contribution, in part, as one that is made to a "clearly identified candidate or a candidate's authorized committee." 11 CFR 110.6(b)(1). The Commission has interpreted this regulation to allow contributions to be earmarked for an undetermined Federal candidate in certain circumstances. In Advisory Opinion 1982-23, the Commission concluded that it was permissible for a local committee to earmark $1,000 through a local party committee to the as-yet unknown Republican nominee for New York's 24th Congressional District. In Advisory Opinion 1977-16, the Commission concluded that it was permissible for a local

AO 2003-23
Page 4

committee to accept contributions and make expenditures on behalf of an undetermined
Federal candidate. In both instances, the Commission concluded that it was permissible
to earmark contributions to undetermined Federal candidates because the candidates were
identifiable as to specific office, party affiliation, and election cycle, although the names
of the eventual nominees were not known.

Under WE LEAD's proposal, because the presumptive nominee is identifiable as
to specific office (President of the United States), party affiliation (Democratic Party),
and election cycle (2004), the Commission concludes that contributors may earmark
contributions to the primary committee of the presumptive nominee through WE LEAD,
as long as the earmarked contributions are forwarded to the treasurer of the presumptive
nominee's authorized committee once the presumptive nominee is identified, consistent
with the 10 day forwarding and other requirements of 2 U.S.C. 432(b)(2) and
11 CFR 102.8(a).

B.    Direction and control

Based on the facts presented in your request, WE LEAD will not exercise any
direction or control over the choice of the recipient candidate, which will be the
presumptive Democratic Presidential nominee no matter who that person is.[1]
11 CFR 110.6(d). Accordingly, WE LEAD will exercise no discretion over which
candidate receives the earmarked contributions. Your request describes a clear method to
identify the presumptive nominee based on a sufficient number of pledged delegates as
certified by the state Democratic Chairs. WE LEAD will not have any role in, or control
over, the selection of the delegates or their certification. Your request also clearly
identifies the entity – the DNC – that will receive the earmarked contributions if no
Presidential candidate receives sufficient delegates to secure the nomination seven days
before the start of the Democratic National Convention. Thus, WE LEAD must forward
the earmarked contributions to the presumptive nominee or the DNC, depending on the
circumstances, within the time periods discussed below.

C.    Timing

Generally, contributions earmarked for a candidate must be forwarded to the
authorized committee's treasurer within 10 days of receipt. 2 U.S.C. 432(b)(2) and
11 CFR 102.8(a). The 10 day forwarding rule is designed to prevent individuals and
entities from being able to influence or manipulate cash-on-hand figures by holding onto
contributions for designated candidates. In Advisory Opinion 1982-23, however, the
Commission concluded that the 10 day forwarding requirement of 11 CFR 102.8(a) did
not apply until such time that the Republican congressional candidate for the 24th
congressional district of New York was determined. Like the requestor in that advisory
opinion, WE LEAD will not know, and has no way of knowing, the identity of the
Democratic Party's nominee when it solicits and receives earmarked contributions until
the DNC certifications show that a candidate has become the party's presumptive

---

[1] At least one Democratic candidate, General Wesley Clark, was not even in the Presidential race when WE
LEAD submitted its advisory opinion request to the Commission in July. Nevertheless, if General Clark
wins the Democratic nomination for President, WE LEAD will forward the earmarked contributions it has
collected to General Clark's campaign.

AO 2003-23
Page 5

nominee.  Thus, the timing requirements of 2 U.S.C. 432(b)(2) and 11 CFR 102.8(a) are
not triggered until the presumptive nominee is chosen by the method described in your
request.  Once the presumptive nominee is known, WE LEAD must forward the
earmarked contributions to the presumptive nominee's authorized committee within ten
days.  *See* Advisory Opinion 1982-23 (applying the same rule in the context of
congressional elections).

WE LEAD must report the original source of each earmarked contribution on its
reports for the reporting period in which the earmarked contributions were received.
11 CFR 110.6(c)(1).  The reports must identify each earmarked contribution as
earmarked for the presumptive Presidential nominee of the Democratic Party.  For the
reporting period in which the earmarked contributions are forwarded to the presumptive
nominee, WE LEAD must report the disbursement in accordance with
11 CFR 110.6(c)(1).  In addition, at the time WE LEAD forwards the earmarked
contributions to the presumptive nominee's primary committee, it must also send the
committee a report containing all required information with respect to each earmarked
contribution pursuant to 11 CFR 110.6(c)(1)(i), (iii), and (iv).  WE LEAD's plan to
address excessive contributions is acceptable.

