UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITY08 *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>Defendant. | No.1:07-cv-00053 (RWR) |

**CONSENT NOTICE OF MODIFICATION TO BRIEFING SCHEDULE**

The parties to this action have conferred and agreed to a modification to the Court's Scheduling Order, dated February 22, 2007. Pursuant to the February 22 Order, the parties may modify the briefing schedule by filing a consent notice of modification. The parties agree to modify the briefing schedule by giving each side an additional seven (7) a days to complete the next round of briefing. The new schedule will be:

Plaintiffs shall file their opposition to Defendant's Motion for Summary Judgment and their reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment on May 3, 2007. The Defendant shall file its reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on May 25, 2007.

Respectfully submitted,

/s/
Thomasenia Duncan
Acting General Counsel

                    /s/
David Kolker
Assistant General Counsel
(D.C. Bar # 394558)

                    /s/
Vivien Clair
Attorney

                    /s/
Steve N. Hajjar
Attorney

                    /s/
Adav Noti
(D.C. Bar # 490714)
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
Tel: (202) 694-1650


                    /s/
Robert E. Jordan III (D.C. Bar No. 15784)
John J. Duffy (D.C. Bar No. 170936)
Rhonda M. Bolton (D.C. Bar No. 455005)
Anthony A. Onorato (D.C. Bar No. 482074)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
rjordan@steptoe.com
jduffy@steptoe.com
rbolton@steptoe.com
tonorato@steptoe.com

April 18, 2007