UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITY08 *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | No.1:07-cv-00053 (RWR) |
| FEDERAL ELECTION COMMISSION | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR EXPEDITED CONSIDERATION**

1.      Plaintiffs Unity08 *et al*. move this Court for expedited consideration of the cross-motions for summary judgment in this case that are now pending before it. Unity08 seeks in this action declaratory and injunctive relief to bar the Federal Election Commission ("Commission") from treating Unity08 as a "political committee" and enforcing against Unity08, and donors to it, the $5,000 annual contribution limitation for an unaffiliated political committee that was established by the Federal Election Campaign Act of 1971, as amended. Since the Commission concluded in its Advisory Opinion ("AO") 2006-20 that Unity08 was a political committee subject to the $5,000 annual contribution limit, the threat of civil prosecution has deterred a number of potential contributors from providing Unity08 with donations in amounts in excess of the $5,000 limitation. In particular, Unity08 has sought to obtain from certain supporters loans of $100,000 or more, which loans were to be paid back from smaller donations.

2.      A number of individuals otherwise prepared to make loans in these larger amounts have been unwilling to do so because of the Commission's ruling in AO 2006-20. These potential contributors were unwilling to take the risk of civil prosecution and substantial

- 2 -

monetary penalties for making such loans.  As a consequence, Unity08 has recently had to suspend its efforts to get on the ballot as a political organization in those 30-plus states that would permit it to do so and to suspend its efforts to prepare for its planned online convention in June of this year.  It is currently in severe financial straits.

3. This case is ripe for decision on cross-motions for summary judgment.  Unity08 filed its Motion for Summary Judgment on March 21, 2007.  Defendant FEC filed its own Motion for Summary Judgment on April 11, 2007.  On May 3, 2007, Plaintiffs submitted their Response to Defendant FEC's Memorandum in Support of its Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.  And on May 25, 2007, Defendant FEC submitted its Reply Memorandum in Support of its Motion for Summary Judgment, thus completing dispositive briefing in this case.

4. Counsel for Unity08 has contacted counsel for the FEC, who have stated the following: "The Commission disagrees with many of the factual points made in support of this motion, including Unity08's claim that it may lawfully receive contributions in excess of $5,000 and that the Commission's advisory opinion, rather than a lack of widespread public support, has caused Unity08's financial condition.  The Commission does, however, agree with Unity08 that resolution of this matter would be beneficial in light of this year's campaign calendar and does not oppose Plaintiffs' motion."

Therefore, Plaintiffs respectfully request that the Court expedite its consideration of the cross-motions for summary judgment and render a prompt decision on Unity08's request for declaratory and injunctive relief.  A favorable ruling in the near term may make it possible to revive Unity08 through substantial loans from those individuals who have expressed a willingness to make such loans but not in the face of legal uncertainty about their exposure to

possible liability for doing so.  If such a revival is possible, it needs to be undertaken immediately if Unity08 is to return to being a viable and effective organization.

    This request is made with due deference to the fact that the Court has many other priorities and many other pending matters also vying for the Court's attention.  It is our hope that the rather special circumstances, particularly as they relate to the rapid advance of the national campaign calendar in 2008, will justify special and prompt attention from the Court.

                                       Respectfully submitted,

                                          /s/
                                  Robert E. Jordan III (D.C. Bar No. 15784)
                                  John J. Duffy (D.C. Bar No. 170936)
                                  Rhonda M. Bolton (D.C. Bar No. 455005)
                                  Anthony A. Onorato (D.C. Bar No. 482074)
                                  STEPTOE & JOHNSON LLP
                                  1330 Connecticut Ave., NW
                                  Washington, D.C.  20036
                                  Tel:  (202) 429-3000
                                  Fax:  (202) 429-3902
                                  rjordan@steptoe.com
                                  jduffy@steptoe.com
                                  rbolton@steptoe.com
                                  tonorato@steptoe.com

                                  *Counsel for Plaintiffs*

January 22, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of January 2008, the foregoing *Motion for Expedited Consideration* was filed and served upon parties electronically via the Court's CM/ECF system on the following counsel:

      Thomasenia P. Duncan
      David Kolker
      Vivien Clair
      Steve N. Hajjar
      Adav Noti
      Federal Election Commission
      999 E Street, NW
      Washington, DC 20463

**COUNSEL FOR DEFENDANT FEDERAL ELECTION COMMISSION**

                                              /s/
                                          Rhonda M. Bolton