UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITY08 *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.1:07-cv-00053 (RWR) |
| FEDERAL ELECTION COMMISSION | ) ) ) | |
| Defendant. | ) ) | |

## PRAECIPE CORRECTING ADDRESS

The clerk of said Court will please note the corrected business address of Anthony A. Onorato (Bar No. 482074) of Steptoe & Johnson LLP, counsel for Plaintiffs Unity08, et al. Mr. Onorato's new address is:

> 750 Seventh Avenue
> New York NY 10019
> 212-506-3933 (T)
> 202-261-0645 (F)

Dated: May 14, 2008

Respectfully submitted,

_____/s/_____
Anthony A. Onorato (D.C. Bar No. 482074)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY 10019
Tel: (212) 506-3933
Fax: (202) 261-0645
tonorato@steptoe.com

Robert E. Jordan III (D.C. Bar No. 15784)
John J. Duffy (D.C. Bar No. 170936)
Rhonda M. Bolton (D.C. Bar No. 455005)

- 2 -

STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C.  20036
Tel:  (202) 429-3000
Fax:  (202) 429-3902
rjordan@steptoe.com
jduffy@steptoe.com
rbolton@steptoe.com

*Counsel for Plaintiffs UNITY08, et al.*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14$^h$ day of May, 2008, the foregoing *Praecipe Correcting Address* was filed electronically in accordance with the Court's procedures, and was served electronically via the Court's CM/ECF system upon the following counsel:

>Thomasenia P. Duncan
>David Kolker
>Vivien Clair
>Steve N. Hajjar
>Adav Noti
>999 E Street, NW
>Washington, DC 20463
>*Counsel for Defendant Federal Election Commission*

_____/s/_____

Anthony A. Onorato