Two additional issues arising from the proposed activity are whether WE LEAD's
direct costs of solicitation should be treated as in-kind contributions or independent
expenditures and the contents of any required disclaimer.  If WE LEAD's solicitations in
this earmarking program were made independent of any candidate, candidate's
authorized political committee, or its agents, by virtue of this independence the direct
costs of solicitation incurred by WE LEAD would constitute independent expenditures.  2
U.S.C. 431(17); 11 CFR 100.16.  Thus, to the extent that Advisory Opinion 1980-46
concludes that the direct costs of the solicitation incurred would constitute an in-kind
contribution to the candidate's campaign merely on account of a candidate's subsequent
acceptance of earmarked contributions, it is overruled.  Furthermore, if the solicitations
are independent expenditures triggering the disclaimer requirements, the disclaimer shall
clearly state WE LEAD's full name and permanent street address, telephone number, or
World Wide Web address and that the communication is not authorized by any candidate
or candidate's committee.  2 U.S.C. 441d(a)(3); 11 CFR 110.11(b)(3) and (c).
Alternatively, if the solicitations are coordinated with a candidate, an authorized
committee of a candidate, or an agent of either (11 CFR 109.20), the direct costs of
solicitations would constitute an in-kind contribution to the campaign and the disclaimer
shall state that the communication has been paid for by WE LEAD and that the
communication is authorized by such candidate, authorized committee, or agent.
2 U.S.C. 441d(a)(2); 11 CFR 110.11(b)(2) and (c).

2.    *Earmarking contributions to the DNC*
In the event that the presumptive nominee cannot be determined within seven
days of the Democratic National Convention, WE LEAD intends to forward the
contributions to the DNC.  Neither the Act nor Commission regulations specifically
address contributions earmarked to political committees that are not authorized
committees of candidates.  *See* 2 U.S.C. 441a(a)(8) and 432(b); 11 CFR 110.6.  The

AO 2003-23
Page 6

Commission has held that this omission does not bar such earmarking, but that it would be subject to other regulations concerning the receipt of contributions by any person on behalf of a political committee. Advisory Opinions 1983-18 and 1981-57. Section 432(b) of the Act and Commission regulations at 11 CFR 102.8(b) require persons who receive a contribution in excess of $50 on behalf of an unauthorized committee to forward the contribution, as well as the contributor's name, address, and receipt date, to the treasurer no later than 10 days after receipt. 2 U.S.C. 432(b)(2)(B); 11 CFR 102.8(b)(2). If the contribution exceeds $200, the contributor's employer and occupation must also be forwarded. 11 CFR 102.8(b)(2). Contributions of $50 or under to unauthorized committees must be forwarded within thirty days (with no information forwarding requirement). 2 U.S.C. 432(b)(2)(A); 11 CFR 102.8(b)(1).

Because the DNC is not an authorized committee of any candidate, if WE LEAD forwards the contributions to the DNC, then the time period in which WE LEAD must forward each earmarked contribution would depend on the amount of the contribution: (1) contributions of $50 or less must be forwarded to the treasurer of the DNC within 30 days of receipt; and (2) contributions over $50 must be forwarded to the treasurer of the DNC within 10 days of receipt. For purposes of WE LEAD's program, the date of receipt is the date on which the presumptive nominee is determined.

The requirements set forth above regarding solicitation and reporting of earmarked contributions and handling of excessive contributions also apply to contributions forwarded to the DNC. The only difference is that the contribution limit for individuals is $25,000 per calendar year rather than $2,000 per election because the contribution is made to a national political party rather than a Federal candidate. 2 U.S.C. 441a(a)(1).

This response constitutes an advisory opinion concerning the application of the Act and Commission regulations to the specific transaction or activity set forth in your request. *See* 2 U.S.C. § 437f. The Commission emphasizes that, if there is a change in any of the facts or assumptions presented, and such facts or assumptions are material to a conclusion presented in this opinion, then the requestor may not rely on that conclusion as support for its proposed activity.

> Sincerely,
>
> (signed)
>
> Bradley A. Smith
> Vice Chairman

Enclosures (AOs 1983-18, 1982-23, 1981-60, 1981-57, 1980-109, 1980-46 and 1977-16)